EXHIBIT A - 1 of 3

CYPRESS CREEK HOSP     523
47750 CALI DRIVE
HOUSTON, TX  77090
(281) 586-7600

# PATIENT DEMOGRAPHIC PROFILE

Date Printed:  030120

| | |
|---|---|
| Patient Name......... | **SANCHEZ, ADAM** |
| Address................ | 21102 TANCAH LANE |
| City, State, Zip..... | HOUSTON, TX 77073 |
| Phone.................. | Cell: |
| Social Security No.... | Other. |
| Birth Date............. | 01/08/1975 |
| Age...................... | 04SY |
| Sex...................... | M |
| Race..................... | W White |
| Ethnicity............... | CAUCASIAN |
| Language............... | |
| Marital Status......... | SINGLE |
| Referral Source 1...... | HOUSTON NW |
| Referral Source 2...... | |
| Financial Class: | 2003 |
| Fin. Class Name: | BCBS PPO |
| Doctor Name.......... | VENKATESH ATHI |
| NPP....................... | P |
| Auth #................. | |

| | |
|---|---|
| Account No/Type..... | 1034744-0017   INV -INVOLUNTARY |
| Medical Record No... | 002044989 |
| County.................. | |
| Admit Date/Time...... | 3/01/20     3:20 |
| Disch Date/Time...... | |
| Adm.Dx................ | Major depressv disorder, recurrent F332 |
| Prev. Admit Date..... | 00/00/0000 |
| Service................. | IPL |
| Occupation............ | |
| Employer............ | |
| Address............ | |
| Phone................. | |

Resid:
Military:  N

Nursing Station:  8

Other Contact:
Name................
Address..............
City, State, Zip.......
Phone................
Relationship.........
Cell.                Other.

## ***Insurance Information***

**Primary Insurance Holder/Guarantor**

| | |
|---|---|
| Name................ | SANCHEZ ADAM |
| Address............ | 21102 TANCAH LANE |
| City, State, Zip.... | HOUSTON, TX 77073 |
| Phone............... | |
| Relationship........ | SELF |
| D.O.B. | 01/08/1975 |
| Occupation......... | |
| Employer......... | |
| Address........... | |
| City, State, Zip.. | |
| Cell.............. | |
| Other............. | |

**Spouse/Parent**

Name................
Relationship........

Address.............
City, State, Zip..
Phone............
Occupation........
Employer..........

Cell.............
Other............

### *** Insurance Carrier 1 Information * * *

| | |
|---|---|
| Carrier............ | BCBS PPO |
| Group Name... | Grp#... |
| Policy............ | ZGP924579766 |
| Policy Holder.. | SANCHEZ ADAM |
| Address............ | PO BOX 660044 |
| City/St/Zip.... | DALLAS, TX 75266 |
| Ins Phone...... | |
| Policy Hld DOB. | 01/08/1975 |

### * * * Insurance Carrier 2 Information * * *

| | |
|---|---|
| Carrier.......... | |
| Group Name... | Grp#.. |
| Policy........... | |
| Policy Holder.. | |
| Address.......... | |
| City/St/Zip.... | |
| Ins Phone...... | |
| Policy Hld DOB. | 00/00/0000 |

### * * * Insurance Carrier 3 Information * * *

Carrier..........
Policy...........
Policy Holder..

### * * * Insurance Carrier 4 Information * * *

Carrier..........
Policy...........
Policy Holder..

Preferred Name:
Notes:

```
MR6450RL                          MIRA - CODING & ABSTRACTING                    3/10/20 13:40:44
38.10                          ICD10 Coding Summary Report                              AS400E
BOOKER7                            CYPRESS CREEK HOSP      523                            Page 1

                              *** PATIENT INFORMATION ***

NAME.....SANCHEZ, ADAM                     DRG.. 885 PSYCHOSES             APRDRG:
ACCOUNT #110347440017                      MDC...19       LOS........5
MR#......002044989                         TOTAL CHARGES.  10,000.00      MORTALITY:
PT TYPE..I I                               AGE.. 45 Y   SEX......M         SEVERITY:
ADMIT....03/01/2020                        PAYOR:2003 BCBS PPO            RELATIVE WEIGHT:
DISCH....03/06/2020                        DISP...P  HOME FOL UP APPT
ACT PHYS..VENKATESH, ATHI

                              *** CLINICAL INFORMATION ***

DIAGNOSIS CODE & DESCRIPTION                                                              POA
A   F33.2    Major depressive disorder, recurrent severe without psychotic features       Y

P   F33.2    Major depressive disorder, recurrent severe without psychotic features       Y
S   R45.851  Suicidal ideations                                                           Y
S   Z68.42   Body mass index (BMI) 45.0-49.9, adult                                       Y
S   E23.0    Hypopituitarism                                                              Y
S   F41.1    Generalized anxiety disorder                                                 Y
S   I10      Essential (primary) hypertension                                             Y
S   G47.33   Obstructive sleep apnea (adult) (pediatric)                                  Y
S   E66.9    Obesity, unspecified                                                         Y
S   S50.812D Abrasion of left forearm, subsequent encounter
S   S80.811D Abrasion, right lower leg, subsequent encounter
S   X58.XXXD Exposure to other specified factors, subsequent encounter                    Y
```



## NOTES: GENERAL CODING

Coder's
Initials:

This medical record was coded without discharge summary.

**Cypress Creek Hospital Admissions Department**

Date: 2/29/20   Time: 0235

Patient's Legal Name: Adam Sanchez   Age: 35   Gender: F (M)

Voluntary _____ Involuntary _X_   DOB 1/8/75   Race: Hispanic

Guardian: Y (N) If Yes, Guardian Name: _____ # _____   Minor: Y (N) (<18)

Ht: 177 in/cm   Wt: 150 lbs/kgs   Pregnant: Y (N)   Breastfeed: Y (N)

ALLERGIES _____ NKDA

Referring Hospital: HNW   Date/ Time admitted to referring hospital 2/28

Nurse providing clinical Information: Cassandra S. RN   Phone# _____

Referring Physician: Nartarey Narang   Phone# _____

Reason Pt at the Hospital? Drank 1 bottle of vodka, sat in tube and cut self with a box cutter. (5-6 sutures to (L) arm)

ETOH 178 → ETOH < 42 @ 1900 2/28

Risk Factors: Suicidal Ideation: ☑Yes ☐No   Suicide attempt: ☑Yes ☐No   Detox: ☑Yes ☐No
Psychotic: ☐Yes ☑No   Homicidal/ Aggressive to others: ☐Yes ☑No   Restraint Use: ☐Yes ☑No

Substance use Issues (describe): VODKA   ℗ AMPHETAMINES

TIME OF LAST SET OF VITAL SIGNS:
BP: 151/72 Temp: 99   Pulse: 102   Resp: 18   O2 Sat.% 100   O2 in use: ☐Yes ☑No

| Medical Concerns | N | Y |
|---|---|---|
| Pain (current) (0-10) | ✓ | |
| EKG included | ✓ | |
| Seizures (Hx of) | ✓ | |
| Splints/Ace Wrap/Cast | ✓ | |
| Medication Pump (Accessible) | ✓ | |
| Invasive Treatments/tubing | ✓ | |
| Physical Therapy needed | ✓ | |
| Wounds requiring daily tx | | ✓ |
| MRSA (Hx of) | ✓ | |

Lab values or test results that are of concern:

| Patient ability to Function | N | Y |
|---|---|---|
| Ambulatory | | ✓ |
| Self Care w/ADL's | | ✓ |
| Requires Assistive Devices: Cane, Walker, W/C | ✓ | |
| Multiple Falls (Hx of) | ✓ | |
| MR (IQ <70) | ✓ | |
| Dementia/Alzheimer's | ✓ | |

MEDS GIVEN AT THE ER: 2 L of NS

HOME MEDICATION: _____

MEDICAL HISTORY: HTN

_____ BTA = 196   2/29/20 @ 0241
Cypress Creek Hospital Representative (RN, MD, NP, PA)   Date and Time

Nurse to Nurse completed (YES) NO (Completed @ 0242   Doc to Doc completed (YES) NO (Completed @ 0249)

Patient accepted YES NO (Completed @ _____
I hereby acknowledge that the information provided by the referring hospital indicates that the patient does/ does not appear to be sufficiently medically stable for transfer to Cypress Creek Hospital.   Karen Howard - unit secretary
Administrative Approval given to _____
At (date and time) 2/29/20 By Jocharle Albright
@ 0253

NURSE TO NURSE Nov 2010.docx Created on 1/21/2014 10:12:00 am/Updated

SANCHEZ, ADAM                    45
002044989 1034744-0017 M
ZGP924579766                 20
8 ... A03/01/20 B01/08/75
A. VENKATESH              IPL

## INTAKE INTEGRATED ASSESSMENT

**INITIAL PATIENT DATA VITAL SIGNS**

Temp.: 98.5
Pulse: 104
Resp.: 18
BP: 130/85
Pulse Ox: 100%
Weight: 330
Height: 5'10
Blood Sugar if has DM: NA
Pain 0/10: 7/10

NAME: First Adam   MI: ___   Last: Sanchez

AGE: 45   GENDER: ☒ Male ☐ Female   DOB: 01/08/75

INFORMANTS: ___

LANGUAGE PREFERRED: ☐ English ☒ Spanish ☐ Other: ___

Interpreter Needed: ☒ No ☐ Yes If so, Who?: ___

MARITAL STATUS: ☒ Single ☐ Married ☐ Divorced ☐ Widowed ☐ Separated ☐ Unknown

ETHNICITY: ☐ Asian ☐ Black ☐ Caucasian ☒ Hispanic ☐ Native American ☐ Other:

**REFERRAL:**
☐ Physician Referral (Dr's office)
☐ Clinical Referral(MHMR/ Therapist/Military)
☐ Insurance Referral
☒ Transfer: Acute Care Hospital (ER,ICU, or the floor)
☐ Transfer: Other ___
☐ Former Patient
☐ Family/Friend

☐ Court/Law Enforcement
☐ Other ___

**LEGAL STATUS:**
☐ Voluntary
☒ Emergency Detention
☐ OPC

**ARRIVAL:**
☐ Private Vehicle
☒ Ambulance

☐ Taxi
☐ Police/MH Deputy
☐ Walk-In
☐ Other: ___

**LEGAL GUARDIAN:**
☒ Self (Adult/Emancipated minor)
☐ Biological parents
☐ Joint: ___
☐ Single: ___

☐ CPS: ___
☐ Other: ___

**CUSTODY DOCUMENT:**
☐ Papers never issued
☐ Custody Papers Received
☐ Custody Papers NOT Received because: ___

**PRESENTING PROBLEM/CHIEF COMPLAINT (In Patient's Own Words):**
SA By cutting, chronic DEPRESSION, SUBstance abuse for 5 years (cocaine, heroin, ecstacy, marijuam, DMT).

**INITIAL INTAKE MEDICAL SCREEN**

Meds:

PRIMARY CARE PHYSICIAN: None   LAST VISIT: ___
List Current/Chronic Medical Conditions:   ☐ No Medical Conditions
1. HTN   2. depression
3. Pituitary insuff   4. OSA

Pregnant ☐ Yes ☒ No   N/A weeks

ALLERGIES: ___   ☒ NKDA

**INITIAL FALL SCREENING**

Does the patient have a recent history of falls? ☐ Yes ☒ No
If so, when was the last fall? ___ Injury: ___
Is the patient currently at risk for falls? ☐ Yes ☒ No
(If yes, place patient on fall precautions and mark as risk factor on the High Risk Notifications sheet)
Comments: ___

Signature: 2 Howard, RN   Date: 02/29/20   Time: 0400

3-1-20

**CYPRESS CREEK HOSPITAL**

CCH-003a 08/18

In SANCHEZ, ADAM                    45
002044989 1034744-0017 M
ZGP924579766                    20
8    A03/01/20 B01/08/75
A.VENKATESH                      IPL

1

| NUTRITION/ APPETITE □ No Changes | ☑ Increased appetite □ Decreased appetite □ Loss/Gain >10 lbs in last month |
|---|---|
| | History of eating disorder: ☑ No □ Anorexia □ Bulimia □ Overeating |
| SLEEP PATTERN □ No Changes | □ Not sleeping ☑ Difficulty going to sleep □ Frequent awakening |
| | □ Sleeping more often □ Restless □ Nightmares |
| | Approximate number of hours of sleep in each day: __3-5__ □ Unknown |

**☑ N/A Patient is an Adult        Current Child/Adolescent Specific Behaviors (check all that apply)**

□ Running away from home/school □ Bedwetting □ Destruction of property □ Cruelty to animals □ Screaming
□ Cursing □ Stealing □ Rebellious/defies authority □ Satanic involvement □ Fire setting □ Problem with peers
□ Fighting □ Gang Involvement □ Problem with siblings □ Biting □ Kicking □ Spitting
Duration: □ Less than 2 hours □ More than 72 hours

## EDUCATIONAL HISTORY

Current Grade Level: _____  Grades: □ Above Average □ Average □ Below Average
Has the patient ever been held back a grade level? □ Yes □ No  If so, what grade should the patient be in? _____
Explain: _____

School Behaviors: □ Attentive □ Normative □ Poor Effort □ Repeated Grade □ Disruptive □ Argumentative
□ Difficulty with Peers □ Fighting with Peers □ Truancy □ Use of Drugs/ETOH □ Suspensions □ Expulsions
□ Poor Concentration □ Lack of Motivation □ Other _____
□ Good Student □ Average Student □ Poor Student □ Special Ed □ Regular Classes
□ Learning Disabilities □ Advanced Classes □ Extracurricular Activities

Comments: _____

| CURRENT Psychiatrist: | NONE | Frequency/Length of time: _____ | Last visit: _____ |
|---|---|---|---|
| CURRENT Therapists: | NONE | Frequency/Length of time: _____ | Last visit: _____ |

**PREVIOUS PSYCHIATRIC OR SUBSTANCE ABUSE HOSPITALIZATIONS   (None ☑)**

| WHERE | DATES | REASON |
|---|---|---|
| | | |
| | | |
| | | |

**PREVIOUS OUTPATIENT TREATMENT   (None ☑)**

| MD or THERAPIST | DATE STARTED | FREQUENCY | LAST APPT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| FAMILY HISTORY OF MENTAL ILLNESS & SUBSTANCE ABUSE □ None | Maternal: (List relation to patient and illness) Brother - Substance abuse Sister - Substance abuse Parents - alcohol abuse | Paternal: (List relation to patient and illness) |
|---|---|---|
| LIVING CONDITIONS | Support System: alone List **Name, Age and Relation** of those that live with patient: | |


**CYPRESS CREEK HOSPITAL**

## SUBSTANCE ABUSE HISTORY
(OCCURRED WITHIN THE LAST 12 MONTHS)

☐ No History

| SUBSTANCE | ROUTE | AMOUNT | FREQUENCY | AGE BEGUN | LAST USE |
|---|---|---|---|---|---|
| Marijuana | | | once in awhile | 40 | 2-27-20 |
| Opiates | | | | | |
| Cocaine/Crack | | | every other Day | 40 | 2-27-20 |
| Meth/Amphetamines/ Stimulants | | | | | |
| Hallucinogens | | | every other Day | 40 | 2-27-20 |
| Sedatives / Hypnotics | | | | | |
| Tobacco | | | | | |
| Benzodiazepines | | | | | |
| Alcohol | | | every Day 2 Beers | 18 | 2-27-20 |

How long has the patient been using the current amount? (Describe usage history on all substances) __5 years__

Has the patient experienced consequences as a result of their substance abuse? ☐ No consequences ☒ Family Problems
☐ Work Attendance ☒ Job Performance ☐ Problems Functioning ☒ Poor Motivation ☐ Legal Charges ☐ Medical Problems
Specify: _____ Other: _____

| | |
|---|---|
| Drug of choice: __cocaine__ | History of blackouts: ☐ Yes ☒ No When? _____ |
| Longest Sobriety: __1 year__ | History of withdrawal seizures: ☐ Yes ☒ No When? _____ |
| When: __2 years ago__ | History of DTs: ☐ Yes ☒ No When? _____ |

Has the patient ever tried to quit on their own?
☐ No ☒ Yes # of times: __6__

Is patient currently at risk for withdrawals or detox? ☐ Yes ☒ No
If yes, check all symptoms that apply: ☐ Tremors ☐ Nausea ☐ Headache ☐ Body Aches ☐ Sweats ☐ Vomiting ☐ Diarrhea
☐ Restless ☐ Fever ☐ Dizziness ☐ Runny Nose ☐ Chills ☐ Unsteady Gait ☐ Abdominal Pain ☐ Elevated Vital Signs

### Alcohol Screening                                    ☐ N/A

If substance use is endorsed, answer the questions below. Select only one response for each question.

| | ANSWER | SCORE |
|---|---|---|
| **1. How often do you have a drink containing alcohol?** | ☐ Never | 0 |
| | ☐ Monthly or less | 1 |
| | ☐ 2-4 times a month | 2 |
| | ☐ 2-3 times a week | 3 |
| | ☒ 4 or more times a week | 4 |
| **2. In a regular, typical day of drinking alcohol, how many drinks do you normally consume?** | ☒ 1 or 2 | 0 |
| | ☐ 3 or 4 | 1 |
| | ☐ 5 or 6 | 2 |
| | ☐ 7 to 9 | 3 |
| | ☐ 10 or more | 4 |
| **3. How often do you have six (6) or more drinks on one occasion?** | ☒ Never | 0 |
| | ☒ Less than monthly _error_ | 1 |
| | ☐ Monthly | 2 |
| | ☐ Weekly | 3 |
| | ☐ Daily or almost daily | 4 |

**Scoring:** ☐ **Male:** a score of 4 or higher is considered positive for hazardous drinking or active alcohol use disorder.          **Total:** __5 4__
          ☐ **Female:** a score of 3 or higher is positive for hazardous drinking.


CYPRESS CREEK HOSPITAL

CCH-003c 01/18

SANCHEZ, ADAM                45
002044989 1034744-0017 M
ZGP924579766        20
8      A03/01/20 B01/08/75
A. VENKATESH              IPL

3

| **EDUCATIONAL HISTORY** | **Highest Grade Completed:**<br>□ Elementary: Grade _____   □ Middle School: Grade _____   □ High School: Grade _____<br>□ GED   □ Voc/Tech   ☒ Some College   □ Associates   □ Bachelors   □ Masters   □ PhD |
|---|---|
| **EMPLOYMENT HISTORY**<br>**(for all patients age 16 and over)**<br><br>□ N/A– patient is under 16 | Employment status: ☒ Full-time   □ Part-time   □ Homemaker   □ Sick Leave<br>□ Unemployed   □ Student   □ Disabled   □ Retired   □ Never Employed<br>Employer: MECHANIC                           Occupation:<br>How long has the patient worked at current job? ___ 6 years _____<br>Employer aware of treatment? □ Yes   ☒ No<br>What are their future vocation plans?<br>Occupational Stressors: □ No problems   ☒ Problems Functioning   □ Supervisor Conflict<br>□ Peer Conflict   □ Poor Performance   □ Other:<br>Comments: |
| **FINANCIAL HISTORY**<br>□ N/A– patient is under 18 | □ Adequate Finances   □ Inadequate Finances   ☒ Financial Stress   □ Dependent on Others<br>□ Receives SSI/SSD   □ VA Benefits   □ Military Benefits   □ Pension/Retirement Benefits<br>Comments: |
| **LEGAL HISTORY**<br>□ No history | When/Charged for/Consequence:<br>Is the patient currently on: Parole □ Yes □ No   Probation □ Yes □ No<br>If yes, PO Name & phone #:<br>Comments: traffic charges |
| **MILITARY HISTORY**<br>☒ No history | □ No Military HX   □ Pt is Active Duty   □ Pt is in Reserves   □ Pt is Discharged/Retired<br>□ Military Family– Who was/is in the military? _____   Rank: _____<br>Did the patient serve in combat: □ Yes □ No   Did a family member serve in combat: □ Yes □ No |
|  | □ Honorable Discharge   □ Medical Discharge   □ Mental Health Discharge<br>□ Service Related Disability   □ General   □ Bad Conduct   □ Dishonorable |
|  | Comments: |

## MENTAL STATUS

| | | | |
|---|---|---|---|
| **Appearance:** | ☐ Appropriately Dressed<br>☐ Hair Combed/ Styled<br>☐ Clean Body | ☐ Inappropriately Dressed<br>☒ Unkempt<br>☐ Soiled Clothing | ☐ Pronounced Body Odor<br>☐ Other _____ |
| **Behavior:** | ☐ Cooperative<br>☐ Calm<br>☐ Good Eye Contact | ☐ Restless<br>☐ Guarded<br>☒ Anxious | ☒ Agitated<br>☐ Uncooperative<br>☐ Other |
| **Speech:** | ☒ Clear<br>☒ Non pressured | ☒ Soft<br>☐ Slurred | ☐ Pressured/Rapid<br>☐ Other |
| **Mood:** | ☐ Depressed<br>☐ Pleasant<br>☐ Preoccupation | ☐ Manic<br>☐ Irritable/Angry<br>☐ Apathy | ☒ Helpless/Hopeless<br>☒ Anxious<br>☐ Other |
| **Affect:** | ☒ Congruent<br>☒ Flat<br>☐ Agitated | ☐ Restricted<br>☐ Incongruent<br>☐ Blunted | ☐ Elated<br>☐ Labile<br>☐ Other |

**Consciousness:** ☒ Alert/oriented ☐ Intoxicated ☐ Sedated/Drowsy ☐ Flight of Ideas ☐ Confused

**Memory:** ☒ No Problems ☒ Poor Short Term ☐ Poor Long Term ☐ Poor Concentration

**Insight/Judgment:** Patient believes he/she has the illness or problem of concern ☒ Yes ☐ No

Patient realizes he/she is in need of treatment: ☒ Yes ☐ No

| **Intelligence:** | ☐ Above Average<br>☒ Average   ☐ Below Average | **Evidence:** ☒ Vocabulary<br>☒ Reasoning   ☒ Insight |
|---|---|---|

| **Perception:** | ☐ Delusions: ☐ Persecutory ☐ Grandiose<br>☐ Delusion of reference ☐ Religious<br>☐ Sexual preoccupation ☒ None<br>Comments: | Hallucinations: ☐ Auditory ☐ Visual ☐ Tactile<br>☐ Taste ☐ Olfactory ☐ Command<br>☐ Sexual reference ☒ None<br>Comments: |
|---|---|---|

| **MOTOR ACTIVITY** | ☐ Tremors   ☐ Agitation   ☐ Psychomotor Retardation   ☒ WNL |
|---|---|

| **CURRENT BEHAVIORS & SYMPTOMS** | Behaviors: ☒ Loss of interest in activities ☒ Lack of energy<br>☐ High energy ☒ Lack of motivation ☒ Difficulty concentrating ☐ Panic attacks<br>☐ Repetitive behavior/thoughts ☒ Problems functioning at work/school/home<br>☐ Missing work/school ☒ Poor hygiene/grooming<br>Symptoms: ☐ Mania ☐ Psychosis ☐ Racing thoughts ☐ Delusions<br>☒ Impulsive Behavior ☐ Hypersexual ☐ Audio Hallucinations ☐ Visual Hallucinations<br>☐ Motor Activity ☐ Other: _____ |
|---|---|

| **DANGER TO OTHERS:**<br>(Current and History, occurred within the last 6 months or more) | Current homicidal ideation or threats? ☐ Yes ☒ No<br>Who is threatened? _____<br>Specific Plan? ☐ Yes ☐ No<br>Plan _____ | HX of homicide ideation/attempt? ☐ Yes ☒ No<br>When: ☐ within 6 months ☐ Other: _____<br>When/Method: _____<br><br>Towards who: _____ |
|---|---|---|
| **PHYSICAL AGGRESSION**<br>☒ No Risk<br>(Yes to 2 or more questions OR history of violent behavior in hospital = High Risk for Violence) | ☐ Involuntary Patient<br>☐ Visibly agitated/psychotic/threatening<br>☐ Prior Psychiatric hospitalization<br>☐ Low functioning/impulse control due to MR/Neuro<br>☐ Legal/school problems due to aggression | ☐ Command hallucinations<br>☐ Seclusion/Restraint episode in previous hospital<br>☐ HX of harm to staff in prior hospital<br>☐ HX of use of drug known to cause violence<br>☐ Current homicidal ideation |
| **ELOPEMENT RISK**<br>☒ No Risk<br>(All Involuntary patients are placed on Elopement Risk until assessed by a psychiatrist) | ☐ Acute confusion, hallucinations, delusions<br>☐ Prior elopement attempts within 7 days | ☐ Verbal threats of leaving<br>☐ Involuntary ☐ Other: _____ |



**CYPRESS CREEK HOSPITAL**

CCH-003e 01/18

5

SANCHEZ, ADAM                    45
002044989 1034744-0017 M
ZGP924579766            20
8      A03/01/20 B01/08/75
A. VENKATESH              IPL

| | |
|---|---|
| **ABUSE AND SEXUAL VICTIMIZATION/ PERPETRATION**<br><br>**If patient has been victimized, place on Sexual Victimization Protocol** | **ABUSE**<br><br>History of Abuse: ☐ Yes ☒No   Abuse of Others: ☐ Yes ☒No<br>If "yes" Check all that apply:<br>☐ Sexual ☐ Physical ☐ Emotional  Describe: _____<br>Perpetrator: _____   Reported? ☐ Yes ☒No<br>Current Domestic Violence: ☐ Yes ☒No  Describe: _____<br>Past History of Domestic Violence: ☐ Yes ☐ No Describe: _____<br>**SEXUAL VICTIMIZATION/PERPETRATION**<br><br>Potential for Victimization (check all that apply): ☒ N/A<br>☐ Victim of sexual abuse          ☐ Sexually provocative/hypersexual behaviors<br>☐ Developmentally challenged   ☐ Mental retardation<br>☐ Physical status/medical conditions may compromise patient's self defense:<br>If yes, please check all that apply:<br>☐ Age ☐ Medically Compromised ☐ ECT recipient ☐ Sedation<br>Describe: _____<br>Other: _____<br>Explain for any of the above checked: _____<br><br>Potential for Perpetration (check all that apply): ☒ N/A<br>☐ History/Patterns of Sexual Abuse/Perpetration: _____<br>Intended Victim(s)/Partner(s): _____<br>☐ Criminal Sexual History ☐ Psychosis with Sexual Preoccupation ☐ Sexual Preoccupation<br>Other: _____<br>Explain for any of the above checked: _____<br>If abuse/neglect not previously reported document CPS/APS Report number: _____<br>or Notification will be made by assessor: _____<br>CPS/APS Hotline # 1-800-252-5400 or www.txabusehotline.org |
| **POTENTIAL ABUSE VICTIMS** | Is this patient developmentally challenged or mentally retarded? ☐ Yes ☒No<br>Does this patient have a physical or medical condition that may compromise their self defense<br>mechanisms? ☐ Yes ☒No<br>Is the patient being sexually provocative or hypersexual? ☐ Yes ☒ No |
| **SEXUAL AGGRESSION RISK FACTORS**<br>*(Explain any "yes" responses)*<br><br>*If patient has history of sexual aggression or current sexual behavior, place on SAO or Sexual Perpetrator Protocol* | Have you ever forced sex on another person, touched others sexually without their permission, or<br>exposed yourself? ☐ Yes ☐ No<br>If so, explain toward who, when and what happened: _____<br><br>Are you currently having any thoughts of forcing sex on anyone or touching them without their<br>permission? ☐ Yes ☐ No<br>If so, towards who and explain specific plan: _____<br><br>Have you ever been accused of, investigated for, charged with, or convicted of a sexual offense?<br>☐ Yes ☐ No<br>If yes, explain: _____<br><br>Is there information from a referral source or family member regarding sexual acting out history?<br>☐ Yes ☐ No<br>Comments: _____ |



**CYPRESS CREEK HOSPITAL**

CCH-003f  01/18

| | |
|---|---|
| **INITIAL TB SCREEN** | **1. Has the patient ever been treated for TB?** ☐ Yes ☒ No<br>If so, document when they received the treatment and what medication they were treated with<br>And request a consult with the on-call medical provider.<br>_____<br>Date consult ordered: _____ Nurse's Initials: _____<br>**2. Has the patient ever been exposed to anyone with TB?** ☐ Yes ☒ No<br>If so and without symptoms, request a TB skin test as part of the admission orders and date test<br>Ordered: _____ Nurse's Initials: _____<br>**3. Has the patient been vaccinated with BCG?** ☐ Yes ☒ No<br>**4. Has the patient ever been told they had a positive test?** ☐ Yes ☒ No<br>**5. Is the patient exhibiting any of the following symptoms:**<br>Hemoptysis (blood in sputum) ☐ Yes ☒ No<br>Persistent Cough ☐ Yes ☒ No<br>Night Sweats ☐ Yes ☒ No<br>Unexplained weight loss ☐ Yes ☒ No<br>Fever (usually at night) ☐ Yes ☒ No<br>If two or more symptoms are present, the patient must be masked prior to going on the unit and a STAT chest X-ray must be ordered. The results of the chest X-ray must be discussed with the on call medical provider if abnormal.<br>Time patient given mask: _____ Nurse's Initials: _____<br>Date chest X-ray ordered: _____ Nurse's Initials: _____<br>• Please contact the Infection Control Nurse with any questions. |
| **MRSA SCREENING** | Do you have a history, or are you currently being treated for MRSA? ☐ Yes ☒ No<br>Was the patient transferred from another facility (nursing home, long term care facility, correctional facility) ☐ Yes ☒ No<br>Do you have any open or weeping wounds? ☐ Yes ☒ No<br>If the patient has an open or weeping wound **OR** is currently being treated for MRSA, notify the Nurse Supervisor. |

## Initial Suicide Risk Assessment

### Suicide and Self-Injury:

| | | Describe presenting problem: |
|---|---|---|
| Is the patient presenting due to self-injurious or suicidal thoughts and/or behaviors? | __No ✓YES >> | Cut (L) AC |
| Does the patient have injuries that appear to be self-inflicted? (cuts, burns, self-mutilation, scars) | __No ✓YES >> | SA By cutting (L) AC |

| Suicide Thoughts and Means | Right now | Today | Past month | Past 6 mos. | Refuse unable | Comments |
|---|---|---|---|---|---|---|
| Have you ever wished you were dead or wished you could go to sleep and not wake up? | | ✓ | | | | |
| Have you actually had any thoughts of killing yourself? | | ✓ | | | | |
| Did you have some intention of acting on them? | | ✓ | | | | |
| Have you thought about how or what way you might do this? (means) | | ✓ | | | | |

### Plans, Means, and Intentions
**\*Current SI or attempt within 30 days, place on suicide precautions**

| | | Explain: |
|---|---|---|
| Have you worked out, or started to work out, the details of how to kill yourself? | __No ✓YES >> | cutting |
| Do you think you will act upon these thoughts? | __No ✓YES >> | Explain: |


**CYPRESS CREEK HOSPITAL**

Imprint Patient Information Here:

Adam Sanchez

| Did these thoughts frighten you? | ✓No ___YES >> | Explain: |
|---|---|---|
| Do you own or have access to firearms, lethal medications or other lethal means? | ✓No ___YES >> | What type (s)? |
| | Where are they located? | Who has access? |

| **DISCHARGE RISK** | Does the person presenting with the patient have the capabilities to remove or secure the potential means? ☐ Yes ☐ No   **Denies having weapons** |
|---|---|
| | SECURED: ☐ Yes ☐ No ☐ Left Message   EDUCATED: ☐ Yes ☐ No |
| | May we speak to your family concerning securing and removing weapons and medications for you? ☐ Yes ☐ No   **AUTHORIZATION TO RELEASE CONFIDENTIAL INFORMATION** |
| | Relation to pt _____  _____  _____ |
| | _____Name_____Phone |
| | "I understand that by signing below, I am authorizing the release of information concerning notification to remove/secure weapons, lethal medications, and/or other items of self harm to the parties named above. |
| | Patient signature _____  Date _____  Time _____ |

**Past Suicidal Behavior**

| Have you made a suicide attempt? | ___No ✓YES >> | Explain:<br>SA on 2-27-20 By cutting |
|---|---|---|
| Has there been a time when you started to do something to end your life but someone or something stopped you before you actually did anything? | ✓No ___YES >> | Explain: |
| Have you ever attempted or started to attempt suicide when other people were around, like at home with parents, in a hospital, or in a group home with staff? | ✓No ___YES >> | Explain: |

**Other Risk Factors**

**Long-term Risk Factors**

| Have you ever been diagnosed with Schizophrenia or Major Depression? | ✓No<br>___Yes >> | Describe: |
|---|---|---|
| Has anyone close to you ever completed or attempted suicide? | ✓No<br>___Yes >> | Explain: |
| History of physical or sexual abuse | ✓No<br>___Yes >> | Who and when? |



CYPRESS CREEK HOSPITAL

CCH-003h  08/18

8

## Impulsivity and Self-Control

| | | |
|---|---|---|
| History of substance abuse | ___No<br>✓ Yes >> | **Describe:** Drift, cocaine, ecstacy, MJ, Heroin for 5 years |
| Have you ever intentionally cut, burned, hit, or otherwise hurt yourself when you were upset? | ___No<br>✓ Yes >> | **Explain:** cut |

## Clinical Presentation (Symptoms and Suffering)

| | | |
|---|---|---|
| Are you feeling increasingly high levels of anxiety, stress, or emotional pain? | ___No<br>✓ Yes >> | **Describe:** |
| Do you feel hopeless or helpless about your life or illness? | ___No<br>✓ Yes >> | **Describe:** |
| Have you been more withdrawn from other people lately? | ___No<br>✓ Yes >> | **Describe:** |

### Stressors and Precipitants: List the patient's most significant stressors and the precipitants to the current hospitalization and past suicide attempts if any.

> Girlfriends (ex)
> WORK

> No time for self
> Self-esteem

Do stressors involve loss of self-respect or dignity? **Explain:** NO

### Unique Strengths and Reasons for Living/Protective Factors

| | |
|---|---|
| Who are the most important people in your life?<br>DOG | Who in your life can you tell anything to?<br>COUSIN |
| What skills or strengths, qualities or relationships are you most proud of? *(For example: Special hobby or skill? Being a good listener? Making people laugh? Spiritual connection? Strong interpersonal relationships? History of treatment follow through?)* | Other protective factors:<br>> I'm good w/ computers<br>> I'm friendly and helpful |

| Current Clinical Presentation | Engagement & Reliability |
|---|---|
| Does the patient exhibit any of the following? Check all that apply.<br>☑ High anxiety, stress, emotional pain<br>☑ Depression<br>☑ Hopelessness<br>☑ Feeling a burden to others<br>☐ Negative appraisal of illness or recovery<br>☐ Other (specify): _____ | How does the patient appear to you? **Check all that apply.**<br>☑ Patient's report appears credible and consistent.<br>☑ Patient engaged and cooperative with assessment and treatment planning.<br>☑ Patient appears relieved/soothed to be in a therapeutic and safe milieu.<br>☐ Known history of seeking help during crisis. |



CYPRESS CREEK HOSPITAL

CCH-003i 08/18

9

SANCHEZ, ADAM                    45
002044989  1034744-0017  M
ZGP924579766              20
8       A03/01/20  B01/08/75
A. VENKATESH              IPL

## Risk Formulation

| Risk Status – Compared to other patients typically managed in the community and/or admitted for hospitalization. (e.g. higher, similar, lower) | Risk State – Compared to patient's baseline risk. (e.g. higher, similar, lower) |
|---|---|
| Your assessment of Risk Status:<br><br>HIGHER<br><br>Why? Indicate the most important factors for your formulation.<br>➢ SA BY CUTTING<br>➢ | Your assessment of Risk State:<br><br>HIGHER<br><br>Why? Indicate the most important factors for your formulation.<br>➢ SA BY CUTTING<br>➢ |

| Potential Triggers:  Situations and/or changes that could trigger an increase in Risk State. | |
|---|---|
| ➢ MISSING WORK | ➢<br>➢<br>➢ |

**Resources: Resources identified as helpful to planning and responding to a crisis.**

Internal coping strategies:
➢ WORKING ON COMPUTERS, PLAYING W DOG

*According to the Patient - Is Patient likely to use support identified above* ✓Yes __No __Not sure

Activities that provide distraction:
➢ PLAYING W/ DOG, TALKING TO COUSIN

*According to the Patient - Is the patient likely to use support identified above?* __Yes __No __Not sure ✓

Talking to loved ones outside the hospital:
➢ COUSIN

*According to the Patient - Is the patient likely to use support identified above?* ✓Yes __No __Not sure

Seeking staff to talk 1:1:

*According to the Patient - Is the patient likely to use support?* ✓Yes __No __Not sure

__No resources identified or available.

Admission RN Actions or documented changes after review of above
ACTIONS TAKEN: Actions taken in response to changes in any of the above sections: decisions (e.g. admit, special precautions, referrals, consultation, safety/contingency planning).
If weapons, lethal medications or other lethal means of self-harm are present document plan to address.


CYPRESS CREEK HOSPITAL

## CLINICAL SUMMARY

45 y.o. EADW came from Houston Northwest from SA By cutting (L) AC. Pt has had chronic depression since he was in his 30s. Substance abuse for 5 years. Pt took cocaine, ecstacy, heroin and a bottle of vodka before he made the SA. Pt states this is his 1st time in a psych hospital. Pt states he regrets the method that he used to kill himself. Pt still has SI w/out a specific plan.

**Summary of Suicide Risk Assessment:** SI w/out a plan. Pt made a SA By cutting on 2-07-20.

**Disposition:** Pt meets criteria for inpatient Due to SA. admit to adult unit.

Clinician Signature _____ Date: 3-1-20  Time: 0400

Staffed Case with: Psychiatrist's Name: Venkatesh   Date: 3-1-20  Time: 0400

Psychiatrist's Determination: ☑ Admit to Inpatient to Dr. Venkatesh ☐ PHP ☐ IOP ☐ Refer to Outpatient

Date & Time of MD notification for positive indicators on suicide risk assessment:  Date: 3-1-20   Time: 0400



CYPRESS CREEK HOSPITAL

CCH-003k 08/18

11

SANCHEZ, ADAM
002044989  1034744-0017  M  45
ZGP924579766
8      A03/01/20  B01/08/75  20
A. VENKATESH                    IPL

## VISUAL SKIN/BODY ASSESSMENT (Unit Nurse)

☐ NO SKIN PROBLEMS NOTED

Using the scale below, place letter on the body.

### INDICATE

| | | |
|---|---|---|
| B | = | Bruises |
| R | = | Rashes |
| W | = | Wounds |
| S | = | Scars |
| D | = | Decubitus |
| U | = | Ulcers |
| T | = | Tattoos |
| P | = | Body Piercing |
| L | = | Laceration |
| A | = | Abrasion |
| M | = | Medication Patch |

stitches

**Color:** ☐ Pale   ☐ Flushed   ☐ Jaundiced   ☒ Normal

**Turgor:** ☐ Poor   ☒ Adequate

**Lice check:** ☒ Negative   ☐ Positive

**Drainage:** ☐ Sanguineous   ☐ Serosanguinous   ☒ None

**Medication:** ☐ Implanted drug delivery system   ☐ Medication Patches

**Scabies:** ☒ Negative   ☐ Positive

Body Search completed by: _____   Date: 3-1-20   Time: 0400

Witness signature: _____   Date: 3-1-20   Time: 0400



CYPRESS CREEK HOSPITAL

CCH-003I 01/18

12

# PATIENT SEARCH FORM

**Admitting Inpatients must have search of belonging, full body search and screen through metal detector**

| | |
|---|---|
| Location of Search: | ☒ Intake   ☐ Unit _____   ☐ Other: _____ |
| Type of Search | ☒ Metal Detector   ☒ Visual   ☐ Room Search   ☐ Belongings/Property<br><br>☒ Body and personal clothing   ☐ Mail   ☐ Packages   ☐ Unit Search |
| Indications | ☒ Routine Admission   ☐ Random   ☐ Probable Cause<br><br>☐ Return from Outside medical diagnostics |
| Findings | Contraband or prohibited items found   ☐ Yes   ☒ No<br><br>List: _____ |
| Disposition of Contraband | ☐ Sent home   ☐ Property Room   ☐ Property List Completed |
| Medications Found | ☐ Yes   ☒ No   ☐ Sent home   ☐ Pharmacy |
| Valuables Found | ☐ Yes   ☒ No   ☐ Sent home   ☐ Sent to Safe / Property Room<br><br>☐ Property List Completed<br><br>_____<br>_____ |
| Other Items | ☐ Yes   ☐ No   ☐ Sent home   ☐ Sent to Safe/ Property Room<br><br>☒ Property List Completed<br><br>_____ |
| Staff conducting search | Print: Tiffany Howard   Sign: T. Howard, RN   Date: 03/01/20  Time: 0403<br>Print: Jennifer Jones   Sign: [signature]   Date: 3-1-20  Time: 0340 |



CYPRESS CREEK HOSPITAL

CCH-003m 04/19

13

```
SANCHEZ, ADAM              45
002044989 1034744-0017 M
ZGP924579766          20
8   'A03/01/20'B01/08/75
A.VENKATESH          IPL
```

## INTEGRATED ASSESSMENT
## NURSING ASSESSMENT

**INFORMATION OBTAINED FROM?**  ☑ PATIENT   ☐ GUARDIAN (name): _____

| VITAL SIGNS: | T 100.2 | P 78 | R 18 | B/P 123/71 | SP02 99 |
|---|---|---|---|---|---|

Abnormal vital signs noted?   Provider notified (MD/NP name/time): NA
☑ Yes   ☐ No

**COGNITIVE STATUS:**
ALERT: ☑ YES ☐ NO   ORIENTED: ☑ PERSON ☑ PLACE ☑ TIME ☑ SITUATION
BEHAVIOR APPROPRIATE TO SITUATION? ☑ YES ☐ NO

*If unable to continue assessment secondary to patient mentation or behavior, document why on a Daily Nursing Assessment and attach that form to the Nursing Assessment. Retry must be done every shift and documented on the Daily Nursing Assessment.*

**ALLERGIES:**
☑ NKDA
☐ NKFA

Medications: _____

Foods Allergies: _____

## HEALTH HISTORY

**NEUROLOGICAL:**
☑ Denies Problems
☐ Headache (recent or change in normal headache) ☐ Migraine headaches ☐ LOC
☐ Motor Weakness ☐ Seizures ☐ Numbness ☐ Tingling ☐ Tremors
☐ Hx of blows to the head ☐ Blackouts: periods of time that cannot be accounted for
☐ Dexterity: inability to grab object, clumsiness that is not age appropriate
Comments: _____

**VISION:**
☐ Denies problems
☐ Glasses ☐ Contact Lens ☐ Cataracts ☐ Blurring vision ☐ Spots in vision
☐ Recent change to vision ☐ Other:

**EAR/NOSE/THROAT**
☑ Denies Problems
☐ Dental Problems/ loose teeth ☐ Tinnitus ☐ Dizziness ☐ Sore Throat ☐ Hearing Loss ☐ R ☐ L
☐ Wears Braces/ retainers
Comments: _____

**ENDOCRINE**
☐ Denies Problems
☐ IDDM ☐ NIDDM ☐ Thyroid Disease
Please Describe: _____

**CARDIOVASCULAR:**
☑ Denies Problems
☐ Fatigue ☐ Edema ☐ Chest Pain ☐ Hx - HTN ☐ Hx – Congenital Heart Disease (CHD)
Physical exam: Heart tones: ☐ Regular ☐ Irregular ☐ Audible Murmur
Comments: _____
(any abnormality must be reported to the medical provider)

**RESPIRATORY:**
☑ Denies Problems
☐ Cough (sputum) ☐ Cough (blood) ☐ Non Productive Cough ☐ T.B. ☐ Short of breath ☐ COPD ☐ Sleep Apnea
☐ Asthma Hx –when was last asthma attack? _____ Ever intubated due to asthma attack? _____
Physical exam: Lung Sounds ☐ Normal ☐ Wheezing ☐ Diminished
Comments: _____
(any abnormality must be reported to the medical provider)

**GENITOURINARY:**
☑ Denies Problems
☐ Frequency ☐ Hx: Bladder Infections ☐ Pain or Burning on Urination ☐ Incontinence ☐ Enuresis
☐ Enlarged prostate ☐ Self-catheterization ☐ Vaginal discharge ☐ Penile discharge
Comments: _____ Date LMP: _____

**GASTROINTESTINAL:**
☐ Denies Problems
☐ Bowel Incontinence ☐ Hemorrhoids ☐ Diarrhea ☐ G.I. Bleeding ☐ Constipation
☐ Nausea/Vomiting ☐ Ulcers ☐ Heartburn
Physical Exam: Bowel Sounds ☐ Normoactive ☐ Hyponctive ☐ Hyperactive
Comments: _____
(any abnormality must be reported to the medical provider)



CYPRESS CREEK HOSPITAL

CCH-003n 01/18

Impri
SANCHEZ, ADAM                    45
002044989  1034744-0017 M
ZGP924579766              20
8     A03/01/20 B01/08/75
A. VENKATESH                IPL

| **FUNCTIONAL ASSESSMENT**<br>☑ Patient has no functional rehab needs at this time | Patient's description of functional ability prior to admission:<br>☐ Uses brace, splint, or prosthesis   ☐ Frequent falls (age appropriate)   ☐ Wheelchair<br>☐ Ambulates only within room   ☐ Fall within last month<br>☐ Requires mobility aid:   ☐ Crutch<br>Comments: |
|---|---|
| **MUSCULOSKELETAL**<br>☐ Denies Problems | ☐ Back Problems  ☐ Prosthesis  ☐ Amputations  ☐ Muscle Weakness  ☐ Paralysis<br>☐ Bone & Joint Problems  ☐ Decreased ROM  ☐ Arthritis  ☐ Fractures  ☐ Cramping<br>Comments: |
| **SPECIAL NEEDS**<br>☑ None needed | Does the patient have any special needs the staff should be aware of:<br>☐ Vision Impairment   ☐ Speech Impairment  ☐ Wheelchair ☐ Incontinence<br>☐ Hearing Impairment   ☐ Language Barrier  ☐ Cognitive Impairment<br>☐ Transfer Assistance  ☐ Bathing Assistance   ☐ Uses Oxygen  ☐ Assistance Eating |
| **MEDICAL/ SURGICAL HOSPITALIZATION** | Medical/Surgical Hospitalizations: ☐ No ☐ Yes, detail:<br>Stitches on limbs from self inflicted cuts |

**FAMILY MEDICAL HISTORY:** (Parents, Grandparents, or Siblings) ☐ None  ☐ Unknown
- ☐ Infectious diseases: (TB, Hepatitis, HIV) _brother_
- ☐ Seizure disorder
- ☑ Hypertension _Mother_
- ☐ Heart Disease
- ☐ Stroke
- ☐ Cancer _father_
- ☐ Diabetes _father, sister, brother_
- ☐ Congenital abnormalities in the family:
- ☐ Psychiatric Disorders _father_
- ☐ Other

| **ACTIVE OR HISTORY OF INFECTIOUS DISEASE**<br>☐ None reported | DISEASE | ACTIVE | HISTORY OF | DISEASE | ACTIVE | HISTORY OF |
|---|---|---|---|---|---|---|
| | Mononucleosis | | | TB | | |
| | Chicken Pox | | ✓ | AIDS/HIV | | |
| | German Measles | | | Measles | | |
| | Scarlet Fever | | | STD Type: | | |
| | MRSA | | | Mumps | | |
| | Hepatitis | | | Scabies | | |

| **CAFFEINE USAGE:**<br><br>☐ No Caffeine Use | ☐ Yes, I do drink caffeine.   If yes, please explain below: |
|---|---|

| TYPE | AMOUNT PER DAY |
|---|---|
| Energy Drinks | |
| Coffee | 7-4 cups / Day |
| Tea | |
| Soda | Large 1 cup / day |
| Other: | |

Do you eat chocolate? ☑ Yes ☐ No



**Rate scale: 0 = None   1= Minimal   2 = Mild  3 = Moderate   4= Severe**

| AREA | | DESCRIPTION OF EVIDENCE | |
|---|---|---|---|
| **ADMISSION AIMS** | | | |
| Facial & Oral Movements | 1) | MUSCLES OF FACIAL EXPRESSION<br>e.g. movement of forehead, eyebrows, periorbital area, including frowning, blinking, grimacing of upper face. | ◯ |
| | 2) | LIPS AND PERIORAL AREA<br>e.g. puckering, pouting, smacking | ◯ |
| | 3) | JAW<br>e.g. biting, clenching, chewing, mouth opening, lateral movement. | ◯ |
| | 4) | TONGUE<br>Rate only increase in movement both in and out of mouth, NOT inability to sustain movement. | ◯ |
| EXTREMITY MOVEMENTS | 5) | UPPER EXTREMITIES (ARMS, WRISTS, HANDS, FINGERS)<br>Including chronic movements, (i.e., rapid, objectively purposeless, irregular, spontaneous) and athetoid movements (slow, irregular, complex, serpentine.) DO NOT include tremor (repetitive, regular, rhythmic) | ◯ |
| | 6) | LOWER EXTREMITIES (LEGS, KNEES, ANKLES, TOES) e.g. lateral knee movement, foot tapping, heel dropping, foot squirming, inversion and eversion of foot. | ◯ |
| TRUNK MOVEMENTS | 7) | NECK, SHOULDERS, HIPS<br>e.g. rocking, twisting, squirming, pelvic gyrations, include diaphragmatic movements. | ◯ |
| GLOBAL JUDGMENTS | 8) | SEVERITY OF ABNORMAL MOVEMENTS<br>Score based on highest single score on items 1-7 above.<br>None/Normal 0<br>Minimal 1<br>Mild 2<br>Moderate 3<br>Severe 4 | ◯ |
| | 9) | Incapacity due to Abnormal Movements<br>None/Normal 0<br>Minimal 1<br>Mild 2<br>Moderate 3<br>Severe 4 | ◯ |
| | 10) | Patient's Awareness of Abnormal Movements<br>No Awareness 0<br>Aware, No Distress 1<br>Aware, Mild Distress 2<br>Aware, Moderate Distress 3<br>Aware, Severe Distress 4 | ◯ |
| DENTAL STATUS | 11) | Current problems with teeth and/or dentures.<br>No 0<br>Yes 1 | ◯ |
| | 12) | Does patient usually wear dentures?<br>No 0<br>Yes 1 | ◯ |
| | | **TOTAL SEVERITY SCORE** | ◯ |

**TOBACCO USE SCREENING and INITIAL INTERVENTION**

Has the patient used any tobacco products in the past 30 days? ☑ No  ☐ Yes, Complete the following sections:

| Type of Tobacco Product Used | Frequency of Use | |
|---|---|---|
| Cigarettes | ☐ Less than daily use | ☐ Less than ¼ pack per day |
| | ☐ ¼ – ½ pack per day | ☐ More than ½ pack per day |
| Cigars | ☐ Daily Use | ☐ Less than daily use |
| Pipe | ☐ Daily Use | ☐ Less than daily use |
| Chewing Tobacco | ☐ Daily Use | ☐ Less than daily use |
| Other Type: | ☐ Daily Use | ☐ Less than daily use |

Was the patient offered tobacco cessation medications?
☐ N/A
☐ Yes
☐ No: If you answered no, please indicate the reason below:
☐ Patient refused medications
☐ Tobacco cessation medication are contraindicated due to:
   ☐ Patient allergy to all FDA approved tobacco cessation medications
   ☐ Drug interaction with other medications the patient is taking
   ☐ Other:_____



CYPRESS CREEK HOSPITAL

CCH-003p  01/18

17

SANCHEZ, ADAM                45
002044989 1034744-0017 M
ZGP924579766          20
8      A03/01/20 B01/08/75
A.VENKATESH              IPL

| | |
|---|---|
| **COMMUNICATION and BARRIERS TO LEARNING** | **Speech:** ☑ WNL ☐ Slurred ☐ Mumble ☐ Any recent difficulty or change?<br>**Hearing:** ☐ WNL ☐ Impaired ☐ L ☐ R ☐ BILATERAL<br>☐ Hearing Aid -Is patient wearing hearing aide? ☐ YES ☐ NO<br>**Vision:** ☐ WNL ☐ Impaired ☑ Glasses/Contacts<br>Does patient have their glasses with them? ☐ YES ☐ NO<br>☐ Special Needs/Other: _____<br>**Primary Language:**<br>☑ English ☐ Spanish ☐ Other: _____<br>**Command of English Language:**<br>☑ Understands ☑ Speaks ☑ Reads ☑ Writes ☐ Needs Translator<br>**Hearing Impaired:**<br>☐ Needs Translator ☐ Reads Lips ☐ Uses ASL<br>☐ Other: _____<br>**Learning Readiness *(Is the patient invested in treatment?)*:**<br>☑ High ☐ Moderate ☐ Low ☐ Ask Questions ☐ Denies Needs ☐ Other: _____<br>**Barriers to Learning:**<br>☐ Physical ☐ Sensory ☐ Emotional ☐ Educational ☐ Cultural ☐ Religious<br>☐ Financial ☐ Language ☐ Cognitive ☐ Motivation ☐ Other: _____ None<br>**Explanation:** |

| | |
|---|---|
| **IMMUNIZATIONS** | Is the patient current on all immunizations?   ☑ Yes  ☐ No ☐ Unknown<br>If No, What immunization(s) does the patient need? _____<br>Date of last TDaP Vaccine: _Unknown_<br><br>Have you had a Pneumonia Vaccination  ☐ Yes ☑ No<br>Would you like to have one while you are here? ☐ Yes ☑ No<br><br>When was your last Influenza vaccination? _2019_<br>Would you like to have one while you are here? ☐ Yes ☐ No<br><br>**IF QUESTIONS REGARDING IMMUNIZATION OBTAIN PATIENTS SHOT RECORDS FROM ImmTrac. – notify the infection control practitioner to obtain records. The below information has been provided to the patient and/or family member by the assessing nurse.**<br>☑ Yes    ☐ No     CDB          3/1/20<br>　　　　　 **Staff Initials**    **Date**<br><br>**Immunizations can be acquired at the Houston Health Department.**<br>**Houston Health Department**<br>**8000 North Stadium Drive**<br>**Houston, Texas 77054**<br>**832-393-5427** |



# NUTRITIONAL SCREENING

☐ Food Allergies _____
☐ Diet Order  *Regular*  _____ ☐ Diet Order Change _____

**Check or circle those that apply -- do not add additional items or "total" each category if more than one item is selected.**

| Category | Points | Category | Points |
|---|---|---|---|
| ☐ Unintentional wt change of >10 lb in <1 month | 2 | ☐ Medical Diagnosis(s): COPD, CVA, MI, CA, ESRD, Anemia, HIV†, Hepatic/Kidney Disease IBD, Pregnancy, Immunosuppressed | 2 |
| ☐ Age >70 Cachexiac Appearance | 1 | ☐ Is patients blood sugar >250? if YES - request Nutrition Consult | 3 |
| ☐ Modified Diet | 2 | ☐ History of Bulimia / Anorexia | 2 |
| ☐ Difficulty Chewing / Edentulous | 2 | ☐ High Cholesterol | 1 |
| ☐ Difficulty Swallowing/Choking on Liquids | 2 | ☐ Food Allergies | — |
| ☐ Nausea / Vomiting >3 days | 2 | ☐ Decubitus / Wound | ②|
| ☐ Diarrhea >3 days | 2 | ☐ Calorie Count    List calories: | 1 |
| ☐ NPO / Clear liquid >3 days | 2 | ☐ Acutely Paranoid | 1 |
| ☐ Adolescents <17 BMI or >32 BMI | 3 | ☐ Adult <17 BMI or >32 BMI | 3 |
| ☐ Food & Drug Interaction | | ☐ Anticoagulant Therapy | 3 |
| | **Total** | | **Total** |

**Total Point Score:** 2

| ☐ 0-2 Points. No Risk | ☐ 3-5 Points. Moderate Risk | ☐ 6 or more Points. High Nutritional Risk |
|---|---|---|

Likes / Dislikes:  NA

> **UPDATE DIET ORDER IN HCS and scan Nutritional Screening to Dietary**

## Body Mass Index Table

| BMI | Normal 19, 20, 21, 22, 23, 24, 25 | Overweight 26, 27, 28, 29 | Obese 30, 31, 32, 33, 34, 35, 36, 37, 38, 39 | Extreme Obesity 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54 |
|---|---|---|---|---|

Height (inches) / Body Weight (pounds)

| 58 | 91  96  100 105  110 115  119  124  129  134  138  143 148 153 158 162 167 172 177 181 186 191 196 201 205 210 215 220 224 229 234 239 244 248 253 258 |
| 59 | 94  99  104 109  114 119  124  128  133  138  143  153 163 160 173 178 183 193 198 203 208 212 217 222 227 232 237 242 247 257 262 267 |
| 60 | 97 102 107 112 118 123  128 133 138 143 153 158 163 168 174 179 184 189 194 199 204 209 215 220 225 230 235 240 245 250 255 261 266 271 276 |
| 61 | 100 106 111 116 122 127  132 137 143 148 153 158 164 169 174 180 185 190 195 201 206 211 217 222 227 232 238 243 248 254 259 264 269 275 280 |
| 62 | 104 109 115 120 126 131  136 142 147 153 158 164 169 175 180 186 191 196 202 207 213 218 224 229 235 240 246 251 256 262 267 273 278 284 289 295 |
| 63 | 107 113 118 124 130 135  141 146 152 158 163 169 175 180 186 191 197 203 208 214 220 225 231 237 242 248 254 259 265 270 278 282 287 293 299 304 |
| 64 | 110 116 122 128 134 140  145 151 157 163 169 174 180 186 192 197 204 209 215 221 227 232 238 244 250 256 262 267 273 279 285 291 296 302 308 314 |
| 65 | 114 120 126 132 138 144  150 156 162 168 174 180 186 192 198 204 210 216 222 228 234 240 246 252 258 264 270 276 282 288 294 300 306 312 318 324 |
| 66 | 118 124 130 136 142 148  155 161 167 173 179 186 192 198 204 210 216 223 229 235 241 247 253 260 266 272 278 284 291 297 303 309 315 322 328 334 |
| 67 | 121 127 134 140 146 153  159 166 172 178 185 191 198 204 211 217 223 230 236 242 249 255 261 268 274 280 287 293 299 306 312 319 325 331 338 341 |
| 68 | 125 131 138 144 151 158  164 171 177 184 190 197 203 210 216 223 230 236 243 249 256 262 269 276 282 289 295 302 308 315 322 328 335 341 348 354 |
| 69 | 128 135 142 149 155 162  169 176 182 189 196 203 209 216 223 230 236 243 250 257 263 270 277 284 291 297 304 311 318 324 331 338 345 351 358 365 |
| 70 | 132 139 146 153 160 167  174 181 188 195 202 209 216 222 229 236 243 250 257 264 271 278 285 292 299 306 313 320 327 334 341 348 355 362 369 376 |
| 71 | 136 143 150 157 165 172  179 186 193 200 208 215 222 229 236 243 250 257 265 272 279 286 293 301 308 315 322 329 338 343 351 358 365 372 379 386 |
| 72 | 140 147 154 162 169 177  184 191 199 206 213 221 228 235 242 250 258 265 272 279 287 294 302 309 316 324 331 338 346 353 361 368 375 383 390 397 |
| 73 | 144 151 159 166 174 182  189 197 204 212 219 227 235 242 250 257 265 272 280 288 295 302 310 318 325 333 340 348 355 363 371 378 386 393 401 408 |
| 74 | 148 155 163 171 179 186  194 202 210 218 225 233 241 249 256 264 272 280 287 295 303 311 319 326 334 342 350 358 365 373 381 389 396 404 412 420 |
| 75 | 152 160 168 176 184 192  200 208 216 224 232 240 248 256 264 272 279 287 295 303 311 319 327 335 343 351 359 367 375 383 391 399 407 415 423 431 |
| 76 | 156 164 172 180 189 197  205 213 221 230 238 246 254 263 271 279 287 295 304 312 320 328 336 344 353 361 369 377 385 394 402 410 418 426 435 443 |

Source: Adapted from Clinical Guidelines on the Identification, Evaluation, and Treatment of Overweight and Obesity in Adults: The Evidence Report

70 inches
330 lbs

47.3 BMI

**Nursing Scanned**   Date: 3/1/20   Time: 539 AM

| Regular | Mechanical Soft | Soft |
|---|---|---|
| 1800 ADA | Clear Liquid | Full Liquid |
| 2000 ADA | Low Flat/Low Chol. | Low NA |
| 2200 ADA | Renal | Bland |



**CYPRESS CREEK** HOSPITAL

CCH-003r 04/19

19

Impr____

SANCHEZ, ADAM                 45
002044989  1034744-0017 M
ZGP924579766                  20
8      A03/01/20 B01/08/75
A. VENKATESH              IPL

|  | **INTENSITY** |
|---|---|
| | 0 No Hurt  2 Hurts Little Bit  4 Hurts Little More  6 Hurts Even More  8 Hurts Whole Lot  10 Hurts Worst |

**CURRENT PAIN LEVEL =** _____ If 6 or above, add to treatment plan.

**PAIN ASSESSMENT**
☑ Denies Pain

Are you in pain now?  ☐ No  ☐ Yes     Do you have chronic pain?  ☐ No  ☐ Yes

If yes, how severe is your pain?  Give a numerical value: _____

Where is the pain located? _____

Is the pain:  ☐ Dull  ☐ Sharp  ☐ Stabbing  ☐ Burning  ☐ Radiating  ☐ Other: _____

When did the pain start?  ____/____/____.

How long did it last? _____

Does it affect your normal home activities? ☐ No ☐ Yes, explain: _____

What relieves your pain?  (current/past): _____

**ORGAN DONATION:**  Are you a registered organ donor?  ☐ Yes  ☐ No

**ADMISSION LAB VERIFICATION**

Labs drawn prior to admission at Emergency Department?  ☑ Yes  ☐ No
Any lab abnormalities? ☑ Yes ☐ No   If yes, what? Insufficient Calcium

Reported to Provider: Name: _____
Date: _____   Time: _____  N A
Pending  admission lab draw ☐

** Double check the patients admission medications. If the patient is currently on medications that require drug levels call the provider or the on call provider and obtain an order for the drug levels.**



CCH-003s 01/18

20

*Use to prevent Seclusion or Restraint: Enter data into Master Treatment Plan*

Have you ever been restrained or secluded in a hospital or other setting (Crisis Unit, Police, Home)?

☐ No  ☐ Yes, When: ____/____/____  Where: _____

What do you see as triggers to poor self-control?
☐ Feeling Angry  ☐ Feeling Afraid  ☐ Hearing Voices  ☐ Too Much Noise
☐ Other: _____

What techniques, methods, or tools have or could help you control your anger (family input may be included)?
☐ Sitting quietly alone  ☐ Writing feelings down  ☐ Walking calmly in the hall
☐ Talking with someone  ☐ Deep breathing exercises  ☐ Listening to music, reading, TV
☐ Other: _____

### SECLUSION AND RESTRAINT ASSESSMENT

### CRISIS PREVENTION PLAN

What helps you when you feel like hurting yourself or someone else?
☐ Quiet room  ☐ Medication  ☐ Talking to staff  ☐ Other: _____

Are there any medications that have been especially helpful to you in the past?
☐ No  ☐ Yes: _____

Do you have any pre-existing medical conditions or any physical disabilities?
☐ No  ☐ Yes, Please mark below:

☐ Osteoporosis        ☐ Fracture, Explain: _____
☐ Brittle Diabetes    ☐ Paralysis, Explain: _____
☐ Obesity             ☐ Cardiac Problem, Explain: _____
☐ Pregnancy           ☐ Respiratory deficit, Explain: _____
☐ Seizure Disorder    ☐ Muscoskeletal deficit, Explain: _____

If yes, have contraindications been communicated to direct-care staff and indicated in treatment plan? ☐ Yes  ☐ No, Explain: _____

Mark all factors that would also place the patient at greater risk during restraint or seclusion: ☐ Sexual Abuse  ☐ Physical Abuse
                  ☐ Emotional Abuse, describe: NA

### OUTCOME OF PREVIOUS TREATMENT

Have you ever been in a facility like CCH before?   ☐ Yes  ☐ No

If yes, Did you follow up with your discharge instructions? ☐ Yes ☐ No

If no, why? _____

Have you ever left a treatment facility prior to being discharged by the provider?

☐ Yes ☐ No

If yes, did you leave  ☐ AMA  ☐ Elopement  ☐ Request to leave  ☐ Taken to Jail
☐ Other: _____

### GOAL FOR DISCHARGE

Goal for Discharge in the patient's own words:
"I'd like to figure out if I can be happy anymore."
_____
_____
_____



CYPRESS CREEK HOSPITAL

CCH-003t 01/18

21

Imprint Patient Information Here:

SANCHEZ, ADAM                45
002044989 1034744-0017 M
ZGP924579766              20
8      A03/01/20 B01/08/75
A.VENKATESH              IPL

**\*\* *Indicates a Positive Response***

**BERLIN QUESTIONNAIRE**

\*With positive Berlin Score, notify physician

Attending/designee notified

Name: _____

Date: _____

Time: _____

RN Initials: _____

### CATEGORY I:

1.  **Do you snore?**
    - ☑ Yes\*\*
    - ☐ No
    - ☐ Don't Know

2.  **If you snore:**
    **Your snoring is...**
    - ☐ Slightly louder than breathing
    - ☐ As loud as talking
    - ☐ Louder than talking\*\*
    - ☑ Very loud and can be heard in adjacent rooms\*\*

3.  **How often do you snore?**
    - ☑ Nearly every day\*\*
    - ☐ 3-4 times a week\*\*
    - ☐ 1-2 times a week
    - ☐ 1-2 times a month
    - ☐ Never or nearly never

4.  **Has your snoring ever bothered other people?**
    - ☑ Yes\*\*
    - ☐ No

5.  **Has anyone noticed that you quit breathing during your sleep?**
    - ☑ Nearly every day\*\*
    - ☐ 3-4 times a week\*\*
    - ☐ 1-2 times a week
    - ☐ 1-2 times a month
    - ☐ Never or nearly never

### CATEGORY II:

6.  **How often do you feel tired or fatigued after you sleep?**
    - ☑ Nearly every day\*\*
    - ☐ 3-4 times a week\*\*
    - ☐ 1-2 times a week
    - ☐ 1-2 times a month
    - ☐ Never or nearly never

7.  **During your wake time, do you feel tired, fatigued, or not up to par?**
    - ☑ Nearly every day\*\*
    - ☐ 3-4 times a week\*\*
    - ☐ 1-2 times a week
    - ☐ 1-2 times a month
    - ☐ Never or nearly never

8.  **Have you ever nodded off or fallen asleep while driving a vehicle?**
    - ☐ Yes
    - ☑ No

    **If yes, how often does it occur?**
    - ☐ Nearly every day\*\*
    - ☐ 3-4 times a week\*\*
    - ☐ 1-2 times a week
    - ☐ 1-2 times a month
    - ☑ Never or nearly never

### CATEGORY III:

9.  **Do you have high blood pressure?**
    - ☐ Yes\*\*
    - ☐ No

10. **BMI =** 47.3

**Scoring Categories:** **\*\* *Indicates a Positive Response***

Category 1 is positive with 2 or more positive responses to questions 1-5
Category 2 is positive with 2 or more positive responses to questions 6-8
Category 3 is positive with 1 positive response and/or a BMI >30



CCH-003u  01/18

22

# FALL RISK ASSESSMENT
## Completed at Admission and Each Shift designated as Fall Risk
Edmonson Psychiatric Fall Risk Assessment

Date: 3/1/20   Time: 0535

*More than one item may be circled in each category if appropriate for the patient.

| Age | | Diagnosis | |
|---|---|---|---|
| Less than 50 | (8) | Bipolar/Schizoaffective Disorder | 10 |
| 50-79 | 10 | Substance abuse/Alcohol abuse | 8 |
| 80-over | 26 | Major Depressive Disorder | (10) |
| **Mental Status** | | Dementia/Delirium | 12 |
| Fully Alert/Oriented at all times | (-4) | **Ambulation/Balance** | |
| Agitation/Anxiety | 12 | Independent/Steady gait/Immobile | (7) |
| Intermittently confused | 13 | Proper use of Assistive Devices (cane, walker, w/c) | 8 |
| Confusion/Disorientation | 14 | Vertigo/Orthostatic Hypotension/Weakness | 10 |
| **Elimination** | | Unsteady/Requires Assist and Aware of Abilities | 8 |
| Independent with control of bowel/bladder | (8) | Unsteady but Forgets Limitations | 15 |
| Catheter/Ostomy | 12 | **Nutrition** | |
| Elimination with Assist | 10 | Has had very little food or fluids in the past 24 hours | 12 |
| Altered elimination (incontinence, nocturia, frequency) | 12 | No apparent abnormalities with appetite | (0) |
| Incontinent but Ambulates Independently | 12 | **Sleep Disturbance** | |
| **Medications** | | No Sleep Disturbance | 5 |
| No Medications | (10) | Report of Sleep Disturbance by patient, family or staff | (12) |
| Cardiac Medications | 10 | **History of Falls** | |
| Psychotropic Medications (including benzodiazepines and antidepressants) | 8 | No History of Falls | (8) |
| <OR> | | History of Falls in the last 3 months | 14 |
| Increase in these medications and/or PRN (psych, pain) medication received in the last 24 hours | 12 | **TOTAL (Add all circled responses)** | 59 |

## * * FALL RISK = SCORE OF 90 OR GREATER * *

Implement a FALL Master Treatment Plan (MTP) for all Patients that are HIGH RISK if not already in place.

**COMMENTS**

Not a fall risk



RN Print Name/Signature

Date/Time   3/1/20   05:37

CYPRESS CREEK HOSPITAL

CCH-003v 01/18

23

SANCHEZ, ADAM                45
002044989 1034744-0017  M
ZGP924579766              20
8     A03/01/20 B01/08/75
A. VENKATESH              IPL

| INITIAL NURSING AND ADMISSION PROGRESS NOTE | Special Precautions based on assessment: *(review precautions based on admission assessment, and notify MD of any changes)* | | |
|---|---|---|---|
| | ☐ No immediate high risk behaviors | | |
| | ☐ Homicidal | ☐ Seizure Risk | ☐ Self Injury |
| | ☐ Suicidal | ☐ Sexual Aggression | ☐ Fall Risk |
| | ☐ Aggression | ☐ Sexual Victimization | ☐ Detox |
| | ☐ Medically Compromised | ☐ Elopement Risk | |
| | ☐ Other Risk: | | |

**Initial Nursing Progress Note:**

Andrew presents to the facility with self inflicted cuts to both arms, chest, and both legs. He is MHO from Houston Northwest. He stated he attempted SI about 4 days ago w/a cutting with a large gauge needle, sat in the shower and drank vodka. He stated he had been depressed for many years, but has never sought help. Andrew says he abuses Etoh and street drugs regularly. Staff will provide treatment per MD order, monitor Q15 minutes for safety and reassess Q-shift — Qdar 3h RN

**RN Signature:** Qdar 3h RN          **Date:** 3/1/20          **Time:** 0600



CYPRESS CREEK HOSPITAL

CCH-003w 01/18                    24

# PSYCHOSOCIAL ASSESSMENT

**Reason For Admission/Re-admission:** ☑ Suicidality ☐ Substance Abuse ☐ Homicidality ☐ Psychosis ☐ Other:

**Legal Status:** ☑ Voluntary ☐ Involuntary

**Source of Information:** ☑ Patient ☐ Family ☐ Medical Records ☐ Intake Assessment

**Primary language?** ☑ English ☐ Other                    Interpreter Needed ☐ Yes ☐ No

**Reliability of Source Providing Information:** ☐ Good ☑ Fair ☐ Poor

**Presenting Problem (in patient's own words):**

"I don't enjoy life anymore"

**Review of Current/Historical Psychological Symptoms (anxiety/depression/etc):**

Adam has been battling depression for years but has never sought help before. Coming to CCH with self-inflicted wounds after, reports worsening depression, no drive, and zero pleasure in life. First time to ever take antidepressant.

Officer Steven Hught

---

### PATIENT REFUSAL:

☐ Patient was unable/refused to participate in completing psychosocial assessment:
- ☐ 1st Attempt Date/Time: _____ Therapist: _____
- ☐ 2nd Attempt Date/Time: _____ Therapist: _____
- ☐ 3rd Attempt Date/Time: _____ Therapist: _____

☐ If unable to complete psychosocial assessment, case staffed with Treatment Team.  Date: _____ Time: _____

☐ Completed by chart, Treatment Team meeting and history.

---

### FAMILY INVOLVEMENT:

☐ Patient refused to sign consent to contact family, guardian, or support person(s).

☐ Family, Guardian, Support Person(s) were unable to be contacted due to no phone number, wrong phone number, disconnected phone number, and message unable to be left.

☐ Family, Guardian, Support Person(s) were unable to be contacted and message left:
- ☐ 1st Attempt Date/Time: _____ Therapist: _____
- ☐ 2nd Attempt Date/Time: _____ Therapist: _____
- ☐ 3rd Attempt Date/Time: _____ Therapist: _____

☑ Initial family contact made            Date: 3/2/2020 Time: 1PM

☐ Patient refused to have Family Therapy    Date: _____ Time: _____

☐ Family, Guardian, Support Person(s) have been scheduled for Family Therapy   Date: _____ Time of FT: _____

---

### SAFETY:

**Current suicidality?** ☐ Yes ☑ No   If yes, explain (frequency, duration, intent, plans, rehearsals, preparations, attempts): _____

**History of suicidality?** ☐ Yes ☑ No   If yes, explain (frequency, duration, intent, plans, rehearsals, preparations, attempts): _____

---



**CYPRESS CREEK HOSPITAL**

CCH-016a (12/19)                    1

SANCHEZ, ADAM                         45
002044989  1034744-0017  M
ZGP924579766                    20
8    A03/01/20 B01/08/75
A. VENKATESH                    IPI

# PSYCHOSOCIAL ASSESSMENT

### SAFETY: (continued)

Family history of suicidality?  ☐ Yes  ☑ No  If yes, explain:_____

History of self-harming behaviors?  ☐ Yes  ☑ No  If yes, explain (frequency, duration, method):_____

Family history of self-harming behaviors?  ☐ Yes  ☑ No  If yes, explain:_____

Any homicidality or aggressive behaviors?  ☐ Yes  ☑ No  If yes, explain:_____

### DOES THE PATIENT HAVE ACCESS TO:

Prescription medications for use other than prescribed:     ☐ Yes  ☑ No
Weapons (specifically firearms):                            ☐ Yes  ☑ No
Lethal medications:                                         ☐ Yes  ☑ No
Other means of self-harm:                                   ☐ Yes  ☑ No

If "YES" to any of the questions, verify who will commit to removing the above items:_____
☐ ROI completed  ☐ Patient refused

## CURRENT RISK FACTORS/DEFICITS

| | | |
|---|---|---|
| ☐ History of Suicide Attempts | ☐ Psychiatric inpatient care | ☐ Non-suicidal self-injurious behaviors |
| ☑ MH condition | ☐ Substance use disorders | ☐ Family Hx of suicide or psychiatric illness |
| ☐ Sleep disorders | ☐ Thwarted belongingness | ☐ Perceived burdensomeness |
| ☑ Hopelessness | ☐ Problem solving deficits | ☐ Shame |
| ☐ Acquired capability for suicide | ☐ Impulsivity | ☐ Work related problems |
| ☑ Guilt | ☐ Legal or financial problems | ☑ HX of physical, emotional, mental, or sex abuse |
| ☑ Relationship problems | ☐ Chronic pain | ☐ Perceived barriers to care |
| ☐ Lack of social support | ☐ Combat exposure | ☐ Access to lethal means |
| ☐ TBI | ☑ Mental health stigma | ☐ Recent local cluster of suicides |
| ☐ Sexual orientation | ☑ Other: _Low testosterone_ | ☐ Other: |

## CURRENT PROTECTIVE FACTORS/STRENGTHS

| | | |
|---|---|---|
| ☑ Compliance with psychiatric medication | ☑ Engagement in evidence-based treatment | ☐ Motivation and readiness to change |
| ☑ Insight about problems | ☑ Resilience | ☐ Reasons for living |
| ☑ Problem solving | ☐ Perceived internal locus of control | ☐ Effective coping strategies |



CYPRESS CREEK HOSPITAL

CCH-016b (12/19)

2

SANCHEZ, ADAM                    45
002044989 1034744-0017 M
ZGP924579766              20
8     A03/01/20 B01/08/75
A. VENKATESH              IPL

# PSYCHOSOCIAL ASSESSMENT

**CURRENT PROTECTIVE FACTORS/STRENGTHS** *(continued)*

| | | | | | |
|---|---|---|---|---|---|
| ☐ | Future orientation | ☐ | Social support | ☐ | Community involvement |
| ☐ | Healthy/Intimate relationships | ☐ | Access to care as needed | ☐ | Support for help seeking |
| ☐ | Medical compliance | ☐ | Religion/spirituality | ☐ | Crisis response or other related training |
| ☐ | Restricted access to lethal means | ☐ | Other: | ☐ | Other: |

Are there high risk psychosocial issues affecting treatment and discharge planning? (i.e., unattended children, prior noncompliance, fall risk, etc.) _____ *Low testosterone*

**RELEVANT MEDICAL HISTORY:**

(List any issues that are directly related to inpatient treatment or discharge needs (i.e., chronic diseases and how acquired, terminal illness, medical disabilities, etc.) _____ *none*
_____

Family history of significant medical issues? ☐ Yes ☒ No  If yes, explain: _____

**TRAUMA HISTORY:**

| | | | | |
|---|---|---|---|---|
| Exploitation/Trafficking | ☐ Yes ☒ No | When: _____ | Perpetrator: _____ | Comments: |
| Sexual: | ☐ Yes ☒ No | When: _____ | Perpetrator: _____ | Comments: |
| Emotional: | ☐ Yes ☒ No | When: _____ | Perpetrator: _____ | Comments: |
| Physical: | ☐ Yes ☒ No | When: _____ | Perpetrator: _____ | Comments: |
| Neglect: | ☐ Yes ☒ No | When: _____ | Perpetrator: _____ | Comments: |
| Sexual Assault (Adult): | ☐ Yes ☒ No | When: _____ | Perpetrator: _____ | Comments: |
| Other: | ☐ Yes ☒ No | When: _____ | Perpetrator: _____ | Comments: |

Is there any active law enforcement/CPS/APS involvement?  ☐ Yes ☒ No  If Yes, explain: _____

Are there any safety concerns prior to discharge (protective order, stalking, etc)?  ☐ Yes ☒ No  If Yes, explain: _____

Actions reported to TX Abuse hotline (1-800-252-5400)  ☐ Yes ☐ No ☒ N/A
Case Report #: _____ Brief summary of allegation: _____



CCH-016c (12/19)

SANCHEZ, ADAM                45
002044989 1034744-0017 M
ZGP924579766            20
8     A03/01/20 B01/08/75
3  A.VENKATESH            IPL

# PSYCHOSOCIAL ASSESSMENT

## TRAUMA RESPONSES AND GRIEF:

Has the patient suffered any recent or unresolved significant losses?   ☐ Yes   ☒ No   If Yes, explain: _____

Does the patient have any triggers?   ☐ Yes   ☒ No   If Yes, explain: _____

Is there anything the patient finds calming when agitated or triggered?   ☒ Yes   ☐ No   If Yes, explain: _____
*"pet my dog"*

## SUBSTANCE ABUSE:

Is the patient currently using/misusing:   ☐ Patient Denies   ☒ Alcohol   ☐ THC   ☐ Prescription Meds   ☐ Meth   ☐ Cocaine
☐ Crack   ☐ PCP/LSD   ☐ Heroin   ☐ Other: _____
Has the patient ever been treated for or diagnosed with a substance abuse disorder?   ☐ Yes   ☒ No
If yes, explain: _____

Does the patient currently identify that they have issues with substance abuse?   ☐ Yes   ☐ No   ☒ N/A
Is the patient involved in:   ☒ None   ☐ AA   ☐ NA   ☐ Other: _____

Is there any family history of substance abuse?   ☐ Yes   ☒ No   If Yes, explain: _____

## SOCIAL HISTORY:

**Relationship History:**
Is patient currently in a relationship?   ☐ Yes   ☒ No
Does the patient find their relationship supportive?   ☐ Yes   ☐ No   ☒ N/A
Has the patient ever been married?   ☐ Yes   ☒ No   If yes, how many times? _____   Age(s) when married? _____
Any history of domestic or intimate partner violence?   ☐ Yes   ☒ No   If yes, explain: _____

Any children?   ☐ Yes   ☒ No   Any relevant of pending custodial issues?   ☐ Yes   ☒ No   If yes, explain: _____

**Family History:**
Does the patient consider their family supportive   ☒ Yes   ☐ No   ☐ N/A
Patient's family relationship (in their own words): *"they are worried"*

Patient's primary caregiver?   ☒ Self   ☐ Single Parent   ☐ Biological Parents   ☐ Guardian   ☐ Other: _____
Patient's parents:   ☐ Never Married   ☒ Still Married   ☐ Separated/Divorced   ☐ Other: _____
Was/Is patient's father involved in their childhood?   ☒ Yes   ☐ No   Deceased ☐ Yes   ☐ No
Was/Is patient's mother involved in their childhood?   ☐ Yes   ☒ No   Deceased ☐ Yes   ☐ No
Patient's childhood (in their own words): *"typical childhood"*

Siblings?   ☐ Yes   ☒ No   Where is patient in sibling order:   ☐ Oldest   ☐ Middle   ☐ Youngest   ☐ Other: _____



**CYPRESS CREEK HOSPITAL**

CCH-016d (12/19)

4

SANCHEZ, ADAM                    45
002044989  1034744-0017  M
ZGP924579766              20
8        A03/01/20 B01/08/75
A. VENKATESH              IPL

# PSYCHOSOCIAL ASSESSMENT

## SOCIAL HISTORY: (continued)

**Educational/Occupational History:**

Currently in school?  ☐ Yes  ☑ No  If yes, where and what grade?_____

Highest Level of Education?  ☐ Dropped Out  ☐ GED  ☐ High School Diploma  ☐ Some College
☑ Bachelor's  ☐ Master's  ☐ PHD

Patient's education experience (in their own words): _____ "great"_____

Is the patient a: ☐ Veteran ☐ Active Duty ☐ Reserves ☑ N/A  Branch: ☐ Air Force ☐ Army ☐ Marines ☐ Navy ☐ Coast Guard

Is patient currently employed? ☑ Yes ☐ No  If yes, where? data entry

What is patient's primary source of income? ☑ Full-time employment  ☐ Part-time employment  ☐ SSI
☐ Disability  ☐ Parents/Family  ☐ Other: _____

Are there any financial concerns? ☐ Yes ☑ No  If yes, explain: _____

Are there any housing concerns? ☐ Yes ☑ No  If yes, explain: _____

Are there any relevant current/historical legal concerns? ☐ Yes ☑ No  If yes, explain: _____

## CULTURAL/SPIRITUAL:

Does the patient have any type of spirituality/religion? ☐ Yes ☑ No  If Yes, explain: _____

How does the patient describe their culture/ethnicity? __ Hispanic __

How does the patient describe their gender? ☑ Male ☐ Female ☐ Trans ☐ Other: _____

Does the patient have any cultural accommodations that are needed while at the hospital? ☐ Yes ☑ No
If Yes, explain: _____

Does the patient have any spiritual accommodations that are needed while at the hospital? ☐ Yes ☑ No
If Yes, explain: _____

Does patient have any cultural or spiritual beliefs that affect treatment/discharge planning? ☐ Yes ☑ No
If Yes, explain: _____

## MENTAL STATUS EXAMINATION:

| | |
|---|---|
| **Appearance:** | ☐ Well Groomed ☑ Disheveled ☑ Unkempt ☐ Bizarre ☐ Older than stated age ☐ Younger than stated age ☐ Other: |
| **Consciousness:** | ☑ Alert ☐ Confused ☐ Lethargic ☐ Distracted ☐ Hypervigilant ☐ Other: |
| **Oriented:** | ☑ Person ☑ Place ☑ Time ☐ Situation |
| **Behavior:** | ☑ Relaxed/Calm ☐ Anxious ☐ Restless ☐ Agitated ☐ Panic/Anxiety Attacks ☐ Other: |
| **Speech:** | ☑ Normal Rate/Rhythm ☐ Soft ☐ Loud ☐ Slurred ☐ Incoherent ☐ Pressured ☐ Word Salad |
| **Movement:** | ☑ WNL ☐ Tics ☐ Tremors ☐ Pacing ☐ Other: |
| **Visual Contact:** | ☐ Good ☑ Fair ☐ Poor |
| **Mood:** | ☐ Appropriate ☑ Depressed ☐ Hostile ☐ Anxious ☐ Euphoric ☐ Hopeless ☐ Helpless ☐ Mood Swings ☐ Feelings of Guilt ☐ Tearful ☐ Labile ☐ Withdrawn ☐ Suspicious ☐ Guarded ☐ Other: |
| **Affect:** | ☐ Appropriate ☑ Blunted ☐ Constricted ☐ Flat ☐ Labile ☐ Euphoric ☐ Anxious ☐ Sad ☐ Incongruent with Mood ☐ Other: |
| **Concentration:** | ☑ Preoccupied ☐ Short Attention ☐ Focused ☐ Distracted |


**CYPRESS CREEK HOSPITAL**

CCH-016e (12/19)

5

SANCHEZ, ADAM                    45
002044989  1034744-0017  M
ZGP924579766                20
8        A03/01/20 B01/08/75
A. VENKATESH                 IPL

# PSYCHOSOCIAL ASSESSMENT

### MENTAL STATUS EXAMINATION: *(continued)*

| | |
|---|---|
| **Thought Process** | ❑ Appropriate  ❑ Intact/Organized  ❑ Circumstantial  ❑ Tangential  ❑ Loose Associations<br>❑ Disorganized  ❑ Thought Blocking  ☒ Rumination  ❑ Obsessive Compulsive<br>❑ Flighty/Racing Thoughts  ❑ Cognitive Disorder |
| **Hallucinations:** | ☒ Denies  ❑ Auditory  ❑ Visual  ❑ Olfactory  ❑ Tactile  ❑ Command<br>❑ Describe: |
| **Delusions:** | ☒ Denies  ❑ Somatic  ❑ Persecutory  ❑ Religious  ❑ Sexual  ❑ Paranoid  ❑ Grandiose<br>❑ Describe: |
| **Memory:** | ☒ Denies Impairment  ❑ Recent Memory Impairment  ❑ Remote Memory Impairment<br>❑ How Long? |
| **Insight:** | ☒ Good  ❑ Fair  ❑ Poor  ❑ Other: |
| **Judgment:** | ❑ Good  ☒ Fair  ❑ Poor  ❑ Other: |

### CLINICAL SUMMARY AND RECOMMENDATIONS:

**Social Worker/Therapist Role in Treatment?** ☒ Group Therapy  ☒ Individual Therapy  ❑ Family Therapy  ☒ Psychoeducation
❑ Other: _____

**Initial treatment prognosis?** ❑ Excellent  ❑ Good  ❑ Fair  ❑ Uncertain  ❑ Guarded  ❑ Other: _____
**What are patient's initial goals for patient to successfully discharge?** "I'd like to figure out
if I can be happy

**What are patient's strengths when considering discharge?** treatment compliant, first time
seeking help, comes to group and wants to be happy

**Are there any barriers to consider when discharging?** extremely shy, not a fan of
groups or group therapy, skeptical of php

**What are the anticipated next steps for discharge to occur?** individual and group therapy,
medication stabilization and improved coping skills.

**Identified Support Systems to Consider when Discharging?** ☒ N/A  ❑ Patient Refused  ❑ Support Group
❑ Religious/Spirtual Entity  ❑ Parent(s)  ❑ Other Immediate Family  ❑ Extended Family  ❑ Other: _____
**Identified Community Resources to Consider When Discharging?** ☒ N/A  ❑ CPS/APS  ❑ Social Security  ❑ VA
❑ Sexual Assault Center  ❑ HUD  ❑ MHMR  ❑ Foodbank  ❑ Shelter  ❑ School  ❑ Law Enforcement  ❑ Other: _____
**Preliminary Discharge Recommendations?** ☒ Home  ❑ PHP  ❑ In-Home Services  ❑ IOP  ❑ Outpatient  ❑ Residential
❑ Other: _____
**Social Worker/Therapist Role in Discharging** ☒ Crisis Safety Plan completed  ❑ Contact/Refer to Community Resources
❑ Warm-Handoff to PHP  ❑ Warm-Handoff to IOP  ❑ Family Meeting  ❑ Contact Hospital Discharge Planner
☒ Consult with Psychiatrist  ❑ Other: _____

Clinician Printed Name and Credentials: Steven Wright LMSW

Clinician Signature: Steven Wright LMSW  Date: 3/2/2020  Time: 5PM

Reviewed by (LCSW/LMSW if needed)
Clinician Printed Name and Credentials: _____

Clinician Signature: _____  Date: _____  Time: _____


CYPRESS
CREEK
HOSPITAL
CCH-016f (12/19)

6

```
SANCHEZ,ADAM              45
002044989 1034744-0017 M
ZGP924579766             20
8     A03/01/20 B01/08/75
A.VENKATESH          IPL
```

# ACTIVITY THERAPY ASSESSMENT

**I. LEISURE INTEREST AND INVOLVEMENT:** Place a check on the line next to each activity category that you have done in the past or in the present.

| SPORTS: | GAMES: | MUSIC/ART: | CRAFTS: | MISCELLANEOUS: |
|---|---|---|---|---|
| ❑ Ball sports | ☑ Board games | ☑ Radio/CD | ❑ Knitting/Sewing | ☑ Reading |
| ☑ Water sports | ❑ Crossword puzzles | ❑ Dancing | ❑ Painting/Drawing | ☑ Computer |
| ❑ Racket sports | ❑ Pool/Billiard | ❑ Photography | ❑ Ceramics | ❑ Socializing |
| ☑ Walking/Jogging | ❑ Cards | ❑ Play instrument | ☑ Woodworking | ❑ Cooking |
| ❑ Other | ❑ Other | ❑ Other | ❑ Other | ❑ Volunteering |

| COLLECTING: | NATURE: | COMMUNITY RESOURCES: |
|---|---|---|
| ❑ Books | ❑ Gardening | ❑ Church ❑ Theaters ❑ Bowling Alley ❑ Skating Rink |
| ❑ Stamps/ Coins | ❑ Fishing | ❑ Museums/Libraries ❑ Travel ☑ Parks ❑ Swimming Pool |
| ❑ Rocks | ❑ Camping/Hiking | ☑ Restaurants ❑ Zoo ❑ Recreation Department |
| ❑ Other | ❑ Horseback riding | ❑ Other |

1. Prior to hospitalization, what did you do with your free time? _EAT, Sleeping + playing the computer_

2. Who did you spend your free time with? ☑ Alone ❑ Friends ❑ Family

3. Do any of the following interfere with your leisure involvement?

❑ Physical problems ❑ Financial ❑ Work ❑ Transportation ❑ Pain
❑ Motivation ❑ Concentration ❑ Lack of skills ❑ Lack of resources ❑ Family
Please explain all that are checked: _____ N/A

**II. How would you rank yourself in the following areas?** (circle number)

| | |
|---|---|
| Anger Management | poor (1 2 3 4 5 6 7 8 9 10) excellent |
| Socialization | poor (1 2 3 4 5 6 7 8 9 10) excellent |
| Stress Management | poor (1 2 3 4 5 6 7 8 9 10) excellent |
| Self Care/Nurturing Behavior | poor (1 2 3 4 5 6 7 8 9 10) excellent |
| Community Resource (awareness) | poor (1 2 3 4 5 6 7 8 9 10) excellent |
| Verbal Expression (ability to articulate feelings) | poor (1 2 3 4 5 6 7 8 9 10) excellent |
| Nonverbal Expression (use of art, music, movement...) | poor (1 2 3 4 5 6 7 8 9 10) excellent |

**III. What do you think you need to work on while you are here?** (check all that apply)

❑ Controlling temper/anger appropriately   ☑ Become aware of community based leisure resources
☑ Increase communication skills   ☑ Learn how to cope with my illness more effectively
❑ Decrease negative effects of stress   Other: _____

**IV. Recreation Therapy Treatment Recommendations**

☑ Improve leisure skills/stimulate interest   ❑ Increases attention span
☑ Provide outlet for energy release/emotions   ☑ Improve impulse control
❑ Improve reality orientation   ☑ Improve self confidence/self esteem
☑ Develop/improve peer interactions/social skills   Other: _____

Signature _Isabel Castille_ Date: _3/1/20_ Time: _10:25_


CYPRESS CREEK HOSPITAL
CCH-015 01/18


SANCHEZ, ADAM
Dr. VENKATESH, A
BD: 01/08/1975 45 M
AD: 03/01/2020
MR: 002044989
ID: 1034744-0017

# INITIAL PSYCHIATRIC EVALUATION

| Patient Name: Adam Sanchez | Age: 45 Yo | Race: Hispanic | Unit: 7 | Attending: Venkatesh |
|---|---|---|---|---|
| Date: 3/1/2020 | Time Seen: 1536 | ☑ Male ☐ Female | Status: ☐ Voluntary ☑ Involuntary | Level of Care: ☑ Inpatient ☐ Day Treatment |

**Chief Complaint:** " I put needles in my arm and was bleeding out sitting in the shower" (in suicide attempt) "Sitting there bleeding out & the warm water is the most joy I've felt in a long time." No guns @ home

**History of Present Illness (include onset):** Mr. Sanchez is a 45 yo H'mm/PPH presenting after SA on thursday evening/friday morning (3 days ago) in context of Etoh & drug use. Denies active SI but reports passive SI w/o plan. Denies HI. Denies AVH. Endorses I/rs of sadness, anhedonia, guilt ↓ appetite, psychomotor retardation, fatigue & poor concentration. Denies ↑ need for sleep & grandiosity. Reports Anxiety w/o Panic attacks. Denies OCD. Denies PTSD issues

**Past Psychiatric History:** Dx = Denies
Inpt = denies
Outpt denies
Meds = denies
SA = 1st Attempt.

**Substance Abuse History:** Etoh = Last drink Thursday night previous to that was 1 wk
Prior - Drinks once per week
Edible MJ - weekly
Extacy - rare use.

**Family Psychiatric History:** ATD = AOMD
Brother- Comitted @ VA Hospital - Drug use causing Schizophrenic Delusions.

**Allergies:** NKDA.

**Past Medical History and Current Medications:** Depotestosterone weekly
Pituitary gland issue
No hx seizures.

**Social/Medical/Legal History** Lives in Houston in House w/ Dog. Legal = denies.
No kids. No wife. Completed some college - chemical engineering.
Works at Heattreat shop supervisor - oil field related


CYPRESS CREEK HOSPITAL
CCH-019a 04/19



SANCHEZ, ADAM          45
002044989  1034744-0017 M
ZGP924579766          20
8      A03/01/20 B01/08/75
A. VENKATESH          IPL

1

# INITIAL PSYCHIATRIC EVALUATION

## MENTAL STATUS EXAMINATION

| Appearance | Attitude | Motor Activity | Orientation |
|---|---|---|---|
| ☐ Appropriate (neat/clean) | ☐ Cooperative | ☐ Normal | How Tested: |
| ☐ Disheveled (dirty/odorous) | ☐ Uncooperative | ☐ Hyperactive | ☐ Time |
| ☐ Eye Contact (good/poor) | ☐ Rapport (friendly/distant) | ☐ Bradykinetic | ☐ Place |
| ☐ Stated Age (older/younger) | ☐ Hostile/Belligerent | ☐ Agitated | ☐ Person |
| ☐ Other: _____ | ☐ Style (unremarkable/worried/ dramatic/self-deprecatory) | ☐ Posturing | ☐ Situation |
| | | ☐ Involuntary Movements/Tics | ☐ Sensorium (clear/cloudy/ obtunded) |
| | ☐ Other: _____ | ☐ Other: _____ | ☐ Other: _____ |

| Speech / Language | Mood | Affect | Thought Processes |
|---|---|---|---|
| ☐ Rate (normal/rapid/slow/pressured) | ☐ Euthymic Depressed | ☐ Appropriate/Congruent | ☐ Goal Directed/Appropriate |
| ☐ Rhythm (normal/abnormal) | ☐ Euphoric/Grandiose | ☐ Inappropriate/Incongruent | ☐ Loose Associations |
| ☐ Amplitude (normal/soft/loud) | ☐ Angry/Aggressive/Irritable | ☐ Flat Blunted Labile | ☐ Tangential Circumstantial |
| ☐ Articulation (normal/abnormal) | ☐ Shame/Embarrassment | ☐ Angry/Agitated Tearful | ☐ Over-inclusive Thought |
| ☐ Style (normal/monotone/precise/ concrete/echolalic) | ☐ Anxious/Panic Attacks | ☐ Other: _____ | ☐ Blocking Derailment |
| ☐ Vocabulary (average/poor/exceptional) | ☐ Other: _____ | | ☐ Thought Insertion |
| ☐ Other: _____ | *depressed "."* | | ☐ Thought Withdrawal |
| | | | ☐ Disorganized |
| | | | ☐ Other: _____ |

| Thought Content/Cognition | Cognition/Memory | Insight/Judgment | Intellect |
|---|---|---|---|
| ☐ Denies Suicidal Ideation | **Memory** | Insight:  How Tested: | ☐ Average |
| ☐ Suicidal Ideation (active/passive) | Recent: ☐ Intact  How Tested: | ☐ Good  ☐ Compliance with treatment | ☐ Above Average |
| ☐ Plan NJ | through ☐ S. | ☐ Fair | ☐ Below Average |
| ☐ Intent NJ | general 3 words | ☐ Poor  ☐ Other _____ | ☐ Intellectual Disability |
| ☐ Means NJ | and recent recalled | | ☐ Literate |
| ☐ Denies Homicidal Ideation | information immediately | Judgment:  How Tested: | ☐ Illiterate |
| ☐ Homicidal Ideation | ☐ Impaired | ☐ Good  ☐ Problem Solving | |
| ☐ Plan _____ | | ☐ Fair  ☐ Other recent | **How Tested:** |
| ☐ Intent _____ | Memory: ☐ Intact  How Tested: | ☐ Poor  Acts | (Must designate at least one) |
| ☐ Means _____ | through ☐ Historical | **Attention/Concentration:** | ☐ Psychological Test Results |
| ☐ Hallucinations (visual/auditory/somatic) | Remote: general Event | ☐ Intact | ☐ Educational Achievement |
| ☐ Command  ☐ Derogatory | and remote ☐ DOB | ☐ Attentive | ☐ Vocabulary/Use of Language |
| ☐ Delusions (grandiose/persecutory/ religious/other) | information ☐ Address | ☐ Inattentive | ☐ Work Accomplishment |
| ☐ Ideas of Reference | ☐ Impaired ☐ Other (specify) | ☐ Distracted | ☐ Military Record |
| ☐ Other: _____ | | ☐ Poor Attention | |
| | **Abstract Thinking:** | ☐ Confused | |
| | ☐ Age/Education Appropriate | ☐ Other (specify) | |
| | ☐ Concrete | **How Tested:** | |
| | | ☐ WORLD DLROW | |
| | | ☐ Serial 7's | |
| | | ☐ Other (specify) | |

*(handwritten notes: "Deny" "Deny" at left of Hallucinations)*



CYPRESS CREEK HOSPITAL

CCH-019b  04/19

2

SANCHEZ, ADAM                45
002044989  1034744-0017 M
ZGP924579766               20
8        A03/01/20 B01/08/75
A.VENKATESH              IPL

# INITIAL PSYCHIATRIC EVALUATION

| Strengths (Please check minimum of 2) | | Weaknesses (Please select minimum of 2) | |
|---|---|---|---|
| ☑ Supportive family/friends/guardians | | ☑ Poor coping skills | |
| ☐ Independent living skills/vocational skills | | ☐ Incapable of independent living | |
| ☑ Age appropriate development | | ☐ Unstable family environment | |
| ☐ Motivated for treatment | | ☐ Medication non-compliance | |
| ☐ Insight into present illness | | ☐ Language barrier | |
| ☑ Intelligence | ☐ Employment support | ☑ Lack of motivation | |
| ☑ Good physical health | | | |
| ☐ Able to benefit from therapeutic milieu | | Special accommodations due to: | |
| ☐ Appropriate social skills | ☐ Hobbies/special interests | ☐ Physical handicaps | ☐ Medical problems |
| ☐ Capacity for daily living skills | ☐ Other: | ☐ Slight hearing | ☐ Speech impairment |
| | | ☐ Cognitive impairment | ☐ Other: |

| VIII. Justification for admission: need for controlled environment due to (check all that apply) | |
|---|---|
| ☑ Hallucinations, delusions, agitation, anxiety, depression, and/or mood instability resulting in significant loss of functioning | ☐ Patient's occupation presents a danger to public safety if drug/alcohol use continues |
| ☑ Danger to self, others or property with need for controlled environment | ☐ Co-morbid medical conditions and complications requiring 24-hour medical and nursing care |
| ☐ Emotional or behavioral conditions and complications requiring 24-hour medical and nursing care | ☐ Recovery environment includes detrimental family structure or other logical impediments to outpatient treatment |
| ☐ Legally mandated admission, such as court-ordered or emergency detention | ☐ High relapse potential due to inability to control chemical dependence |
| ☐ Need for ECT, special medication therapy or other therapeutic programming requiring continuous hospitalization | ☐ Needs treatment for acute intoxication or withdrawal |
| ☐ Failure of social or occupational functioning | ☐ Failure of treatment in a lower level of care |
| ☐ Inability to meet basic life and health needs outside of hospital | ☐ Other |

**Psychiatric Diagnosis:** MDD recurrent Severe w/o psychotic Fs
GAD

**Medical Diagnosis:** Pituitary Gland Issues for Disorder

**Important Psychosocial & Contextual Factors:** Poor No Coping skills

## DISCHARGE CRITERIA

### Description of Attitude and Behaviors Required to Change Prior to Discharge

| Treatment Plan: | Discharge Plan: |
|---|---|
| Wellbutrin XL 150 mg q Day. | To Self When stable |

**Projected Length of Stay:** 5-7 days

**Evaluating Psychiatrist** _[signature]_ Pedraza, MD   **Date & Time** 8/1/20 16:00

CYPRESS CREEK HOSPITAL

CCH-019c 04/19                    3

SANCHEZ, ADAM          45
002044989 1034744-0017 M
ZGP924579766          20
8    A03/01/20 B01/08/75
A. VENKATESH          IPL

# MEDICAL HISTORY AND PHYSICAL CONSULTATION

**Patient Name:**
SANCHEZ, ADAM                45
002044989 1034744-0017 M
ZGP924579766              20
8      A03/01/20 B01/08/75
A. VENKATESH              IPL

**Age:**

**Date:** 3 / 1 / 20   **Time:** 0825

**Medical Consultant:**
☐ Allaire, MD
☐ Collette, NP-BC
☐ Duru, NP
☐ Gideon, NP
☐ Kamau, FNP
☐ Jeffrey Kozak, DO
☐ Nguyen, DO
☑ Ogunbor, NP-C
☐ Scott, FNP-BC
☐ Yesudoss, AGACNP-BC

**Other:**

**Chief Complaint:** Medical H & P        SA.
**Medical History:**
Presented for SA, pt cut himself with box cutter after drinking a bottle of vodka, took ecstasy also.

**History source:** ☑ Patient & chart   ☐ Caregiver   ☐ Limited due to acute psychiatric condition   ☐ Poor cooperation   ☐ Poor memory

**Past Medical History:**   OSA, Pituitary Insufficiency
☐ None
☐ Allergic Rhinitis   ☐ Arthritis   ☐ Asthma   ☐ CAD
☐ Hepatitis ___   ☐ Cirrhosis   ☐ Diabetes   ☐ COPD
☐ Hypothyroidism   ☐ Seizures   ☐ CVA   ☐ GERD
☑ HTN   ☐ HIV   ☐ STD___   ☐ MVA ___   ☐ MI
☐ Hypercholesterolemia              ☐ Peptic ulcer disease
☐ Back Pain (acute or chronic)
☐ Headache (including migraine variants)
Other: ___Obesity___

**Gyn:** Menarche age: ___   **LMP:** ___ ☑ Birth control: NA If male

**Allergy:**   ☑ None

**Medications:**   ☐ None
☐ See reconciliation form
Depo testosterone.
Aspirin

**Primary Care Physician:**

**Past Surgeries:**
☑ None
☐ Appendix   ☐ BTL (tubal ligation)   ☐ Back surgery
☐ Cataract   ☐ Coronary bypass   ☐ Gallbladder
☐ Cesarean   ☐ Tonsils/Adenoids   ☐ Heart Stent
☐ Hysterectomy

Other:

**Social History:**   Hx of substance abuse x 5 yrs
**Smoking:** ☐ Cigarettes   ☐ Cigars   ☐ Chewing Tobacco
☐ Vapor   ☐ Other: ___
☑ None ___ pack/day ___ yrs   ☐ Quit ___
**Alcohol:** ☑ None ___ week x ___ yrs   ☐ Quit ___
**Illicit Drug:** ☐ None   ☑ Marijuana   ☐ Cocaine   ☐ Heroin
☐ Inhalants   ☐ Intravenous use   ☐ PCP
Other: ___
**Club drugs:** ☐ Ecstasy   ☐ Acid (LSD)   ☐ Methamphetamine
☐ GHB   ☐ Rohypnol   ☐ Ketamine
☐ Steroids              ☐ Prescription ___
Other: Pt drank a bottle of vodka   Quit ___ for SA

**Family History:**   Denies

Non-contributory
Except:

**Occupation:** Employed
☐ Unemployed   ☐ Student   ☐ Disabled   ☐ Retired
Other: ___
**Marital Status:**
☑ Single   ☐ Married   ☐ Divorced   ☐ Separated   ☐ Widowed
Other:

**Review of Systems:**
**Gen:** ☑ Neg.   ☐ Chills   ☐ Fever   ☐ Insomnia
☐ Malaise   ☐ Weight Changes

**GU:** ☑ Neg
☐ Burning urination   ☐ Dysuria   ☐ Frequency
☐ Genital rash   ☐ h/o STD


CYPRESS CREEK HOSPITAL

CCH-017a (12/19)

1

SANCHEZ, ADAM                45
002044989 1034744-0017 M
ZGP924579766              20
8      A03/01/20 B01/08/75
A. VENKATESH              IPL

# MEDICAL HISTORY AND PHYSICAL CONSULTATION

| HEET: | ☑ Neg. ☐ Allergy ☐ Congestion: | MSK: | ☑ Neg. ☐ Decondition ☐ Back pain ☐ Joint pain |
|---|---|---|---|
| CV: | ☑ Neg. ☐ CP ☐ Orthopnea ☐ Palpitation | NEURO | ☑ Neg. ☐ Generalized Weakness ☐ Neuropathy |
| RESP: | ☑ Neg. ☐ Cough ☐ Shortness of Breath | SKIN | ☐ Neg. ☐ Itchy Feet _cut to Ⓡ fad_ |
| GI: | ☐ Neg. ☐ Pain ☐ Bloating/Gas | PSYCH: | ☐ See Psych Chart _Ⓡ leg with suture_ |
| | ☐ Constipation ☐ Diarrhea ☑ NIU | OTHER | |

**Physical Examination:**

| | Weight (lb): 330   Height (ft/in): 5 ' 10 "   BMI: 47.3 |
|---|---|
| | BP: 130/85  Pulse: 104  Respiration: 18   Temp: 98.1 SPO2: 100 FSBG: _____ |
| General: | ☑ Awake alert appears stated age, no distress, except: |
| HEENT: | ☑ Normocephalic/non-traumatic, normal eyes, ears, nose, mouth and throat. Except: |
| | ☐ Not able to perform ☐ Fundoscopic ☐ Otoscopic exam(s) |
| Neck: | ☑ No mass, trachea midline, except: |
| Lymph: | ☑ No cervical adenopathy, except: |
| CV: | ☑ RRR, no murmurs, gallops, rubs or carotid bruit, except: |
| Ext: | ☑ No edema, clubbing or cyanosis, distal pulses sym & equal, except: |
| Lungs: | ☑ Clear to auscultation bilaterally, except: |
| Abd: | ☑ Normal bowel sounds, NT/ND, no palpable abnormality, except: |

**Male**
☑ No Complaints
☐ Normal testicular and penile exam — Except:_____
**Not performed because:**
☑ Patient unable to cooperate due to psychiatric condition. Patient instructed to follow-up with PCP after discharge
  for wellness exam.
Other:_____

**Female GU**
☐ No Complaints
☐ Normal female external genitalia exam — Except:_____
**Not performed because:**
☐ Recent exam completed on:_____
☐ Patient unable to cooperate due to psychiatric condition. Patient instructed to follow-up with PCP after discharge for
  wellness exam.
Other:_____

**Rectal Exam**
☑ No Complaints
**(All patients 45 or older, or if specific symptoms indicates need for exam)**
☐ No evidence of hemorrhoids, fissures, bleeding or masses. Sphincter is normal. In male, prostate is smooth, non-tender,
  free from nodules and of normal size. Normal scrotal appearance.
**Not performed because:**
☑ Recent exam completed on:_____
☑ Patient unable to cooperate due to psychiatric condition. Patient instructed to follow-up with PCP after discharge for
  wellness exam.
Other:_____



CYPRESS CREEK HOSPITAL

CCH-017b (12/19)

2

| SANCHEZ, ADAM | 45 |
| 002044989 1034744-0017 M | |
| ZGP924579766 | 20 |
| 8   A03/01/20 B01/08/75 | |
| A. VENKATESH | IPL |

# MEDICAL HISTORY AND PHYSICAL CONSULTATION

| Skin: | ☐ Normal, no apparent lesions and patient denies skin lesions, | ☐ See nursing notes, except: |
|---|---|---|

*multiple lacerations to FA*
*B FA & B Leg*
*laceration with sutures*

| Oral: | ☑ Normal, no apparent ulcers, decay or abscess | ☐ Ulcers observed | ☐ Decay observed | ☐ Abscess observed |
|---|---|---|---|---|
| Other: | ☐ N/A | | | |
| Psych: | See Psych Eval for details. | | | |
| Neuro: | | | | |

| CN | Normal | | Abnl | | Motor Strength | DTR | Touch Sensation |
|---|---|---|---|---|---|---|---|
| II | ☑ | Gross vision | ☐ | RUE | 5 ④ 3 2 1 0 | 0 1+ ② 3+ 4+ 5+ | ☑ Normal ☐ Abnormal |
| III | ☑ | Eyelid, eyeball movement | ☐ | LUE | 5 ④ 3 2 1 0 | 0 1+ ② 3+ 4+ 5+ | ☑ Normal ☐ Abnormal |
| IV | ☑ | Eyes turning down & lateral | ☐ | RLE | 5 ④ 3 2 1 0 | 0 1+ ② 3+ 4+ 5+ | ☑ Normal ☐ Abnormal |
| V | ☑ | Chewing; mouth sensation | ☐ | LLE | 5 ④ 3 2 1 0 | 0 1+ ② 3+ 4+ 5+ | ☑ Normal ☐ Abnormal |
| VI | ☑ | Turns eyes laterally | ☐ | Details on abnormal findings: | | | |
| VII | ☑ | Grimace, tears, salivation | ☐ | | | | |
| VIII | ☑ | Gross hearing, equilibrium | ☐ | | | | |
| IX | ☑ | Check ability to taste *mint.* | ☐ | | | | |
| X | ☑ | Palate, vocalization | ☐ | | | | |
| XI | ☑ | Head turn. Shoulder shrug | ☐ | ☐ Limitations on exam due to: | | | |
| XII | ☑ | Tongue movement coordination, walk straight line, balance on one leg. | ☐ | | | | |

Labs and diagnostic test reviewed:     ☑ Reviewed     ☐ Pending     Notable Results:

| 136 | 105 | 12 | 131 | 19.1 | 13.8 | 29.6 |
|---|---|---|---|---|---|---|
| 3.2 | 16 | 2.12 | | | 43.5 | |

| 135 | 105 | 13 | 129. |
|---|---|---|---|
| 4.4 | 21 | 11.5 | |

AST: 51
ALT: 48
ALK: 41
GGT:
TOT BILI: 0.9

LDL:
HDL:
TG:

Urine:
Nitrite: — ve
LE: — ve
Contaminants:
Drugs: Amphetamin



**CYPRESS CREEK HOSPITAL**

CCH-017c (04/19)

3

```
SANCHEZ, ADAM                 45
002044989 1034744-0017  M
ZGP924579766                  20
8        A03/01/20 B01/08/75
A.VENKATESH              IPL
```

## MEDICAL HISTORY AND PHYSICAL CONSULTATION

| | |
|---|---|
| Diagnosis:  MDD<br>Medical history and physical:<br><br><br>**Active Medical Problems:**<br><br><br><br><br><br><br><br>**Chronic/Stable Medical Problems:**<br><br><br><br><br> | Medical Treatment:<br>Psychiatric Diagnosis:<br>☑Continue current treatment<br>Additional Treatment:<br>HTN – monitor B/P @shift<br>OSA – on CPAP at home, will ask family<br>to bring machine.<br>Pituitary insufficiency – Pt on depotestostern<br>family will bring med.<br>Obesity – diet & Exercise<br>®FA &® leg laceration – Neosporin oint b/d<br>wound care bid<br>Suture removed on 3/7/20 |
| | ☐ Inpatient F/U as needed or in _____ days for: _____<br>☑Discussed with patient the need for outpatient f/u with primary care physician and/or<br>specialist for: ☑Routine checkups   ☑Existing medical conditions<br>☐ other (specify): |
| | Recommended level of exercise for current hospital stay:<br>☐ No exercise<br>☐ Walking, stretching<br>☑Recreational sports, e.g., volleyball, basketball, jogging   as tolerated |

Provider's signature: _____

☐ Allaire, MD   ☐ Collette, NP-BC   ☐ Duru, NP   ☐ Gideon, NP   ☐ Kamau, FNP   ☐ Kozak, DO   ☐ Nguyen, DO
☑ Ogunbor, NP-C   ☐ Scott, FNP-BC   ☐ Yesudoss, AGACNP-BC

Other: _____   Date: 3/1/20   Time: 0855
                        PRINT NAME

Acknowledged by: _____   Date: _____   Time: _____
                        ATTENDING PSYCHIATRIST

CYPRESS CREEK HOSPITAL

SANCHEZ, ADAM            45
002044989 1034744-0017 M
ZGP924579766            20
8    A03/01/20 B01/08/75
A.VENKATESH            IPL

Cypress Creek Hospital
17750 Cali Drive
Houston, TX 77090

| | | | |
|---|---|---|---|
| PATIENT: | SANCHEZ, ADAM | MRN: | 523-002044989 |
| ADMIT DATE: | 03/01/2020 | ACCT: | 10347440017 |
| ROOM/BED: | Room 802 Bed B | DOB: | 01/08/1975 |

### PSYCHIATRIC PROGRESS NOTE

**DATE OF SERVICE:** 03/02/2020

**CHIEF COMPLAINT:** "I attempted for suicide."

**PATIENT'S PROGRESS TOWARDS TREATMENT PLAN GOALS:** The patient is admitted to Cypress Creek Hospital mainly because of overdose. He is still the same. There is not much change in his condition. He continues to be hopeless, helpless, and worthless. He feels guilty. He is not motivated. He has been dealing with depression for a long time. He attends the groups. He has processed feelings.

**MENTAL STATUS EXAMINATION:** He is appropriately dressed. His psychomotor activity is slow. His mood is sad. His affect is congruent. Speech is slow. Reaction is prolonged. Thought Process: Logical. He is alert and oriented to time, place, person, and situation. He has passive suicidal thoughts. Denies psychosis. Judgment and insight is fair.

**IMPRESSION:** Major depression, single, severe, without psychotic features.

**PLAN:** I would like to go ahead and continue current medications. Supportive psychotherapy done regarding his coping skills. Greater than 50% of the time was spent on counseling and coordination of care.

**EXPECTED LENGTH OF STAY:** 4-5 days.

Electronically signed by Athi P. Venkatesh, M.D. on 3/3/2020 7:36:29 AM

| | |
|---|---|
| DD: | 3/2/2020 13:26 |
| DT: | 3/2/2020 15:23 |
| Job#: | 209867745 |
| Receipt Code: | 6248392 |

Cypress Creek Hospital
17750 Cali Drive
Houston, TX 77090

| | | | |
|---|---|---|---|
| PATIENT: | SANCHEZ, ADAM | MRN: | 523-002044989 |
| ADMIT DATE: | 03/01/2020 | ACCT: | 10347440017 |
| ROOM/BED: | Room 802 Bed B | DOB: | 01/08/1975 |

## PSYCHIATRIC PROGRESS NOTE

**DATE OF SERVICE:** 03/03/2020

**CHIEF COMPLAINT:** "I'm okay."

**PATIENT'S PROGRESS TOWARDS TREATMENT PLAN GOALS:** Patient was admitted mainly because of worsening depression and suicidal thoughts. He is still the same. He is not motivated. He is still having depressive symptoms. He is compliant with medication, not having any side effects. He is processing his feelings in the groups. Chart reviewed and talked with the nurses.

**MENTAL STATUS EXAMINATION:** He is appropriate, is able to make eye contact. Mood is sad. Affect is congruent. Speech is normal. Thought Process: Logical. Alert and oriented x3. Attention and concentration seems to be intact. Recent and remote memory seems to be intact.
Limited passive suicidal thoughts. Also denies homicidal thoughts. Denies psychosis. Judgment and insight is fair.

**IMPRESSION:** Same.

**PLAN:**

1. I reviewed his labs. His triglycerides is slightly elevated. His HDL is very low. His hemoglobin A1c is 5.1.
2. Supportive psychotherapy done.
3. Greater than 50% of the time was spent on counseling and coordination of care.

**EXPECTED LENGTH OF STAY:** Three to four days.

Electronically signed by Athi P. Venkatesh, M.D. on 3/3/2020 9:10:58 PM

| | |
|---|---|
| DD: | 3/3/2020 12:11 |
| DT: | 3/3/2020 18:08 |
| Job#: | 209926582 |
| Receipt Code: | 6343860 |

Cypress Creek Hospital
17750 Cali Drive
Houston, TX 77090

| | | | |
|---|---|---|---|
| PATIENT: | SANCHEZ, ADAM | MRN: | 523-002044989 |
| ADMIT DATE: | 03/01/2020 | ACCT: | 10347440017 |
| ROOM/BED: | Room 802 Bed B | DOB: | 01/08/1975 |

## PSYCHIATRIC PROGRESS NOTE

**DATE OF SERVICE:** 03/04/2020

**CHIEF COMPLAINT:** "I'm still the same."

**PATIENTS PROGRESS TOWARDS TREATMENT PLAN GOALS:** The patient still does not show much change. He is still very tired. He feels not motivated. He is worried about his job. He is processing his feelings. Chart reviewed and talked to nurses and therapist.

**MENTAL STATUS EXAMINATION:** He is appropriate, is able to make eye contact. Mood is sad. Affect is congruent. Speech is slow. Thought Process: Logical. Denies any active suicidal thoughts. Denies any homicidal thoughts. Denies any psychosis. Judgment and insight is fair.

**IMPRESSION:** Same.

**PLAN:**
1. I reviewed his labs. His urine drug screen is negative. His urinalysis is normal.
2. Supportive psychotherapy done regarding coping skills.
3. Greater than 50% of the time was spent on counseling and coordination of care.

**EXPECTED LENGTH OF STAY:** 3-4 days.

Electronically signed by Athi P. Venkatesh, M.D. on 3/5/2020 8:16:02 AM

DD:            3/4/2020 10:20
DT:            3/4/2020 17:45
Job#:          209981470
Receipt Code:  6437245

# PSYCHIATRIST DAILY PROGRESS NOTES

TODAY'S DATE: _____   TIME: _____

CHIEF COMPLAINT/PATIENT HISTORY (In patient's own words): _____

| | |
|---|---|
| **APPEARANCE BEHAVIOR CLINICAL STATUS** | ☐ Poor grooming  ☐ Poor Impulse Control  ☐ Exposes Self/Masturbates  ☐ Withdrawn, Isolated  ☐ Wandering  ☐ Mute  ☐ Poor Eye Contact  ☐ Guarded, Suspicious  ☐ Improper Touching  ☐ Combative, Aggressive  ☐ Poor Food/Fluid Intake  ☐ Talks/Smiles/Laughs  ☐ Intrusive  ☐ Poor Boundaries  ☐ Other: |
| **THOUGHT CONTENT** | DELUSIONS: ☐ Paranoid/Persecutory ☐ Nihilistic ☐ Grandiose ☐ Somatic ☐ Religious ☐ Referential  HALLUCINATIONS: ☐ Auditory  ☐ Visual  ☐ Command in Nature  THOUGHT PROCESS: ☐ Linear  ☐ Circumstantial  ☐ Tangential  ☐ Loose Associations  ☐ Thought Blocking  ☐ Disorganized  ☐ Derailment  ☐ Flight of Ideas  MOOD/AFFECT: ☐ Euthymic  ☐ Blunted  ☐ Depressed  ☐ Elevated  ☐ Angry  ☐ Tearful  ☐ Irritable  ☐ Anxious  ☐ Constricted/Restricted  ☐ Inappropriate to Content  COGNITION: ☐ Oriented X 4  ☐ Disoriented  ☐ Concrete Thinking  ☐ Poor Attention  ☐ Poor Concentration  MEMORY: ☐ Intact  ☐ Impaired Immediate  ☐ Impaired Recent  ☐ Impaired Remote  SPEECH: ☐ Normal  ☐ Slow  ☐ Rapid  ☐ Pressured  ☐ Low  ☐ Soft  ☐ Slurred  ☐ Sparse  ☐ Loud |
| **DETOXIFICATION REHABILITATION** | ☐ N/A  ☐ Alcohol Withdrawal  ☐ Drug Withdrawal  ☐ No Withdrawal  ☐ Patient is under the detoxification protocol |
| **DANGER TO SELF/OTHERS** | SUICIDAL: ☐ None  ☐ Passive death wishes  ☐ Suicidal ideation  ☐ Intent  ☐ Plan: _____  HOMICIDAL: ☐ None  ☐ Homicidal Ideation  ☐ Intent  ☐ Plan: _____  If checked, please explain: |
| **PATIENT'S PROGRESS TOWARD TREATMENT GOALS** | |
| **MEDICATION ADHERENCE** | ☐ Poor  ☐ Fair  ☐ Good  Explain: |
| **PATIENT RESPONSE TO TREATMENT** | ☐ Poor  ☐ Minimal  ☐ Moderate  Explain: |
| **CHANGES IN MEDICATION WITH RATIONALE** | ☐ No changes at this time.  ☐ Changes for the following reason:  ☐ Side effects: |
| **CHANGES IN SIGNS OR SYMPTOMS/ APPRAISAL OF PROGRESS** | |
| **DIAGNOSIS** | Change in Admitting Diagnosis? ☐ YES  ☐ NO  Circle One.   If yes, describe justification: |
| **DISCHARGE STATUS OR CRITERIA FOR CONTINUED STAY** | Discharge Today: ☐ Yes  ☐ No*  *If no, indicate, reason for continued stay below:  ☐ Severely impaired disorder of thoughts or perception  ☐ Severe impairment of level of functioning  ☐ Discharge may exacerbate illness  ☐ Danger to self or others  ☐ Severe depression/anxiety  ☐ Post -acute detox symptoms  ☐ Suicidal ideations  ☐ Homicidal ideations  ☐ Medication stabilization  ☐ Conduct requires 24 hour supervision  Estimated Discharge Date: _____  Discharge Planning Instructions: |

Signature _____   Date and Time _____   Dictation Number _____

**CYPRESS CREEK HOSPITAL**

CCH-020a (12/19)

```
SANCHEZ,ADAM                    45
002044989 1034744-0017 M
ZGP924579766                    20
8    A03/01/20 B01/08/75
A.VENKATESH                    IPL
```

# PSYCHIATRIST DAILY PROGRESS NOTES (continued)

| RESULTS OF DIAGNOSTIC TESTING | ☐ Labs Pending ☐ Labs WNL ☐ Labs Abnormal _____ |
|---|---|

☐ Continue Precautions
☐ Change Precautions

**Attending Psychiatrist:**

☐ Hilary Akpudo, MD
☐ Roopa Challapalli, MD
☐ Ajinder Dhatt, MD
☐ Larry Flowers, MD

☐ Faisal Tai, MD
☐ Athi Venkatesh, MD

☐ Other (Printed Name): _____

Signature _____     Date and Time _____     Dictation Number _____


CYPRESS CREEK HOSPITAL

CCH-020b  (08/18)

```
SANCHEZ, ADAM              45
002044989 1034744-0017 M
ZGP924579766           20
8      A03/01/20 B01/08/75
A.VENKATESH           IPL
```

Cypress Creek Hospital
17750 Cali Drive
Houston, TX 77090

PATIENT:        SANCHEZ, ADAM        MRN:   523-002044989
ADMIT DATE:     03/01/2020           ACCT:  10347440017
ROOM/BED:       Room 802 Bed B       DOB:   01/08/1975

### PSYCHIATRIC PROGRESS NOTE

**DATE OF SERVICE:** 03/05/2020

**CHIEF COMPLAINT:** "I'm slightly better."

**PATIENTS PROGRESS TOWARDS TREATMENT PLAN GOALS:** Patient is gradually getting better. He is tolerating increased dose of Wellbutrin. He still has lot of anxiety. He is not completely back to normal. He still has some hopelessness. He is not fully motivated. Chart reviewed and talked to nurses and therapist.

**MENTAL STATUS EXAMINATION:** He is appropriate, is able to make eye contact. Mood is sad. Affect is congruent. Speech is normal. Thought Process: Logical. Intermittent passive suicidal thoughts present. Denies psychosis. Alert and oriented x3. Judgment and insight is fair.

**IMPRESSION:** Major depression, recurrent, severe, without psychotic features.

**PLAN:**

1. I reviewed his labs, everything came back as normal, except his triglycerides.
2. I reviewed his vital signs, blood pressure 131/90. His heart rate is 63, breathing is 18, saturation 98.
3. Supportive psychotherapy done, family therapy pending.

**EXPECTED LENGTH OF STAY:** Two to three days.

Electronically signed by Athi P. Venkatesh, M.D. on 3/5/2020 11:01:03 PM

DD:     3/5/2020 12:56
DT:     3/5/2020 21:50
Job#:   210062068
Receipt Code:  6546570