Cypress Creek Hospital
17750 Cali Drive
Houston, TX 77090

| | | | |
|---|---|---|---|
| PATIENT: | SANCHEZ, ADAM | MRN: | 523-002044989 |
| ADMIT DATE: | 03/01/2020 | ACCT: | 10347440017 |
| ROOM/BED: | Room 802 Bed B | DOB: | 01/08/1975 |

## PSYCHIATRIC PROGRESS NOTE

**DATE OF SERVICE:** 03/06/2020

**CHIEF COMPLAINT:** "I'm okay."

**PATIENT'S PROGRESS TOWARDS TREATMENT PLAN GOALS:** The patient is gradually getting better. He is not completely back to normal. He still has some depressive symptoms. He is not fully motivated. Chart reviewed, talked with nurses and therapist.

**MENTAL STATUS EXAMINATION:** He is appropriate, is able to make eye contact. Mood is anxious. Affect is congruent. Intermittent passive suicidal thoughts present. Denies any homicidal thoughts. Denies psychosis. Alert and oriented x3. Attention and concentration intact. Recent and remote memory intact. Intelligence is average. Judgment is fair. Insight is fair.

**ASSESSMENT:** Same.

**PLAN:** I reviewed his labs. Triglyceride is _____, HDL 30. Encouraged to follow a diet and exercise. I do not see him to improve his HDL. His blood pressure 139/68, his pulse is 78, breathing 17, saturation is 97. The patient is making some progress, but definitely is not stable enough for discharge.

**EXPECTED LENGTH OF STAY:** One to two days.

Electronically signed by Athi P. Venkatesh, M.D. on 3/7/2020 8:17:33 AM

DD:            3/6/2020 10:56
DT:            3/6/2020 15:39
Job#:          210114001
Receipt Code:  6639395

Cypress Creek Hospital
17750 Cali Drive
Houston, TX 77090

| | | | |
|---|---|---|---|
| PATIENT: | SANCHEZ, ADAM | MRN: | 523-002044989 |
| ADMIT DATE: | 03/01/2020 | ACCT: | 10347440017 |
| DISCHARGE DATE: | 03/06/2020 | DOB: | 01/08/1975 |

## DISCHARGE SUMMARY

**REASON FOR ADMISSION:** The patient is a 45-year-old Hispanic male with a previous psych history, presenting after suicide attempt on Thursday evening, Friday morning about 3 days prior to being admitted in context of alcohol and drug abuse. Denied active SI, but reported passive SI without plan. Denies HI or AVH; endorsed 11 years of sadness, anhedonia, guilt, changes in appetite, psychomotor retardation, fatigue and poor concentration. Denied decreased need for sleep or grandiosity. Reported anxiety without panic attacks. Denied OCD. Denied PTSD issues.

**PHYSICAL EXAMINATION:** Patient had several abrasions noted to chest, mid abdomen, stitches noted to left forearm and laceration noted to right shin. No other skin problems noted upon admission.

**MENTAL STATUS EXAMINATION UPON DISCHARGE:** Appearance: Appropriate. Eye Contact: Good. Attitude: Cooperative. Motor Activity: Normal. Orientation x3. Speech: Rate, rhythm, and amplitude normal. Mood: More euthymic, slightly anxious. Affect: Congruent. Thought Process: Logical. Thought Content: Denied SI or HI or AVH. Memory: Recent and remote intact. Insight and judgment are fair. Intellect: Average.

**DIAGNOSTIC LAB FINDINGS:** Hemoglobin A1c normal at 5.1%. Lipid Panel: Total cholesterol normal at 138, triglycerides elevated at 156, HDL was low at 38, rest within normal limits. Drug screen was negative. UA grossly within normal limits. Vitals were stable throughout stay.

**ADMISSION PRECIPITATING FACTORS:** Reviewed and addressed.

**BIOLOGICAL MEDICAL INTERVENTION:** The patient was placed on Wellbutrin XL 150 mg p.o. daily, which has been increased to 300 mg p.o. daily for depression. Patient was compliant with current medical regimen. Denied any medication side effects while here at Cypress Creek Hospital.

**PSYCHOTHERAPY INTERVENTION:** The patient was involved in multiple group therapy activities where he was educated on cognitive distortion, positive affirmation, symptomatology and medical management strategies. He was assisted in identifying, exploring, verbalizing feelings, as well as identifying alternative coping strategies. The patient was assisted in developing a discharge safety crisis plan. Patient showed improvement in mood and affect to be considered ready for discharge.

**DISCHARGE DIAGNOSES:**
1. Major depressive disorder, recurrent, severe without psych features.
2. History of generalized anxiety disorder.
3. Pituitary gland disorder.

**DISCHARGE MEDICATIONS:** Wellbutrin XL 300 mg p.o. daily.

Cypress Creek Hospital

PATIENT NAME:             SANCHEZ, ADAM
MEDICAL RECORD #:    523-002044989
DATE OF SERVICE:      03/06/2020                      Page 2

## DISCHARGE SUMMARY

Prescriptions were written for 2 weeks.

Medication risks, benefits, and options were reviewed with the patient prior to being discharged.

**PROGNOSIS:** Stable.

**CONDITION OF PATIENT ON DISCHARGE:** Improved, nonpsychotic, non-homicidal, nonsuicidal.

**MEDICAL CONDITION AT DISCHARGE:** Stable/fair.

**SOCIAL FUNCTIONING ON DISCHARGE:** Stable/fair.

**DISCHARGE AFTERCARE PLANS:** Patient will be discharged home. Patient to follow up with outpatient psychiatry, outpatient therapist and outpatient PCP. The patient is to follow up with Cypress Creek on 03/11/2020 at 4 p.m.

The patient was seen and care discussed with Dr. Venkatesh.

Dictated by Joshua Trujillo PA-C

Electronically signed by Joshua Trujillo PA-C on 3/23/2020 6:12:39 PM

Electronically signed by Athi P. Venkatesh, M.D. on 3/24/2020 8:16:49 AM

DD:            3/22/2020 14:18
DT:            3/22/2020 22:34
Job#:         210760489
Receipt Code:  8251522

# DISCHARGE SUMMARY (Physician Notes)

**Prognosis:**

**Patient Condition on Discharge:**

☐ Improved     ☐ Largely Improved     ☐ Little Improvement     ☐ No Change     ☐ Worsened
☐ Suicidal     ☐ Psychotic     ☐ Homicidal     ☐ Not Treated     ☐ Non Suicidal
☐ Non Psychotic     ☐ Non Homicidal

**Medical Condition on Discharge:**

**Social Functioning on Discharge (psychosocial stressors):**

**Discharge Aftercare Plans (provider name, appointment date and time):**

**Attending Psychiatrist:**

☐ Hilary Akpudo, MD     ☐ Larry Flowers, MD
☐ Frank Chen, MD     ☐ Athi Venkatesh, MD
☐ Ajinder Dhatt, MD     ☒ Other Joshua Trujillo PA-C
                                                 (print name)

Signature:     Date and Time: 3/22/20 2:18 pm     # 8251522     Dictation Number:



**CYPRESS CREEK HOSPITAL**

CCH-021b (08/18)

2

SANCHEZ, ADAM
002044989 1034744-0017   45
ZGP924579766   M
8    A03/01/20 B01/08/75   20
A. VENKATESH           IPI

# PHYSICIAN ADMISSION ORDERS
## AND PRELIMINARY PLAN OF CARE

Height: __5__ ft __10__ in        Weight: __330__ lb

Allergies: __NKDA__

Admitting Diagnoses: __MDD recurrent episode, severe__

Primary Medical Conditions: __HTN, OSA, (L)arm laceration (5-6 sutures) L foot laceration__

**Admit to: (Check appropriate box)**                    ☐ Obtain Previous Medical Record
A. Inpatient Services  ☐ Adolescent  ·☐ Adult PICU  ☒ Adult Psych  ☐ Adult CD
B. Outpatient Services  ☐ Adolescent PHP  ☐ Adult PHP  ☐ Adolescent IOP  ☐ Adult Psych IOP  ☐ Adult CD IOP
C. Legal Status  ☐ Voluntary  ☒ Involuntary

**Vital Signs:** ☒ Routine  ☐ Q Shift  ☐ QID  ☐ COWS  ☐ CIWA  ☐ Other: _____

**Laboratory/Radiology:**
☐ Admit Profile [CBC w/diff, UA, SMAC (Master Chem), Thyroid Profile, RPR, GGT, Electrolytes, (HbA1c)(Lipid Profile)]
☐ UPT (All Females Child Bearing Age)  ☐ Urine Drug Screen (with ETOH and Opioids)  ☐ Valproic Acid Level
☐ Tegretol Level  ☐ Lithium Level  ☐ Other: _____

**Diet:** ☒ Regular  ☐ Special (Indicate Type): _____

**Consults:** ☒ History & Physical  ☐ Internal Medicine  ☐ Nutritional  ☐ Infection Control

**Level of Observation:** ☒ Q15 Minute Safety Observation Rounds (Q15)  ☐ 1:1  ☐ 1:1 While Awake (1:1 w/a)

**Safety Precautions:** ☒ Suicide/Self Harm (SP)  ☐ Aggression/Homicidal (AP)  ☒ Elopement (EP)
☒ Unit Restriction (UR)  ☐ Sexual Acting Out-Victimization (SAO-V)
☐ Sexual Acting Out-Aggression (SAO-A)

**Protocols:** ☐ Librium Low Detox  ☐ Librium High Detox  ☐ Ativan Detox  ☒ Opiate Detox

**Medical Risk Precautions:** ☐ Seizure (SzP)  ☒ Detox  ☐ Fall (FP)

**Body Search:** ☒ Yes  ☐ No    Indication: Rule out Contraband and to Identify Alterations in Skin Integrity

RBVO to Dr. __Venkatesh__ _____ , RN __3-1-20, 0400__
                                        RN Signature              Date & Time

_____                    _____
Physician Signature                Date & Time


**CYPRESS CREEK HOSPITAL**

CCH-001 02/19

```
SANCHEZ, ADAM                    45
002044989 1034744-0017 M
ZGP924579766 ·               20
8    A03/01/20 B01/08/75
A.VENKATESH              IPL
```

# PHYSICIAN ORDER FORM (Physician Orders)

| Do Not Use | Use Instead |
|---|---|
| QD | Daily; in A.M. |
| QOD | Every other day |
| "U" | Unit; Units |
| "IU" | International Units |
| Review Order | mcg vs mg |

☐ The patient has reported allergies.

☑ The patient has no known allergies.

| Date | Time | Physician Orders | FAX: 281-586-5909 | INDICATION |
|---|---|---|---|---|
| 3/1/20 | 24hr | R N chart check | | |
| | | | On Renew D/C | |
| | | Suicide/Self Harm | ☐ ☑ ☐ | |
| | | Sexually Acting Out – Aggressor | ☐ ☐ ☐ | |
| | | Sexually Acting Out – Victim | ☐ ☐ ☐ | |
| | | Aggression/Homicidal | ☐ ☐ ☐ | |
| | | Elopement | ☑ ☐ ☒ | |
| | | Fall | ☐ ☐ ☐ | |
| | | Seizure | ☐ ☐ ☐ | |
| | | Unit Restriction | ☑ ☐ ☒ | |
| | | | 3/1/2020 | |
| | | | MD 1610 | |
| 3/1/2020 | 16:00 | note d | Sware, Cn | |

Indication Necessary for Complete Medication Order and/or Addition or D/C Precautions



CYPRESS CREEK HOSPITAL

CCH-023 01/18

SANCHEZ, ADAM          45
002044989 1034744-0017 M
ZGP924579766          20
8     A03/01/20 B01/08/75
A. VENKATESH                IPL

# PHYSICIAN ORDER FORM (Physician Orders)

| Do Not Use | Use Instead |
|---|---|
| QD | Daily; in A.M. |
| QOD | Every other day |
| "U" | Unit; Units |
| "IU" | International Units |
| Review Order | mcg vs mg |

☐ The patient has reported allergies.

_____

_____

Ⓐ The patient has no known allergies.

| Date | Time | Physician Orders | FAX: 281-586-5909 | INDICATION |
|---|---|---|---|---|
| 3/2/20 | 2ⁿ | † RN Chart Check ——— R. Dus RN | | |

*Indication Necessary for Complete Medication Order and/or Addition or D/C Precautions*

| | On | Renew | D/C |
|---|---|---|---|
| Suicide/Self Harm | ☒ | ☒ | ☐ |
| Sexually Acting Out – Aggressor | ☐ | ☐ | ☐ |
| Sexually Acting Out – Victim | ☐ | ☐ | ☐ |
| Aggression/Homicidal | ☐ | ☐ | ☐ |
| Elopement | ☒ | ☒ | ☐ |
| Fall | ☐ | ☐ | ☐ |
| Seizure | ☐ | ☐ | ☐ |
| Unit Restriction | ☐ | ☐ | ☐ |

Noted OHV
3/2/20
3/2/20   3/2/2

| 3/2/20 | 1315 | May have OHV c̄ his parents Lisa Rutta TO RB Dr Venketesh |
|---|---|---|

noted 1315
3/2/20
Lisa C Rutta


CCH-023 01/18

SANCHEZ, ADAM                    45
002044989  1034744-0017  M
ZGP924579766                   20
8     A03/01/20  B01/08/75
A. VENKATESH              · IPL

# PHYSICIAN ORDER FORM (Physician Orders)

| Do Not Use | Use Instead |
|---|---|
| QD | Daily; in A.M. |
| QOD | Every other day |
| "U" | Unit; Units |
| "IU" | International Units |
| Review Order | mcg vs mg |

☐ The patient has reported allergies.

_____

_____

☑ The patient has no known allergies.

| Date | Time | Physician Orders | | | | INDICATION |
|---|---|---|---|---|---|---|
| | | FAX: 281-586-5909 | | | | |
| 3/3/20 | 2P | PN Alert check ——— | | | | Indication Necessary for Complete Medication Order and/or Addition or D/C Precautions |
| | | | On | Renew | D/C | |
| | | Suicide/Self Harm | ☒ | ☑ | ☐ | |
| | | Sexually Acting Out – Aggressor | ☐ | ☐ | ☐ | |
| | | Sexually Acting Out – Victim | ☐ | ☐ | ☐ | |
| | | Aggression/Homicidal | ☐ | ☐ | ☐ | |
| | | Elopement | ☒ | ☑ | ⊘ | |
| | | Fall | ☐ | ☐ | ☐ | |
| | | Seizure | ☐ | ☐ | ☐ | |
| | | Unit Restriction | ☐ | ☐ | ☐ | |
| | | 3/3/20 | | | | |
| | | Noted Yenis Pineda | | | | |
| 3/6/20 | 1236 | BB T/O / Dr. Venkatesh / Yenis Pineda RN | | | | |
| | | D/C AT 03/6/20 | | | | |
| 3/6/20 | 1245 | Noted Yenis Pineda | | | | |



```
SANCHEZ, ADAM                45
002044989 1034744-0017 M
ZGP924579766                 20
8    A03/01/20 B01/08/75
A. VENKATESH             IPL
```

CCH-023 01/18

# PHYSICIAN ORDER FORM (Physician Orders)

| Do Not Use | Use Instead |
|---|---|
| QD | Daily; in A.M. |
| QOD | Every other day |
| "U" | Unit; Units |
| "IU" | International Units |
| Review Order | mcg vs mg |

☐ The patient has reported allergies.

_____

_____

☑ The patient has no known allergies.

| Date | Time | Physician Orders | FAX: 281-586-5909 | INDICATION |
|---|---|---|---|---|
| 3/4/20 | 0800 | Ru chart check ——— Precaution Ru | |

|  | On | Renew | D/C |
|---|---|---|---|
| Suicide/Self Harm | ☐ | ☐ | ☐ |
| Sexually Acting Out – Aggressor | ☐ | ☐ | ☐ |
| Sexually Acting Out – Victim | ☐ | ☐ | ☐ |
| Aggression/Homicidal | ☐ | ☐ | ☐ |
| Elopement | ☐ | ☐ | ☐ |
| Fall | ☐ | ☐ | ☐ |
| Seizure | ☐ | ☐ | ☐ |
| Unit Restriction | ☐ | ☐ | ☐ |

*Indication Necessary for Complete Medication Order and/or Addition or D/C Precautions*



CCH-023  01/18

SANCHEZ, ADAM                          45
002044989  1034744-0017  M
ZGP924579766                      20
8      A03/01/20  B01/08/75
A. VENKATESH                       IPL

## PHYSICIAN ORDER FORM (Physician Orders)

| Do Not Use | Use Instead |
|---|---|
| QD | Daily; in A.M. |
| QOD | Every other day |
| "U" | Unit; Units |
| "IU" | International Units |
| Review Order | mcg vs mg |

☐ The patient has reported allergies.

NKDA

☑ The patient has no known allergies.

| Date | Time | Physician Orders | FAX: 281-586-5909 | INDICATION |
|---|---|---|---|---|
| 2/5/2020 | 240 | RN Chart Check ———————— (Corey RN) | | |
| | | | On  Renew  D/C | |
| | ✓ | **Suicide/Self Harm** | ☑ ☑ ☐ | |
| | | ~~Sexually Acting Out — Aggressor~~ | ☐ ☐ ☐ | |
| | | **Sexually Acting Out – Victim** | ☐ ☐ ☐ | |
| | | ~~Aggression/Homicidal~~ | ☐ ☐ ☐ | |
| | | **Elopement** | ☐ ☐ ☐ | |
| | | ~~Fall~~ | ☐ ☐ ☐ | |
| | | ~~Seizure~~ | ☐ ☐ ☐ | |
| | | **Unit Restriction** | ☐ ☐ ☐ | |
| | | noted by/order RN 3.05.2020 at 1000 | | |

*Right margin (vertical text):* Indication Necessary for Complete Medication Order and/or Addition of D/C Precautions



CYPRESS CREEK HOSPITAL

CCH-023  01/18

SANCHEZ, ADAM              45
002044989 1034744-0017 M
ZGP924579766        20
8      A03/01/20 B01/08/75
A.VENKATESH           IPL

# PHYSICIAN ORDER FORM (Physician Orders)

| Do Not Use | Use Instead |
|---|---|
| QD | Daily; in A.M. |
| QOD | Every other day |
| "U" | Unit; Units |
| "IU" | International Units |
| Review Order | mcg vs mg |

☐ The patient has reported allergies.

_NKDA_

☑ The patient has no known allergies.

| Date | Time | Physician Orders | FAX: 281-586-5909 | INDICATION |
|---|---|---|---|---|
| 3/6/20 | 2r | RN _Chart Check_ | _R. Dierya_ | |

| | On | Renew | D/C | |
|---|---|---|---|---|
| Suicide/Self Harm | ☑ | ☐ | ☐ | |
| Sexually Acting Out – Aggressor | ☐ | ☐ | ☐ | |
| Sexually Acting Out – Victim | ☐ | ☐ | ☐ | |
| Aggression/Homicidal | ☐ | ☐ | ☐ | |
| Elopement | ☐ | ☐ | ☐ | |
| Fall | ☐ | ☐ | ☐ | |
| Seizure | ☐ | ☐ | ☐ | |
| Unit Restriction | ☐ | ☐ | ☐ | |

Indication Necessary for Complete Medication Order and/or Addition or D/C Precautions



CYPRESS CREEK HOSPITAL

CCH-023 01/18

```
SANCHEZ, ADAM                    45
002044989 1034744-0017 M
ZGP924579766              20
8     A03/01/20 B01/08/75
A.VENKATESH              IPL
```

# Cypress Creek ECT Screening Form

```
SANCHEZ , ADAM          45
002044989 1034744-0017 M
ZGP924579766          20
8     A03/01/20 B01/08/75
A.VENKATESH          IPL
```

Client has been on 3 or more antidepressants, mood stabilizers or antipsychotics during their lifetime? Please check all the following medications you have tried INCLUDING currently taking

☑ Yes   ☐ No

| ANTIDEPRESSANTS | ANTIPSYCHOTICS |
|---|---|
| Celexa (citalopram) | Haldol (haloperidol) |
| Lexapro (excitalopram) | Loxitane (loxapine) |
| Paxil (paroxetine) | Navane (thiothixene) |
| Prozac (Fluoxetine) | Prolixin (fluphenozine) |
| Zoloft (sertiline) | Stelazine (trifluoperizine) |
| Vibryd | Thorazine (chlorpromazine) |
| Emsan (selegiline) | Trilafon (perphanizine) |
| Effexor (Venlafaxine) | Abilify (aripiprazole) |
| Pristiq (Desvenlafaxine) | Risperdal (risperdone) |
| Anafranil (clomipramine) | Seroquel (quetiapine) |
| avil (amitriptyline) | Zyprexa (olanzapine) |
| Norpramine (desipramine) | Rexulti |
| Pamelor (nortryptiline) | Latuda |
| Sinequan (doxepine) | Haldol (haloperidol) |
| Tofranil (imipramine) | Loxitane (loxapine) |
| MODD | MOOD STABILIZERS |
| Remeron (mirtazapine) | Depakote (valproic acid) |
| Wellbutin (buprion) | Lithium |
| Cymbalta (duloxetine) | Lamictal (lamotrigine) |
| Desyrel (trazadone) | Neurontin (gabapentin) |
| STIMULANTS | Tegretol (carbamazepine) |
| Adderall (amphetamine and dextroamphetamine) | Topamax (topiramate) |
| Dexadrine (dextroametamine) | Trileptal (oxcabazepine) |
| Ritalin (methyphenidate) | |

Client has any of the following physical/ medical conditions that would preclude ECT (check all that apply):

☑ Yes   ☐ No

| | |
|---|---|
| Cardiac conditions/ recent MI/ Heart failure | Weight over 300 lbs.  330lbs |
| spiratory conditions | Renal conditions |
| Prior difficulty with anesthesia | Recent head injury |
| Malignant Hyperthermia/ pseudocholinesterase deficiency | Brain tumor/ recent stroke, increased intracranial pressure, aneurysm |
| Infection | |

More than one inpatient hospitalization   ☐ Yes   ☑ No

History of ECT? If yes, when and where:   ☐ Yes   ☑ No

Insurance   ☑ Yes   ☐ No

Resides within 20 miles of Cypress Creek Hospital ☑ Yes   ☐ No

Signature: _[signature]_    Date 3-2-20   Time 12v

Attending Psychiatrist Reviewed   ☐ Yes   ☐ No

Consult ordered   ☐ Yes   ☐ No

Date of Patient's Discharge: _____

# PHYSICIAN'S DISCHARGE ORDERS

**Discharge Type:**   □ Routine   □ AMA   □ Transfer   □ Other _____

**Discharge To:**   □ Home   □ Residential   □ Other _____

**Follow Up Care:**

**a) Outpatient Services** □ Residential _____

□ PHP (CCH)                    □ IOP (CCH)

□ CD   □ MH                    □ CD   □ MH

□ PHP (Other) _____   □ IOP (Other) _____

**b) Psychiatric**   □ Attending   □ Other _____

□ D/C Planner to arrange

**c) Therapist**   □ Yes   □ No   □ D/C Planner to arrange

Name: _____

**d) Support Group**   □ None   □ AA   □ N/A   □ Alanon   □ CODA

□ Parenting   □ Other _____

**e) Medical Care**   □ Yes   □ N/A

□ PCP _____ □ D/C Planner to arrange

□ Patient to contact own primary care practitioner

**f) Release Patient's Own Meds**      □ All   □ Except _____

**g) Discharge Diagnoses:**   □ Psychiatric Diagnoses *MDD, recurrent, severe*

_____

□ Acute / Active Medical Diagnoses _____

_____

_____    _____
Signature of Physician                          Signature of Nurse

_____    _____  □ TORB
Date / Time                                      Date / Time

**CYPRESS CREEK HOSPITAL**

CCH-060 02/19

SANCHEZ,ADAM                    45
002044989 1034744-0017 M
ZGP924579766                    20
8      A03/01/20 B01/08/75
A.VENKATESH                     IPL

**Cypress Creek Hospital**

Patient Name: SANCHEZ, ADAM   Sex: M   DOB: 01/08/1975
Admit Date: 3/1/20  03:20  Room: 802-B
Acct#: 1034744   MRN: 002044989
Height: 70 cm      Weight: 330 kg

### *ADMISSION HOME* MEDICATION ORDERS

**Attending MD:** Venkatesh, Athi, MD

**Allergies:** *nkda*

#### DO NOT CONTINUE THESE MEDICATIONS

| MEDICATION | DOSE | ROUTE | FREQUENCY |
|---|---|---|---|
| Note: Patient Found - No Query Results | | | |
| eSigned by Venkatesh, Athi, MD on 03/04/20  10:20AM | | | |

### DISCHARGE MEDICATION RECONCILIATION
### FINAL - MEDICAL RECORDS
### Cypress Creek Hospital

| Patient Name: SANCHEZ, ADAM | DOB: 01/08/1975   Room-Bed: 802-B | Admit Date/Time: 3/1/20   3:20 am |
|---|---|---|

| Ht: 70.00 in | Wt: 330.00 lb | BMI: 47.30 | BSA: 2.58 | Regular Pharmacy: |
|---|---|---|---|---|

Allergies: nkda

| Continue these Medications | | | | | | |
|---|---|---|---|---|---|---|
| **Medication** | **Dose** | **Route** | **Frequency** | **Updated By** | **Prescribed By** | **eSigned By** |
| buPROPion ERT 300 mg ERT (Wellbutrin XL)<br>Indication: Depression | 300 mg | Oral | ONCE A DAY | Pineda, Yenis | Venkatesh, Athi, MD | on |

| Medications Not Reconciled | | | | | | |
|---|---|---|---|---|---|---|
| **Medication** | **Dose** | **Route** | **Frequency** | **Updated By** | **Prescribed By** | **eSigned By** |
| acetaminophen 500 mg TAB (non-Aspirin)<br>Indication: Pain/Fever | 1,000 mg | Oral | EVERY 6 HOURS AS NEEDED | | | on |
| Al hydroxide-Mg hydroxide-simethicone 200 mg-200 mg-20 mg/5 mL SUSP (Antacid Plus)<br>Indication: GI distress | 30 mL | Oral | EVERY 4 HOURS AS NEEDED | | | |
| aspirin 81 mg TC ()<br>Indication: CAD prevention | 81 mg | Oral | ONCE A DAY | | | on |
| bacitracin-neomycin-polymyxin B topical 400 units-3.5 mg-5000 units/g OINT (Neosporin)<br>Indication: laceration | 1 app | Topical | TWICE A DAY | | | on |
| Carmex Lip Balm app OINT ()<br>Indication: Dry Lips | 1 app | Topical | EVERY 2 HOURS AS NEEDED | | | on |
| magnesium hydroxide 8% SUSP (Milk of Magnesia)<br>Indication: Constipation.. | 30 mL | Oral | ONCE A DAY AS NEEDED | | | on |
| melatonin 3 mg TAB ()<br>Indication: Insomnia.. | 6 mg | Oral | AT BEDTIME AS NEEDED | | | on<br>? |
| nicotine 14 mg/24 hr 14 mg/24 hr TERF (Habitrol)<br>Indication: Smoking Cessation | 14 mg | Transdermal | ONCE A DAY AS NEEDED | | | on |
| Note: Patient Found - No Query Results ()<br>Indication: | | | | | | on |
| ondansetron 4 mg DT (Zofran ODT)<br>Indication: Nausea & Vomiting | 4 mg | Oral | THREE TIMES A DAY AS NEEDED | | | on |

Place on Chart

ACCT #: 1034744<br>
MR #: 002044969<br>
Admit Date: 03/01/2020<br>
Physician: Venkatesh, Athi, MD<br>
DOB: 01/08/1975      AGE: 45 years      SEX: M

SANCHEZ, ADAM

### DISCHARGE MEDICATION RECONCILIATION
### FINAL - MEDICAL RECORDS
#### Cypress Creek Hospital

Patient Name: SANCHEZ, ADAM

| Medications Not Reconciled | | | | | | |
|---|---|---|---|---|---|---|
| Medication | Dose | Route | Frequency | Updated By | Prescribed By | eSigned By |
| testosterone cypionate intramuscular 200 mg/mL SOLN (Perrigo) () Indication: Hormone Therapy | 140 mg | Intramuscular | ONCE A WEEK | | | on |

Place on Chart

ACCT #: 1034744
MR #: 002044989
Admit Date: 03/01/2020
Physician: Venkatesh, Athi, MD
DOB: 01/08/1975       AGE: 45 years       SEX: M

Printed 3/7/20  9:04 am

Transition Record - Part 3

SANCHEZ, ADAM

# FINAL
## Physician Medication Orders
### Cypress Creek Hospital

| SANCHEZ, ADAM | Room: 8-802-B |
|---|---|
| DOB: 01/08/1975 | Admit: 3/1/20  3:20 |
| MRN: 002044989 | Acct: 1034744 |

| Medication | Dose | Route | Frequency | |
|---|---|---|---|---|
| **Influenza virus vaccine, inactivated Flucelvax Quad** | 0.5 mL | IM | WA | |
| Start: 03/01/20 04:45  Stop: 03/01/20 08:30 | | | Prescribed by: Venkatesh, Athi, MD | |
| Entered by: Jones, Jennifer | | as Telephone at 3/1/20  4:45 | | |
| eSigned by  Venkatesh, Athi, MD on 03/02/20  12:57 | | | | |
| Read back and verified by Jones, Jennifer at 3/1/20  4:45 | | | | |
| Indication: influenza vaccine | | | | |
| Notes: Nurse Entered Stat Order | | | | |
| **nicotine 14 mg/24 hr Transdermal TERF 1 ea** | 14 mg | TD | WA | |
| Start: 03/01/20 04:45  Stop: 03/01/20 23:59 | | | Prescribed by: Venkatesh, Athi, MD | |
| Entered by: Jones, Jennifer | | as Telephone at 3/1/20  4:45 | | |
| eSigned by  Venkatesh, Athi, MD on 03/02/20  12:57 | | | | |
| Read back and verified by Jones, Jennifer at 3/1/20  4:45 | | | | |
| Indication: Smoking Cessation | | | | |
| Notes: Offer to patient upon arrival | | | | |
| **magnesium hydroxide 8% Oral SUSP** | 30 mL | PO | DAILY | PRN |
| Start: 03/01/20 04:45  Stop: 03/30/20 23:59 | | | Prescribed by: Venkatesh, Athi, MD | |
| Entered by: Jones, Jennifer | | as Telephone at 3/1/20  4:45 | | |
| eSigned by  Venkatesh, Athi, MD on 03/02/20  12:57 | | | | |
| Read back and verified by Jones, Jennifer at 3/1/20  4:45 | | | | |
| Indication: Constipation.. | | | | |
| Notes: | | | | |
| **Al hydroxide-Mg hydroxide-simethicone 200 mg-20** | 30 mL | PO | Q4H | PRN |
| Start: 03/01/20 04:45  Stop: 03/30/20 23:59 | | | Prescribed by: Venkatesh, Athi, MD | |
| Entered by: Jones, Jennifer | | as Telephone at 3/1/20  4:45 | | |
| eSigned by  Venkatesh, Athi, MD on 03/02/20  12:57 | | | | |
| Read back and verified by Jones, Jennifer at 3/1/20  4:45 | | | | |
| Indication: GI distress | | | | |
| Notes: | | | | |
| **acetaminophen Oral 500 mg TAB** | 1,000 mg | PO | Q6H | PRN |
| Start: 03/01/20 04:45  Stop: 03/30/20 23:59 | | | Prescribed by: Venkatesh, Athi, MD | |
| Entered by: Jones, Jennifer | | as Telephone at 3/1/20  4:45 | | |
| eSigned by  Venkatesh, Athi, MD on 03/02/20  12:57 | | | | |
| Read back and verified by Jones, Jennifer at 3/1/20  4:45 | | | | |
| Indication: Pain/Fever | | | | |
| Notes: T>100.5 OR FOR PAIN | | | | |
| **Carmex Lip Balm Topical  oint 1 ea** | 1 app | TOP | Q2H | PRN |
| Start: 03/01/20 04:45  Stop: 03/30/20 23:59 | | | Prescribed by: Venkatesh, Athi, MD | |
| Entered by: Jones, Jennifer | | as Telephone at 3/1/20  4:45 | | |
| eSigned by  Venkatesh, Athi, MD on 03/02/20  12:57 | | | | |
| Read back and verified by Jones, Jennifer at 3/1/20  4:45 | | | | |
| Indication: Dry Lips | | | | |
| Notes: | | | | |

# FINAL
## Physician Medication Orders
### Cypress Creek Hospital

| SANCHEZ, ADAM | Room: 8-802-B |
|---|---|
| DOB: 01/08/1975 | Admit: 3/1/20  3:20 |
| MRN: 002044989 | Acct: 1034744 |

| Medication | Dose | Route | Frequency | |
|---|---|---|---|---|
| **melatonin Oral 3 mg TAB** | 6 mg | PO | HS | PRN |
| Start: 03/01/20 04:45  Stop: 03/30/20 23:59 | Prescribed by: Venkatesh, Athi, MD | | | |
| Entered by: Jones, Jennifer | as Telephone at 3/1/20  4:45 | | | |
| eSigned by  Venkatesh, Athi, MD on 03/02/20 12:57 | | | | |
| Read back and verified by Jones, Jennifer at 3/1/20  4:45 | | | | |
| Indication: Insomnia.. | | | | |
| Notes: USE AS FIRST LINE AGENT FOR PRN SLEEP | | | | |
| **nicotine 14 mg/24 hr Transdermal TERF 1 ea** | 14 mg | TD | DAILY | PRN |
| Start: 03/01/20 04:45  Stop: 03/30/20 23:59 | Prescribed by: Venkatesh, Athi, MD | | | |
| Entered by: Jones, Jennifer | as Telephone at 3/1/20  4:45 | | | |
| eSigned by  Venkatesh, Athi, MD on 03/02/20 12:57 | | | | |
| Read back and verified by Jones, Jennifer at 3/1/20  4:45 | | | | |
| Indication: Smoking Cessation | | | | |
| Notes: Apply to intact, dry, clean, and hairless area of upper body. Remove previously applied patch before applying a new patch. | | | | |
| **aspirin Oral 81 mg TC** | 81 mg | PO | DAILY | |
| Start: 03/01/20 09:00  Stop: 03/30/20 23:59 | Prescribed by: Ogunbor, Anderson | | | |
| Entered by: Ogunbor, Anderson | as Direct at 3/1/20  8:33 | | | |
| eSigned by  Ogunbor, Anderson on 03/01/20 08:34 | | | | |
| Indication: CAD prevention | | | | |
| Notes: | | | | |
| **ondansetron Oral 4 mg DT** | 4 mg | PO | TID | |
| Start: 03/01/20 09:00  Stop: 03/01/20 08:35 | Prescribed by: Ogunbor, Anderson | | | |
| Entered by: Ogunbor, Anderson | as Direct at 3/1/20  8:34 | | | |
| eSigned by  Ogunbor, Anderson on 03/01/20 08:35 | | | | |
| Indication: Nausea & Vomiting | | | | |
| Notes: | | | | |
| **ondansetron Oral 4 mg DT** | 4 mg | PO | TID | PRN |
| Start: 03/01/20 08:45  Stop: 03/30/20 23:59 | Prescribed by: Ogunbor, Anderson | | | |
| Entered by: Ogunbor, Anderson | as Direct at 3/1/20  8:35 | | | |
| eSigned by  Ogunbor, Anderson on 03/01/20 08:35 | | | | |
| Indication: Nausea & Vomiting | | | | |
| Notes: | | | | |
| **bacitracin-neomycin-polymyxin B topical 400 units** | 1 app | TOP | BID | |
| Start: 03/01/20 09:00  Stop: 03/14/20 23:59 | Prescribed by: Ogunbor, Anderson | | | |
| Entered by: Ogunbor, Anderson | as Direct at 3/1/20  8:44 | | | |
| eSigned by  Ogunbor, Anderson on 03/01/20 08:45 | | | | |
| Indication: laceration | | | | |
| Notes: | | | | |

# FINAL
# Physician Medication Orders
### Cypress Creek Hospital

| SANCHEZ, ADAM | Room: 8-802-B |
|---|---|
| DOB: 01/08/1975 | Admit: 3/1/20  3:20 |
| MRN: 002044989 | Acct: 1034744 |

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| **testosterone cypionate Intramuscular 200 mg/mL S** | 140 mg | IM | WEEKLY |
| Start: 03/08/20  09:00  Stop: 03/30/20  23:59 | Prescribed by: Ogunbor, Anderson | | |
| Entered by: Bee, Yolanda, LPN/LVN | as Telephone at 3/1/20  12:07 | | |
| eSigned by  Venkatesh, Athi, MD on 03/02/20  12:57 | | | |
| Read back and verified by Bee, Yolanda, LPN/LVN at 3/1/20  12:07 | | | |
| Indication: Hormone Therapy | | | |
| Notes: | | | |
| Patient Own Medication | | | |
| For 140 mg give 0.7 mL | | | |
| **testosterone cypionate Intramuscular 200 mg/mL S** | 140 mg | IM | NOW |
| Start: 03/01/20  12:30  Stop: 03/01/20  14:38 | Prescribed by: Ogunbor, Anderson | | |
| Entered by: Bee, Yolanda, LPN/LVN | as Telephone at 3/1/20  12:26 | | |
| eSigned by  Venkatesh, Athi, MD on 03/02/20  12:57 | | | |
| Read back and verified by Bee, Yolanda, LPN/LVN at 3/1/20  12:26 | | | |
| Indication: Hormone Therapy | | | |
| Notes: | | | |
| Patient Own Medication | | | |
| For 140 mg give 0.7 m | | | |
| **buPROPion ERT Oral 150 mg ERT** | 150 mg | PO | DAILY |
| Start: 03/02/20  09:00  Stop: 03/04/20  10:19 | Prescribed by: Venkatesh, Athi, MD | | |
| Entered by: Pedraza, Irene | as Direct at 3/1/20  16:21 | | |
| eSigned by  Pedraza, Irene on 03/01/20  16:21 | | | |
| Indication: mood | | | |
| Notes: | | | |
| **buPROPion ERT Oral 300 mg ERT** | 300 mg | PO | DAILY |
| Start: 03/05/20  09:00  Stop: 04/03/20  23:59 | Prescribed by: Venkatesh, Athi, MD | | |
| Entered by: Venkatesh, Athi, MD | as Direct at 3/4/20  10:19 | | |
| eSigned by  Venkatesh, Athi, MD on 03/04/20  10:19 | | | |
| Indication: Depression | | | |
| Notes: SOUND ALIKE LOOK ALIKE | | | |

3/7/2020

# Final Ancillary Orders (non-med)

Cypress Creek Hospital
Discharge Record

SANCHEZ, ADAM
DOB: 1/8/75
8                    802-B           Gender: M
A#: 1034744
M#: 002044989
Admit Date: 3/1/20  3:20
Discharge Date: 03/06/20  13:42

Allergies:     nkda

## 3/1/20  4:45

### ADT - Admission

#### Admit to: ()

Outpatient Services:
Legal Status:
Inpatient Services:
> Start Time: 3/1/20  4:45     Stop Time:
> Comments:
> Entered by: Jones, Jennifer                    as Telephone at 3/1/20  4:45
> Ordered By: Venkatesh, Athi, MD at 3/1/20  4:45
> eSigned By: Venkatesh, Athi, MD at 3/2/2020  12:57:00PM

#### Body Search: body searched completed ()

Body Search:: Yes                                                              WA
Notes: body searched completed
> Start Time: 3/1/20  4:45     Stop Time:
> Comments:
> Entered by: Jones, Jennifer                    as Telephone at 3/1/20  4:45
> Ordered By: Venkatesh, Athi, MD at 3/1/20  4:45
> eSigned By: Venkatesh, Athi, MD at 3/2/2020  12:57:00PM

### ADT - Admission/Discharge/Transfer

#### Primary Medical Conditions: ()

Medical Condition:
Notes:
> Start Time: 3/1/20  4:45     Stop Time:
> Comments:
> Entered by: Jones, Jennifer                    as Telephone at 3/1/20  4:45
> Ordered By: Venkatesh, Athi, MD at 3/1/20  4:45
> eSigned By: Venkatesh, Athi, MD at 3/2/2020  12:57:00PM

### Consults

#### History and Physical Consult: new admit  (HistoryConsult)

Reason/Details: new admit                                                      WA

> Start Time: 3/1/20  14:45    Stop Time: 3/1/20  15:22
> Comments:
> Entered by: Jones, Jennifer                    as Telephone at 3/1/20  4:45
> Ordered By: Venkatesh, Athi, MD at 3/1/20  4:45
> eSigned By: Venkatesh, Athi, MD at 3/2/2020  12:57:00PM

3/7/2020

# Final Ancillary Orders (non-med)

Cypress Creek Hospital
Discharge Record

SANCHEZ, ADAM
DOB: 1/8/75                    Gender: M
8                    802-B
A#: 1034744
M#: 002044989
Admit Date: 3/1/20  3:20
Discharge Date: 03/06/20  13:42

Allergies:    nkda

## 3/1/20  4:45

### Consults

#### Nutritional Consult (DIETCONSULT)                    WA

Start Time: 3/1/20  4:45    Stop Time:
Comments:
Entered by: Jones, Jennifer                    as Telephone at 3/1/20  4:45
Ordered By: Venkatesh, Athi, MD at 3/1/20  4:45
eSigned By: Venkatesh, Athi, MD at 3/2/2020 12:57:00PM

### Dietary

#### Regular Diet: Yes  ()

Regular Diet: Yes

Start Time: 3/1/20  4:45    Stop Time:
Comments:
Entered by: Jones, Jennifer                    as Telephone at 3/1/20  4:45
Ordered By: Venkatesh, Athi, MD at 3/1/20  4:45
eSigned By: Venkatesh, Athi, MD at 3/2/2020 12:57:00PM

### LabCorp

#### UA/M w/rflx Culture, Routine (377036)                    0500

Start Time: 3/1/20  5:00    Stop Time:
Comments: Nurse Collect
Entered by: Jones, Jennifer                    as Telephone at 3/1/20  4:45
Ordered By: Venkatesh, Athi, MD at 3/1/20  4:45
eSigned By: Venkatesh, Athi, MD at 3/2/2020 12:57:00PM

#### Hemoglobin A1c (001453)                    0500

Start Time: 3/1/20  5:00    Stop Time:
Comments:
Entered by: Jones, Jennifer                    as Telephone at 3/1/20  4:45
Ordered By: Venkatesh, Athi, MD at 3/1/20  4:45
eSigned By: Venkatesh, Athi, MD at 3/2/2020 12:57:00PM

3/7/2020

# Final Ancillary Orders (non-med)

Cypress Creek Hospital
Discharge Record

SANCHEZ, ADAM
DOB: 1/8/75
8                          802-B          Gender: M
A#: 1034744
M#: 002044989
Admit Date: 3/1/20  3:20
Discharge Date: 03/06/20 13:42

Allergies:      nkda

## 3/1/20  5:00

### LabCorp

#### Lipid Panel (303756)

0500

Fastin;
Fasting:
    Start Time: 3/1/20  5:00     Stop Time:
    Comments:
    Entered by: Jones, Jennifer                    as Telephone at 3/1/20  4:45
    Ordered By: Venkatesh, Athi, MD at 3/1/20  4:45
    eSigned By: Venkatesh, Athi, MD at 3/2/2020  12:57:00PM



#### 071910 7 Drug-Scr (071910)

0500

    Start Time: 3/1/20  5:00     Stop Time:
    Comments: (With ETOH and Opioids)
    Entered by: Jones, Jennifer                    as Telephone at 3/1/20  4:45
    Ordered By: Venkatesh, Athi, MD at 3/1/20  4:45
    eSigned By: Venkatesh, Athi, MD at 3/2/2020  12:57:00PM

### Nursing Orders - Biometrics

#### Vital Signs ()

0600

    Start Time: 3/1/20  6:00     Stop Time:
    Comments:
    Entered by: Jones, Jennifer                    as Telephone at 3/1/20  4:45
    Ordered By: Venkatesh, Athi, MD at 3/1/20  4:45
    eSigned By: Venkatesh, Athi, MD at 3/2/2020  12:57:00PM

### Observations

#### Level Of Observation: ()

Level of Observation::
    Start Time: 3/1/20  4:45     Stop Time:
    Comments:
    Entered by: Jones, Jennifer                    as Telephone at 3/1/20  4:45
    Ordered By: Venkatesh, Athi, MD at 3/1/20  4:45
    eSigned By: Venkatesh, Athi, MD at 3/2/2020  12:57:00PM

### Precautions and Observation

3/7/2020

## Final Ancillary Orders (non-med)

Cypress Creek Hospital
Discharge Record

SANCHEZ, ADAM
DOB: 1/8/75                    Gender: M
8              802-B
A#: 1034744
M#: 002044989
Admit Date: 3/1/20  3:20
Discharge Date: 03/06/20 13:42

Allergies:    nkda

### 3/1/20  4:45

#### Precautions and Observation

**Safety Precautions:** ()

Safety Precautions::

      Start Time: 3/1/20  4:45    Stop Time:

      Comments:

      Entered by: Jones, Jennifer        as Telephone at 3/1/20  4:45

      Ordered By: Venkatesh, Athi, MD at 3/1/20  4:45

      eSigned By: Venkatesh, Athi, MD at 3/2/2020  12:57:00PM

#### Treatments / Therapy

**Skills Therapy** ()

      Start Time: 3/1/20  4:45    Stop Time:

      Comments:

      Entered by: Jones, Jennifer        as Telephone at 3/1/20  4:45

      Ordered By: Venkatesh, Athi, MD at 3/1/20  4:45

      eSigned By: Venkatesh, Athi, MD at 3/2/2020  12:57:00PM

**Activity Therapy** ()

      Start Time: 3/1/20  4:45    Stop Time:

      Comments:

      Entered by: Jones, Jennifer        as Telephone at 3/1/20  4:45

      Ordered By: Venkatesh, Athi, MD at 3/1/20  4:45

      eSigned By: Venkatesh, Athi, MD at 3/2/2020  12:57:00PM

**Multi-Family Therapy** ()

      Start Time: 3/1/20  4:45    Stop Time:

      Comments:

      Entered by: Jones, Jennifer        as Telephone at 3/1/20  4:45

      Ordered By: Venkatesh, Athi, MD at 3/1/20  4:45

      eSigned By: Venkatesh, Athi, MD at 3/2/2020  12:57:00PM

#### Treatments/ Therapy

3/7/2020

# Final Ancillary Orders (non-med)

Cypress Creek Hospital
Discharge Record

SANCHEZ, ADAM
DOB: 1/8/75                          Gender: M
8                    802-B
A#: 1034744
M#: 002044989
Admit Date: 3/1/20  3:20
Discharge Date: 03/06/20 13:42

Allergies:     nkda

## 3/1/20   4:45

### Treatments/ Therapy

#### Individual Therapy ()

Start Time: 3/1/20  4:45    Stop Time:
Comments:
Entered by: Jones, Jennifer                    as Telephone at 3/1/20  4:45
Ordered By: Venkatesh, Athi, MD at 3/1/20   4:45
eSigned By: Venkatesh, Athi, MD at 3/2/2020  12:57:00PM

#### Process Therapy ()

Start Time: 3/1/20  4:45    Stop Time:
Comments:
Entered by: Jones, Jennifer                    as Telephone at 3/1/20  4:45
Ordered By: Venkatesh, Athi, MD at 3/1/20   4:45
eSigned By: Venkatesh, Athi, MD at 3/2/2020  12:57:00PM

#### Family Therapy ()

Start Time: 3/1/20  4:45    Stop Time:
Comments:
Entered by: Jones, Jennifer                    as Telephone at 3/1/20  4:45
Ordered By: Venkatesh, Athi, MD at 3/1/20   4:45
eSigned By: Venkatesh, Athi, MD at 3/2/2020  12:57:00PM

#### Chemical Dependency Therapy ()

Start Time: 3/1/20  4:45    Stop Time:
Comments:
Entered by: Jones, Jennifer                    as Telephone at 3/1/20  4:45
Ordered By: Venkatesh, Athi, MD at 3/1/20   4:45
eSigned By: Venkatesh, Athi, MD at 3/2/2020  12:57:00PM

### Wound Care

3/7/2020

# Final Ancillary Orders (non-med)

Cypress Creek Hospital
Discharge Record

SANCHEZ, ADAM
DOB: 1/8/75                          Gender: M
8                    802-B
A#: 1034744
M#: 002044989
Admit Date: 3/1/20  3:20
Discharge Date: 03/06/20 13:42

Allergies:    nkda

## 3/1/20  9:00

### Wound Care

**Wound Treatment: 4x4 Gauze, Antibiotic Ointment, Clean with Normal**          SEE
**Saline, Tape and Vaseline Gauze  clean wound with saline, apply ointment**
**and cover with gauze and tape bid** ()

Wound Care Treatment: 4x4 Gauze, Antibiotic Ointment, Clean with Normal Saline, Tape and Vaseline Gauze
Reason/Details: clean wound with saline, apply ointment and cover with gauze and tape bid
      Start Time: 3/1/20  9:00     Stop Time: 3/14/20 23:59

    Comments:
    Entered by: Ogunbor, Anderson             as Direct at 3/1/20  8:49
    Ordered By: Ogunbor, Anderson at 3/1/20  8:49
    eSigned By: Ogunbor, Anderson at 3/1/2020  8:52:00AM

3/7/2020

## Final Ancillary Orders (non-med)

Cypress Creek Hospital
Discharge Record

SANCHEZ, ADAM
DOB: 1/8/75                          Gender: M
8                    802-B
A#: 1034744
M#: 002044989
Admit Date: 3/1/20  3:20
Discharge Date: 03/06/20 13:42

Allergies:     nkda

### 3/7/20  9:00

#### Nursing Orders - General

Other Nursing Orders:  Remove sutures on 3/7/20 from left FA and Right leg
0

Reason/Details: Remove sutures on 3/7/20 from left FA and Right leg

Start Time: 3/7/20  9:00     Stop Time: 3/9/20  8:47
Comments:
Entered by: Ogunbor, Anderson               as Direct at 3/1/20  8:46
Ordered By: Ogunbor, Anderson at 3/1/20  8:46
eSigned By: Ogunbor, Anderson at 3/1/2020  8:48:00AM

# INTERDISCIPLINARY MASTER TREATMENT PLAN

| Date of Admission: 3/1/2020 | | Unit: | Legal Status at admission: ☐ Voluntary ☒ Involuntary |
|---|---|---|---|
| Projected Discharge Date: 3/11/2020 | | **ELOS:** ☐ 3 to 5 days   ☐ 5 to 7 days   ☒ 8 to 10 days   ☐ >10 days | |

Substantiated Diagnosis: MDD Recurrent without psychosis

## MASTER PROBLEM LIST

| Date Identified | # | Psychiatric Problems(s) | Date Resolved | Date Discontinued |
|---|---|---|---|---|
| 3-2-20 | 1 | Depression | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Date Identified | LTR | Active Medical and Safety Problems ☐ NONE (Problems identified on ITP or H&P with continuation of treatment goals) | Date Resolved | Date Discontinued |
|---|---|---|---|---|
| 3/1/20 | A | HTN | | |
| 3/1/20 | B | Sleep apnea | | |
| 3/1/20 | C | Pituitary insufficiency | | |
| 3/1/20 | D | obesity | | |
| 3/1/20 | E | Skin integrity | | |
| | | | | |
| | | | | |

| Date Identified | LTR | Chronic/Stable Medical Problems ☐ NONE (includes monitoring for status change and medication teaching; any exacerbation of symptoms needs new problem sheet completed and convert to ACTIVE) | Date Resolved | Date Discontinued |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Date Identified | LTR | Deferred/Referred Problems ☐ NONE | | Reason for Deferral |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Presenting problem in patient's "own words" (Cannot be a mental health diagnosis)

" I do not enjoy anything "


CYPRESS CREEK HOSPITAL

CCH-024a (08/18)

Page 1 of 2

```
SANCHEZ, ADAM            45
002044989 1034744-0017 M
ZGP924579766            20
8    A03/01/20 B01/08/75
A.VENKATESH             IPL
```

# INTERDISCIPLINARY MASTER TREATMENT PLAN

| PATIENT STRENGTHS (at least two) | | PATIENT LIMITATIONS | |
|---|---|---|---|
| ☑ Ability to verbalize feelings | ☑ Communication skills | ☐ Poor insight | ☐ Health problems |
| ☑ Capable of maintaining a job | ☑ Capable of independent living | ☐ Cognitive impairment | ☐ Access to medications |
| ☑ Financial means | ☐ Support from religious affiliation | ☑ Poor social skills | ☐ Other: |
| ☐ Insight regarding illness | ☐ Motivation for treatment/growth | ☑ Lack of healty supports | ☐ Other: |
| ☐ Physical health | ☐ Average or above avg intelligence | ☐ Medication non compliance | |
| ☐ Special hobby/interests | ☐ Supportive family/friends | ☐ Language barrier | |
| ☐ Other: | | ☐ Other: | |

## DISCHARGE CRITERIA

| | |
|---|---|
| ☑ Denies SI, SA, HI, and A/VH | ☑ Developed or improved coping skills |
| ☐ Verbal commitment to recovery/safety crisis plan | ☐ Improvement in mood, thinking, and/or behavior |
| ☐ Reduction of auditory/visual hallucinations | ☐ Developed/Improved insight in regards to their illness |
| ☐ Reduced target symptom (Specify below): | ☐ Verbal commitment to daily medication management |

## D/C PLACEMENT

| | | |
|---|---|---|
| ☑ Home alone | ☐ Home with family | ☐ Home with roommate(s) |
| ☐ Group home | ☐ Personal care home | ☐ Homeless shelter |
| ☐ Residential Treatment Facility | ☐ Adult/Child Protective Services | ☐ Jail |
| ☐ Other: | | |

## INITIAL DISCHARGE DISPOSITION

| | | |
|---|---|---|
| ☑ Partial Hospitalization Program | ☐ Group Therapy | ☐ Medical services |
| ☐ Intensive Outpatient Program | ☐ Psychiatric Treatment | ☐ Tobacco Cessation |
| ☐ Individual Therapy | ☐ Community Mental Health Center | ☐ Substance Abuse Tx |
| ☐ Family Therapy | ☐ Couples Therapy | ☐ Sleep Study/Follow-up |
| ☐ Other: | | |

## INTERDISCIPLINARY TREATMENT TEAM

| Treatment Team Member(s) | Printed Name | Signature | Date | Time |
|---|---|---|---|---|
| Psychiatrist | Faisal Tai MD | | 3/4/20 | 1120 |
| Registered Nurse | Jamie Allen RN | | 3-4-20 | 1100 |
| Social Worker | Steven Wright LMSW | | 3/4/20 | 1120 |
| Activity Therapy | | | | |
| Other | | | | |

My treatment plan has been presented and reviewed with me in a language that I understand. I have been given the opportunity to participate in my treatment planning and provide feedback for my treatment plan.

☑ Agree   ☐ Do not Agree

☐ Contributed to goals/plan   ☐ Aware of plan content
☐ Unwilling to sign   ☐ Unable to participate d/t clinical reasons   ☐ Unwilling to participate

Patient's Signature    Date: 3/4/20   Time: 1120

Guardian/Patient Representative Signature: _____   Date: _____   Time: _____

Therapist/Registered Nurse Witness: Steven Wright LMSW   Date: 3/4/20   Time: 1120

CYPRESS CREEK HOSPITAL

CCH-024b (08/18)

Page 2 of 2

```
SANCHEZ, ADAM               45
002044989  1034744-0017  M
ZGP924579766              20
8      A03/01/20 B01/08/75
A. VENKATESH            IPL
```

# CYPRESS CREEK HOSPITAL
## TREATMENT PLAN PROBLEM SHEET

SANCHEZ, ADAM                    45
002044989 1034744-0017 M
2GF92457 9766              20
8   A03/01/20 B01/08/75
A. VENKATESH              IPL

**Problem # 1**

## DEPRESSION

**As evidenced by behavioral manifestations:**

Depression, hopelessness

lack of self-confidence, feeling bad about yourself

**What triggers exacerbation of Depression symptoms?**

Increase in relationship stress

**When did this start happening?**

Recent onset in the past 30 days

**What are the patient's goals for treatment?** *(in the patient's own words)*

"To enjoy things again.... to want to do anything"

### LONG TERM GOAL/DISCHARGE CRITERIA

| | Date Initiated | Goal | Target Date | Date Achieved |
|---|---|---|---|---|
| | 3/2/2020 | Adam will report a decrease in Depression from a total rating of 20 representing extreme on the BASIS 32 to a score of 12 representing a moderate problem by discharge. | 3/12/2020 | |

# CYPRESS CREEK HOSPITAL
## TREATMENT PLAN PROBLEM SHEET

```
SANCHEZ, ADAM                45
002044989 1034744-0017 M
ZGP924579766              20
8         A03/01/20 B01/08/75
A. VENKATESH              IPI
```

**SHORT TERM GOAL:**

| | | | Target Date | Date Achieved |
|---|---|---|---|---|
| Adam will report a decrease in Depression, hopelessness from a rating of 4 representing extreme on the BASIS 32 to a score of 2 representing a moderate problem | | | 3/9/2020 | |
| Adam will report a decrease in lack of self-confidence, feeling bad about yourself from a rating of 4 representing extreme on the BASIS 32 to a score of 2 representing a moderate problem | | | 3/9/2020 | |

| Person Responsible | Specific Intervention Focus | Treatment Modality | Frequency/Duration |
|---|---|---|---|
| Psychiatrist<br><br>Athi Venkatesh MD | Discuss/educate on ECT treatment to address negative symptomology | ☒ 1:1 session with MD or designee | Six days per week |
| Nurse<br><br>Korina Ponce RN | Educate patient on importance of medication compliance | ☒ 1:1 with RN<br>☐ Diagnosis Education | Daily and as needed |
| Therapist<br><br>Steven Wright LMSW | Teach cognitive behavioral skills in using relaxation techniques, setting realistic/achievable goals | ☒ 1:1 with Therapist<br>☒ Process/Psycho Ed Group<br>☐ Family Session | ☒ 15 minutes 1 time/week<br>☐ 1 hour 1 x daily<br>☐ 1 time/week for 30 minutes |
| AT<br><br>Amy Ward CTRS | Teach two relaxation skills and promote positive effects of healthy living | ☐ 1:1 with CTRS<br>☒ Group | ☒ 15 minutes 1 time/week<br>☐ 1 hour 1 x daily |

# CYPRESS CREEK HOSPITAL

## OBESITY TREATMENT PLAN

CHEZ, ADAM
0204498 9 1034744-0017   45
ZGP924579766                20   M
8      A03/01/20 B01/08/75
A. VENKATESH                IPL

Long Term Goal: _Adam_ _____ will follow MD recommendations and make dietary and lifestyle adjustments to assist with weight loss goals / weight management be free from complications related to obesity.

☑ Active ☐ Chronic/Stable   Date: 3/1/20

Problem # __5__      Evidenced by: ☒ Report on H&P by MD ☐ Reported on PE by Psychiatrist ☐ Report by PT upon Admission ☐ MOT Labs

Other: _____   Describe: _____

| Date | Short-Term Goals (What the patient will do) | Specific Intervention Focus (What the staff will do) | Treatment Modality Frequency/Duration | Discipline Name | Target Date | Date Achieved/DC |
|------|---------------------------------------------|------------------------------------------------------|---------------------------------------|-----------------|-------------|------------------|
| 3/1/20 | _Adam_ _____ follow MD/RN recommendations on dietary adjustments to assist with weight and make healthier meal/snack choices | ☐ Nursing will encourage patient to make healthy choices during meals/snacks such as fresh fruits and vegetables, and limit unhealthy snacks and drinks: chips, candy, sodas, concentrated juices. | Daily and as needed | NU/S/W | 3/8/20 | |
| 3/1/20 | _Adam_ _____ follow MD/RN recommendations and include a daily exercise regimen to lifestyle adjustments to assist with weight management | ☐ Nursing will encourage patient attend gym/participate in exercise activities as tolerated to assist in weight management. | As needed | NU/SW | 3/8/20 | |
| 3/1/20 | _Adam_ _____ will be aware of possible complications related to weight gain/obesity and seek for medical care as needed. | ☐ Nursing will educate patient on complications related to obesity: diabetes, sleep disturbances, hyperlipidemia, hypertension, cardiovascular problems | Educate 1:1 with RN and as needed | NU/SW | 3/8/20 | |

# CYPRESS CREEK HOSPITAL TREATMENT PLAN

SANCHEZ, ADAM                          45
002044989 1034744-0017 M
ZGP924579766            20
8   A03/01/20 B01/08/75
A. VENKATESH                IPI.

Long Term Goal: _Adam_____ will be free from s/s related to medical condition via medication adherence and following MD recommendations.

_physical instability_

Problem # __C__

Evidenced by: ☒ Report on H&P by MD ☐ Reported on PE by Psychiatrist ☐ Report by PT upon Admission ☐ MOT Labs

☐ Active ☐ Chronic/Stable   Date: _3/1/20_

Other: _____   Describe: _____

| Date | Short-Term Goals (What the patient will do) | Specific Intervention Focus (What the staff will do) | Treatment Modality Frequency/Duration | Discipline Name | Target Date | Date Achieved/DC |
|------|---------------------------------------------|------------------------------------------------------|---------------------------------------|-----------------|-------------|------------------|
| 3/1/20 | _Adam_ will inform RN/MD of any physical/mental health changes and seek for assistance as needed to further evaluation and/or treatment. | ☐ Nursing will assess patient for s/s of complications related to condition and report to MD for further evaluation and treatment options. | Assess Q-Shift and as needed | NVS/s | 3/8/20 | |
| 3/1/20 | _Adam_ will have enhanced knowledge over condition and make necessary lifestyle changes and dietary adjustments as needed or recommended by MD. | ☐ Nursing will educate patient on s/s | Educate 1:1 with RN and as needed | NVS/s | 3/8/20 | |
| 3/1/20 | _Adam_ will take medications as ordered by MD | ☐ Nursing will administer medications as ordered: _Depina Nurg IM once a week_ ☐ Provide Medication education to patient prior to administering medications. | As ordered by MD Educate 1:1 with RN and as needed | NVS/s | 3/8/20 | |

# CYPRESS CREEK HOSPITAL

## SLEEP APNEA TREATMENT PLAN

SANCHEZ, ADAM
002044989 1034744-0017 M
2GP924579766          20
8     A03/01/20 B01/08/75
A. VENKATESH          IPI
45

**Long Term Goal:** ___ will get 6-8 hours of uninterrupted sleep and be free from complications related to sleep disturbance. **Date:** 3/1/20

**Problem #** 13

Evidenced by: ☒ Patient report of sleep apnea ☐ H & P

Other:

Describe:

☐ Active ☐ Chronic/Stable Date:

| Date | Short-Term Goals *(What the patient will do)* | Specific Intervention Focus *(What the staff will do)* | Treatment Modality Frequency/Duration | Discipline Name | Target Date | Date Achieved/DC |
|---|---|---|---|---|---|---|
| 3/1/20 | will have minimum of 6-8 uninterrupted hours of sleep at night. | ☐ Nursing will obtain sleep-wake cycle history during admission. ☐ Obtain drugs and substance use history, including alcohol, nicotine, caffeine, marijuana, methamphetamines, benzodiazepines, stimulants, opiates, etc. during admission. ☐ Obtain sleep agent use history | Upon admission and as needed | nursing | 3/8/20 | |
| 3/1/20 | will report feeling rested after a night's sleep. | ☐ Nursing will assess patient's sleep throughout the night by observation and by verbal assessment daily. ☐ Educate patient on reporting sleep disturbance | Assess daily and as needed / Educate 1:1 with RN and as needed | nursing | 3/8/20 | |
| 3/1/20 | will identify 3 personal habit(s) that disrupts sleep pattern. | ☐ Encourage pt to avoid or limit day time naps and stay up until late evening. ☐ Use of own CPAP machine as ordered ☐ Educate patient on avoidance of caffeine and nicotine several hours before bedtime. ☐ Provide a quiet environment and reduced stimulation at bedtime. | Daily and as needed / Educate 1:1 with RN and as needed / OHS | nursing | 3/8/20 | |
| | take medications as ordered ___ will | ☐ Administer medication as ordered: ☐ Provide medication education to patient prior to administering medications. | As ordered by MD / Educate 1:1 with RN and as needed | | | |

# CYPRESS CREEK HOSPITAL

## HYPERTENSION & TACHYCARDIA TREATMENT PLAN

```
SANCHEZ, ADAM                      45
0020044989 1034744-0017 M
ZGP9245579766              20
8      A03/01/20 B01/08/75
A. VENKATESH               IPL
```

Long Term Goal: _Adam_ will have SBP ☐ 99-137; ☑ 100-140; DBP ☐ 51-71; ☑ 60-90; HR/Pulse ☐ 60-110 ☐ 60-100; will maintain adequate cardiac output and be free from complications related to medical condition via medication adherence.

Problem # ___A___

Evidenced by: ☐ HX of Hypertension ☐ HX Tachycardia ☑ Ongoing Hypertension ☐ Ongoing Tachycardia

☐ Other: _____   ☑ Active ☐ Chronic/Stable   Date: 3/1/20

Describe: _____

| Date | Short-Term Goals (What the patient will do) | Specific Intervention Focus (What the staff will do) | Treatment Modality Frequency/Duration | Discipline Name | Target Date | Date Achieved/DC |
|---|---|---|---|---|---|---|
| 3/1/20 | _Adam_ will participate in MD orders or recommendations. | ☐ Complete assessments/diagnostics and treatment as ordered by MD | Upon admission and as ordered by MD | Nurses | 3/8/20 | |
| | | ☐ Educate patient on non-pharmacological interventions that may impact morbidity and mortality: Weight loss, diet, exercise, smoking cessation, relaxation techniques | Educated 1:1 with RN and as needed | | | |
| | | ☐ Report new or worsening symptoms and changes of condition to the MD | As needed | | | |
| 3/1/20 | _Adam_ will identify _3_ S/S of elevated BP (i.e. dull h/a, dizziness, visual disturbances, heart palpitations, anxiety, etc.) | ☐ Assess for danger signs and symptoms: • Fatigue, confusion, Ear noise or buzzing, Headache, Irregular heartbeat, Vision changes, Nosebleed | Assess Q-shift and as needed | Nurses | 3/8/20 | |
| 3/1/20 | will take medications as ordered: | ☐ Administer medications as ordered: | As ordered by MD | | | |
| | | ☐ Provide medication education prior to administering medications. | Educate 1:1 with RN as needed | | | |

blood pressure & heart rate will be within MD parameters.

SBP □ 99-137 ☑ 100-140
DBP □ 51-71 ☑ 60-90
HR/Pulse ☑ 80-110 □ 60-100

3/1/20   Adam

□ Nursing will complete vital signs as ordered :
Q morn & shift

□ Nursing will report blood pressures & heart rates out of parameters not resolved by prn medications.

| As ordered by MD | | |
|---|---|---|
| As needed | Nursing | 3/8/20 |

SANCHEZ, ADAM
00204989 1034744-0017 M
2GP924579766        20
8      A03/01/20 B01/08/75
A. VENKATESH        IPL
                45