EXHIBIT B

MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M

## Patient

### Demographics

Name: Adam A Sanchez
Address: 21102 Tancah Ln HOUSTON TX 77073
Date of birth: 1/8/1975 Sex: Male Email: tionanny@gmail.com
Home phone: 832-286-6008 Mobile: 832-286-6008

Printed on 8/10/21 12:39 PM Page 1


## 03/12/2013 - Office Visit in Woodlands Family Medicine
## Encounter Information

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 3/12/2013 8:40 AM | Ignatius, Jasmin, DO | TW FAMILY MEDICINE | 36988931 | TW |

## 03/12/2013 - Office Visit in Woodlands Family Medicine (continued)

### Reason for Visit

**Chief Complaint** *[last edited by Heath, Joan M on 3/12/2013 0926]*

- URI (sore throat, coughing, drainage x 10 days)

**Visit Diagnoses** *[last edited by Ignatius, Jasmin, DO on 3/12/2013 0938]*

- **URI (upper respiratory infection) (primary) [465.9]**
- Hypertension [401.9]

### Medication List

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

Medications last reviewed by Heath, Joan M on 3/12/2013 0928

**Testosterone Cypionate 100 MG/ML IM OIL** *[patient reported]*

Discontinued by: Medrano, Sara V, CMA II — Discontinued on: 4/25/2017
Reason for discontinuation: Therapy completed
Instructions: Inject 150 mg into the muscle once
Entered by: Heath, Joan M, CMA II — Entered on: 3/12/2013

**Azithromycin 250 MG OR TABS**

Discontinued by: Valiente Cma, Mirna M II — Discontinued on: 3/30/2013
Reason for discontinuation: Other
Instructions: 2 tabs po first day then 1 tab po q day for 4 days
Authorized by: Ignatius, Jasmin, DO — Ordered on: 3/12/2013
Start date: 3/12/2013 — End date: 3/30/2013
Quantity: 1 pak — Refill: 0

**Pseudoephedrine-Guaifenesin (MUCINEX D) 120-1200 MG OR TB12**

Discontinued by: Valiente Cma, Mirna M II — Discontinued on: 3/30/2013
Reason for discontinuation: Other
Instructions: Take 1 tablet by mouth every 12 hours
Authorized by: Ignatius, Jasmin, DO — Ordered on: 3/12/2013
Start date: 3/12/2013 — End date: 3/30/2013
Quantity: 28 tablet — Refill: 0

**Lisinopril 10 MG OR TABS**

Discontinued by: Daniels, Kristi L, LVN — Discontinued on: 1/8/2014
Reason for discontinuation: Reorder
Instructions: Take 1 tablet by mouth daily
Authorized by: Ignatius, Jasmin, DO — Ordered on: 3/12/2013
Start date: 3/12/2013 — End date: 1/8/2014
Quantity: 30 tablet — Refill: 2

**Stopped in Visit**

None

 **03/12/2013 - Office Visit in Woodlands Family Medicine (continued)**

**Medication List (continued)**

**Clinical Notes**

**Nursing Note**

**at 3/12/2013 0840**

Author: — Service: — Author Type: —
Filed: Encounter Date: 3/12/2013 Status: Signed

```
>> JOAN M HEATH     Tue Mar 12, 2013  9:29 AM
38 year old
Patient presents with:
  URI - sore throat, coughing, drainage x 10 days

Joan M Heath
```

**Attribution Key**

Attribution information is not available for this note.

**Progress Notes**

**Ignatius, Jasmin, DO at 3/12/2013 0932**

Author: Ignatius, Jasmin, DO Service: — Author Type: Physician
Filed: 3/12/2013 9:39 AM Encounter Date: 3/12/2013 Status: Signed
Editor: Ignatius, Jasmin, DO (Physician)

**URI**

This is a new problem. The current episode started 1 to 4 weeks ago. There has been no fever. Associated symptoms include congestion, coughing and a sore throat. Pertinent negatives include no chest pain, ear pain, sinus pain or wheezing. He has tried nothing for the symptoms. The history is provided by the patient.

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Hypothalamic hypogonadism | |

No past surgical history on file.
Review of Systems
HENT: Positive for congestion and sore throat. Negative for ear pain.
Respiratory: Positive for cough. Negative for wheezing.
Cardiovascular: Negative for chest pain.

Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: Tympanic membrane normal.
Left Ear: Tympanic membrane normal.
Nose: Mucosal edema and rhinorrhea present.



## 03/12/2013 - Office Visit in Woodlands Family Medicine (continued)

### Clinical Notes (continued)

Mouth/Throat: Posterior oropharyngeal erythema present. No oropharyngeal exudate or posterior oropharyngeal edema.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress.
Abdominal: Bowel sounds are normal.

| | |
|---|---|
| **1. URI (upper respiratory infection)** | Azithromycin 250 MG OR TABS, Pseudoephedrine-Guaifenesin (MUCINEX D) 120-1200 MG OR TB12 |
| 2. Hypertension | Lisinopril 10 MG OR TABS |

Electronically signed by Ignatius, Jasmin, DO at 3/12/2013 9:39 AM

**Attribution Key**

Attribution information is not available for this note.

### Flowsheets

**Encounter Vitals**

| Row Name | 03/12/13 0926 |
|---|---|
| Enc Vitals | |
| BP | **132/96** ! -JH at 03/12/13 0926 |
| Pulse | 72 -JH at 03/12/13 0926 |
| Resp | 18 -JH at 03/12/13 0926 |
| Temp | 98.7 °F (37.1 °C) -JH at 03/12/13 0926 |
| Temp src | Oral -JH at 03/12/13 0926 |
| Weight | 300 lb (136.1 kg) -JH at 03/12/13 0926 |
| Height | 5' 10" (1.778 m) -JH at 03/12/13 0926 |
| Pain Score | No pain - 0/5 -NT (r) JH (t) at 10/22/19 1750 |
| Pain Edu? | Yes -JH at 03/12/13 0926 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| JH | Heath, Joan M | — | — | — |
| NT | Thaera, Nick A | — | — | — |

## 03/12/2013 - Office Visit in Woodlands Family Medicine
## Charges for This Encounter

### All Charges for This Encounter

 MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 3/12/2013

## 03/12/2013 - Office Visit in Woodlands Family Medicine
## Charges for This Encounter (continued)

**All Charges for This Encounter (continued)**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99203 | OFFICE/OUTPATIENT VISIT, NEW | 3/12/2013 | Ignatius, Jasmin, DO | | 1 |

Printed on 8/10/21 12:39 PM

Page 5

## 03/30/2013 - Office Visit in Spring Medical and Diagnostic Center Family Medicine Encounter Information

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 3/30/2013 10:15 AM | Meghji, Abdulrasul, MD | SMDC FAMILY MEDICINE | 37281987 | SD |

## 03/30/2013 - Office Visit in Spring Medical and Diagnostic Center Family Medicine (continued)

### Reason for Visit

**Chief Complaint** *[last edited by Valiente Cma, Mirna M II on 3/30/2013 1001]*

- Blood Pressure (He states BP dropped to 62/44 this morning. He states he was giving himself a testosterone injection when he noticed he started feeling dizzy and having blurred vision. )

**Visit Diagnoses** *[last edited by Meghji, Abdulrasul, MD on 3/30/2013 1028]*

- **Blood pressure check (primary) [V81.1]**
- Dizziness [780.4]

### Medication List

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

Medications last reviewed by Valiente Cma, Mirna M II on 3/30/2013 1001

**Testosterone Cypionate 100 MG/ML IM OIL** *[patient reported]*

Discontinued by: Medrano, Sara V, CMA II — Discontinued on: 4/25/2017
Reason for discontinuation: Therapy completed
Instructions: Inject 150 mg into the muscle once
Entered by: Heath, Joan M, CMA II — Entered on: 3/12/2013

**Lisinopril 10 MG OR TABS**

Discontinued by: Daniels, Kristi L, LVN — Discontinued on: 1/8/2014
Reason for discontinuation: Reorder
Instructions: Take 1 tablet by mouth daily
Authorized by: Ignatius, Jasmin, DO — Ordered on: 3/12/2013
Start date: 3/12/2013 — End date: 1/8/2014
Quantity: 30 tablet — Refill: 2

**Stopped in Visit**

Medications last reviewed by Valiente Cma, Mirna M II on 3/30/2013 1001

**Azithromycin 250 MG OR TABS**

Discontinued by: Valiente Cma, Mirna M II — Discontinued on: 3/30/2013
Reason for discontinuation: Other

**Pseudoephedrine-Guaifenesin (MUCINEX D) 120-1200 MG OR TB12**

Discontinued by: Valiente Cma, Mirna M II — Discontinued on: 3/30/2013
Reason for discontinuation: Other

### Clinical Notes

 **03/30/2013 - Office Visit in Spring Medical and Diagnostic Center Family Medicine (continued)**

**Clinical Notes (continued)**

**Nursing Note**

**at 3/30/2013 1015**

| | | |
|---|---|---|
| Author: — | Service: — | Author Type: — |
| Filed: | Encounter Date: 3/30/2013 | Status: Signed |

```
>> MIRNA M VALIENTE CMA II     Sat Mar 30, 2013 10:02 AM
Mirna M Valiente Cma II
```

**Attribution Key**

Attribution information is not available for this note.

**Progress Notes**

**Meghji, Abdulrasul, MD at 3/30/2013 1203**

| | | |
|---|---|---|
| Author: Meghji, Abdulrasul, MD | Service: — | Author Type: Physician |
| Filed: 3/30/2013 12:07 PM | Encounter Date: 3/30/2013 | Status: Signed |
| Editor: Meghji, Abdulrasul, MD (Physician) | | |

HPI
Adam Sanchez is a 38 year old male who is here to get his BP checked - He states BP dropped to 62/44 this morning. He states he was giving himself a testosterone injection when he noticed he started feeling dizzy and having blurred vision. Has been taking testosterone shots every week for some time now. Denies any having a problem in the past. He thinks he might have hit a vein while injecting himself today. Seen an outside kelsey Endo for low Testosterone. Did not pass out. No CPs or SOB. Feels okay at thsi time.

**History**

Substance Use Topics

- Smoking status: Former Smoker
  - Types: E-cigarettes
  - Quit date: 03/12/2010
- Smokeless tobacco: Not on file
- Alcohol Use: Yes

Review of Systems
HENT: Negative for nosebleeds.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Neurological: Negative for dizziness and headaches.

Physical Exam
Nursing note and vitals reviewed.
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Neck: No JVD present. Carotid bruit is not present.
Cardiovascular: Normal rate, regular rhythm, S1 normal, S2 normal, normal heart sounds and intact distal pulses.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. He has no rales.


## 03/30/2013 - Office Visit in Spring Medical and Diagnostic Center Family Medicine (continued)

### Clinical Notes (continued)

Abdominal: Soft. Normal appearance and bowel sounds are normal. There is no splenomegaly or hepatomegaly.
Musculoskeletal: He exhibits no edema.
Neurological: He is alert and oriented to person, place, and time.

1. **Blood pressure check - okay at this time.**
2. Dizziness - resolved and feeling well.

Advised him to contact his Endocrine doctor on Monday.
Also will f/u with a PCP - at the Sping location to establish care.

Electronically signed by Meghji, Abdulrasul, MD at 3/30/2013 12:07 PM

**Attribution Key**

Attribution information is not available for this note.

### Flowsheets

**Encounter Vitals**

| Row Name | 03/30/13 0959 |
|---|---|
| Enc Vitals | |
| BP | 138/84 -MV at 03/30/13 0959 |
| Pulse | 80 -MV at 03/30/13 0959 |
| Resp | 20 -MV at 03/30/13 0959 |
| Temp | 97.1 °F (36.2 °C) -MV at 03/30/13 0959 |
| Temp src | Oral -MV at 03/30/13 0959 |
| Weight | 270 lb (122.5 kg) -MV at 03/30/13 0959 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| MV | Valiente Cma, Mirna M II | — | — | — |

## 03/30/2013 - Office Visit in Spring Medical and Diagnostic Center Family Medicine Charges for This Encounter

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99213 | OFFICE/OUTPATIENT VISIT, EST | 3/30/2013 | Meghji, Abdulrasul, MD | | 1 |


## 04/02/2013 - Office Visit in Spring Medical and Diagnostic Center Internal Medicine
## Encounter Information

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 4/2/2013 8:15 AM | Buencamino, Lucy, MD | SMDC INTERNAL MEDICINE | 37306897 | SD |

## 04/02/2013 - Office Visit in Spring Medical and Diagnostic Center Internal Medicine (continued)

### Reason for Visit

**Chief Complaint** *[last edited by Lee, Sarita on 4/2/2013 0831]*

- Follow-up (on blood pressure)

**Visit Diagnoses** *[last edited by Buencamino, Lucy, MD on 4/2/2013 0931]*

- **Elevated blood pressure (primary) [796.2]**
- Morbid obesity (HCC) [278.01]
- Hypothalamic hypogonadism (HCC) [253.4]
- History of pericarditis [V12.59]
- Need for prophylactic vaccination with combined diphtheria-tetanus-pertussis (DTP) vaccine [V06.1]

### Medication List

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

Medications last reviewed by Lee, Sarita on 4/2/2013 0830

**Testosterone Cypionate 100 MG/ML IM OIL** *[patient reported]*

Discontinued by: Medrano, Sara V, CMA II — Discontinued on: 4/25/2017
Reason for discontinuation: Therapy completed
Instructions: Inject 150 mg into the muscle once
Entered by: Heath, Joan M, CMA II — Entered on: 3/12/2013

**Lisinopril 10 MG OR TABS**

Discontinued by: Daniels, Kristi L, LVN — Discontinued on: 1/8/2014
Reason for discontinuation: Reorder
Instructions: Take 1 tablet by mouth daily
Authorized by: Ignatius, Jasmin, DO — Ordered on: 3/12/2013
Start date: 3/12/2013 — End date: 1/8/2014
Quantity: 30 tablet — Refill: 2

**Stopped in Visit**

None

### Clinical Notes

**Hyland Scan Note**

**Filed on 4/4/2013 0801**

Scan on 4/3/2013 2:08 PM by Buencamino, Lucy, MD (below)



MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 4/2/2013

**04/02/2013 - Office Visit in Spring Medical and Diagnostic Center Internal Medicine (continued)**

**Clinical Notes (continued)**

**Kelsey-Seybold Clinic**

| | |
|---|---|
| MRN #: | 91981217 |
| Pt. Name: | Sanchez, Adam |
| DOB: | 1/8/1975 |
| Encounter #: | 37306897 |
| Provider: | BUENCAMINO, LUCY |
| Provider #: | 3019 |
| Staff Name: | Lucy Buencamino |
| Date: | April 2, 2013 |

**VACCINE INFORMATION STATEMENT AND CONSENT**

| Nurse Administering Immunization: [signature] | DOS: April 2, 2013 |
|---|---|

I have been given a copy of the Vaccine Information Sheet (VIS) for each vaccine I or my child are to receive, issued by the Centers for Disease Control (CDC). I have read, or have had explained to me, information about the diseases and the vaccines listed below. I have had the opportunity to ask questions and receive answers about the vaccines listed below. I understand the risks and benefits of the vaccines cited and ask that the vaccine(s) listed below be given to the person named above for whom I am authorized to consent to this request.

| | |
|---|---|
| ☐ DT / DTaP | ☐ HepA |
| ☐ Pediarix(DTaP/IPV/HepB) | ☐ Influenza inactivated (TIV) |
| ☒ Td/Tdap C4347AA 6/12/15 (L) 9:45 | ☐ Influenza Live Attentuated (LAIV or CAIV) |
| ☐ IPV | ☐ Meningococcal Polysaccharide (MPV4) |
| ☐ Hep B | ☐ Meningococcal Conjugate (MCV4) |
| ☐ HIB | ☐ Rotavirus |
| ☐ Comvax (HepB/HIB) | ☐ Zostavax |
| ☐ HPV | ☐ Synagis |
| ☐ MMR/MMRV | ☐ Typhim Vi Typhoid |
| ☐ Varicella | ☐ Oral Typhoid |
| ☐ Pneumoccocal Conjugate (PCV13) | ☐ Rabies |
| ☐ Pneumoccocal Polysaccharide (PPV23) | ☐ Yellow Fever |
| ☐ Twinrix (HepB/HepA) | ☐ Japanese Encephalitis |
| ☐ Pentacel(DTap/IPV/Hib) | ☐ Other |

| Patient/Guardian Signature: Adam [signature] | Date: April 2, 2013 |
|---|---|

*VIS Revised: Jan 2013*

Electronically signed by Buencamino, Lucy, MD at 4/4/2013 8:01 AM

**Attribution Key**

Attribution information is not available for this note.

Printed on 8/10/21 12:39 PM Page 10


**04/02/2013 - Office Visit in Spring Medical and Diagnostic Center Internal Medicine (continued)**

**Clinical Notes (continued)**

**Nursing Note**

**at 4/2/2013 0815**

Author: — Service: — Author Type: —
Filed: Encounter Date: 4/2/2013 Status: Signed

```
>> SARITA LEE     Tue Apr 2, 2013  8:30 AM
Sarita Lee
```

**Attribution Key**

Attribution information is not available for this note.

**Progress Notes**

**Buencamino, Lucy, MD at 4/2/2013 0905**

Author: Buencamino, Lucy, MD Service: — Author Type: Physician
Filed: 4/2/2013 4:16 PM Encounter Date: 4/2/2013 Status: Signed
Editor: Buencamino, Lucy, MD (Physician)

HPI
38 year old
Here with female
BP was 140's/90's. Was seen 3/12 and BP 132/96- was given lisinopril 10 mg. On 3/30, ears were ringing and he nearly passed out. BP was 62/44. Told to DC lisinopril.
Initially given lisinopril 20 mg 2 years ago and BP got too low- dec to 15 and then 10 mg. In the past, dec weight to 180# and was able to DC lisinopril.
"I like to eat crap". Less active at work.

**Current Outpatient Prescriptions on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Testosterone Cypionate 100 MG/ML IM OIL | Inject 150 mg into the muscle once | | |
| • Lisinopril 10 MG OR TABS | Off now | | |

Has tried testosterone gels, etc.

Review of Systems

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Hypothalamic hypogonadism<br>*MRI done* | |
| • Fracture lumbar vertebra-closed<br>*L4- in high school* | |
| • Fracture of thumb<br>*right* | |
| • Morbid obesity | |
| • Pericarditis<br>*150 ml - responded to naprosyn* | age 30-33 |
| • Essential hypertension, benign<br>*lisinopril 20 mg* | 2011 |

No past surgical history on file.

 **04/02/2013 - Office Visit in Spring Medical and Diagnostic Center Internal Medicine (continued)**

**Clinical Notes (continued)**

Pt believes that the BMI was changed by 40%, thus now making more people classified as obese. He would like to get to 250 #. Thinks would be too skinny otherwise- last at 180# in the 9th grade

Physical Exam
Well developed, obese HM in NAD
Normocephalic, atraumatic
EOMI
Lungs clear
Heart RRR w/o m, c, g
Ext.- no C,C
Trace edema
Right 4th fingernail distal trauma
EKG SR 59

| | |
|---|---|
| **1. Elevated blood pressure** | LIPID PANEL, COMP. METABOLIC PANEL (14) |
| 2. Morbid obesity | LIPID PANEL |
| 3. Hypothalamic hypogonadism | T4 AND TSH, TESTOSTERONE, SERUM, REFERRAL TO ENDOCRINOLOGY- .KSC |
| 4. History of pericarditis | ECG- ADULT |
| 5. Need for prophylactic vaccination with combined diphtheria-tetanus-pertussis (DTP) vaccine | TDAP VACCINE >10 YO |

Info on BP
Try natural measure for now
First goal- 270#
Recheck in 3 months

Electronically signed by Buencamino, Lucy, MD at 4/2/2013 4:16 PM

**Attribution Key**

Attribution information is not available for this note.

**Buencamino, Lucy, MD at 4/2/2013 1715**

Author: Buencamino, Lucy, MD
Filed: 4/2/2013 5:15 PM
Editor: Buencamino, Lucy, MD (Physician)
Service: —
Encounter Date: 4/2/2013
Author Type: Physician
Status: Signed

Noted- baseline

Electronically signed by Buencamino, Lucy, MD at 4/2/2013 5:15 PM

**Attribution Key**

Attribution information is not available for this note.

**Flowsheets**

**Encounter Vitals**

 MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 4/2/2013

**04/02/2013 - Office Visit in Spring Medical and Diagnostic Center Internal Medicine (continued)**

## Flowsheets (continued)

| Row Name | 04/02/13 0828 |
|---|---|
| Enc Vitals | |
| BP | 138/88 -SL at 04/02/13 0833 |
| Pulse | 68 -SL at 04/02/13 0833 |
| Resp | 18 -SL at 04/02/13 0833 |
| Temp | 98.2 °F (36.8 °C) -SL at 04/02/13 0833 |
| Temp src | Oral -SL at 04/02/13 0833 |
| Weight | 300 lb (136.1 kg) -SL at 04/02/13 0828 |
| Height | 5' 10" (1.778 m) -SL at 04/02/13 0828 |
| Pain Score | N/A - 0:5 scale -NT (r) SL (t) at 10/22/19 1750 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| NT | Thaera, Nick A | — | — | — |
| SL | Lee, Sarita | — | — | — |

## Labs

### LIPID PANEL (Final result)

Electronically signed by: **Buencamino, Lucy, MD on 04/02/13 0925** Status: **Completed**
Ordering user: Buencamino, Lucy, MD 04/02/13 0925
Authorized by: Buencamino, Lucy, MD
Ordering mode: Standard
Frequency: Routine 04/02/13 -
Class: Normal
Quantity: 1
Lab status: Final result
Diagnoses
Elevated blood pressure [796.2 (ICD-9-CM)]
Morbid obesity (HCC) [278.01 (ICD-9-CM)]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 201309243215500 | Blood, venous | Venipuncture | 1065 04/02/13 1005 |

**LIPID PANEL (3) (Abnormal)** Resulted: 04/03/13 0622, Result status: Final result

Order status: Completed
Filed on: 04/03/13 0527
Collected by: 1065 04/02/13 1005
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CHOLESTEROL, TOTAL | 169 | 100 - 199 mg/dL | — | HD |
| TRIGLYCERIDES | 175 | 0 - 149 mg/dL | **High** ^ | HD |
| HDL CHOLESTEROL | 29 | >39 mg/dL | **Low** v | HD |
| Comment: According to ATP-III Guidelines, HDL-C >59 mg/dL is considered a negative risk factor for CHD. | | | | |
| VLDL CHOLESTEROL CAL | 35 | 5 - 40 mg/dL | — | HD |
| LDL CHOLESTEROL CALC | 105 | 0 - 99 mg/dL | **High** ^ | HD |
| COMMENT | — | — | — | HD |

Printed on 8/10/21 12:39 PM Page 13

 ## 04/02/2013 - Office Visit in Spring Medical and Diagnostic Center Internal Medicine (continued)

**Labs (continued)**

**Reviewed by**

Buencamino, Lucy, MD on 04/03/13 1044
Buencamino, Lucy, MD on 04/03/13 1043
Buencamino, Lucy, MD on 04/03/13 1042

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**Indications**

Elevated blood pressure [796.2 (ICD-9-CM)]
Morbid obesity (HCC) [278.01 (ICD-9-CM)]

**All Reviewers List**

Buencamino, Lucy, MD on 4/3/2013 10:44 AM
Buencamino, Lucy, MD on 4/3/2013 10:43 AM
Buencamino, Lucy, MD on 4/3/2013 10:42 AM

**COMP. METABOLIC PANEL (14) (Final result)**

Electronically signed by: **Buencamino, Lucy, MD on 04/02/13 0925** Status: **Completed**
Ordering user: Buencamino, Lucy, MD 04/02/13 0925 Authorized by: Buencamino, Lucy, MD
Ordering mode: Standard
Frequency: Routine 04/02/13 - Class: Normal
Quantity: 1 Lab status: Final result
Diagnoses
Elevated blood pressure [796.2 (ICD-9-CM)]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 201309243215500 | Blood, venous | Venipuncture | 1065 04/02/13 1005 |

**COMP. METABOLIC PANEL (14)** Resulted: 04/03/13 0622, Result status: Final result

Order status: Completed Filed on: 04/03/13 0527
Collected by: 1065 04/02/13 1005 Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:SRC:Blood, venous*Venipunc ture

LCA Source of Specimen:Blood, venous*Venipunc

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| GLUCOSE, SERUM | 90 | 65 - 99 mg/dL | — | HD |
| BUN | 16 | 6 - 20 mg/dL | — | HD |
| CREATININE, SERUM | 0.94 | 0.76 - 1.27 mg/dL | — | HD |
| EGFR IF NONAFRICN AM | 102 | >59 mL/min/1.73 | — | HD |
| EGFR IF AFRICN AM | 118 | >59 mL/min/1.73 | — | HD |
| BUN/CREATININE RATIO | 17 | 8 - 19 | — | HD |
| SODIUM, SERUM | 140 | 134 - 144 mmol/L | — | HD |
| POTASSIUM, SERUM | 4.2 | 3.5 - 5.2 mmol/L | — | HD |
| CHLORIDE, SERUM | 107 | 97 - 108 mmol/L | — | HD |
| CARBON DIOXIDE, TOTAL | 22 | 20 - 32 mmol/L | — | HD |
| CALCIUM, SERUM | 9.6 | 8.7 - 10.2 mg/dL | — | HD |
| PROTEIN, TOTAL, SERUM | 6.9 | 6.0 - 8.5 g/dL | — | HD |
| ALBUMIN, SERUM | 4.5 | 3.5 - 5.5 g/dL | — | HD |



MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 4/2/2013

04/02/2013 - Office Visit in Spring Medical and Diagnostic Center Internal Medicine (continued)

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| GLOBULIN, TOTAL | 2.4 | 1.5 - 4.5 g/dL | — | HD |
| A/G RATIO | 1.9 | 1.1 - 2.5 | — | HD |
| BILIRUBIN, TOTAL | 0.7 | 0.0 - 1.2 mg/dL | — | HD |
| ALKALINE PHOSPHATASE, SERUM | 55 | 25 - 150 IU/L | — | HD |
| AST (SGOT) | 26 | 0 - 40 IU/L | — | HD |
| ALT (SGPT) | 39 | 0 - 44 IU/L | — | HD |

**Reviewed by**

Buencamino, Lucy, MD on 04/03/13 1044
Buencamino, Lucy, MD on 04/03/13 1043
Buencamino, Lucy, MD on 04/03/13 1042

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**Indications**

Elevated blood pressure [796.2 (ICD-9-CM)]

**All Reviewers List**

Buencamino, Lucy, MD on 4/3/2013 10:44 AM
Buencamino, Lucy, MD on 4/3/2013 10:43 AM
Buencamino, Lucy, MD on 4/3/2013 10:42 AM

**T4 AND TSH (Final result)**

Electronically signed by: **Buencamino, Lucy, MD on 04/02/13 0925** Status: **Completed**
Ordering user: Buencamino, Lucy, MD 04/02/13 0925 Authorized by: Buencamino, Lucy, MD
Ordering mode: Standard
Frequency: Routine 04/02/13 - Class: Normal
Quantity: 1 Lab status: Final result
Diagnoses
Hypothalamic hypogonadism (HCC) [253.4 (ICD-9-CM)]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 201309243215500 | Blood, venous | Venipuncture | 1065 04/02/13 1005 |

**T4 AND TSH** Resulted: 04/03/13 0622, Result status: Final result

Order status: Completed Filed on: 04/03/13 0527
Collected by: 1065 04/02/13 1005 Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TSH | 2.410 | 0.450 - 4.500 uIU/mL | — | HD |
| THYROXINE (T4) | 6.3 | 4.5 - 12.0 ug/dL | — | HD |

**Reviewed by**

Printed on 8/10/21 12:39 PM Page 15

 MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 4/2/2013

04/02/2013 - Office Visit in Spring Medical and Diagnostic Center Internal Medicine (continued)

**Labs (continued)**

Buencamino, Lucy, MD on 04/03/13 1044
Buencamino, Lucy, MD on 04/03/13 1043
Buencamino, Lucy, MD on 04/03/13 1042

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**Indications**

Hypothalamic hypogonadism (HCC) [253.4 (ICD-9-CM)]

**All Reviewers List**

Buencamino, Lucy, MD on 4/3/2013 10:44 AM
Buencamino, Lucy, MD on 4/3/2013 10:43 AM
Buencamino, Lucy, MD on 4/3/2013 10:42 AM

**TESTOSTERONE, SERUM (Final result)**

Electronically signed by: **Buencamino, Lucy, MD on 04/02/13 0925** Status: **Completed**
Ordering user: Buencamino, Lucy, MD 04/02/13 0925 Authorized by: Buencamino, Lucy, MD
Ordering mode: Standard
Frequency: Routine 04/02/13 - Class: Normal
Quantity: 1 Lab status: Final result
Diagnoses
Hypothalamic hypogonadism (HCC) [253.4 (ICD-9-CM)]
Order comments: Non fasting

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 201309243215500 | Blood, venous | Venipuncture | 1065 04/02/13 1005 |

**TESTOSTERONE** Resulted: 04/03/13 0622, Result status: Final result

Order status: Completed Filed on: 04/03/13 0527
Collected by: 1065 04/02/13 1005 Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TESTOSTERONE, SERUM | 803 | 348 - 1,197 ng/dL | — | HD |

**Reviewed by**

Buencamino, Lucy, MD on 04/03/13 1044
Buencamino, Lucy, MD on 04/03/13 1043
Buencamino, Lucy, MD on 04/03/13 1042

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**Indications**

Printed on 8/10/21 12:39 PM Page 16



MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 4/2/2013

**04/02/2013 - Office Visit in Spring Medical and Diagnostic Center Internal Medicine (continued)**

**Labs (continued)**

Hypothalamic hypogonadism (HCC) [253.4 (ICD-9-CM)]

**All Reviewers List**

Buencamino, Lucy, MD on 4/3/2013 10:44 AM
Buencamino, Lucy, MD on 4/3/2013 10:43 AM
Buencamino, Lucy, MD on 4/3/2013 10:42 AM

## Procedures

**ECG- ADULT (Final result)**

Electronically signed by: **Buencamino, Lucy, MD on 04/02/13 0927** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Buencamino, Lucy, MD 04/02/13 0927
Authorized by: Buencamino, Lucy, MD
Ordering mode: Standard
Frequency: Routine 04/02/13 -
Class: Normal
Quantity: 1
Lab status: Final result
Diagnoses
History of pericarditis [V12.59 (ICD-9-CM)]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | — | — | 04/02/13 0956 |

**ECG- ADULT** Resulted: 04/02/13 1553, Result status: Final result

Order status: Completed
Collected by: 04/02/13 0956
Filed on: 04/02/13 1553
Resulting lab: GE MUSE

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| VENTRICULAR RATE | 59 | BPM | — | MUSE |
| ATRIAL RATE | 59 | BPM | — | MUSE |
| P-R INTERVAL | 168 | ms | — | MUSE |
| QRS DURATION | 98 | ms | — | MUSE |
| Q-T INTERVAL | 386 | ms | — | MUSE |
| QTC CALCULATION(BEZE | 382 | ms | — | MUSE |
| CALCULATED P AXIS | 29 | degrees | — | MUSE |
| CALCULATED R AXIS | -40 | degrees | — | MUSE |
| CALCULATED T AXIS | 58 | degrees | — | MUSE |
| DIAGNOSIS | -- | — | — | MUSE |

Result: Sinus bradycardiaLeft axis deviationAbnormal ECGConfirmed by RASHID, H (1638), editor DICKEN, JM (6024) on 4/2/2013 3:53:40 PM

View Image (below)

**Reviewed by**

Buencamino, Lucy, MD on 04/02/13 1715
Buencamino, Lucy, MD on 04/02/13 1715
Buencamino, Lucy, MD on 04/02/13 1715

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **8 - MUSE** | GE MUSE | Unknown | Unknown | 03/15/07 2050 - Present |

**Indications**

Printed on 8/10/21 12:39 PM Page 17

 ## 04/02/2013 - Office Visit in Spring Medical and Diagnostic Center Internal Medicine (continued)

**Procedures (continued)**

History of pericarditis [V12.59 (ICD-9-CM)]

**All Reviewers List**

Buencamino, Lucy, MD on 4/2/2013 5:15 PM
Buencamino, Lucy, MD on 4/2/2013 5:15 PM
Buencamino, Lucy, MD on 4/2/2013 5:15 PM

## 04/02/2013 - Office Visit in Spring Medical and Diagnostic Center Internal Medicine Charges for This Encounter

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 93010 | ELECTROCARDIOGRAM REPORT | 4/2/2013 | Rashid, Haroonur, MD | | 1 |
| 99213 | OFFICE/OUTPATIENT VISIT, EST | 4/2/2013 | Buencamino, Lucy, MD | 25 | 1 |
| 90715 | TDAP VACCINE >10 YO | 4/2/2013 | Buencamino, Lucy, MD | | 1 |
| 80053 | COMPREHEN METABOLIC PANEL | 4/2/2013 | Buencamino, Lucy, MD | 90 | 1 |
| 80061 | LIPID PANEL | 4/2/2013 | Buencamino, Lucy, MD | 90 | 1 |
| 84436 | ASSAY OF TOTAL THYROXINE | 4/2/2013 | Buencamino, Lucy, MD | 90 | 1 |
| 84403 | ASSAY OF TOTAL TESTOSTERONE | 4/2/2013 | Buencamino, Lucy, MD | 90 | 1 |
| 84443 | ASSAY THYROID STIM HORMONE | 4/2/2013 | Buencamino, Lucy, MD | 90 | 1 |
| 93005 | ELECTROCARDIOGRAM, TRACING | 4/2/2013 | Buencamino, Lucy, MD | | 1 |
| 90471 | IMMUNIZATION ADMIN | 4/2/2013 | Buencamino, Lucy, MD | | 1 |
| 36415 | ROUTINE VENIPUNCTURE | 4/2/2013 | Buencamino, Lucy, MD | 90 | 1 |


**04/02/2013 - Office Visit in Spring Medical and Diagnostic Center Internal Medicine (continued)**

**Documents**

**Immunizations - Scan on 4/3/2013 2:08 PM**

Clinical date/time: 4/3/2013 1408
User: Buencamino, Lucy, MD
Description: —
Scan (below)

**Kelsey-Seybold Clinic**

| | |
|---|---|
| MRN #: | 91981217 |
| Pt. Name: | Sanchez, Adam |
| DOB: | 1/8/1975 |
| Encounter #: | 37306897 |
| Provider: | BUENCAMINO, LUCY |
| Provider #: | 3019 |
| Staff Name: | Lucy Buencamino |
| Date: | April 2, 2013 |

**VACCINE INFORMATION STATEMENT AND CONSENT**

Nurse Administering Immunization: [signature] | DOS: April 2, 2013

I have been given a copy of the Vaccine Information Sheet (VIS) for each vaccine I or my child are to receive, issued by the Centers for Disease Control (CDC). I have read, or have had explained to me, information about the diseases and the vaccines listed below. I have had the opportunity to ask questions and receive answers about the vaccines listed below. I understand the risks and benefits of the vaccines cited and ask that the vaccine(s) listed below be given to the person named above for whom I am authorized to consent to this request.

| | |
|---|---|
| ☐ DT / DTaP | ☐ HepA |
| ☐ Pediarix(DTaP/IPV/HepB) | ☐ Influenza inactivated (TIV) |
| ☒ Td/Tdap C4347AA 6/12/15 (L) 9:45 | ☐ Influenza Live Attentuated (LAIV or CAIV) |
| ☐ IPV | ☐ Meningococcal Polysaccharide (MPV4) |
| ☐ Hep B | ☐ Meningococcal Conjugate (MCV4) |
| ☐ HIB | ☐ Rotavirus |
| ☐ Comvax (HepB/HIB) | ☐ Zostavax |
| ☐ HPV | ☐ Synagis |
| ☐ MMR/MMRV | ☐ Typhim Vi Typhoid |
| ☐ Varicella | ☐ Oral Typhoid |
| ☐ Pneumoccoccal Conjugate (PCV13) | ☐ Rabies |
| ☐ Pneumoccoccal Polysaccharide (PPV23) | ☐ Yellow Fever |
| ☐ Twinrix (HepB/HepA) | ☐ Japanese Encephalitis |
| ☐ Pentacel(DTap/IPV/Hib) | ☐ Other |

Patient/Guardian Signature: [signature] | Date: April 2, 2013

*VIS Revised: Jan 2013*



## 01/08/2014 - Office Visit in Spring Medical and Diagnostic Center Family Medicine Encounter Information

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 1/8/2014 11:30 AM | Nuruddin, Zakia, MD | SMDC FAMILY MEDICINE | 41717216 | SD |

## 01/08/2014 - Office Visit in Spring Medical and Diagnostic Center Family Medicine (continued)

### Reason for Visit

**Chief Complaint** *[last edited by Daniels Lvn, Kristi L on 1/8/2014 1135]*

- URI

**Visit Diagnoses** *[last edited by Nuruddin, Zakia, MD on 1/8/2014 1153]*

- **Acute bronchitis (primary) [466.0]**
- Essential hypertension, benign [401.1]

### Medication List

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

Medications last reviewed by Daniels Lvn, Kristi L on 1/8/2014 1136

**Testosterone Cypionate 100 MG/ML IM OIL** *[patient reported]*

Discontinued by: Medrano, Sara V, CMA II — Discontinued on: 4/25/2017
Reason for discontinuation: Therapy completed
Instructions: Inject 150 mg into the muscle once
Entered by: Heath, Joan M, CMA II — Entered on: 3/12/2013

**Azithromycin 250 MG OR TABS**

Discontinued by: Luu, Lilyann, LVN — Discontinued on: 12/23/2014
Reason for discontinuation: Other
Instructions: 2 tabs on day 1, then 1 daily x 4 days
Authorized by: Nuruddin, Zakia, MD — Ordered on: 1/8/2014
Start date: 1/8/2014 — End date: 12/23/2014
Quantity: 6 tablet — Refill: 0

**Stopped in Visit**

None

### Clinical Notes

**Progress Notes**

**Nuruddin, Zakia, MD at 1/8/2014 1146**

Author: Nuruddin, Zakia, MD — Service: — — Author Type: Physician
Filed: 1/8/2014 12:54 PM — Encounter Date: 1/8/2014 — Status: Signed
Editor: Nuruddin, Zakia, MD (Physician)

HPI
SUBJECTIVE:
Adam Sanchez is a 39 year old male who complains of sinus and nasal congestion, sore throat, nasal blockage,

 **01/08/2014 - Office Visit in Spring Medical and Diagnostic Center Family Medicine (continued)**

**Clinical Notes (continued)**

post nasal drip, headache, chest congestion and cough described as productive of yellow, green and brown sputum for 1-1/2 weeks. He denies a history of chills, fevers and wheezing and denies a history of asthma.
Has been taking dayquil + nyquil.
Has not been taking his lisinopril b/c his he is afraid his BP will drop very low for which he has been seen in ER in the past.
States it is usually ~ 140/90 and goes down to 130/80 after walking on the treadmill.

OBJECTIVE:
BP 162/112 | Pulse 78 | Temp(Src) 97.8 °F (36.6 °C) (Oral) | Resp 18 | Wt 315 lb (142.883 kg) | BMI 45.2 kg/m2
He appears well, vital signs are as noted by the nurse. Ears normal. Throat and pharynx : + posterior pharyngeal erythema . Neck supple. No adenopathy in the neck. Sinuses non tender. The chest is clear, without wheezes or rales.

Adam was seen today for uri.

Diagnoses and associated orders for this visit:

**Acute bronchitis**

- Azithromycin 250 MG OR TABS; 2 tabs on day 1, then 1 daily x 4 days

**Essential hypertension, benign**

push fluids, rest, use mucinex dm prn and ROV prn if symptoms persist or worsen. Call or return to clinic prn if these symptoms worsen or fail to improve as anticipated.
Advised to monitor BP, avoid taking decongestants and follow up with PCP
Review of Systems

Physical Exam

Electronically signed by Nuruddin, Zakia, MD at 1/8/2014 12:54 PM

**Attribution Key**

Attribution information is not available for this note.

**Flowsheets**

**Encounter Vitals**

| Row Name | 01/08/14 1135 |
|---|---|
| Enc Vitals | |
| BP | **162/112** ! -KD at 01/08/14 1135 |
| Pulse | 78 -KD at 01/08/14 1135 |
| Resp | 18 -KD at 01/08/14 1135 |
| Temp | 97.8 °F (36.6 °C) - |



MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 1/8/2014

## 01/08/2014 - Office Visit in Spring Medical and Diagnostic Center Family Medicine (continued)

**Flowsheets (continued)**

| | |
|---|---|
| | KD at 01/08/14 1135 |
| Temp src | Oral -KD at 01/08/14 1135 |
| Weight | **315 lb (142.9 kg)** ! -KD at 01/08/14 1135 |
| Pain Score | Slight pain - 2/5 -NT (r) KD (t) at 10/23/19 1250 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| KD | Daniels Lvn, Kristi L | — | — | — |
| NT | Thaera, Nick A | — | — | — |

## 01/08/2014 - Office Visit in Spring Medical and Diagnostic Center Family Medicine Charges for This Encounter

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99213 | OFFICE/OUTPATIENT VISIT, EST | 1/8/2014 | Nuruddin, Zakia, MD | | 1 |

Printed on 8/10/21 12:39 PM Page 22


## 12/23/2014 - Office Visit in Spring Medical and Diagnostic Center Family Medicine Encounter Information

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 12/23/2014 10:30 AM | Turner, Robert, DO | SMDC FAMILY MEDICINE | 48448917 | SD |

## 12/23/2014 - Office Visit in Spring Medical and Diagnostic Center Family Medicine (continued)

### Reason for Visit

**Chief Complaint** *[last edited by Luu, Lilyann, CMA II on 12/23/2014 0956]*

- Foot Pain (left foot middle toe pain x 2 days)

**Visit Diagnoses** *[last edited by Turner, Robert, DO on 12/23/2014 1033]*

- **Toe pain (primary) [729.5]**
- Unspecified essential hypertension [401.9]

### Medication List

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

Medications last reviewed by Han, Myung Kyu, DPM on 12/23/2014 1341

**Testosterone Cypionate 100 MG/ML IM OIL** *[patient reported]*

Discontinued by: Medrano, Sara V, CMA II — Discontinued on: 4/25/2017
Reason for discontinuation: Therapy completed
Instructions: Inject 150 mg into the muscle once
Entered by: Heath, Joan M, CMA II — Entered on: 3/12/2013

**Amlodipine Besylate 2.5 MG oral Tab**

Discontinued by: Daniel, Suresh, MD — Discontinued on: 5/21/2015
Instructions: Take 1 tablet by mouth daily
Authorized by: Turner, Robert, DO — Ordered on: 12/23/2014
Start date: 12/23/2014 — End date: 5/21/2015
Quantity: 30 tablet — Refill: 0

**Stopped in Visit**

Medications last reviewed by Han, Myung Kyu, DPM on 12/23/2014 1341

**Azithromycin 250 MG OR TABS**

Discontinued by: Luu, Lilyann, LVN — Discontinued on: 12/23/2014
Reason for discontinuation: Other

### Clinical Notes

**Addendum Note**

**Turner, Robert, DO at 12/23/2014 1036**

Author: Turner, Robert, DO — Service: — — Author Type: Osteopath
Filed: 12/23/2014 10:36 AM — Encounter Date: 12/23/2014 — Status: Signed
Editor: Turner, Robert, DO (Osteopath)


**12/23/2014 - Office Visit in Spring Medical and Diagnostic Center Family Medicine (continued)**

**Clinical Notes (continued)**

Addended by: TURNER, ROBERT M on: 12/23/2014 10:36 AM

Modules accepted: Orders

Electronically signed by Turner, Robert, DO at 12/23/2014 10:36 AM

**Attribution Key**

Attribution information is not available for this note.

**Nursing Note**

**at 12/23/2014 1030**

Author: — Service: — Author Type: —
Filed: Encounter Date: 12/23/2014 Status: Signed

```
>> LILYANN LUU     Tue Dec 23, 2014 10:01 AM
Patient presents with:
  Foot Pain - left foot middle toe pain x 2 days
```

**Attribution Key**

Attribution information is not available for this note.

**Progress Notes**

**Turner, Robert, DO at 12/23/2014 1018**

Author: Turner, Robert, DO Service: — Author Type: Osteopath
Filed: 12/23/2014 10:35 AM Encounter Date: 12/23/2014 Status: Addendum
Editor: Turner, Robert, DO (Osteopath)

HPI
He has a pain and swelling in his left 3rd toe. No injury and no trauma

HTN but didn't tolerate lisinopril or Losartan.
Review of Systems

Physical Exam

Left 3rd toe swollen and red with some bleeding and a wound.

Adam was seen today for foot pain.

Diagnoses and associated orders for this visit:

**Toe pain**
- REFERRAL TO PODIATRY- .KSC
- TOE 3 LEFT


MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 12/23/2014

12/23/2014 - Office Visit in Spring Medical and Diagnostic Center Family Medicine (continued)

**Clinical Notes (continued)**

## Unspecified essential hypertension

- Amlodipine Besylate 2.5 MG oral Tab; Take 1 tablet by mouth daily

Start Amlodipine. F/U Nuruddin 1 week

Electronically signed by Turner, Robert, DO at 12/23/2014 10:35 AM

**Attribution Key**

Attribution information is not available for this note.

**Flowsheets**

**Encounter Vitals**

| Row Name | 12/23/14 0956 |
|---|---|
| Enc Vitals | |
| BP | **194/118** ! -LL at 12/23/14 1001 |
| Pulse | 84 -LL at 12/23/14 1001 |
| Resp | 22 -LL at 12/23/14 1001 |
| Temp | 98.9 °F (37.2 °C) -LL at 12/23/14 1001 |
| Temp src | Oral -LL at 12/23/14 1001 |
| Weight | **336 lb (152.4 kg)** ! -LL at 12/23/14 1001 |
| Height | 5' 10" (1.778 m) -LL at 12/23/14 0957 |
| Pain Score | Moderate-Severe pain - 4/5 left foot middle toe -NT (r) LL (t) at 10/23/19 1250 |
| Pain Loc | TOE -LL at 12/23/14 0957 |
| Pain Edu? | Yes -LL at 12/23/14 0957 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| LL | Luu, Lilyann, CMA II | — | — | — |
| NT | Thaera, Nick A | — | — | — |

**Imaging**

**Imaging**

**TOE 3 LEFT (Final result)**

Electronically signed by: **Turner, Robert, DO on 12/23/14 1035** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Turner, Robert, DO 12/23/14 1035 Authorized by: Turner, Robert, DO
Ordering mode: Standard
Frequency: Routine 12/23/14 - Class: Normal
Quantity: 1 Lab status: Final result
Diagnoses
Toe pain [729.5 (ICD-9-CM)]

Printed on 8/10/21 12:39 PM Page 25



**12/23/2014 - Office Visit in Spring Medical and Diagnostic Center Family Medicine (continued)**

**Imaging (continued)**

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for Exam: | pain, injury |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Was patient shielded? | No | |
| Confirm Resource: | SP DR ROOM 1 | |
| Student Tech | | |

**TOE 3 LEFT** Resulted: 12/23/14 1115, Result status: Final result

Order status: Completed
Filed on: 12/23/14 1115
Accession number: RF14-302346
Narrative:

Resulted by: Fu, Lily, MD
Performed: 12/23/14 1043 - 12/23/14 1105
Resulting lab: RADIOLOGY

Comparison: None.

Views: 3.

Findings:
There is no acute fracture or dislocation. The visualized soft tissue are within normal limits.

Impression:

1. No acute fracture or dislocation identified.

**Reviewed by**

Turner, Robert, DO on 12/23/14 1119
Turner, Robert, DO on 12/23/14 1119
Turner, Robert, DO on 12/23/14 1119

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **7 - RAD** | RADIOLOGY | Unknown | Unknown | 11/18/05 1859 - 02/12/20 1500 |

**TOE 3 LEFT** Result status: In process

Order status: Completed
Filed on: 12/23/14 1043
Accession number: RF14-302346

Resulted by: Fu, Lily, MD
Performed: 12/23/14 1043 - 12/23/14 1105
Resulting lab: ONBASE SCANNING

**Reviewed by**

Turner, Robert, DO on 12/23/14 1119
Turner, Robert, DO on 12/23/14 1119
Turner, Robert, DO on 12/23/14 1119

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - ONBASE** | ONBASE SCANNING | Unknown | Unknown | 03/15/07 2050 - Present |

**Indications**

Toe pain [729.5 (ICD-9-CM)]

 MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 12/23/2014

## 12/23/2014 - Office Visit in Spring Medical and Diagnostic Center Family Medicine (continued)

**Imaging (continued)**

**All Reviewers List**

Turner, Robert, DO on 12/23/2014 11:19 AM
Turner, Robert, DO on 12/23/2014 11:19 AM
Turner, Robert, DO on 12/23/2014 11:19 AM

## 12/23/2014 - Office Visit in Spring Medical and Diagnostic Center Family Medicine Charges for This Encounter

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99212 | OFFICE/OUTPATIENT VISIT, EST | 12/23/2014 | Turner, Robert, DO | | 1 |

Printed on 8/10/21 12:39 PM

Page 27


## 12/23/2014 - Office Visit in Main Campus Orthopedics
## Encounter Information

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 12/23/2014 1:40 PM | Han, Myung Kyu, DPM | MC ORTHOPEDICS | 48462263 | MC |

## 12/23/2014 - Office Visit in Main Campus Orthopedics (continued)

### Reason for Visit

**Chief Complaint** *[last edited by Kiner, Airika X on 12/23/2014 1311]*

- Toe Injury (39 year-old male patient present with left foot 3rd toe swelling and bleeding x 2-days. no injury known. not w/c injury)

**Visit Diagnoses** *[last edited by Han, Myung Kyu, DPM on 12/23/2014 1325]*

- **Toe pain (primary) [729.5]**
- Foot ulcer (HCC) [707.15]
- Cellulitis of foot [682.7]

### Medication List

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

Medications last reviewed by Han, Myung Kyu, DPM on 12/23/2014 1341

**Testosterone Cypionate 100 MG/ML IM OIL** *[patient reported]*

Discontinued by: Medrano, Sara V, CMA II — Discontinued on: 4/25/2017
Reason for discontinuation: Therapy completed
Instructions: Inject 150 mg into the muscle once
Entered by: Heath, Joan M, CMA II — Entered on: 3/12/2013

**Amlodipine Besylate 2.5 MG oral Tab**

Discontinued by: Daniel, Suresh, MD — Discontinued on: 5/21/2015
Instructions: Take 1 tablet by mouth daily
Authorized by: Turner, Robert, DO — Ordered on: 12/23/2014
Start date: 12/23/2014 — End date: 5/21/2015
Quantity: 30 tablet — Refill: 0

**Clindamycin HCl 300 MG oral Cap**

Instructions: Take 1 capsule by mouth 3 times daily for 7 days
Authorized by: Han, Myung Kyu, DPM — Ordered on: 12/23/2014
Start date: 12/23/2014 — End date: 12/30/2014
Quantity: 21 capsule — Refill: 0

**Ciprofloxacin HCl (CIPRO) 500 MG oral Tab**

Instructions: Take 1 tablet by mouth 2 times daily for 7 days
Authorized by: Han, Myung Kyu, DPM — Ordered on: 12/23/2014
Start date: 12/23/2014 — End date: 12/30/2014
Quantity: 14 tablet — Refill: 0

**Acetaminophen-Codeine (TYLENOL/CODEINE #3) 300-30 MG oral Tab**

Discontinued by: Luu, Lilyann, LVN — Discontinued on: 12/29/2014
Reason for discontinuation: Other
Instructions: Take 1 tablet by mouth every 4 hours as needed for pain Driving Precautions / No alcohol / No operating machinery
Authorized by: Han, Myung Kyu, DPM — Ordered on: 12/23/2014
Start date: 12/23/2014 — End date: 12/29/2014
Quantity: 30 tablet — Refill: 0

 ## 12/23/2014 - Office Visit in Main Campus Orthopedics (continued)

### Medication List (continued)

#### Stopped in Visit

Medications last reviewed by Han, Myung Kyu, DPM on 12/23/2014 1341

**Azithromycin 250 MG OR TABS**

Discontinued by: Luu, Lilyann, LVN    Discontinued on: 12/23/2014
Reason for discontinuation: Other

### Clinical Notes

#### Nursing Note

**at 12/23/2014 1340**

Author: —    Service: —    Author Type: —
Filed:    Encounter Date: 12/23/2014    Status: Signed

```
>> ALEJANDRA GUTIERREZ     Tue Dec 23, 2014  2:17 PM

Pt was issued a post op shoe.  Pt was instructed on use and care of shoe. Pt
is aware the item will not be covered by insurance the price given to pt was
$25.00. Pt is given the option of paying at time of service.
Alejandra Gutierrez

>> AIRIKA X KINER     Tue Dec 23, 2014  1:12 PM
Patient presents with:
  Toe Injury - 39 year-old male patient present with left foot 3rd toe
swelling and bleeding x 2-days. no injury known. not w/c injury

Airika X Kiner
```

**Attribution Key**

Attribution information is not available for this note.

#### Progress Notes

**Han, Myung Kyu, DPM at 12/23/2014 1341**

Author: Han, Myung Kyu, DPM    Service: —    Author Type: Physician
Filed: 12/23/2014 1:52 PM    Encounter Date: 12/23/2014    Status: Addendum
Editor: Han, Myung Kyu, DPM (Physician)

Adam Sanchez, a 39 year old male presents to the clinic a request consultation from Dr. Turner with chief complaint of left #3 toe pain and bleeding.  Patient relates that he started noticed the bleeding and pain about 2 days ago. He states that his feet itch little bit prior to the pain. He denies any trauma or an insect bite. Patient is wearing regular shoes. he denies of nausea, vomiting and/or fever.

No Known Allergies
Current outpatient prescriptions:Acetaminophen-Codeine (TYLENOL/CODEINE #3) 300-30 MG oral Tab, Take 1 tablet by mouth every 4 hours as needed for pain Driving Precautions / No alcohol / No operating machinery, Disp:


MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 12/23/2014

**12/23/2014 - Office Visit in Main Campus Orthopedics (continued)**

**Clinical Notes (continued)**

30 tablet, Rfl: 0; Amlodipine Besylate 2.5 MG oral Tab, Take 1 tablet by mouth daily, Disp: 30 tablet, Rfl: 0; Ciprofloxacin HCl (CIPRO) 500 MG oral Tab, Take 1 tablet by mouth 2 times daily for 7 days, Disp: 14 tablet, Rfl: 0 Clindamycin HCl 300 MG oral Cap, Take 1 capsule by mouth 3 times daily for 7 days, Disp: 21 capsule, Rfl: 0; Testosterone Cypionate 100 MG/ML IM OIL, Inject 150 mg into the muscle once, Disp: , Rfl:

**Physical Examination**

Vascular:

Pedal skin temperature: warm bilateral
Pedal pulses: DP palpable bilateral. PT palpable bilateral.
Edema: +1 bilateral

Neurological:

Light touch: intact
Protective Sensation per Semmes Weinstein 5.07 monofilament: intact

Dermatological:

Ulceration location: Under the left #3 toe shows an ulceration with 0.5 cm in diameter with granular base with some fluctuance. Under a sterile condition, I&D does not expressed any purulent drainage. The area is tender to touch. No ascending erythema.

Orthopedic:

Bony Deformity: not present bilateral feet.
Muscle strength: 5/5

**IMPRESSION / ASSESSMENT**

1. Toe pain
2. Foot ulcer
3. Foot cellulitis

**PLANS / RECOMMENDATIONS**

I have discussed all impression/assessment and treatment option with the patient. Questions were answered. Attempted I&D did not produce any drainage. Rx of Clindamycin 300 mg one pill PO TID and Cipro 500 mg one pill PO BID for next 7 days. Rx of Tylenol #3 for pain. Post op shoes. He will follow up with Dr. Barrow in 2-3 days for a follow during my absence. The toe was anesthesized with 2 cc 1% lidocaine prior to the I&D. Patient was advised to report to an ER if symptoms worsen.

Electronically signed by Han, Myung Kyu, DPM at 12/23/2014 1:52 PM

**Attribution Key**

Attribution information is not available for this note.

Printed on 8/10/21 12:39 PM Page 30

 MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 12/23/2014

12/23/2014 - Office Visit in Main Campus Orthopedics (continued)

**Clinical Notes (continued)**

**Charles, Shantell D, LVN at 12/23/2014 1434**

Author: Charles, Shantell D, LVN
Filed: 12/23/2014 2:35 PM
Editor: Charles, Shantell D, LVN (LVN)
Service: —
Encounter Date: 12/23/2014
Author Type: LVN
Status: Signed

Patient received DME post op shoe from Hanger Clinic MC on ov 12.23.2014.

Electronically signed by Charles, Shantell D, LVN at 12/23/2014 2:35 PM

**Attribution Key**

Attribution information is not available for this note.

**Flowsheets**

**Assessment**

| Row Name | 12/23/14 1311 |
| --- | --- |
| OTHER | |
| Duration of Pain | Days -AK at 12/23/14 1312 |
| Frequency of Pain | Constant -AK at 12/23/14 1312 |
| Date Pain First Started | 12/21/14 -AK at 12/23/14 1312 |
| Limiting Behavior | Yes -AK at 12/23/14 1312 |
| Result of Injury | No -AK at 12/23/14 1312 |
| Work-Related Injury | No -AK at 12/23/14 1312 |
| Are there other pain locations you wish to document? | No -AK at 12/23/14 1312 |
| Location of Pain | Toe -AK at 12/23/14 1312 |
| Severity of Pain | 4/5 -AK at 12/23/14 1312 |
| Quality of Pain | Throbbing; Sharp -AK at 12/23/14 1312 |
| Location Modifiers | Left -AK at 12/23/14 1312 |

**Encounter Vitals**

| Row Name | 12/23/14 1307 |
| --- | --- |
| Enc Vitals | |
| Weight | **336 lb (152.4 kg)** ! -AK at 12/23/14 1308 |
| Height | 5' 11" (1.803 m) -AK at 12/23/14 1308 |
| Pain Score | Moderate-Severe pain - 4/5 -NT (r) AK (t) at 10/23/19 1250 |
| Pain Loc | TOE -AK at 12/23/14 1308 |
| Pain Edu? | Yes -AK at 12/23/14 1308 |

Printed on 8/10/21 12:39 PM Page 31


## 12/23/2014 - Office Visit in Main Campus Orthopedics (continued)

**Flowsheets (continued)**

**ROS (Patient Reported)**

| Row Name | 12/23/14 1305 |
|---|---|
| Review of Systems (Patient Reported) | |
| Eyes | No -JP at 12/23/14 1306 |
| Ears / Nose / Throat | No -JP at 12/23/14 1306 |
| Lungs / Breathing | No -JP at 12/23/14 1306 |
| Digestion / Ulcers | No -JP at 12/23/14 1306 |
| Bowel Movement | No -JP at 12/23/14 1306 |
| Bladder Problems | No -JP at 12/23/14 1306 |
| Diabetes | No -JP at 12/23/14 1306 |
| Heart Problems/Rheaumatic Fever/Chest Pain | No -JP at 12/23/14 1306 |
| High Blood Pressure | Yes controlled with medication -AK at 12/23/14 1311 |
| High Cholesterol | No -JP at 12/23/14 1306 |
| Bleeding Problems / Blood Clots | No -JP at 12/23/14 1306 |
| Balance Problems | No -JP at 12/23/14 1306 |
| Numbness/Tingling | No -JP at 12/23/14 1306 |
| Blackout/Fainting | No -JP at 12/23/14 1306 |
| Psychological Problems/Depression | No -JP at 12/23/14 1306 |
| AIDS/Hepatitis | No -JP at 12/23/14 1306 |
| Cancer | No -JP at 12/23/14 1306 |
| Polio | No -JP at 12/23/14 1306 |
| Arthritis/Rheumatoid/Gout/Lupus | No -JP at 12/23/14 1306 |
| Circulatory Problems | No -JP at 12/23/14 1306 |
| Thyroid | No -JP at 12/23/14 1306 |
| Osteoporosis | No -JP at 12/23/14 1306 |

**User Key**

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| AK | Kiner, Airika X | — | — | — |
| JP | Prince, Josh E | — | — | — |
| NT | Thaera, Nick A | — | — | — |

## 12/23/2014 - Office Visit in Main Campus Orthopedics
## Charges for This Encounter

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99202 | OFFICE/OUTPATIENT VISIT, NEW | 12/23/2014 | Han, Myung Kyu, DPM | | 1 |

## 12/26/2014 - Office Visit in Main Campus Orthopedics
## Encounter Information

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 12/26/2014 1:00 PM | Barrow, Vanessa T, DPM | MC ORTHOPEDICS | 48470651 | MC |

## 12/26/2014 - Office Visit in Main Campus Orthopedics (continued)

### Reason for Visit

**Chief Complaint** *[last edited by Thomas Ma, Liz on 12/26/2014 1305]*

- Foot Ulcer (Left foot ulcer, patient is not diabetic.)

**Visit Diagnoses** *[last edited by Barrow, Vanessa T, DPM on 12/26/2014 1356]*

- **Cellulitis and abscess of toe of left foot (primary) [681.10]**
- Pain in limb [729.5]
- Ulcer of toe of left foot (HCC) [707.15]

### Medication List

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.
For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

Medications last reviewed by Thomas Ma, Liz on 12/26/2014 1306

**Testosterone Cypionate 100 MG/ML IM OIL** *[patient reported]*

Discontinued by: Medrano, Sara V, CMA II — Discontinued on: 4/25/2017
Reason for discontinuation: Therapy completed
Instructions: Inject 150 mg into the muscle once
Entered by: Heath, Joan M, CMA II — Entered on: 3/12/2013

**Amlodipine Besylate 2.5 MG oral Tab**

Discontinued by: Daniel, Suresh, MD — Discontinued on: 5/21/2015
Instructions: Take 1 tablet by mouth daily
Authorized by: Turner, Robert, DO — Ordered on: 12/23/2014
Start date: 12/23/2014 — End date: 5/21/2015
Quantity: 30 tablet — Refill: 0

**Clindamycin HCl 300 MG oral Cap**

Instructions: Take 1 capsule by mouth 3 times daily for 7 days
Authorized by: Han, Myung Kyu, DPM — Ordered on: 12/23/2014
Start date: 12/23/2014 — End date: 12/30/2014
Quantity: 21 capsule — Refill: 0

**Ciprofloxacin HCl (CIPRO) 500 MG oral Tab**

Instructions: Take 1 tablet by mouth 2 times daily for 7 days
Authorized by: Han, Myung Kyu, DPM — Ordered on: 12/23/2014
Start date: 12/23/2014 — End date: 12/30/2014
Quantity: 14 tablet — Refill: 0

**Acetaminophen-Codeine (TYLENOL/CODEINE #3) 300-30 MG oral Tab**

Discontinued by: Luu, Lilyann, LVN — Discontinued on: 12/29/2014
Reason for discontinuation: Other
Instructions: Take 1 tablet by mouth every 4 hours as needed for pain Driving Precautions / No alcohol / No operating machinery
Authorized by: Han, Myung Kyu, DPM — Ordered on: 12/23/2014
Start date: 12/23/2014 — End date: 12/29/2014



MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 12/26/2014

12/26/2014 - Office Visit in Main Campus Orthopedics (continued)

**Medication List (continued)**

Quantity: 30 tablet    Refill: 0

**Stopped in Visit**

None

**Clinical Notes**

**Nursing Note**

**at 12/26/2014 1300**

| Author: — | Service: — | Author Type: — |
|---|---|---|
| Filed: | Encounter Date: 12/26/2014 | Status: Signed |

>> LIZ THOMAS MA     Fri Dec 26, 2014  1:07 PM
Patient presents with:
  Foot Ulcer - Left foot ulcer, patient is not diabetic.

Liz Thomas Ma

**Attribution Key**

Attribution information is not available for this note.

**Progress Notes**

**Barrow, Vanessa T, DPM at 12/26/2014 1348**

| Author: Barrow, Vanessa T, DPM | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 12/26/2014 1:57 PM | Encounter Date: 12/26/2014 | Status: Signed |
| Editor: Barrow, Vanessa T, DPM (Physician) | | |

**HPI:**
Adam A Sanchez, a 39 year old male presents to the clinic for follow up wound check of the left foot. Admits to performing daily wound care at home and has no new pedal concerns or complaints at this time. No fever, nausea or vomiting noted. Taking abx. Pain meds not needed today. Presented w/ dressings to foot and surgical shoe.

**PHYSICAL EXAM:**

Neurovascular status is unchanged as of last visit. Signs of acute infection are improving. Maceration note to webspace. No purulent drainage.
Ulcer / Open lesion: improving.
No debridement needed.
Purulent Drainage: no
Wound cultures taken: no

**DIAGNOSTIC IMPRESSION:**
**Cellulitis Left Foot**
**Ulcerative Lesion, Left Foot**
**Pain**

Printed on 8/10/21 12:39 PM    Page 34

 MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 12/26/2014

12/26/2014 - Office Visit in Main Campus Orthopedics (continued)

**Clinical Notes (continued)**

## PLANS / RECOMMENDATIONS:

Evaluation and management of existing patient
Continue daily wound care. Pt given implicit instructions on how to care for wound, including applying betadine to macerated webspace and triple antibiotic ointment to the affected area. Continue to keep area dry and covered with gauze. Complete abx course. Pain meds prn. Ok to return to work. Follow up in 2 weeks or sooner if problems. Advised to monitor for signs of infection.

Electronically signed by Barrow, Vanessa T, DPM at 12/26/2014 1:57 PM

**Attribution Key**

Attribution information is not available for this note.

**Flowsheets**

**Encounter Vitals**

| Row Name | 12/26/14 1305 |
|---|---|
| Enc Vitals | |
| Weight | **336 lb (152.4 kg)** ! -LT at 12/26/14 1305 |
| Height | 5' 11" (1.803 m) -LT at 12/26/14 1305 |
| Pain Score | No pain - 0/5 -NT (r) LT (t) at 10/23/19 1250 |
| Pain Edu? | Yes -LT at 12/26/14 1305 |

**ROS (Patient Reported)**

| Row Name | 12/26/14 1306 |
|---|---|
| Review of Systems (Patient Reported) | |
| Eyes | No -LT at 12/26/14 1307 |
| Ears / Nose / Throat | No -LT at 12/26/14 1307 |
| Lungs / Breathing | No -LT at 12/26/14 1307 |
| Digestion / Ulcers | No -LT at 12/26/14 1307 |
| Bowel Movement | No -LT at 12/26/14 1307 |
| Bladder Problems | No -LT at 12/26/14 1307 |
| Diabetes | No -LT at 12/26/14 1307 |
| Heart Problems/Rheau matic Fever/Chest Pain | No -LT at 12/26/14 1307 |
| High Blood Pressure | No -LT at 12/26/14 1307 |
| High Cholesterol | No -LT at 12/26/14 1307 |
| Bleeding Problems / Blood Clots | No -LT at 12/26/14 1307 |
| Balance Problems | No -LT at 12/26/14 1307 |
| Numbness/Tingli | No -LT at 12/26/14 1307 |

Printed on 8/10/21 12:39 PM Page 35

## 12/26/2014 - Office Visit in Main Campus Orthopedics (continued)

**Flowsheets (continued)**

| | | |
|---|---|---|
| ng | | |
| Blackout/Fainting | No | -LT at 12/26/14 1307 |
| Psychological Problems/Depression | No | -LT at 12/26/14 1307 |
| AIDS/Hepatitis | No | -LT at 12/26/14 1307 |
| Cancer | No | -LT at 12/26/14 1307 |
| Polio | No | -LT at 12/26/14 1307 |
| Arthritis/Rheumatoid/Gout/Lupus | No | -LT at 12/26/14 1307 |
| Circulatory Problems | No | -LT at 12/26/14 1307 |
| Thyroid | No | -LT at 12/26/14 1307 |
| Osteoporosis | No | -LT at 12/26/14 1307 |

**User Key**

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| LT | Thomas Ma, Liz | — | — | — |
| NT | Thaera, Nick A | — | — | — |

## 12/26/2014 - Office Visit in Main Campus Orthopedics
## Charges for This Encounter

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99212 | OFFICE/OUTPATIENT VISIT, EST | 12/26/2014 | Barrow, Vanessa T, DPM | | 1 |

 ## 12/29/2014 - Office Visit in Spring Medical and Diagnostic Center Family Medicine Encounter Information

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 12/29/2014 10:45 AM | Nuruddin, Zakia, MD | SMDC FAMILY MEDICINE | 48462816 | SD |

## 12/29/2014 - Office Visit in Spring Medical and Diagnostic Center Family Medicine (continued)

### Reason for Visit

**Chief Complaint** *[last edited by Luu, Lilyann, CMA II on 12/29/2014 1005]*

- Blood Pressure (BP f/u)

**Visit Diagnoses** *[last edited by Nuruddin, Zakia, MD on 12/29/2014 1038]*

- **Uncontrolled hypertension (primary) [401.9]**
- Snoring [786.09]
- Hyperlipidemia with low HDL [272.4, 272.5]
- Morbid obesity (HCC) [278.01]
- Need for prophylactic vaccination and inoculation against influenza [V04.81]

### Medication List

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

Medications last reviewed by Luu, Lilyann, CMA II on 12/29/2014 1006

**Testosterone Cypionate 100 MG/ML IM OIL** *[patient reported]*

Discontinued by: Medrano, Sara V, CMA II — Discontinued on: 4/25/2017
Reason for discontinuation: Therapy completed
Instructions: Inject 150 mg into the muscle once
Entered by: Heath, Joan M, CMA II — Entered on: 3/12/2013

**Amlodipine Besylate 2.5 MG oral Tab**

Discontinued by: Daniel, Suresh, MD — Discontinued on: 5/21/2015
Instructions: Take 1 tablet by mouth daily
Authorized by: Turner, Robert, DO — Ordered on: 12/23/2014
Start date: 12/23/2014 — End date: 5/21/2015
Quantity: 30 tablet — Refill: 0

**Clindamycin HCl 300 MG oral Cap**

Instructions: Take 1 capsule by mouth 3 times daily for 7 days
Authorized by: Han, Myung Kyu, DPM — Ordered on: 12/23/2014
Start date: 12/23/2014 — End date: 12/30/2014
Quantity: 21 capsule — Refill: 0

**Ciprofloxacin HCl (CIPRO) 500 MG oral Tab**

Instructions: Take 1 tablet by mouth 2 times daily for 7 days
Authorized by: Han, Myung Kyu, DPM — Ordered on: 12/23/2014
Start date: 12/23/2014 — End date: 12/30/2014
Quantity: 14 tablet — Refill: 0

**Stopped in Visit**

Medications last reviewed by Luu, Lilyann, CMA II on 12/29/2014 1006

 **12/29/2014 - Office Visit in Spring Medical and Diagnostic Center Family Medicine (continued)**

**Medication List (continued)**

**Acetaminophen-Codeine (TYLENOL/CODEINE #3) 300-30 MG oral Tab**

Discontinued by: Luu, Lilyann, LVN
Discontinued on: 12/29/2014
Reason for discontinuation: Other

**Clinical Notes**

**Nursing Note**

**at 12/29/2014 1045**

Author: —
Service: —
Author Type: —
Filed:
Encounter Date: 12/29/2014
Status: Signed

```
>> LILYANN LUU     Mon Dec 29, 2014 10:06 AM
Patient presents with:
  Blood Pressure - BP f/u
```

**Attribution Key**

Attribution information is not available for this note.

**Progress Notes**

**Nuruddin, Zakia, MD at 12/29/2014 1824**

Author: Nuruddin, Zakia, MD
Service: —
Author Type: Physician
Filed: 12/29/2014 6:34 PM
Encounter Date: 12/29/2014
Status: Signed
Editor: Nuruddin, Zakia, MD (Physician)

HPI

**Chief Complaint**

Patient presents with

- Blood Pressure
  *BP f/u*

BP at home : 155/104-114.
SBP comes down 10 points with amlodipine 2.5 mg that was started 1 week ago.
+ snoring, collar size : 19, no set sleep schedule.
Also under care of Endocrinologist Dr. Tay for low testosterone and is on injections, has a follow up appointment in February.

His brother has OSA
Review of Systems
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain and palpitations.
Neurological: Negative for dizziness and headaches.

Physical Exam
Nursing note and vitals reviewed.
Constitutional: He appears well-developed and well-nourished.



**12/29/2014 - Office Visit in Spring Medical and Diagnostic Center Family Medicine (continued)**

**Clinical Notes (continued)**

BP 152/106 | Pulse 80 | Temp(Src) 98.2 °F (36.8 °C) (Oral) | Resp 16 | Ht 5' 11" (1.803 m) | Wt 324 lb (146.965 kg) | BMI 45.21 kg/m2

Adam was seen today for blood pressure.

Diagnoses and associated orders for this visit:

**Uncontrolled hypertension**
- COMP. METABOLIC PANEL (14)
- UA WITH MICRO - LAB COLLECT
- REFERRAL TO SLEEP STUDY- .KSC

**Snoring**
- REFERRAL TO SLEEP STUDY- .KSC

**Hyperlipidemia with low HDL**
- LIPID PANEL

**Morbid obesity**
- HEMOGLOBIN A1C

**Need for prophylactic vaccination and inoculation against influenza**
- Influenza Quad (ages 3 & up)

increase amlodipine 2.5 mg to 2 tabs daily, monitor BP
Labs per orders
follow up 1 month

Electronically signed by Nuruddin, Zakia, MD at 12/29/2014 6:34 PM

**Attribution Key**

Attribution information is not available for this note.

**Flowsheets**

**Encounter Vitals**

| Row Name | 12/29/14 1005 |
|---|---|
| Enc Vitals | |
| BP | **152/106** ! -LL at 12/29/14 1005 |
| Pulse | 80 -LL at 12/29/14 1005 |
| Resp | 16 -LL at 12/29/14 1005 |
| Temp | 98.2 °F (36.8 °C) -LL at 12/29/14 1005 |
| Temp src | Oral -LL at 12/29/14 1005 |
| Weight | **324 lb (147 kg)** ! -LL at 12/29/14 1005 |
| Height | 5' 11" (1.803 m) -LL |

 MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 12/29/2014

**12/29/2014 - Office Visit in Spring Medical and Diagnostic Center Family Medicine (continued)**

**Flowsheets (continued)**

| | |
|---|---|
| | at 12/29/14 1005 |
| Pain Score | No pain - 0/5 -NT (r) LL (t) at 10/23/19 1250 |
| Pain Edu? | Yes -LL at 12/29/14 1005 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| LL | Luu, Lilyann, CMA II | — | — | — |
| NT | Thaera, Nick A | — | — | — |

**Labs**

**LIPID PANEL (Final result)**

Electronically signed by: **Nuruddin, Zakia, MD on 12/29/14 1039** Status: **Completed**
Ordering user: Nuruddin, Zakia, MD 12/29/14 1039 Authorized by: Nuruddin, Zakia, MD
Ordering mode: Standard
Frequency: Routine 12/29/14 - Class: Normal
Quantity: 1 Lab status: Final result
Diagnoses
Hyperlipidemia with low HDL [272.4, 272.5 (ICD-9-CM)]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 201436343210750 | Blood, venous | Venipuncture | FINLEY, TERRIE L 12/29/14 1054 |

**LIPID PANEL (Abnormal)** Resulted: 12/30/14 0618, Result status: Final result

Order status: Completed Filed on: 12/30/14 0523
Collected by: FINLEY, TERRIE L 12/29/14 1054 Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CHOLESTEROL, TOTAL | 167 | 100 - 199 mg/dL | — | HD |
| TRIGLYCERIDES | 190 | 0 - 149 mg/dL | **High ^** | HD |
| HDL CHOLESTEROL | 25 | >39 mg/dL | **Low v** | HD |
| Comment: According to ATP-III Guidelines, HDL-C >59 mg/dL is considered a negative risk factor for CHD. | | | | |
| VLDL CHOLESTEROL CAL | 38 | 5 - 40 mg/dL | — | HD |
| LDL CHOLESTEROL CALC | 104 | 0 - 99 mg/dL | **High ^** | HD |
| COMMENT | — | — | — | HD |

**Reviewed by**

Nuruddin, Zakia, MD on 01/02/15 0830
Nuruddin, Zakia, MD on 12/30/14 2024
Nuruddin, Zakia, MD on 12/30/14 2024
Nuruddin, Zakia, MD on 12/30/14 1322

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

Printed on 8/10/21 12:39 PM Page 40

 MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 12/29/2014

**12/29/2014 - Office Visit in Spring Medical and Diagnostic Center Family Medicine (continued)**

**Labs (continued)**

**LIPID PANEL**

Resulted: 12/30/14 0007, Result status: Preliminary result

Order status: Completed
Filed on: 12/29/14 2309
Collected by: FINLEY, TERRIE L 12/29/14 1054
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CHOLESTEROL, TOTAL | — | — | — | HD |
| TRIGLYCERIDES | — | — | — | HD |
| HDL CHOLESTEROL | — | — | — | HD |
| VLDL CHOLESTEROL CAL | — | — | — | HD |
| LDL CHOLESTEROL CALC | — | — | — | HD |
| COMMENT | — | — | — | HD |
| COMMENT | — | — | — | HD |

**Reviewed by**

Nuruddin, Zakia, MD on 01/02/15 0830
Nuruddin, Zakia, MD on 12/30/14 2024
Nuruddin, Zakia, MD on 12/30/14 2024
Nuruddin, Zakia, MD on 12/30/14 1322

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**Indications**

Hyperlipidemia with low HDL [272.4, 272.5 (ICD-9-CM)]

**All Reviewers List**

Nuruddin, Zakia, MD on 1/2/2015 8:30 AM
Nuruddin, Zakia, MD on 12/30/2014 8:24 PM
Nuruddin, Zakia, MD on 12/30/2014 8:24 PM
Nuruddin, Zakia, MD on 12/30/2014 1:22 PM

**HGB A1C WITH MBG ESTIMATION (Final result)**

Electronically signed by: **Nuruddin, Zakia, MD on 12/29/14 1039**
Status: **Completed**
Ordering user: Nuruddin, Zakia, MD 12/29/14 1039
Authorized by: Nuruddin, Zakia, MD
Ordering mode: Standard
Frequency: Routine 12/29/14 -
Class: Normal
Quantity: 1
Lab status: Final result
Diagnoses
Morbid obesity (HCC) [278.01 (ICD-9-CM)]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 20143634321075 0 | Blood, venous | Venipuncture | FINLEY, TERRIE L 12/29/14 1054 |

**HEMOGLOBIN A1C (Abnormal)**

Resulted: 12/30/14 0618, Result status: Final result

Order status: Completed
Filed on: 12/30/14 0523

Printed on 8/10/21 12:39 PM Page 41



MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 12/29/2014

**12/29/2014 - Office Visit in Spring Medical and Diagnostic Center Family Medicine (continued)**

**Labs (continued)**

Collected by: FINLEY, TERRIE L 12/29/14 1054
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HEMOGLOBIN A1C | 5.7 | 4.8 - 5.6 % | **High** ^ | HD |
| Comment: . Increased risk for diabetes: 5.7 - 6.4 Diabetes: >6.4 Glycemic control for adults with diabetes: <7.0 | | | | |
| ESTIM. AVG GLU (EAG) | 117 | mg/dL | — | HD |

**Reviewed by**

Nuruddin, Zakia, MD on 01/02/15 0830
Nuruddin, Zakia, MD on 12/30/14 2024
Nuruddin, Zakia, MD on 12/30/14 2024
Nuruddin, Zakia, MD on 12/30/14 1322

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**HEMOGLOBIN A1C**

Resulted: 12/30/14 0007, Result status: Preliminary result

Order status: Completed
Filed on: 12/29/14 2309
Collected by: FINLEY, TERRIE L 12/29/14 1054
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HEMOGLOBIN A1C | — | — | — | HD |
| ESTIM. AVG GLU (EAG) | — | — | — | HD |

**Reviewed by**

Nuruddin, Zakia, MD on 01/02/15 0830
Nuruddin, Zakia, MD on 12/30/14 2024
Nuruddin, Zakia, MD on 12/30/14 2024
Nuruddin, Zakia, MD on 12/30/14 1322

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**Indications**

Morbid obesity (HCC) [278.01 (ICD-9-CM)]

**All Reviewers List**

Printed on 8/10/21 12:39 PM
Page 42

Kelsey-Seybold Clinic
MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 12/29/2014

**12/29/2014 - Office Visit in Spring Medical and Diagnostic Center Family Medicine (continued)**

**Labs (continued)**

Nuruddin, Zakia, MD on 1/2/2015 8:30 AM
Nuruddin, Zakia, MD on 12/30/2014 8:24 PM
Nuruddin, Zakia, MD on 12/30/2014 8:24 PM
Nuruddin, Zakia, MD on 12/30/2014 1:22 PM

**COMP. METABOLIC PANEL (14) (Final result)**

Electronically signed by: **Nuruddin, Zakia, MD on 12/29/14 1039**
Status: **Completed**
Ordering user: Nuruddin, Zakia, MD 12/29/14 1039
Authorized by: Nuruddin, Zakia, MD
Ordering mode: Standard
Frequency: Routine 12/29/14 -
Class: Normal
Quantity: 1
Lab status: Final result
Diagnoses
Uncontrolled hypertension [401.9 (ICD-9-CM)]
Order comments: fasting

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 20143634321075 0 | Blood, venous | Venipuncture | FINLEY, TERRIE L 12/29/14 1054 |

**COMP. METABOLIC PANEL (14) (Abnormal)**
Resulted: 12/30/14 0618, Result status: Final result

Order status: Completed
Filed on: 12/30/14 0523
Collected by: FINLEY, TERRIE L 12/29/14 1054
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:SRC:Blood, venous*Venipunc ture

LCA Source of Specimen:Blood, venous*Venipunc

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| GLUCOSE, SERUM | 105 | 65 - 99 mg/dL | **High ^** | HD |
| BUN | 12 | 6 - 20 mg/dL | — | HD |
| CREATININE, SERUM | 0.97 | 0.76 - 1.27 mg/dL | — | HD |
| EGFR IF NONAFRICN AM | 98 | >59 mL/min/1.73 | — | HD |
| EGFR IF AFRICN AM | 113 | >59 mL/min/1.73 | — | HD |
| BUN/CREATININE RATIO | 12 | 8 - 19 | — | HD |
| SODIUM, SERUM | 140 | 134 - 144 mmol/L | — | HD |
| POTASSIUM, SERUM | 4.2 | 3.5 - 5.2 mmol/L | — | HD |
| CHLORIDE, SERUM | 99 | 97 - 108 mmol/L | — | HD |
| CARBON DIOXIDE, TOTAL | 24 | 18 - 29 mmol/L | — | HD |
| CALCIUM, SERUM | 9.7 | 8.7 - 10.2 mg/dL | — | HD |
| PROTEIN, TOTAL, SERUM | 6.8 | 6.0 - 8.5 g/dL | — | HD |
| ALBUMIN, SERUM | 4.9 | 3.5 - 5.5 g/dL | — | HD |
| GLOBULIN, TOTAL | 1.9 | 1.5 - 4.5 g/dL | — | HD |
| A/G RATIO | 2.6 | 1.1 - 2.5 | **High ^** | HD |
| BILIRUBIN, TOTAL | 0.7 | 0.0 - 1.2 mg/dL | — | HD |
| ALKALINE PHOSPHATASE, SERUM | 69 | 39 - 117 IU/L | — | HD |
| AST (SGOT) | 30 | 0 - 40 IU/L | — | HD |
| ALT (SGPT) | 50 | 0 - 44 IU/L | **High ^** | HD |

**Reviewed by**

Nuruddin, Zakia, MD on 01/02/15 0830
Nuruddin, Zakia, MD on 12/30/14 2024
Nuruddin, Zakia, MD on 12/30/14 2024
Nuruddin, Zakia, MD on 12/30/14 1322

Printed on 8/10/21 12:39 PM
Page 43



## 12/29/2014 - Office Visit in Spring Medical and Diagnostic Center Family Medicine (continued)

**Labs (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**COMP. METABOLIC PANEL (14)**

Resulted: 12/30/14 0007, Result status: Preliminary result

Order status: Completed
Collected by: FINLEY, TERRIE L 12/29/14 1054
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:SRC:Blood, venous*Venipunc ture

LCA Source of Specimen:Blood, venous*Venipunc

Filed on: 12/29/14 2309
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| GLUCOSE, SERUM | — | — | — | HD |
| BUN | — | — | — | HD |
| CREATININE, SERUM | — | — | — | HD |
| EGFR IF NONAFRICN AM | — | — | — | HD |
| EGFR IF AFRICN AM | — | — | — | HD |
| BUN/CREATININE RATIO | — | — | — | HD |
| SODIUM, SERUM | 140 | 134 - 144 mmol/L | — | HD |
| POTASSIUM, SERUM | 4.2 | 3.5 - 5.2 mmol/L | — | HD |
| CHLORIDE, SERUM | 99 | 97 - 108 mmol/L | — | HD |
| CARBON DIOXIDE, TOTAL | — | — | — | HD |
| CALCIUM, SERUM | — | — | — | HD |
| PROTEIN, TOTAL, SERUM | — | — | — | HD |
| ALBUMIN, SERUM | — | — | — | HD |
| GLOBULIN, TOTAL | — | — | — | HD |
| A/G RATIO | — | — | — | HD |
| BILIRUBIN, TOTAL | — | — | — | HD |
| ALKALINE PHOSPHATASE, SERUM | — | — | — | HD |
| AST (SGOT) | — | — | — | HD |
| ALT (SGPT) | — | — | — | HD |

**Reviewed by**

Nuruddin, Zakia, MD on 01/02/15 0830
Nuruddin, Zakia, MD on 12/30/14 2024
Nuruddin, Zakia, MD on 12/30/14 2024
Nuruddin, Zakia, MD on 12/30/14 1322

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**Indications**

Uncontrolled hypertension [401.9 (ICD-9-CM)]

**All Reviewers List**

Nuruddin, Zakia, MD on 1/2/2015 8:30 AM
Nuruddin, Zakia, MD on 12/30/2014 8:24 PM
Nuruddin, Zakia, MD on 12/30/2014 8:24 PM
Nuruddin, Zakia, MD on 12/30/2014 1:22 PM

 MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 12/29/2014

**12/29/2014 - Office Visit in Spring Medical and Diagnostic Center Family Medicine (continued)**

**Labs (continued)**

**URINALYSIS, COMPLETE (Final result)**

Electronically signed by: **Nuruddin, Zakia, MD on 12/29/14 1039**
Status: **Completed**
Ordering user: Nuruddin, Zakia, MD 12/29/14 1039
Authorized by: Nuruddin, Zakia, MD
Ordering mode: Standard
Frequency: Routine 12/29/14 -
Class: Normal
Quantity: 1
Lab status: Final result
Diagnoses
Uncontrolled hypertension [401.9 (ICD-9-CM)]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 201436343200530 | Urine | — | GONZALEZ, DAVID I 12/29/14 1127 |

**UA WITH MICRO - LAB COLLECT**
Resulted: 12/30/14 0618, Result status: Final result

Order status: Completed
Filed on: 12/30/14 0523
Collected by: GONZALEZ, DAVID I 12/29/14 1127
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:SRC:Urine
LCA Source of Specimen:Urine

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| SPECIFIC GRAVITY | 1.023 | 1.005 - 1.030 | — | HD |
| PH | 5.5 | 5.0 - 7.5 | — | HD |
| URINE-COLOR | Yellow | Yellow | — | HD |
| APPEARANCE | Clear | Clear | — | HD |
| WBC ESTERASE | Negative | Negative | — | HD |
| PROTEIN | Trace | Negative/Trace | — | HD |
| GLUCOSE | Negative | Negative | — | HD |
| GLUCOSE REFLEX | — | — | — | HD |
| KETONES | Negative | Negative | — | HD |
| OCCULT BLOOD | Negative | Negative | — | HD |
| BILIRUBIN | Negative | Negative | — | HD |
| UROBILINOGEN,SEMI-QN | 0.2 | 0.0 - 1.9 mg/dL | — | HD |
| NITRITE, URINE | Negative | Negative | — | HD |
| MICROSCOPIC EXAMINATION<br>Comment: Microscopic follows if indicated. | — | — | — | HD |
| MICROSCOPIC EXAMINATION<br>Comment: Microscopic was indicated and was performed. | See below: | — | — | HD |

**Reviewed by**

Nuruddin, Zakia, MD on 01/02/15 0830
Nuruddin, Zakia, MD on 12/30/14 2024
Nuruddin, Zakia, MD on 12/30/14 2024
Nuruddin, Zakia, MD on 12/30/14 1322

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**Indications**

Uncontrolled hypertension [401.9 (ICD-9-CM)]

Printed on 8/10/21 12:39 PM
Page 45



## 12/29/2014 - Office Visit in Spring Medical and Diagnostic Center Family Medicine (continued)

**Labs (continued)**

**All Reviewers List**

Nuruddin, Zakia, MD on 1/2/2015 8:30 AM
Nuruddin, Zakia, MD on 12/30/2014 8:24 PM
Nuruddin, Zakia, MD on 12/30/2014 8:24 PM
Nuruddin, Zakia, MD on 12/30/2014 1:22 PM

### MICROSCOPIC EXAMINATION (Final result)

Status: **Completed**

Order placed as a reflex to UA WITH MICRO - LAB COLLECT ordered on 12/29/14 at 1039
Ordering user: Interface, Lab-In 12/29/14 0000
Authorized by: Nuruddin, Zakia, MD
Ordering mode: Standard
Frequency: Routine 12/29/14 -
Class: Normal
Quantity: 1
Lab status: Final result
Diagnoses
Uncontrolled hypertension [401.9 (ICD-9-CM)]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 201436343200530 | — | — | 12/29/14 1127 |

**MICROSCOPIC EXAMINATION**

Resulted: 12/30/14 0618, Result status: Final result

Order status: Completed
Filed on: 12/30/14 0523
Collected by: 12/29/14 1127
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:SRC:Urine
LCA Source of Specimen:Urine

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 0-5 | 0 - 5 /hpf | — | HD |
| RBC | 0-2 | 0 - 2 /hpf | — | HD |
| EPITHELIAL CELLS (NON RENAL) | 0-10 | 0 - 10 /hpf | — | HD |
| EPITHELIAL CELLS (RENAL) | — | — | — | HD |
| CASTS | — | — | — | HD |
| CAST TYPE | — | — | — | HD |
| CRYSTALS | — | — | — | HD |
| CRYSTAL TYPE | — | — | — | HD |
| MUCUS THREADS | Present | Not Estab. | — | HD |
| BACTERIA | None seen | None seen/Few | — | HD |
| YEAST | — | — | — | HD |
| TRICHOMONAS | — | — | — | HD |
| COMMENT | — | — | — | HD |

**Reviewed by**

Nuruddin, Zakia, MD on 01/02/15 0830
Nuruddin, Zakia, MD on 12/30/14 2024
Nuruddin, Zakia, MD on 12/30/14 2024
Nuruddin, Zakia, MD on 12/30/14 1322

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |


## 12/29/2014 - Office Visit in Spring Medical and Diagnostic Center Family Medicine (continued)

**Labs (continued)**

**Indications**

Uncontrolled hypertension [401.9 (ICD-9-CM)]

**All Reviewers List**

Nuruddin, Zakia, MD on 1/2/2015 8:30 AM
Nuruddin, Zakia, MD on 12/30/2014 8:24 PM
Nuruddin, Zakia, MD on 12/30/2014 8:24 PM
Nuruddin, Zakia, MD on 12/30/2014 1:22 PM

**Immunizations Given**

Immunizations never marked as reviewed

**Influenza Virus Vaccine, age 6 months and up** *[last edited by Daniels, Kristi L]*

Administered by: Daniels, Kristi L, LVN
Administered on: 12/29/2014 1050
Dose: 0.5 ml
Site: Left deltoid
Route: Intramuscular
CVX code: 158
VIS date: 8/19/2014
Manufacturer: Sanofi Pasteur
Lot number: UI196AE
Expiration date: 6/30/2015
Comment: pt tolerated well

**Questionnaire**

| Question | Answer |
|---|---|
| Patient screened and no contraindications found? | Yes |
| VIS Given to: | PATIENT |

## 12/29/2014 - Office Visit in Spring Medical and Diagnostic Center Family Medicine Charges for This Encounter

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99213 | OFFICE/OUTPATIENT VISIT, EST | 12/29/2014 | Nuruddin, Zakia, MD | 25 | 1 |
| 90688 | INFLUENZA VIRUS VACCINE, QUADRIVALENT, 3 YRS OF AGE & OLDER | 12/29/2014 | Nuruddin, Zakia, MD | | 1 |
| 81001 | URINALYSIS, AUTO W/SCOPE | 12/29/2014 | Nuruddin, Zakia, MD | 90 | 1 |
| 80053 | COMPREHEN METABOLIC PANEL | 12/29/2014 | Nuruddin, Zakia, MD | 90 | 1 |
| 80061 | LIPID PANEL | 12/29/2014 | Nuruddin, Zakia, MD | 90 | 1 |
| 83036 | GLYCATED HEMOGLOBIN TEST | 12/29/2014 | Nuruddin, Zakia, MD | 90 | 1 |
| 90471 | IMMUNIZATION ADMIN | 12/29/2014 | Nuruddin, Zakia, MD | | 1 |
| 36415 | ROUTINE VENIPUNCTURE | 12/29/2014 | Nuruddin, Zakia, MD | 90 | 1 |



## 12/29/2014 - Office Visit in Spring Medical and Diagnostic Center Family Medicine (continued)

### Documents

#### Immunizations - Scan on 11/21/2016 10:10 AM

Clinical date/time: 11/21/2016 1010 User: Nuruddin, Zakia, MD
Description: —
Scan (below)

Kelsey-Seybold Clinic

| MRN #: | 91981217 |
|---|---|
| Pt. Name: | Sanchez, Adam |
| DOB: | 1/8/1975 |
| Encounter #: | 48462816 |
| Provider: | NURUDDIN, ZAKIA |
| Provider #: | 1976 |
| Staff Name: | Zakia Nuruddin |
| Date: | December 29, 2014 |

**VACCINE INFORMATION STATEMENT AND CONSENT**

Nurse Administering Immunization: [signature] DOS: December 29, 2014

I have been given a copy of the Vaccine Information Sheet (VIS) for each vaccine I or my child are to receive, issued by the Centers for Disease Control (CDC). I have read, or have had explained to me, information about the diseases and the vaccines listed below. I have had the opportunity to ask questions and receive answers about the vaccines listed below. I understand the risks and benefits of the vaccines cited and ask that the vaccine(s) listed below be given to the person named above for whom I am authorized to consent to this request.

Wt 196 AF 12/30/15

| | | | |
|---|---|---|---|
| ☐ | DT / DTaP | ☐ | HepA |
| ☐ | Pediarix(DTaP/IPV/HepB) | ☒ | Influenza inactivated (TIV) |
| ☐ | Td/Tdap | ☐ | Influenza Live Attentuated (LAIV or CAIV) |
| ☐ | IPV | ☐ | Meningococcal Polysaccharide (MPV4) |
| ☐ | Hep B | ☐ | Meningococcal Conjugate (MCV4) |
| ☐ | HIB | ☐ | Rotavirus |
| ☐ | Comvax (HepB/HIB) | ☐ | Zostavax |
| ☐ | HPV | ☐ | Synagis |
| ☐ | MMR/MMRV | ☐ | Typhim Vi Typhoid |
| ☐ | Varicella | ☐ | Oral Typhoid |
| ☐ | Pneumoccocal Conjugate (PCV13) | ☐ | Rabies |
| ☐ | Pneumoccocal Polysaccharide (PPV23) | ☐ | Yellow Fever |
| ☐ | Twinrix (HepB/HepA) | ☐ | Japanese Encephalitis |
| ☐ | Pentacel(DTap/IPV/Hib) | ☐ | Other |

Patient/Guardian Signature: [signature] Date: December 29, 2014

*VIS Revised: Jan 2013*



## 12/30/2014 - Sleep Assessment Tel Enc in SLMT Pulmonary
## Encounter Information

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 12/30/2014 10:44 AM | Patni, Puneet, MD | SL PULMONARY | 48575630 | SL |

## 12/30/2014 - Sleep Assessment Tel Enc in SLMT Pulmonary (continued)

### Medication List

#### Medication List

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

Medications last reviewed by Luu, Lilyann, CMA II on 12/29/2014 1006

**Testosterone Cypionate 100 MG/ML IM OIL** *[patient reported]*

Discontinued by: Medrano, Sara V, CMA II
Discontinued on: 4/25/2017
Reason for discontinuation: Therapy completed
Instructions: Inject 150 mg into the muscle once
Entered by: Heath, Joan M, CMA II
Entered on: 3/12/2013

**Amlodipine Besylate 2.5 MG oral Tab**

Discontinued by: Daniel, Suresh, MD
Discontinued on: 5/21/2015
Instructions: Take 1 tablet by mouth daily
Authorized by: Turner, Robert, DO
Ordered on: 12/23/2014
Start date: 12/23/2014
End date: 5/21/2015
Quantity: 30 tablet
Refill: 0

#### Stopped in Visit

None

### Clinical Notes

#### Telephone Encounter

**DeMoss, Kimberly at 1/30/2015 0912**

Author: DeMoss, Kimberly
Service: —
Author Type: —
Filed: 1/30/2015 9:12 AM
Encounter Date: 12/30/2014
Status: Signed
Editor: DeMoss, Kimberly

Dr. Nuruddin:
Patient has not responded in regards to sleep assessment referral. The sleep study referral has been closed at this time.

Electronically signed by DeMoss, Kimberly at 1/30/2015 9:12 AM

**Attribution Key**

Attribution information is not available for this note.



Kelsey-Seybold Clinic

MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 12/30/2014

**12/30/2014 - Sleep Assessment Tel Enc in SLMT Pulmonary (continued)**

Printed on 8/10/21 12:39 PM Page 50

 ## 01/09/2015 - Office Visit in Spring Medical and Diagnostic Center Orthopedics Encounter Information

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 1/9/2015 9:00 AM | Han, Myung Kyu, DPM | SMDC ORTHOPEDICS | 48511740 | SD |

## 01/09/2015 - Office Visit in Spring Medical and Diagnostic Center Orthopedics (continued)

### Reason for Visit

**Chief Complaint** *[last edited by Dean, Tanira M, LVN on 1/9/2015 0852]*

- Follow-up (wound on left foot 3rd digit)

**Visit Diagnosis** *[last edited by Han, Myung Kyu, DPM on 1/9/2015 0905]*

- **Cellulitis of foot (primary) [682.7]**

### Medication List

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

Medications last reviewed by Han, Myung Kyu, DPM on 1/9/2015 0902

**Testosterone Cypionate 100 MG/ML IM OIL** *[patient reported]*

Discontinued by: Medrano, Sara V, CMA II | Discontinued on: 4/25/2017
Reason for discontinuation: Therapy completed
Instructions: Inject 150 mg into the muscle once
Entered by: Heath, Joan M, CMA II | Entered on: 3/12/2013

**Amlodipine Besylate 2.5 MG oral Tab**

Discontinued by: Daniel, Suresh, MD | Discontinued on: 5/21/2015
Instructions: Take 1 tablet by mouth daily
Authorized by: Turner, Robert, DO | Ordered on: 12/23/2014
Start date: 12/23/2014 | End date: 5/21/2015
Quantity: 30 tablet | Refill: 0

**Stopped in Visit**

None

### Clinical Notes

**Nursing Note**

**at 1/9/2015 0900**

Author: — | Service: — | Author Type: —
Filed: | Encounter Date: 1/9/2015 | Status: Signed

```
>> TANIRA M DEAN, LVN     Fri Jan 9, 2015  8:53 AM
Patient presents with:
  Follow-up - wound on left foot 3rd digit

Tanira M Dean LVN
```

 MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 1/9/2015

**01/09/2015 - Office Visit in Spring Medical and Diagnostic Center Orthopedics (continued)**

**Clinical Notes (continued)**

**Attribution Key**

Attribution information is not available for this note.

**Progress Notes**

**Han, Myung Kyu, DPM at 1/9/2015 0906**

Author: Han, Myung Kyu, DPM
Service: —
Author Type: Physician
Filed: 1/9/2015 9:08 AM
Encounter Date: 1/9/2015
Status: Signed
Editor: Han, Myung Kyu, DPM (Physician)

Adam Sanchez, a 40 year old male presents to the clinic for a left #3 toe pain and cellulitis. He've finished his oral antibiotics. Currently he has no pain, no swelling, or redness. he denies of nausea, vomiting and/or fever.

**Physical Examination**

Vascular:
Pedal skin temperature: warm bilateral
Pedal pulses: DP palpable bilateral. PT palpable bilateral.
Edema: none bilateral
Neurological:
Light touch: intact
Protective Sensation per Semmes Weinstein 5.07 monofilament: intact
Dermatological:
Ulceration location: Under the left #3 toe shows a healed wound without erythema.
Orthopedic:
Bony Deformity: not present bilateral feet.
Muscle strength: 5/5

**IMPRESSION / ASSESSMENT**

1. Foot cellulitis - resolved.

**PLANS / RECOMMENDATIONS**

I have discussed all impression/assessment and treatment option with the patient. Questions were answered. Patient may returned to all activities as tolerated. Return to clinic as needed basis.

Electronically signed by Han, Myung Kyu, DPM at 1/9/2015 9:08 AM

**Attribution Key**

Attribution information is not available for this note.

**Flowsheets**

**Encounter Vitals**

| Row Name | 01/09/15 0851 |
|---|---|
| **Enc Vitals** | |
| Weight | **340 lb (154.2 kg)** ! -TD at 01/09/15 0851 |
| Height | 5' 10" (1.778 m) -TD at 01/09/15 0851 |
| Pain Score | No pain - 0/5 -NT (r) TD (t) at 10/23/19 1809 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

Printed on 8/10/21 12:39 PM Page 52



Kelsey-Seybold Clinic
MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096
Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 1/9/2015

## 01/09/2015 - Office Visit in Spring Medical and Diagnostic Center Orthopedics (continued)

**Flowsheets (continued)**

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| NT | Thaera, Nick A | — | — | — |
| TD | Dean, Tanira M, LVN | — | — | — |

## 01/09/2015 - Office Visit in Spring Medical and Diagnostic Center Orthopedics
## Charges for This Encounter

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99212 | OFFICE/OUTPATIENT VISIT, EST | 1/9/2015 | Han, Myung Kyu, DPM | | 1 |

Printed on 8/10/21 12:39 PM Page 53


## 03/11/2015 - Sleep Assessment Tel Enc in SLMT Pulmonary
## Encounter Information

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 3/11/2015 11:17 AM | Montalvo, Justo A, MD | SL PULMONARY | 50848801 | SL |

## 03/11/2015 - Sleep Assessment Tel Enc in SLMT Pulmonary (continued)

### Reason for Visit

**Visit Diagnosis** *[last edited by DeMoss, Kimberly on 3/16/2015 1038]*

- **Hypersomnia, unspecified (primary) [780.54]**

### Medication List

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

Medications last reviewed by Han, Myung Kyu, DPM on 1/9/2015 0902

**Testosterone Cypionate 100 MG/ML IM OIL** *[patient reported]*

Discontinued by: Medrano, Sara V, CMA II
Discontinued on: 4/25/2017
Reason for discontinuation: Therapy completed
Instructions: Inject 150 mg into the muscle once
Entered by: Heath, Joan M, CMA II
Entered on: 3/12/2013

**Amlodipine Besylate 2.5 MG oral Tab**

Discontinued by: Daniel, Suresh, MD
Discontinued on: 5/21/2015
Instructions: Take 1 tablet by mouth daily
Authorized by: Turner, Robert, DO
Ordered on: 12/23/2014
Start date: 12/23/2014
End date: 5/21/2015
Quantity: 30 tablet
Refill: 0

**Stopped in Visit**

None

### Clinical Notes

**Telephone Encounter**

**DeMoss, Kimberly at 3/11/2015 1121**

Author: DeMoss, Kimberly
Service: —
Author Type: —
Filed: 3/11/2015 11:21 AM
Encounter Date: 3/11/2015
Status: Signed
Editor: DeMoss, Kimberly

**STOP - BANG obstructive sleep apnea risks**

| Characteristic | Risks |
|---|---|
| **YES - -** | 1. **SNORE** loudly (louder than talking or loud enough to be heard through closed doors)? |
| **YES - -** | 2 Daytime Sleepiness (**TIRED**)? |
| **YES - -** | 3. Has anyone **OBSERVED** you stop breathing during your sleep? |

 ## 03/11/2015 - Sleep Assessment Tel Enc in SLMT Pulmonary (continued)

**Clinical Notes (continued)**

| | |
|---|---|
| **YES - -** | 4. History of hypertension (**PRESSURE**)? |
| **Body mass index is 48.78 kg/(m^2).** | 5. **BMI** more than 35? |
| **40 year old** | 6. **AGE** over 50 years old? |
| **23** | 7. **NECK** circumference > 15.75 inches? |
| **male** | 8. Male **GENDER** |

≥3 yes answers: High-risk for OSA
<3 yes answers: Low-risk for OSA

Electronically signed by DeMoss, Kimberly at 3/11/2015 11:21 AM

**Attribution Key**

Attribution information is not available for this note.

**Montalvo, Justo A, MD at 3/15/2015 2238**

Author: Montalvo, Justo A, MD
Filed: 3/15/2015 10:39 PM
Editor: Montalvo, Justo A, MD (Physician)
Service: —
Encounter Date: 3/11/2015
Author Type: Physician
Status: Signed

I reviewed the records (including the screening questionnaire) to validate a sleep study ordered by a non-sleep certified physician.
There is symptoms to suggest sleep related breathing disorder.
There is no reported history of chronic lung disease, heart disease/arrhythmias and neurologic diseases/stroke.
As part of the sleep evaluation. My recommendation as a first step is: approve ordering Home Sleep Testing followed by consultation in Pulmonary/Sleep clinic.
Diagnosis codes to be linked with the order are Hypersomnia: 780.54

STOP BANG MAX 8 !!!

Electronically signed by Montalvo, Justo A, MD at 3/15/2015 10:39 PM

**Attribution Key**

Attribution information is not available for this note.

**Williams, Aukirua at 3/30/2015 1650**

Author: Williams, Aukirua
Filed: 3/30/2015 4:50 PM
Editor: Williams, Aukirua
Service: —
Encounter Date: 3/11/2015
Author Type: —
Status: Signed

..Patient scheduled SS on 3.31.15 @ 10.
Comments by:"Aukirua Williams on 3/30/2015"
--------------------------------------------------------------------------------

Electronically signed by Williams, Aukirua at 3/30/2015 4:50 PM

**Attribution Key**

Attribution information is not available for this note.



Kelsey-Seybold Clinic

MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 3/11/2015

## 03/11/2015 - Sleep Assessment Tel Enc in SLMT Pulmonary (continued)

**Clinical Notes (continued)**

**Flowsheets**

**Encounter Vitals**

| Row Name | 03/11/15 1119 |
|---|---|
| Enc Vitals | |
| Weight | **340 lb (154.2 kg)** ! -KD at 03/11/15 1119 |
| Height | 5' 10" (1.778 m) -KD at 03/11/15 1119 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| KD | DeMoss, Kimberly | — | — | — |

Printed on 8/10/21 12:39 PM Page 56


## 03/11/2015 - Sleep Assessment Tel Enc in SLMT Pulmonary (continued)

### Documents

#### KS Internal Sleep Center Result - Scan on 4/13/2015 4:15 PM

Clinical date/time: 4/13/2015 1615 User: Montalvo, Justo A, MD
Description: KELSEY-SEYBOLD EMBLETTA REPORT ADAM A
Scan (below)

Kelsey-Seybold Clinic
Sleep Center

3900 Essex Lane
Suite 500
Houston, Texas 77027
Phone: 713-442-8700
Fax: 713-439-0128

## Home Sleep Study Report

**Analyzed Time: 8 hours 3 minutes ( 483.0 minutes )**
**Analysis Start Time: 4.2.2015 0:22**
**Analysis Stop Time: 4.2.2015 8:25**

### Patient Information

Name: ADAM A. SANCHEZ
ID: 91981217
Referring Physician: Zakia Nuruddin, MD
Approving Physician: Justo Montalvo, MD
Interpreting Physician: Walid Baaklini, MD

Date of Birth: 1.8.1975
Age: 40
Gender: Male
Height: 5' 10"
Weight: 330 lb
BMI: 47.4

### Sleep Summary

| | | | |
|---|---|---|---|
| **Apnea/Hypopnea** | | | |
| **Index Time:** | **437.4** | **minutes** | |
| **Apnea + Hypopnea (A+H):** | **573** | | **78.6 / h** |
| **Supine A+H:** | **62** | | **60.5 / h** |
| Non-Supine A+H: | 511 | | 81.6 / h |
| **Position** | | | |
| Supine Time: | 72.7 | minutes | 12.7 % |
| Non-Supine Time: | 375.9 | minutes | 77.8 % |
| Upright Time: | 34.4 | minutes | 0.0 % |
| **Oxygen Saturation** | | | |
| Average Oxygen Saturation: | 89.9 % | | |
| Oxygen Desaturation Events (OD): | 582 | | 79.8 /h |
| **Snoring** | | | |
| Snore Time: | 126.0 | minutes | 28.8 % |
| Number of Snoring Episodes: | 271 | | |

SANCHEZ, ADAM A.
Printed: 04/13/2015 16:11

Sleep Report
Page 1 / 5

Kelsey-Seybold Clinic
MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096
Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 3/11/2015

## 03/11/2015 - Sleep Assessment Tel Enc in SLMT Pulmonary (continued)

**Documents (continued)**

Summary Graph

01:00
03:00
05:00
07:00
Supine
Left
Prone
Right
Upright
high
Activity
low
Desat
100
SpO2 [%]
80
140
120
Heart Rate [bpm]
100
80
60
Snore
high
Snore
low
135
90
RMI
45
round
Flattening
flat
Central
Mixed
Obstructive
90
Apnea [seconds]
60
30
90
Hypopnea [seconds]
60
30
90
Autonomic [seconds]
60
30

SANCHEZ, ADAM A.
Printed: 04/13/2015 16:11

Sleep Report
Page 2 / 5

Printed on 8/10/21 12:39 PM
Page 58



Kelsey-Seybold Clinic
MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 3/11/2015

**03/11/2015 - Sleep Assessment Tel Enc in SLMT Pulmonary (continued)**

**Documents (continued)**

Apnea/Hypopnea Statistics

| Respiration | Number | % | A or H/h | Supine | Non-Supine | Mean [seconds] | Longest [seconds] |
|---|---|---|---|---|---|---|---|
| Apnea | 311 | 54.3 | 42.7 | 32 | 279 | 19.2 | 64.9 |
| Obstructive | 307 | 53.6 | **42.1** | 32 | 275 | 19.2 | 64.9 |
| Central | 3 | 0.5 | **0.4** | 0 | 3 | 17.1 | 20.0 |
| Mixed | 1 | 0.2 | 0.1 | 0 | 1 | 23.7 | 23.7 |
| Hypopnea | 262 | 45.7 | 35.9 | 30 | 232 | 16.7 | 57.2 |
| Total | 573 | | 78.6 | 62 | 511 | 18.0 | 64.9 |

Apnea-Desaturation Relation

| Desaturation | Apnea | Obstructive | Central | Mixed | Hypopnea | Total |
|---|---|---|---|---|---|---|
| >90% | 19 | 19 | 0 | 0 | 39 | 58 |
| 81-90% | 177 | 174 | 2 | 1 | 192 | 369 |
| 71-80% | 80 | 79 | 1 | 0 | 29 | 109 |
| 61-70% | 30 | 30 | 0 | 0 | 0 | 30 |
| 51-60% | 2 | 2 | 0 | 0 | 0 | 2 |
| <=50% | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 308 | 304 | 3 | 1 | 260 | 568 |

%

Position Statistics

| Position | Index time [minutes] | Relative [%] | Transitions | A+H/h |
|---|---|---|---|---|
| Supine | 72.7 | 15.0 | | 60.5 |
| Left | 41.8 | 8.6 | | 110.6 |
| Prone | 154.3 | 32.0 | | 59.1 |
| Right | 179.8 | 37.2 | | 94.1 |
| Upright | 34.4 | 7.1 | | - |
| Unknown | 0.0 | 0.0 | | - |
| Total | 483.0 | 100.0 | 161 ( 20 /h) | |

SANCHEZ, ADAM A.
Printed: 04/13/2015 16:11

Sleep Report
Page 3 / 5

Printed on 8/10/21 12:39 PM

Page 59



Kelsey-Seybold Clinic
MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 3/11/2015

03/11/2015 - Sleep Assessment Tel Enc in SLMT Pulmonary (continued)

**Documents (continued)**

SpO2 Statistics

| | | | | | | |
|---|---|---|---|---|---|---|
| **Average Oxygen Saturation:** | **89.9** | **%** | **Saturation < 89%:** | **135.2 minutes** | **31.1** | **%** |
| **Lowest Oxygen Saturation:** | **58.0** | **%** | **Saturation < 80%:** | **33.5 minutes** | **7.7** | **%** |
| **Average Desaturation:** | **9.4** | **%** | **Saturation < 70%:** | **10.0 minutes** | **2.3** | **%** |

| Range\Position | Supine [minutes] | Cumul. Supine [minutes] | Non-Supine [minutes] | Cumul. Non-Supine [minutes] | Upright [minutes] | Cumul. Upright [minutes] |
|---|---|---|---|---|---|---|
| 98-100 % | 2.9 | 60.7 | 2.0 | 373.9 | 0.0 | 0.0 |
| 95-97 % | 19.2 | 57.9 | 98.5 | 371.9 | 0.0 | 0.0 |
| 90-94 % | 16.5 | 38.7 | 139.6 | 273.4 | 0.0 | 0.0 |
| 80-89 % | 20.7 | 22.2 | 101.8 | 133.8 | 0.0 | 0.0 |
| 70-79 % | 1.5 | 1.5 | 22.0 | 32.0 | 0.0 | 0.0 |
| 60-69 % | 0.0 | 0.0 | 9.8 | 10.0 | 0.0 | 0.0 |
| 50-59 % | 0.0 | 0.0 | 0.1 | 0.1 | 0.0 | 0.0 |
| < 50 % | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

Desaturation Statistics

| Desaturation Fall | Number | Cumulative Number | OD/h | Cumulative OD/h |
|---|---|---|---|---|
| Total | 582 | 582 | 79.8 | 79.8 |
| <5% | 76 | 582 | 10.4 | 79.8 |
| 5%-9% | 284 | 506 | 39.0 | 69.4 |
| 10%-20% | 197 | 222 | 27.0 | 30.5 |
| >20% | 25 | 25 | 3.4 | 3.4 |

| Desaturation Low Point | <89% | <85% | <80% | <70% | <60% |
|---|---|---|---|---|---|
| Number | 444 | 275 | 119 | 32 | 1 |
| OD/h | 60.9 | 37.7 | 16.3 | 4.4 | 0.1 |

Pulse Statistics

| | Mean [bpm] | (±STD) [bpm] | Min [bpm] | Max [bpm] |
|---|---|---|---|---|
| Total | 83.7 | 10.3 | 51.0 | 114.0 |
| Supine | 86.2 | 9.6 | 66.0 | 114.0 |
| Non-Supine | 83.3 | 10.4 | 51.0 | 113.0 |

**This is a type III unattended sleep study (CPT 95806). The study was performed using a nasal air pressure transducer recording airflow, chest and abdomen belts-RIP measuring respiratory effort and pulse oximeter on finger or ear lobe recording blood oxygen saturation and pulse rate.**

**A Registered Polysomnography Technologist (RPSGT) conducted a face to face education of the home sleep study with the patient.**

SANCHEZ, ADAM A.
Printed: 04/13/2015 16:11

Sleep Report
Page 4 / 5

Printed on 8/10/21 12:39 PM

Page 60



Kelsey-Seybold Clinic
MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 3/11/2015

03/11/2015 - Sleep Assessment Tel Enc in SLMT Pulmonary (continued)

**Documents (continued)**

## Comments:

ADAM A. SANCHEZ is a 40 year old Male who was considered appropriate for an unattended portable home sleep study and was referred by Zakia Nuruddin, MD for evaluation of sleep-related breathing disorders. The sleep evaluation was performed using an Embletta Gold(EG 1S) home monitoring device with the serial number of EBG-C1003059-0313.

**Data of the monitoring is summarized in the table below.**

| PARAMETER | VALUE |
|---|---|
| Recording Time | 483.0 minutes |
| # Obstructive Apnea | 307 |
| # Central Apnea | 3 |
| # Mixed Apnea | 1 |
| # Hypopnea | 262 |
| Apnea and Hypopnea Index (AHI) | 78.6/ hour of recording time |
| Minutes SaO2 ≤88% | 135.2 minutes |
| SaO2 Nadir % | 58.0% |

The cumulative data collected from the Embletta Gold device including airflow, respiratory effort (thorax only), pulse oximetry, pulse rate, and the length of the study were adequate for study interpretation. However, the abdomen belt signal was unreliable the entire study.

## Diagnostic impression:

The home sleep study meets the diagnostic threshold for 327.23 severe obstructive sleep apnea.

## Recommendation:

We recommend that the patient follows up with the sleep specialist within 12 weeks of this study to discuss the study results and options of therapy.

*ELECTRONICALY SIGNED BY 4/13/15
Walid Baaklini, MD, ABSM Date

*The board certified sleep specialist has conducted an epoch-by-epoch review of the entire raw data recording.*

Report Created: 4/3/2015 Franklin Hu, RPSGT

SANCHEZ, ADAM A. Sleep Report
Printed: 04/13/2015 16:11 Page 5 / 5

Printed on 8/10/21 12:39 PM Page 61



## 03/11/2015 - Sleep Assessment Tel Enc in SLMT Pulmonary (continued)

### Documents (continued)

#### KS Internal Sleep Center Result - Scan on 4/13/2015 4:15 PM

Clinical date/time: 4/13/2015 1615 User: Montalvo, Justo A, MD
Description: HOME STUDY QUESTIONAIRE
Scan (below)

Kelsey-Seybold Sleep Center
3900 Essex Lane, Suite 500
Houston, Texas 77027
phone: 713-442-8700
fax: 713-439-0128

**SLEEP MEDICINE – HOME SLEEP STUDY QUESTIONNAIRE**

| Name: Adam Sanchez | bed time: from 12 pm to 8 am | Date: 4/1/15 |
|---|---|---|
| Sex: ☒ M ☐ F Age40 | Height:70 Weight:335 | Date of Birth: 1/8/1975 |

**Bedtime Questionnaire**

| Question | Answer |
|---|---|
| 1. Has today been an unusual day in any respect? | Typical bedtime:10-2 sm<br>Typical time to get up from sleep:8-12<br>Average time to fall asleep: min<br>Average total sleep/night:10hrs |
| 2. How much sleep did you get last night? | hours |
| 3. Did you nap today? | ☐ No<br>☒ Yes, how long? 1 hour (s) , at what time? fell asleep at PC before bed |
| 4. Did you drink any alcoholic beverages today? | ☒ No<br>☐ Yes, how many? At what time? |
| 5. Did you drink any caffeine today? | ☒ No<br>☐ Yes, how many? At what time? |
| 6. Do you have any dental devices (dentures, bridges, teeth guard)? | ☒ No<br>☐ Yes, explain: |
| 7. Do you feel ready for bed now? | ☐ Yes ☐ No |

**Morning Questionnaire**

| Question | Answer |
|---|---|
| 1. How was your night sleep quality compared to normal? | Same ☐ better ☐ worse ☒ |
| 2. Did the monitoring equipment bother/affect your sleep quality? | ☒ Yes ☐ No<br>If yes, how much: ☐mild ☒ moderate ☒severe |
| 3. What time did you turn out the lights and try to fall asleep? | The lights off time 12am |
| 4. How many minutes did it take you to fall asleep? | minutes |
| 5. How many times did you wake up last night? | 3-4 time (s) |
| 6. Did you have trouble falling back to sleep last night? | ☒ No<br>☐ Yes |
| 7. How many hours of sleep do you think you got last night? | 8 hour (s) |
| 8. How do you feel this morning? | ☐ refreshed ☒ not refreshed |
| 9. Do you have any suggestions to improve home sleep study? | Suggestion if any: |



## 04/01/2015 - Education in Spring Medical and Diagnostic Center Pulmonary Encounter Information

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 4/1/2015 10:30 AM | Sp, Hst | SMDC PULMONARY | 51485889 | SD |

## 04/01/2015 - Education in Spring Medical and Diagnostic Center Pulmonary (continued)

### Reason for Visit

**Chief Complaint** *[last edited by Jokerst, Patricia on 4/1/2015 1001]*

- HST Pick-up/Drop Off

### Medication List

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

Medications last reviewed by Han, Myung Kyu, DPM on 1/9/2015 0902

**Testosterone Cypionate 100 MG/ML IM OIL** *[patient reported]*

Discontinued by: Medrano, Sara V, CMA II — Discontinued on: 4/25/2017
Reason for discontinuation: Therapy completed
Instructions: Inject 150 mg into the muscle once
Entered by: Heath, Joan M, CMA II — Entered on: 3/12/2013

**Amlodipine Besylate 2.5 MG oral Tab**

Discontinued by: Daniel, Suresh, MD — Discontinued on: 5/21/2015
Instructions: Take 1 tablet by mouth daily
Authorized by: Turner, Robert, DO — Ordered on: 12/23/2014
Start date: 12/23/2014 — End date: 5/21/2015
Quantity: 30 tablet — Refill: 0

**Stopped in Visit**

None

### Clinical Notes

**Progress Notes**

**Jokerst, Patricia at 4/1/2015 1001**

Author: Jokerst, Patricia — Service: — — Author Type: —
Filed: 4/3/2015 9:23 AM — Encounter Date: 4/1/2015 — Status: Signed
Editor: Jokerst, Patricia

Adam A Sanchez came to Kelsey-Seybold Sleep Center at Spring on the date of 4/3/2015 to return the home sleep study equipment.

All equipment including carry case, home study device Embletta Gold device # 1 S, Oxygen sensor, Xpod, chest and abdominal belts, and pictured instruction has been returned without missing items.

No flowsheet data found.

 ## 04/01/2015 - Education in Spring Medical and Diagnostic Center Pulmonary (continued)

**Clinical Notes (continued)**

The patient stated that he slept fair and reported that all equipment was in place all night.

Patricia Jokerst, RPSGT

Electronically signed by Jokerst, Patricia at 4/3/2015 9:23 AM

**Attribution Key**

Attribution information is not available for this note.

**Flowsheets**

**HST Equipment Drop-Off**

| Row Name | 04/03/15 0922 |
|---|---|
| HST Equipment Drop-Off | |
| Drop-Off Date: | 04/03/15 -PJ at 04/03/15 0923 |
| Tech Name | Patricia Jokerst, RPSGT -PJ at 04/03/15 0923 |
| Equipment is in working order? | Yes -PJ at 04/03/15 0923 |

**HST Equipment Pick-up**

| Row Name | 04/01/15 1002 |
|---|---|
| HST Equipment Pick-Up | |
| Pick-Up Date | 04/01/15 -PJ at 04/01/15 1002 |
| Device | EG 1S -PJ at 04/01/15 1002 |
| Pick-Up Location | Spring Medical Diagnostic Center - PJ at 04/01/15 1002 |
| Ordering Physician | Justo A. Montalvo, MD -PJ at 04/01/15 1002 |
| BMI | 48.78 -PJ at 04/01/15 1003 |
| Tech Name | Patricia Jokerst, RPSGT -PJ at 04/01/15 1003 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| PJ | Jokerst, Patricia | — | — | — |

## 04/01/2015 - Education in Spring Medical and Diagnostic Center Pulmonary Charges for This Encounter



MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 4/1/2015

## 04/01/2015 - Education in Spring Medical and Diagnostic Center Pulmonary
## Charges for This Encounter (continued)

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 95806 | SLEEP STUDY, UNATTENDED | 4/1/2015 | Baaklini, Walid, MD | | 1 |

Printed on 8/10/21 12:39 PM Page 65

 ## 05/21/2015 - Office Visit in Main Campus Pulmonary
## Encounter Information

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 5/21/2015 3:30 PM | Daniel, Suresh, MD | MC PULMONARY | 51929878 | MC |

## 05/21/2015 - Office Visit in Main Campus Pulmonary (continued)

### Reason for Visit

**Chief Complaint** *[last edited by Quintero, Nayelli A, BSN, RN on 5/21/2015 1508]*

- Follow-up (sleep study results)

**Visit Diagnoses** *[last edited by Daniel, Suresh, MD on 5/21/2015 1530]*

- **OSA (obstructive sleep apnea) (primary) [327.23]**
- Morbid obesity (HCC) [278.01]
- Hypothalamic hypogonadism (HCC) [253.4]

### Medication List

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

Medications last reviewed by Han, Myung Kyu, DPM on 1/9/2015 0902

**Testosterone Cypionate 100 MG/ML IM OIL** *[patient reported]*

Discontinued by: Medrano, Sara V, CMA II — Discontinued on: 4/25/2017
Reason for discontinuation: Therapy completed
Instructions: Inject 150 mg into the muscle once
Entered by: Heath, Joan M, CMA II — Entered on: 3/12/2013

**Stopped in Visit**

Medications last reviewed by Han, Myung Kyu, DPM on 1/9/2015 0902

**Amlodipine Besylate 2.5 MG oral Tab**

Discontinued by: Daniel, Suresh, MD — Discontinued on: 5/21/2015

### Clinical Notes

**Nursing Note**

**at 5/21/2015 1530**

Author: — Service: — Author Type: —
Filed: Encounter Date: 5/21/2015 Status: Signed

```
>> NAYELLI A QUINTERO, RN     Thu May 21, 2015  3:09 PM
Patient presents with:
  Follow-up - sleep study results

Nayelli A Quintero
```

**Attribution Key**


MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 5/21/2015

**05/21/2015 - Office Visit in Main Campus Pulmonary (continued)**

**Clinical Notes (continued)**

Attribution information is not available for this note.

**Progress Notes**

**Daniel, Suresh, MD at 5/21/2015 1714**

Author: Daniel, Suresh, MD
Filed: 5/21/2015 5:22 PM
Editor: Daniel, Suresh, MD (Physician)

Service: —
Encounter Date: 5/21/2015

Author Type: Physician
Status: Signed

**HPI**

**CONSULTATION PROGRESS NOTE**

**Allergies:** No Known Allergies

**DOB**: 1/8/1975 **KSC #** 91981217 **Date**: 5/21/2015

Pulmonary consultation requested by Dr. Nuruddin for problems sleeping. The patient is a 40-year-old Hispanic gentleman, ex-smoker, metal worker who has suffered from loud snoring for many years. He was also diagnosed with low testosterone levels. He had been doing well on testosterone replacement therapy. He reports that a few months ago an error by the pharmacist resulted in a doubling of his testosterone dose. This in turn resulted in dark urine and investigation revealed a high hemoglobin level. He was advised to get a sleep study to exclude nocturnal hypoxia as a complicating factor for polycythemia. Many of these tests have been done outside the Kelsey Seybold system, and I do not have access to the results.
The patient admits to feeling unrefreshed upon awakening and suffering significant daytime sleepiness. He frequently naps during the day. His weight has fluctuated over time. The lowest weight in the recent past was 270 pounds. He has gained weight subsequently.
Based on these symptoms, the patient had a pre-consultation sleep study performed on 2 April which revealed severe sleep apnea with an HIV 78.6 and O2 nadir of 58%. Oxygen saturation remained below 89% for 2 hours and 15 minutes [31.1% of recording time].
Patient reports good exercise tolerance and denies any respiratory complaints.

ROS

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Hypothalamic hypogonadism<br>*MRI done* | 2008 |
| • Fracture lumbar vertebra-closed<br>*L4- in high school* | Age 14 |
| • Fracture of thumb<br>*right* | Early 30s |
| • Morbid obesity | |
| • Pericarditis<br>*150 ml - responded to naprosyn* | age 30-33 |
| • Essential hypertension, benign<br>*lisinopril 20 mg* | 2011 |
| • High triglycerides<br>*low HDL* | 12/30/14 |
| • Prediabetes | 12/30/14 |
| • Low testosterone | 2008 |
| • OSA (obstructive sleep apnea)<br>*KSC Wt. 330 lbs. AHI 78.6 O2 58%.* | 4/2/15 |

Past Surgical History

Printed on 8/10/21 12:39 PM Page 67



## 05/21/2015 - Office Visit in Main Campus Pulmonary (continued)

**Clinical Notes (continued)**

| Procedure | Laterality | Date |
|---|---|---|
| • Thumb surgery | | Age 33 |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension<br>*off med w gastric bypass* | Mother | |
| • Diabetes<br>*off med* | Mother | |
| • Hypertension | Father | |
| • Hypertension<br>*alive at 87* | Maternal Grandmother | |
| • Stroke | Paternal Grandfather | |
| • Other<br>*osa* | Sister | |
| • Other<br>*osa* | Brother | |

No family status information on file.

**History**

| Social History | |
|---|---|
| • Marital Status: | Single |
| Spouse Name: | N/A |
| Number of Children: | 0 |
| • Years of Education: | N/A |

Occupational History

- 18-19 years Heat treater- metals

| Social History Main Topics | |
|---|---|
| • Smoking status: | Former Smoker -- 0.20 packs/day for 14 years |
| Types: | E-cigarettes, Cigarettes |
| Quit date: | 03/12/2010 |
| • Smokeless tobacco: | Never Used |
| *Comment: 1 pack every 1-2 weeks* | |
| • Alcohol Use: | Yes |
| *Comment: Once a week. Beer.* | |
| • Drug Use: | No |
| • Sexual Activity: | Yes |
| Partners: | Female |

| Other Topics | Concern |
|---|---|
| • Occupational Exposure<br>*metal dust* | Yes |

Social History Narrative

*Has a dog.*

| | |
|---|---|
| • Testosterone Cypionate 100 MG/ML IM OIL | Inject 150 mg into the muscle once |

No current facility-administered medications for this visit.

The patient was asked about the following symptoms: fever, chills, night sweats, weight loss, short of breath, cough, spit up blood,

 ## 05/21/2015 - Office Visit in Main Campus Pulmonary (continued)

**Clinical Notes (continued)**

wheezing, waking up with shortness of breath, chest pain, heartburn, nausea / vomiting, nose congestion / drainage, leg swelling, joint pain, headache, depression, anxiety, memory problems, weakness, frequent urination, excessive thirst, abnormal bleeding, enlarged lymph nodes, rash, daytime sleepiness, and snoring.

Of those, the following were present: Waking up short of breath, snoring, daytime sleepiness and headache

Physical Exam

The physical examination included an evaluation of the following: Nutritional status, assessment for distress, nasal mucosa, septal deformity, orophaynx, Mallampatti Class, conjunctiva; Assessment of neck for JVD, enlargement of thyroid, lymph node enlargement, tracheal deviation; Assessment of chest for deformities, chest wall tenderness, abnormalities of percussion note, abnormal breath sounds or additional sounds; Assessment of cardiovascular system for heart rate, irregularities of rhythm, peripheral pulses, presence of thrills or heaves, quality of first and second heart sounds, presence of murmurs or additional heart sounds; Assessment of abdomen for deformities, tenderness, palpable liver, palpable spleen; Assessment of uncovered skin for rash; Assessment of nervous system for sensorium, cognition, cranial nerve deficits, muscle strength, presence of tremors, gait; Assessment of extremities for clubbing, cyanosis, edema; Assessment of mood and affect.

Pertinent positives: Morbidly obese. Mallampati class 4+ with low set soft palate and side-to-side narrowing of oropharynx. Neck: Markedly increased neck circumference. Chest: Increased soft tissue over chest wall. Intensity of breath sounds mild to moderately reduced bilaterally without wheezes or rales. Heart: Regular rhythm without murmur. Abdomen: Nontender. Extremities: Trace pedal edema bilaterally.

**VITALS**

| MULTIPLE VITALS | 12/26/2014 | 12/29/2014 | 1/9/2015 | 3/11/2015 | 5/21/2015 |
|---|---|---|---|---|---|
| **BP** | - | 152/106 | - | - | 142/89 |
| **Pulse** | - | 80 | - | - | 88 |
| **Resp** | - | 16 | - | - | 20 |
| **SpO2** | - | - | - | - | 97 |
| **Temp** | - | 98.2 | - | - | 98.6 |
| **Temp src** | - | Oral | - | - | Oral |
| **Height** | 71 in | 71 in | 70 in | 70 in | 70 in |
| **Weight** | 336 lbs | 324 lbs | 340 lbs | 340 lbs | 331 lbs 2 oz |
| **BMI (kg/m2)** | 46.86 kg/m2 | 45.19 kg/m2 | 48.78 kg/m2 | 48.78 kg/m2 | 47.51 kg/m2 |
| **BSA (m2)** | 2.76 m2 | 2.71 m2 | 2.76 m2 | 2.76 m2 | 2.72 m2 |

**PFT**
No flowsheet data found.

**SIX MINUTE WALK**
No flowsheet data found.

**SLEEP STUDY**
No flowsheet data found.

**NPAP FOLLOW-UP**
No flowsheet data found.

**LABS**

| LABS | Latest Ref Rng | 12/29/2014 | 4/2/2013 |
|---|---|---|---|
| **BUN** | 6 - 20 mg/dL | 12 | 16 |
| **Cr** | 0.76 - 1.27 mg/dL | 0.97 | 0.94 |
| **HCO3** | 18 - 29 mmol/L | 24 | 22 |
| **T. Bili** | 0.0 - 1.2 mg/dL | 0.7 | 0.7 |
| **AST (SGOT)** | 0 - 40 IU/L | 30 | 26 |
| **ALT (SGPT)** | 0 - 44 IU/L | **50(High)** | 39 |

 **05/21/2015 - Office Visit in Main Campus Pulmonary (continued)**

**Clinical Notes (continued)**

| | | | |
|---|---|---|---|
| **Alk PO4** | 39 - 117 IU/L | 69 | 55 |
| **Ca** | 8.7 - 10.2 mg/dL | 9.7 | 9.6 |
| **HbA1C** | 4.8 - 5.6 % | **5.7(High)** | - |
| **TSH** | 0.450 - 4.500 uIU/mL | - | 2.410 |
| **Tot. Chol.** | 100 - 199 mg/dL | 167 | 169 |
| **LDL** | 0 - 99 mg/dL | **104(High)** | **105(High)** |
| **TG** | 0 - 149 mg/dL | **190(High)** | **175(High)** |

Electronically signed by Daniel, Suresh, MD at 5/21/2015 5:22 PM

**Attribution Key**

Attribution information is not available for this note.

**Murray Ma, Michelle L at 5/28/2015 1118**

Author: Murray Ma, Michelle L
Filed: 5/28/2015 11:18 AM
Editor: Murray Ma, Michelle L
Service: —
Encounter Date: 5/21/2015
Author Type: —
Status: Signed

DME REQUEST FAXED TO ALTUS MEDICAL.

866.658.4267

Electronically signed by Murray Ma, Michelle L at 5/28/2015 11:18 AM

**Attribution Key**

Attribution information is not available for this note.

**Murray Ma, Michelle L at 6/9/2015 0854**

Author: Murray Ma, Michelle L
Filed: 6/9/2015 8:54 AM
Editor: Murray Ma, Michelle L
Service: —
Encounter Date: 5/21/2015
Author Type: —
Status: Signed

DME REQUEST COMPLETED BY ALTUS MEDICAL ON 06.03.15.

ALTUS MEDICAL.

866.658.4267

Electronically signed by Murray Ma, Michelle L at 6/9/2015 8:54 AM


## 05/21/2015 - Office Visit in Main Campus Pulmonary (continued)

### Clinical Notes (continued)

#### Attribution Key

Attribution information is not available for this note.

### Flowsheets

#### Encounter Vitals

| Row Name | 05/21/15 1508 |
|---|---|
| **Enc Vitals** | |
| BP | 142/89 -NQ at 05/21/15 1508 |
| Pulse | 88 -NQ at 05/21/15 1508 |
| Resp | 20 -NQ at 05/21/15 1508 |
| Temp | 98.6 °F (37 °C) -NQ at 05/21/15 1508 |
| Temp src | Oral -NQ at 05/21/15 1508 |
| SpO2 | 97 % -NQ at 05/21/15 1508 |
| Weight | **331 lb 1.6 oz (150.2 kg)** ! -NQ at 05/21/15 1508 |
| Height | 5' 10" (1.778 m) -NQ at 05/21/15 1508 |
| Pain Score | No pain - 0/5 -NT (r) NQ (t) at 10/23/19 1809 |

#### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| NQ | Quintero, Nayelli A, BSN, RN | — | — | — |
| NT | Thaera, Nick A | — | — | — |

## 05/21/2015 - Office Visit in Main Campus Pulmonary
## Charges for This Encounter

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99243 | OFFICE CONSULTATION | 5/21/2015 | Daniel, Suresh, MD | | 1 |

 ## 10/26/2016 - Office Visit in The Woodlands Endocrinology
## Encounter Information

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 10/26/2016 3:15 PM | Ferrer, Dennis Roy M, MD | WL ENDOCRINOLOGY | 65442483 | WL |

## 10/26/2016 - Office Visit in The Woodlands Endocrinology (continued)

### Reason for Visit

**Chief Complaint** *[last edited by Durant, Leonard D, LVN on 10/26/2016 1519]*

- Consultation (pitutary gland disorder)

**Visit Diagnoses** *[last edited by Ferrer, Dennis Roy M, MD on 10/26/2016 1543]*

- **Hypogonadotropic hypogonadism in male (HCC) (primary) [E29.1]**
- Prostate cancer screening [Z12.5]

### Medication List

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

Medications last reviewed by Durant, Leonard D, LVN on 10/26/2016 1520

**Testosterone Cypionate 100 MG/ML IM OIL** *[patient reported]*

Discontinued by: Medrano, Sara V, CMA II — Discontinued on: 4/25/2017
Reason for discontinuation: Therapy completed
Instructions: Inject 150 mg into the muscle once
Entered by: Heath, Joan M, CMA II — Entered on: 3/12/2013

**Aspirin 81 MG oral Tab** *[patient reported]*

Instructions: Take 81 mg by mouth daily
Entered by: Durant, Leonard D, LVN — Entered on: 10/26/2016

**Testosterone Cypionate 200 MG/ML intramuscular Solution**

Discontinued by: Ferrer, Dennis Roy M, MD — Discontinued on: 4/25/2017
Reason for discontinuation: Reorder
Instructions: Inject 140 mg into the muscle once a week (0.7 ml every week)
Authorized by: Ferrer, Dennis Roy M, MD — Ordered on: 10/26/2016
Start date: 10/26/2016 — Quantity: 4 mL
Refill: 6 refills by 4/24/2017

**Stopped in Visit**

None

### Clinical Notes

**Nursing Note**

**Durant, Leonard D, LVN at 10/26/2016 1520**

Author: Durant, Leonard D, LVN — Service: — — Author Type: LVN
Filed: 10/26/2016 3:33 PM — Encounter Date: 10/26/2016 — Status: Signed
Editor: Durant, Leonard D, LVN (LVN)



**10/26/2016 - Office Visit in The Woodlands Endocrinology (continued)**

**Clinical Notes (continued)**

### Chief Complaint

Patient presents with

- Consultation
  *pitutary gland disorder*

Leonard D Durant

Electronically signed by Durant, Leonard D, LVN at 10/26/2016 3:33 PM

**Attribution Key**

Attribution information is not available for this note.

**Progress Notes**

**Ferrer, Dennis Roy M, MD at 10/26/2016 1531**

Author: Ferrer, Dennis Roy M, MD | Service: — | Author Type: Physician
Filed: 10/26/2016 3:57 PM | Encounter Date: 10/26/2016 | Status: Signed
Editor: Ferrer, Dennis Roy M, MD (Physician)

HPI
Adam is a(n) 41 year old male who presents for his low testosterone. Diagnosed around 33 y/o. Had been managed but Dr Chhay Tay outside endocrinologist until he moved. Maintained on testosterone shots 0.7 ml every week (200 mg/ml). He takes dose on Thursdays. He reports fatigue. He also has OSA and on CPAP. There was a time he needed phlebotomy on regular basis. No CP nor SOB. Urine flow good. He is single. No kids. No plans to have kids.

### Current Outpatient Prescriptions

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Aspirin 81 MG oral Tab | Take 81 mg by mouth daily | | |
| • Testosterone Cypionate 100 MG/ML IM OIL | Inject 150 mg into the muscle once | | |

No current facility-administered medications for this visit.

### Past Medical History

| Diagnosis | Date |
|---|---|
| • Essential hypertension, benign<br>*lisinopril 20 mg* | 2011 |
| • Fracture lumbar vertebra-closed (HCC)<br>*L4- in high school* | Age 14 |
| • Fracture of thumb<br>*right* | Early 30s |
| • High triglycerides<br>*low HDL* | 12/30/14 |
| • Hypothalamic hypogonadism (HCC) | 2008 |

 MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 10/26/2016

**10/26/2016 - Office Visit in The Woodlands Endocrinology (continued)**

**Clinical Notes (continued)**

*MRI done*

- Low testosterone — 2008
- Morbid obesity (HCC)
- OSA (obstructive sleep apnea) — 4/2/15
  *KSC Wt. 330 lbs. AHI 78.6 O2 58%.*
- Pericarditis — age 30-33
  *150 ml - responded to naprosyn*
- Prediabetes — 12/30/14

### Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Thumb surgery | | Age 33 |

### Social History

Substance Use Topics

- Smoking status: Former Smoker
  - Packs/day: 0.20
  - Years: 14.00
  - Types: E-cigarettes, Cigarettes
  - Quit date: 3/12/2010
- Smokeless tobacco: Never Used
  *Comment: 1 pack every 1-2 weeks*
- Alcohol use: Yes
  *Comment: Once a week. Beer.*

### Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension<br>*off med w gastric bypass* | Mother | |
| • Diabetes<br>*off med* | Mother | |
| • Hypertension | Father | |
| • Hypertension<br>*alive at 87* | Maternal Grandmother | |
| • Stroke | Paternal Grandfather | |
| • Other<br>*osa* | Sister | |
| • Other<br>*osa* | Brother | |

Review of Systems
Constitutional: Negative for fever.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain.
Endocrine: Negative for polydipsia and polyuria.

Physical Exam

Printed on 8/10/21 12:39 PM Page 74



MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 10/26/2016

**10/26/2016 - Office Visit in The Woodlands Endocrinology (continued)**

**Clinical Notes (continued)**

Constitutional: He is oriented to person, place, and time.
**Morbidly obese.**
Neck: No thyromegaly present.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Neurological: He is alert and oriented to person, place, and time.
Psychiatric: He has a normal mood and affect.
Vitals reviewed.

| | | |
|---|---|---|
| **1.** | **Hypogonadotropic hypogonadism in male** | **TESTOSTERONE, SERUM**<br>**CBC WITH DIFFERENTIAL/PLATELET**<br>**Testosterone Cypionate 200 MG/ML intramuscular Solution** |
| 2. | Prostate cancer screening | PROSTATE-SPECIFIC AG, SERUM |

**Check labs. If no surprises can continue current testosterone dose.**

Electronically signed by Ferrer, Dennis Roy M, MD at 10/26/2016 3:57 PM

**Attribution Key**

Attribution information is not available for this note.

**Ferrer, Dennis Roy M, MD at 10/27/2016 0727**

Author: Ferrer, Dennis Roy M, MD | Service: — | Author Type: Physician
Filed: 10/27/2016 7:27 AM | Encounter Date: 10/26/2016 | Status: Signed
Editor: Ferrer, Dennis Roy M, MD (Physician)

Testosterone normal. Hematocrit normal. PSA normal. Can continue current Testosterone dose.

Electronically signed by Ferrer, Dennis Roy M, MD at 10/27/2016 7:27 AM

**Attribution Key**

Attribution information is not available for this note.

**Durant, Leonard D, LVN at 10/27/2016 0849**

Author: Durant, Leonard D, LVN | Service: — | Author Type: LVN
Filed: 10/27/2016 8:49 AM | Encounter Date: 10/26/2016 | Status: Signed
Editor: Durant, Leonard D, LVN (LVN)

Results and physician's instruction and recommendations released to MKO for pt's review.

Electronically signed by Durant, Leonard D, LVN at 10/27/2016 8:49 AM

**Attribution Key**

Attribution information is not available for this note.

Printed on 8/10/21 12:39 PM Page 75


MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 10/26/2016

**10/26/2016 - Office Visit in The Woodlands Endocrinology (continued)**

**Clinical Notes (continued)**

## Flowsheets

### Encounter Vitals

| Row Name | 10/26/16 1519 |
|---|---|
| Enc Vitals | |
| BP | **136/94** ! -LD at 10/26/16 1519 |
| Resp | 16 -LD at 10/26/16 1519 |
| Temp | 99 °F (37.2 °C) -LD at 10/26/16 1519 |
| Temp src | Oral -LD at 10/26/16 1519 |
| Weight | **329 lb (149.2 kg)** ! -LD at 10/26/16 1519 |
| Height | 5' 10" (1.778 m) -LD at 10/26/16 1519 |
| Pain Score | No pain - 0/5 -NT (r) LD (t) at 10/24/19 1158 |
| Pain Edu? | Yes -LD at 10/26/16 1519 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| LD | Durant, Leonard D, LVN | — | — | — |
| NT | Thaera, Nick A | — | — | — |

## Labs

### TESTOSTERONE, SERUM (Final result)

Electronically signed by: **Ferrer, Dennis Roy M, MD on 10/26/16 1546** Status: **Completed**
Ordering user: Ferrer, Dennis Roy M, MD 10/26/16 1546 Authorized by: Ferrer, Dennis Roy M, MD
Ordering mode: Standard
Frequency: Routine 10/26/16 - Class: Normal
Quantity: 1 Lab status: Final result
Diagnoses
Hypogonadotropic hypogonadism in male (HCC) [E29.1]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 20163004322391 0 | Blood, venous | Venipuncture | WALKER, SHONDRA M 10/26/16 1603 |

**TESTOSTERONE, SERUM** Resulted: 10/27/16 0714, Result status: Final result

Order status: Completed Filed by: Interface, Lab-In 10/27/16 0615
Collected by: WALKER, SHONDRA M 10/26/16 1603 Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by
Ferrer, Dennis Roy M, MD on 10/27/16 0726
Durant, Leonard D, LVN on 10/27/16 0846

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TESTOSTERONE, SERUM | 715 | 348 - 1,197 ng/dL | — | HD |
| COMMENT | — | — | — | HD |

Comment:

Printed on 8/10/21 12:39 PM Page 76



MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 10/26/2016

10/26/2016 - Office Visit in The Woodlands Endocrinology (continued)

**Labs (continued)**

Adult male reference interval is based on a population of lean males up to 40 years old.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

Resulted: 10/27/16 0513, Result status: Preliminary result

**TESTOSTERONE, SERUM**

Order status: Completed
Collected by: WALKER, SHONDRA M 10/26/16 1603
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

Filed by: Interface, Lab-In 10/27/16 0413
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TESTOSTERONE, SERUM | — | — | — | HD |
| COMMENT | — | — | — | HD |

**Reviewed by**

Durant, Leonard D, LVN on 10/27/16 0850
Ferrer, Dennis Roy M, MD on 10/27/16 0727

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

Resulted: 10/27/16 0409, Result status: Preliminary result

**TESTOSTERONE, SERUM**

Order status: Completed
Collected by: WALKER, SHONDRA M 10/26/16 1603
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

Filed by: Interface, Lab-In 10/27/16 0309
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TESTOSTERONE, SERUM | — | — | — | HD |
| COMMENT | — | — | — | HD |

**Reviewed by**

Durant, Leonard D, LVN on 10/27/16 0850
Ferrer, Dennis Roy M, MD on 10/27/16 0727

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|

Printed on 8/10/21 12:39 PM
Page 77

 MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 10/26/2016

10/26/2016 - Office Visit in The Woodlands Endocrinology (continued)

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**Indications**

Hypogonadotropic hypogonadism in male [E29.1 (ICD-10-CM)]

**All Reviewers List**

Durant, Leonard D, LVN on 10/27/2016 8:50 AM
Ferrer, Dennis Roy M, MD on 10/27/2016 7:27 AM

**CBC WITH DIFFERENTIAL/PLATELET (Edited Result - FINAL)**

Electronically signed by: **Ferrer, Dennis Roy M, MD on 10/26/16 1546** Status: **Completed**
Ordering user: Ferrer, Dennis Roy M, MD 10/26/16 1546 Authorized by: Ferrer, Dennis Roy M, MD
Ordering mode: Standard
Frequency: Routine 10/26/16 - Class: Normal
Quantity: 1 Lab status: Edited Result - FINAL
Diagnoses
Hypogonadotropic hypogonadism in male (HCC) [E29.1]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 201630043223910 | Blood, venous | Venipuncture | WALKER, SHONDRA M 10/26/16 1603 |

**CBC WITH DIFFERENTIAL/PLATELET (Abnormal)** Resulted: 10/27/16 0714, Result status: Edited Result - FINAL

Order status: Completed Filed by: Interface, Lab-In 10/27/16 0615
Collected by: WALKER, SHONDRA M 10/26/16 1603 Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:SRC:Blood, venous*Venipunc ture

LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by
Ferrer, Dennis Roy M, MD on 10/27/16 0726
Durant, Leonard D, LVN on 10/27/16 0846

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WHITE BLOOD CELL (WBC) COUNT | 6.3 | 3.4 - 10.8 x10E3/uL | — | HD |
| RED BLOOD CELL (RBC) COUNT | 6.39 | 4.14 - 5.80 x10E6/uL | **High** ^ | HD |
| HEMOGLOBIN | 16.4 | 12.6 - 17.7 g/dL | — | HD |
| HEMATOCRIT | 48.4 | 37.5 - 51.0 % | — | HD |
| MCV | 76 | 79 - 97 fL | **Low** ˅ | HD |
| MCH | 25.7 | 26.6 - 33.0 pg | **Low** ˅ | HD |
| MCHC | 33.9 | 31.5 - 35.7 g/dL | — | HD |
| RDW | 16.2 | 12.3 - 15.4 % | **High** ^ | HD |
| PLATELETS | 180 | 150 - 379 x10E3/uL | — | HD |
| NEUTROPHILS | 68 | % | — | HD |
| LYMPHS | 21 | % | — | HD |
| MONOCYTES | 8 | % | — | HD |
| EOS | 3 | % | — | HD |
| BASOS | 0 | % | — | HD |
| NEUTROPHILS (ABSOLUTE) | 4.3 | 1.4 - 7.0 x10E3/uL | — | HD |
| LYMPHS (ABSOLUTE) | 1.3 | 0.7 - 3.1 x10E3/uL | — | HD |

Printed on 8/10/21 12:39 PM Page 78



Kelsey-Seybold Clinic

MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 10/26/2016

10/26/2016 - Office Visit in The Woodlands Endocrinology (continued)

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| MONOCYTES(ABSOLUTE) | 0.5 | 0.1 - 0.9 x10E3/uL | — | HD |
| EOS (ABSOLUTE) | 0.2 | 0.0 - 0.4 x10E3/uL | — | HD |
| BASO (ABSOLUTE) | 0.0 | 0.0 - 0.2 x10E3/uL | — | HD |
| IMMATURE GRANULOCYTES | 0 | % | — | HD |
| IMMATURE GRANS (ABS) | 0.0 | 0.0 - 0.1 x10E3/uL | — | HD |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

Resulted: 10/27/16 0513, Result status: Edited Result - FINAL

**CBC WITH DIFFERENTIAL/PLATELET (Abnormal)**

Order status: Completed
Collected by: WALKER, SHONDRA M 10/26/16 1603
Filed by: Interface, Lab-In 10/27/16 0413
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:SRC:Blood, venous*Venipunc ture

LCA Source of Specimen:Blood, venous*Venipunc

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WHITE BLOOD CELL (WBC) COUNT | 6.3 | 3.4 - 10.8 x10E3/uL | — | HD |
| RED BLOOD CELL (RBC) COUNT | 6.39 | 4.14 - 5.80 x10E6/uL | **High** ^ | HD |
| HEMOGLOBIN | 16.4 | 12.6 - 17.7 g/dL | — | HD |
| HEMATOCRIT | 48.4 | 37.5 - 51.0 % | — | HD |
| MCV | 76 | 79 - 97 fL | **Low** ˅ | HD |
| MCH | 25.7 | 26.6 - 33.0 pg | **Low** ˅ | HD |
| MCHC | 33.9 | 31.5 - 35.7 g/dL | — | HD |
| RDW | 16.2 | 12.3 - 15.4 % | **High** ^ | HD |
| PLATELETS | 180 | 150 - 379 x10E3/uL | — | HD |
| NEUTROPHILS | 68 | % | — | HD |
| LYMPHS | 21 | % | — | HD |
| MONOCYTES | 8 | % | — | HD |
| EOS | 3 | % | — | HD |
| BASOS | 0 | % | — | HD |
| NEUTROPHILS (ABSOLUTE) | 4.3 | 1.4 - 7.0 x10E3/uL | — | HD |
| LYMPHS (ABSOLUTE) | 1.3 | 0.7 - 3.1 x10E3/uL | — | HD |
| MONOCYTES(ABSOLUTE) | 0.5 | 0.1 - 0.9 x10E3/uL | — | HD |
| EOS (ABSOLUTE) | 0.2 | 0.0 - 0.4 x10E3/uL | — | HD |
| BASO (ABSOLUTE) | 0.0 | 0.0 - 0.2 x10E3/uL | — | HD |
| IMMATURE GRANULOCYTES | 0 | % | — | HD |
| IMMATURE GRANS (ABS) | 0.0 | 0.0 - 0.1 x10E3/uL | — | HD |

**Reviewed by**

Durant, Leonard D, LVN on 10/27/16 0850
Ferrer, Dennis Roy M, MD on 10/27/16 0727

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|

Printed on 8/10/21 12:39 PM

Page 79


MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 10/26/2016

**10/26/2016 - Office Visit in The Woodlands Endocrinology (continued)**

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**CBC WITH DIFFERENTIAL/PLATELET (Abnormal)** Resulted: 10/27/16 0409, Result status: Final result

Order status: Completed
Collected by: WALKER, SHONDRA M 10/26/16 1603
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:SRC:Blood, venous*Venipunc ture

LCA Source of Specimen:Blood, venous*Venipunc

Filed by: Interface, Lab-In 10/27/16 0309
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WHITE BLOOD CELL (WBC) COUNT | 6.3 | 3.4 - 10.8 x10E3/uL | — | HD |
| RED BLOOD CELL (RBC) COUNT | 6.39 | 4.14 - 5.80 x10E6/uL | **High** ^ | HD |
| HEMOGLOBIN | 16.4 | 12.6 - 17.7 g/dL | — | HD |
| HEMATOCRIT | 48.4 | 37.5 - 51.0 % | — | HD |
| MCV | 76 | 79 - 97 fL | **Low** v | HD |
| MCH | 25.7 | 26.6 - 33.0 pg | **Low** v | HD |
| MCHC | 33.9 | 31.5 - 35.7 g/dL | — | HD |
| RDW | 16.2 | 12.3 - 15.4 % | **High** ^ | HD |
| PLATELETS | 180 | 150 - 379 x10E3/uL | — | HD |
| NEUTROPHILS | 68 | % | — | HD |
| LYMPHS | 21 | % | — | HD |
| MONOCYTES | 8 | % | — | HD |
| EOS | 3 | % | — | HD |
| BASOS | 0 | % | — | HD |
| IMMATURE CELLS | — | — | — | HD |
| NEUTROPHILS (ABSOLUTE) | 4.3 | 1.4 - 7.0 x10E3/uL | — | HD |
| LYMPHS (ABSOLUTE) | 1.3 | 0.7 - 3.1 x10E3/uL | — | HD |
| MONOCYTES(ABSOLUTE) | 0.5 | 0.1 - 0.9 x10E3/uL | — | HD |
| EOS (ABSOLUTE) | 0.2 | 0.0 - 0.4 x10E3/uL | — | HD |
| BASO (ABSOLUTE) | 0.0 | 0.0 - 0.2 x10E3/uL | — | HD |
| IMMATURE GRANULOCYTES | 0 | % | — | HD |
| IMMATURE GRANS (ABS) | 0.0 | 0.0 - 0.1 x10E3/uL | — | HD |
| NRBC | — | — | — | HD |
| HEMATOLOGY COMMENTS: | — | — | — | HD |

**Reviewed by**

Durant, Leonard D, LVN on 10/27/16 0850
Ferrer, Dennis Roy M, MD on 10/27/16 0727

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**Indications**

Hypogonadotropic hypogonadism in male [E29.1 (ICD-10-CM)]

**All Reviewers List**

Printed on 8/10/21 12:39 PM Page 80

 ## 10/26/2016 - Office Visit in The Woodlands Endocrinology (continued)

**Labs (continued)**

Durant, Leonard D, LVN on 10/27/2016 8:50 AM
Ferrer, Dennis Roy M, MD on 10/27/2016 7:27 AM

**PROSTATE-SPECIFIC AG, SERUM (Edited Result - FINAL)**

Electronically signed by: **Ferrer, Dennis Roy M, MD on 10/26/16 1546**
Status: **Completed**
Ordering user: Ferrer, Dennis Roy M, MD 10/26/16 1546
Authorized by: Ferrer, Dennis Roy M, MD
Ordering mode: Standard
Frequency: Routine 10/26/16 -
Class: Normal
Quantity: 1
Lab status: Edited Result - FINAL
Diagnoses
Prostate cancer screening [Z12.5]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 201630043223910 | Blood, venous | Venipuncture | WALKER, SHONDRA M 10/26/16 1603 |

**PROSTATE-SPECIFIC AG, SERUM**
Resulted: 10/27/16 0714, Result status: Edited Result - FINAL

Order status: Completed
Filed by: Interface, Lab-In 10/27/16 0615
Collected by: WALKER, SHONDRA M 10/26/16 1603
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by
Ferrer, Dennis Roy M, MD on 10/27/16 0726
Durant, Leonard D, LVN on 10/27/16 0846

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| PROSTATE SPECIFIC AG, SERUM | 0.7 | 0.0 - 4.0 ng/mL | — | HD |

Comment:
Roche ECLIA methodology.
.
According to the American Urological Association, Serum PSA should decrease and remain at undetectable levels after radical prostatectomy. The AUA defines biochemical recurrence as an initial PSA value 0.2 ng/mL or greater followed by a subsequent confirmatory PSA value 0.2 ng/mL or greater.
Values obtained with different assay methods or kits cannot be used interchangeably. Results cannot be interpreted as absolute evidence of the presence or absence of malignant disease.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**PROSTATE-SPECIFIC AG, SERUM**
Resulted: 10/27/16 0513, Result status: Final result

Order status: Completed
Filed by: Interface, Lab-In 10/27/16 0413
Collected by: WALKER, SHONDRA M 10/26/16 1603
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc



**Labs (continued)**

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| PROSTATE SPECIFIC AG, SERUM | 0.7 | 0.0 - 4.0 ng/mL | — | HD |

Comment:
Roche ECLIA methodology.

.

According to the American Urological Association, Serum PSA should decrease and remain at undetectable levels after radical prostatectomy. The AUA defines biochemical recurrence as an initial PSA value 0.2 ng/mL or greater followed by a subsequent confirmatory PSA value 0.2 ng/mL or greater.
Values obtained with different assay methods or kits cannot be used interchangeably. Results cannot be interpreted as absolute evidence of the presence or absence of malignant disease.

**Reviewed by**

Durant, Leonard D, LVN on 10/27/16 0850
Ferrer, Dennis Roy M, MD on 10/27/16 0727

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**PROSTATE-SPECIFIC AG, SERUM**

Resulted: 10/27/16 0409, Result status: Preliminary result

Order status: Completed
Collected by: WALKER, SHONDRA M 10/26/16 1603
Filed by: Interface, Lab-In 10/27/16 0309
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| PROSTATE SPECIFIC AG, SERUM | — | — | — | HD |

**Reviewed by**

Durant, Leonard D, LVN on 10/27/16 0850
Ferrer, Dennis Roy M, MD on 10/27/16 0727

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**Indications**

Prostate cancer screening [Z12.5 (ICD-10-CM)]

**All Reviewers List**

Durant, Leonard D, LVN on 10/27/2016 8:50 AM
Ferrer, Dennis Roy M, MD on 10/27/2016 7:27 AM



Kelsey-Seybold Clinic

MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 10/26/2016

**10/26/2016 - Office Visit in The Woodlands Endocrinology (continued)**

**Labs (continued)**

## 10/26/2016 - Office Visit in The Woodlands Endocrinology
## Charges for This Encounter

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99202 | OFFICE/OUTPATIENT VISIT, NEW | 10/26/2016 | Ferrer, Dennis Roy M, MD | | 1 |
| 85025 | COMPLETE CBC W/AUTO DIFF WBC | 10/26/2016 | Ferrer, Dennis Roy M, MD | 90 | 1 |
| 84153 | ASSAY OF PSA, TOTAL | 10/26/2016 | Ferrer, Dennis Roy M, MD | 90 | 1 |
| 84403 | ASSAY OF TOTAL TESTOSTERONE | 10/26/2016 | Ferrer, Dennis Roy M, MD | 90 | 1 |
| 36415 | ROUTINE VENIPUNCTURE | 10/26/2016 | Ferrer, Dennis Roy M, MD | 90 | 1 |

Printed on 8/10/21 12:39 PM

Page 83

 ## 04/25/2017 - Office Visit in The Woodlands Endocrinology
## Encounter Information

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 4/25/2017 9:45 AM | Ferrer, Dennis Roy M, MD | WL ENDOCRINOLOGY | 68453200 | WL |

## 04/25/2017 - Office Visit in The Woodlands Endocrinology (continued)

### Reason for Visit

**Chief Complaint** *[last edited by Medrano, Sara V, CMA II on 4/25/2017 1010]*

- Hormone Problem (last OV 10/26/16)

**Visit Diagnosis** *[last edited by Ferrer, Dennis Roy M, MD on 4/25/2017 1221]*

- **Hypogonadotropic hypogonadism in male (HCC) (primary) [E29.1]**

### Medication List

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

Medications last reviewed by Medrano, Sara V, CMA II on 4/25/2017 1012

**Aspirin 81 MG oral Tab** *[patient reported]*

Instructions: Take 81 mg by mouth daily
Entered by: Durant, Leonard D, LVN    Entered on: 10/26/2016

**Testosterone Cypionate 200 MG/ML intramuscular Solution**

Discontinued by: Ferrer, Dennis Roy M, MD    Discontinued on: 11/17/2017
Reason for discontinuation: Reorder
Instructions: Inject 140 mg into the muscle once a week (0.7 ml every week)
Authorized by: Ferrer, Dennis Roy M, MD    Ordered on: 4/25/2017
Start date: 4/25/2017    Quantity: 4 mL
Refill: 6 refills by 10/22/2017

**Stopped in Visit**

None

### Clinical Notes

**Nursing Note**

**Medrano, Sara V, CMA II at 4/25/2017 1014**

Author: Medrano, Sara V, CMA II    Service: —    Author Type: Certified Medical Assistant II
Filed: 4/25/2017 10:14 AM    Encounter Date: 4/25/2017    Status: Signed
Editor: Medrano, Sara V, CMA II (Certified Medical Assistant II)

Sara V Medrano, CMA II[SM.1T]

Electronically signed by Medrano, Sara V, CMA II at 4/25/2017 10:14 AM


**04/25/2017 - Office Visit in The Woodlands Endocrinology (continued)**

**Clinical Notes (continued)**

**Attribution Key**

SM.1 - Medrano, Sara V, CMA II on 4/25/2017 10:14 AM
T - Template

**Progress Notes**

**Ferrer, Dennis Roy M, MD at 4/25/2017 1214**

Author: Ferrer, Dennis Roy M, MD | Service: — | Author Type: Physician
Filed: 4/25/2017 12:23 PM | Encounter Date: 4/25/2017 | Status: Signed
Editor: Ferrer, Dennis Roy M, MD (Physician)

HPI[DF.1M]

Adam is a(n) 42 year old male who presents for his[DF.1T] low testosterone. Still with some fatigue. He has OSA and uses CPAP. No chest pains, acute SOB. Urin flow good.[DF.1M]

| | Ref. Range | 4/2/2013 10:05 | 10/26/2016 16:03 |
|---|---|---|---|
| HEMOGLOBIN | Latest Ref Range: 12.6 - 17.7 g/dL | | 16.4 |
| HEMATOCRIT | Latest Ref Range: 37.5 - 51.0 % | | 48.4 |
| TESTOSTERONE, SERUM | Latest Ref Range: 348 - 1197 ng/dL | 803 | 715 |
| PROSTATE SPECIFIC AG, SERUM | Latest Ref Range: 0.0 - 4.0 ng/mL | | 0.7[DF.1C] |

| LAST TSH | Latest Ref Rng & Units | 4/2/2013 |
|---|---|---|
| **TSH** | 0.450 - 4.500 uIU/mL | 2.410 |

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Aspirin 81 MG oral Tab | Take 81 mg by mouth daily | | |
| • Testosterone Cypionate 200 MG/ML intramuscular Solution | Inject 140 mg into the muscle once a week (0.7 ml every week) | 4 mL | 6 |

No current facility-administered medications for this visit.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Essential hypertension, benign<br>*lisinopril 20 mg* | 2011 |



Kelsey-Seybold Clinic

MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 4/25/2017

**04/25/2017 - Office Visit in The Woodlands Endocrinology (continued)**

**Clinical Notes (continued)**

| | |
|---|---|
| • Fracture lumbar vertebra-closed (HCC)<br>*L4- in high school* | Age 14 |
| • Fracture of thumb<br>*right* | Early 30s |
| • High triglycerides<br>*low HDL* | 12/30/14 |
| • Hypothalamic hypogonadism (HCC)<br>*MRI done* | 2008 |
| • Low testosterone | 2008 |
| • Morbid obesity (HCC) | |
| • OSA (obstructive sleep apnea)<br>*KSC Wt. 330 lbs. AHI 78.6 O2 58%.* | 4/2/15 |
| • Pericarditis<br>*150 ml - responded to naprosyn* | age 30-33 |
| • Prediabetes | 12/30/14 |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • THUMB SURGERY | | Age 33 |

**Social History**

| Substance Use Topics | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 0.20 |
| Years: | 14.00 |
| Types: | E-cigarettes, Cigarettes |
| Quit date: | 3/12/2010 |
| • Smokeless tobacco: | Never Used |
| *Comment: 1 pack every 1-2 weeks* | |
| • Alcohol use | Yes |
| *Comment: Once a week. Beer.* | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension<br>*off med w gastric bypass* | Mother | |
| • Diabetes<br>*off med* | Mother | |
| • Hypertension | Father | |
| • Hypertension<br>*alive at 87* | Maternal Grandmother | |
| • Stroke | Paternal Grandfather | |
| • Other<br>*osa* | Sister | |
| • Other<br>*osa* | Brother | |

Review of Systems
Constitutional: Negative for[DF.1T] fever[DF.1C].

Printed on 8/10/21 12:39 PM Page 86



MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 4/25/2017

**04/25/2017 - Office Visit in The Woodlands Endocrinology (continued)**

**Clinical Notes (continued)**

Respiratory: Negative for[DF.1T] shortness of breath[DF.1C].
Cardiovascular: Negative for[DF.1T] chest pain[DF.1C].
Endocrine: Negative for[DF.1T] polydipsia[DF.1C] and[DF.1T] polyuria[DF.1C].

Physical Exam
Constitutional: He is[DF.1T] oriented to person, place, and time[DF.1C].[DF.1T]
**Morbidly obese.**[DF.1C]
Neck:[DF.1T] No thyromegaly[DF.1C] present.
Cardiovascular:[DF.1T] Normal rate[DF.1C] and[DF.1T] regular rhythm[DF.1C].
Pulmonary/Chest:[DF.1T] Effort normal[DF.1C] and[DF.1T] breath sounds normal[DF.1C].
Neurological: He is[DF.1T] alert[DF.1C] and[DF.1T] oriented to person, place, and time[DF.1C].
Psychiatric: He has a[DF.1T] normal mood and affect[DF.1C].[DF.1T]
Vitals[DF.1C] reviewed.[DF.1T]

**1. Hypogonadotropic hypogonadism in male**[DF.2T]

**Check labs. Adjust testosterone dose as needed. He had require intermitted phlebotomy in past which will need to be pursued especially if Hct exceeds 54.**[DF.1M]

**TESTOSTERONE, FREE+WEAKLY BOUND**
**PROSTATE-SPECIFIC AG, SERUM**
**CBC WITH DIFFERENTIAL/PLATELET**
**Testosterone Cypionate 200 MG/ML intramuscular Solution**[DF.2T]

Electronically signed by Ferrer, Dennis Roy M, MD at 4/25/2017 12:23 PM

**Attribution Key**

DF.1 - Ferrer, Dennis Roy M, MD on 4/25/2017 12:14 PM
DF.2 - Ferrer, Dennis Roy M, MD on 4/25/2017 12:21 PM
C - Copied, M - Manual, T - Template

**Ferrer, Dennis Roy M, MD at 4/28/2017 1606**

Author: Ferrer, Dennis Roy M, MD | Service: — | Author Type: Physician
Filed: 4/28/2017 4:06 PM | Encounter Date: 4/25/2017 | Status: Signed
Editor: Ferrer, Dennis Roy M, MD (Physician)

Testosterone level normal. Continue current testosterone dose.

PSA stable. Hematocrit slightly- continue to monitor.[DF.1M]

Electronically signed by Ferrer, Dennis Roy M, MD at 4/28/2017 4:06 PM

**Attribution Key**

DF.1 - Ferrer, Dennis Roy M, MD on 4/28/2017 4:06 PM

Printed on 8/10/21 12:39 PM Page 87



MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 4/25/2017

**04/25/2017 - Office Visit in The Woodlands Endocrinology (continued)**

**Clinical Notes (continued)**

M - Manual

**McGee, Robin D, LVN at 4/28/2017 1651**

Author: McGee, Robin D, LVN | Service: — | Author Type: LVN
Filed: 4/28/2017 4:51 PM | Encounter Date: 4/25/2017 | Status: Signed
Editor: McGee, Robin D, LVN (LVN)

Results and physician's instruction and recommendations released to MKO for pt's review.[RM.1M]

Electronically signed by McGee, Robin D, LVN at 4/28/2017 4:51 PM

**Attribution Key**

RM.1 - McGee, Robin D, LVN on 4/28/2017 4:51 PM
M - Manual

## Flowsheets

### Encounter Vitals

| Row Name | 04/25/17 1011 |
|---|---|
| **Enc Vitals** | |
| BP | **142/96** ! -SM at 04/25/17 1011 |
| Pulse | 76 -SM at 04/25/17 1011 |
| Resp | 20 -SM at 04/25/17 1011 |
| Temp | 99.2 °F (37.3 °C) -SM at 04/25/17 1011 |
| Temp src | Oral -SM at 04/25/17 1011 |
| Weight | **327 lb (148.3 kg)** ! -SM at 04/25/17 1011 |
| Height | 5' 10" (1.778 m) -SM at 04/25/17 1011 |
| **OTHER** | |
| Position | SITTING -SM at 04/25/17 1011 |
| Side | Left Arm -SM at 04/25/17 1011 |
| Cuff Size | Large Adult -SM at 04/25/17 1011 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| SM | Medrano, Sara V, CMA II | — | — | — |

## Labs

### TESTOSTERONE, FREE+WEAKLY BOUND (Final result)

Electronically signed by: **Ferrer, Dennis Roy M, MD on 04/25/17 1037** Status: **Completed**
Ordering user: Ferrer, Dennis Roy M, MD 04/25/17 1037 Authorized by: Ferrer, Dennis Roy M, MD
Ordering mode: Standard
Frequency: Routine 04/25/17 - Class: Normal

Printed on 8/10/21 12:39 PM Page 88



MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 4/25/2017

04/25/2017 - Office Visit in The Woodlands Endocrinology (continued)

**Labs (continued)**

Quantity: 1
Lab status: Final result
Diagnoses
Hypogonadotropic hypogonadism in male (HCC) [E29.1]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 20171154321169 0 | Blood, venous | Venipuncture | TORAN, CHELSEE 04/25/17 1059 |

**TESTOSTERONE, FREE+WEAKLY BOUND** Resulted: 04/28/17 1220, Result status: Final result

Order status: Completed
Collected by: TORAN, CHELSEE 04/25/17 1059
Filed by: Interface, Lab-In 04/28/17 1120
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by
Ferrer, Dennis Roy M, MD on 04/28/17 1605
McGee, Robin D, LVN on 04/28/17 1651

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TESTOSTERONE, SERUM | 468 | 348 - 1,197 ng/dL | — | HD |
| COMMENT<br>Comment:<br>Adult male reference interval is based on a population of lean males up to 40 years old. | — | — | — | HD |
| TESTOST., % FREE+WEAKLY BOUND | 34.0 | 9.0 - 46.0 % | — | BN |
| TESTOST., F+W BOUND | 159.1 | 40.0 - 250.0 ng/dL | — | HD |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |
| **1853 - BN** | | Frank Hancock | 1447 York Court Burlington NC 27215-2230 | 02/22/06 1058 - Present |

**TESTOSTERONE, FREE+WEAKLY BOUND** Resulted: 04/26/17 0614, Result status: Preliminary result

Order status: Completed
Collected by: TORAN, CHELSEE 04/25/17 1059
Filed by: Interface, Lab-In 04/26/17 0514
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by: Ferrer, Dennis Roy M, MD on 04/26/17 1617

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TESTOSTERONE, SERUM | 468 | 348 - 1,197 ng/dL | — | HD |
| COMMENT<br>Comment:<br>Adult male reference interval is based on a population of lean males up to 40 years old. | — | — | — | HD |
| TESTOST., % FREE+WEAKLY BOUND | — | — | — | BN |

Printed on 8/10/21 12:39 PM Page 89



MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 4/25/2017

**04/25/2017 - Office Visit in The Woodlands Endocrinology (continued)**

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| TESTOST., F+W BOUND | — | — | — | HD |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |
| **1853 - BN** | | Frank Hancock | 1447 York Court Burlington NC 27215-2230 | 02/22/06 1058 - Present |

Resulted: 04/26/17 0310, Result status: Preliminary result

**TESTOSTERONE, FREE+WEAKLY BOUND**

Order status: Completed
Collected by: TORAN, CHELSEE 04/25/17 1059
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

Filed by: Interface, Lab-In 04/26/17 0210
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TESTOSTERONE, SERUM | — | — | — | HD |
| COMMENT | — | — | — | HD |
| TESTOST., % FREE+WEAKLY BOUND | — | — | — | BN |
| TESTOST., F+W BOUND | — | — | — | HD |

**Reviewed by**

McGee, Robin D, LVN on 04/28/17 1651
Ferrer, Dennis Roy M, MD on 04/28/17 1606

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |
| **1853 - BN** | | Frank Hancock | 1447 York Court Burlington NC 27215-2230 | 02/22/06 1058 - Present |

**Indications**

Hypogonadotropic hypogonadism in male [E29.1 (ICD-10-CM)]

**All Reviewers List**

McGee, Robin D, LVN on 4/28/2017 4:51 PM
Ferrer, Dennis Roy M, MD on 4/28/2017 4:06 PM

**PROSTATE-SPECIFIC AG, SERUM (Edited Result - FINAL)**

Electronically signed by: **Ferrer, Dennis Roy M, MD on 04/25/17 1037**
Status: **Completed**
Ordering user: Ferrer, Dennis Roy M, MD 04/25/17 1037
Authorized by: Ferrer, Dennis Roy M, MD
Ordering mode: Standard
Frequency: Routine 04/25/17 -
Class: Normal
Quantity: 1
Lab status: Edited Result - FINAL
Diagnoses
Hypogonadotropic hypogonadism in male (HCC) [E29.1]

Printed on 8/10/21 12:39 PM Page 90


## 04/25/2017 - Office Visit in The Woodlands Endocrinology (continued)

**Labs (continued)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 20171154321169 0 | Blood, venous | Venipuncture | TORAN, CHELSEE 04/25/17 1059 |

Resulted: 04/28/17 1220, Result status: Edited Result - FINAL

**PROSTATE-SPECIFIC AG, SERUM**

Order status: Completed
Collected by: TORAN, CHELSEE 04/25/17 1059
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by
Ferrer, Dennis Roy M, MD on 04/28/17 1605
McGee, Robin D, LVN on 04/28/17 1651

Filed by: Interface, Lab-In 04/28/17 1120
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| PROSTATE SPECIFIC AG, SERUM | 0.8 | 0.0 - 4.0 ng/mL | — | HD |

Comment:
Roche ECLIA methodology.

.

According to the American Urological Association, Serum PSA should decrease and remain at undetectable levels after radical prostatectomy. The AUA defines biochemical recurrence as an initial PSA value 0.2 ng/mL or greater followed by a subsequent confirmatory PSA value 0.2 ng/mL or greater.
Values obtained with different assay methods or kits cannot be used interchangeably. Results cannot be interpreted as absolute evidence of the presence or absence of malignant disease.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

Resulted: 04/26/17 0614, Result status: Edited Result - FINAL

**PROSTATE-SPECIFIC AG, SERUM**

Order status: Completed
Collected by: TORAN, CHELSEE 04/25/17 1059
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by: Ferrer, Dennis Roy M, MD on 04/26/17 1617

Filed by: Interface, Lab-In 04/26/17 0514
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| PROSTATE SPECIFIC AG, SERUM | 0.8 | 0.0 - 4.0 ng/mL | — | HD |

Comment:
Roche ECLIA methodology.

.

According to the American Urological Association, Serum PSA should decrease and remain at undetectable levels after radical prostatectomy. The AUA defines biochemical recurrence as an initial PSA value 0.2 ng/mL or greater followed by a subsequent confirmatory





## 04/25/2017 - Office Visit in The Woodlands Endocrinology (continued)

**Labs (continued)**

PSA value 0.2 ng/mL or greater.
Values obtained with different assay methods or kits cannot be used interchangeably. Results cannot be interpreted as absolute evidence of the presence or absence of malignant disease.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**PROSTATE-SPECIFIC AG, SERUM** — Resulted: 04/26/17 0310, Result status: Final result

Order status: Completed
Collected by: TORAN, CHELSEE 04/25/17 1059
Filed by: Interface, Lab-In 04/26/17 0210
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| PROSTATE SPECIFIC AG, SERUM | 0.8 | 0.0 - 4.0 ng/mL | — | HD |

Comment:
Roche ECLIA methodology.

.

According to the American Urological Association, Serum PSA should decrease and remain at undetectable levels after radical prostatectomy. The AUA defines biochemical recurrence as an initial PSA value 0.2 ng/mL or greater followed by a subsequent confirmatory PSA value 0.2 ng/mL or greater.
Values obtained with different assay methods or kits cannot be used interchangeably. Results cannot be interpreted as absolute evidence of the presence or absence of malignant disease.

**Reviewed by**

McGee, Robin D, LVN on 04/28/17 1651
Ferrer, Dennis Roy M, MD on 04/28/17 1606

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**Indications**

Hypogonadotropic hypogonadism in male [E29.1 (ICD-10-CM)]

**All Reviewers List**

McGee, Robin D, LVN on 4/28/2017 4:51 PM
Ferrer, Dennis Roy M, MD on 4/28/2017 4:06 PM

**CBC WITH DIFFERENTIAL/PLATELET (Edited Result - FINAL)**

Electronically signed by: **Ferrer, Dennis Roy M, MD on 04/25/17 1037**
Status: **Completed**
Ordering user: Ferrer, Dennis Roy M, MD 04/25/17 1037
Authorized by: Ferrer, Dennis Roy M, MD

 MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 4/25/2017

04/25/2017 - Office Visit in The Woodlands Endocrinology (continued)

**Labs (continued)**

Ordering mode: Standard
Frequency: Routine 04/25/17 -
Quantity: 1
Diagnoses
Hypogonadotropic hypogonadism in male (HCC) [E29.1]

Class: Normal
Lab status: Edited Result - FINAL

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 20171154321169 0 | Blood, venous | Venipuncture | TORAN, CHELSEE 04/25/17 1059 |

**CBC WITH DIFFERENTIAL/PLATELET (Abnormal)**

Resulted: 04/28/17 1220, Result status: Edited Result - FINAL

Order status: Completed
Collected by: TORAN, CHELSEE 04/25/17 1059
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:SRC:Blood, venous*Venipunc ture

LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by
Ferrer, Dennis Roy M, MD on 04/28/17 1605
McGee, Robin D, LVN on 04/28/17 1651

Filed by: Interface, Lab-In 04/28/17 1120
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WHITE BLOOD CELL (WBC) COUNT | 7.1 | 3.4 - 10.8 x10E3/uL | — | HD |
| RED BLOOD CELL (RBC) COUNT | 6.35 | 4.14 - 5.80 x10E6/uL | **High ^** | HD |
| HEMOGLOBIN | 17.5 | 12.6 - 17.7 g/dL | — | HD |
| HEMATOCRIT | 51.2 | 37.5 - 51.0 % | **High ^** | HD |
| MCV | 81 | 79 - 97 fL | — | HD |
| MCH | 27.6 | 26.6 - 33.0 pg | — | HD |
| MCHC | 34.2 | 31.5 - 35.7 g/dL | — | HD |
| RDW | 15.5 | 12.3 - 15.4 % | **High ^** | HD |
| PLATELETS | 186 | 150 - 379 x10E3/uL | — | HD |
| NEUTROPHILS | 63 | % | — | HD |
| LYMPHS | 25 | % | — | HD |
| MONOCYTES | 8 | % | — | HD |
| EOS | 2 | % | — | HD |
| BASOS | 0 | % | — | HD |
| NEUTROPHILS (ABSOLUTE) | 4.4 | 1.4 - 7.0 x10E3/uL | — | HD |
| LYMPHS (ABSOLUTE) | 1.8 | 0.7 - 3.1 x10E3/uL | — | HD |
| MONOCYTES(ABSOLUTE) | 0.6 | 0.1 - 0.9 x10E3/uL | — | HD |
| EOS (ABSOLUTE) | 0.2 | 0.0 - 0.4 x10E3/uL | — | HD |
| BASO (ABSOLUTE) | 0.0 | 0.0 - 0.2 x10E3/uL | — | HD |
| IMMATURE GRANULOCYTES | 2 | % | — | HD |
| IMMATURE GRANS (ABS) | 0.1 | 0.0 - 0.1 x10E3/uL | — | HD |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**CBC WITH DIFFERENTIAL/PLATELET (Abnormal)**

Resulted: 04/26/17 0614, Result status: Edited Result - FINAL

Printed on 8/10/21 12:39 PM Page 93


MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 4/25/2017

**04/25/2017 - Office Visit in The Woodlands Endocrinology (continued)**

**Labs (continued)**

Order status: Completed
Collected by: TORAN, CHELSEE 04/25/17 1059
Filed by: Interface, Lab-In 04/26/17 0514
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:SRC:Blood, venous*Venipunc ture

LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by: Ferrer, Dennis Roy M, MD on 04/26/17 1617

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WHITE BLOOD CELL (WBC) COUNT | 7.1 | 3.4 - 10.8 x10E3/uL | — | HD |
| RED BLOOD CELL (RBC) COUNT | 6.35 | 4.14 - 5.80 x10E6/uL | **High** ^ | HD |
| HEMOGLOBIN | 17.5 | 12.6 - 17.7 g/dL | — | HD |
| HEMATOCRIT | 51.2 | 37.5 - 51.0 % | **High** ^ | HD |
| MCV | 81 | 79 - 97 fL | — | HD |
| MCH | 27.6 | 26.6 - 33.0 pg | — | HD |
| MCHC | 34.2 | 31.5 - 35.7 g/dL | — | HD |
| RDW | 15.5 | 12.3 - 15.4 % | **High** ^ | HD |
| PLATELETS | 186 | 150 - 379 x10E3/uL | — | HD |
| NEUTROPHILS | 63 | % | — | HD |
| LYMPHS | 25 | % | — | HD |
| MONOCYTES | 8 | % | — | HD |
| EOS | 2 | % | — | HD |
| BASOS | 0 | % | — | HD |
| NEUTROPHILS (ABSOLUTE) | 4.4 | 1.4 - 7.0 x10E3/uL | — | HD |
| LYMPHS (ABSOLUTE) | 1.8 | 0.7 - 3.1 x10E3/uL | — | HD |
| MONOCYTES(ABSOLUTE) | 0.6 | 0.1 - 0.9 x10E3/uL | — | HD |
| EOS (ABSOLUTE) | 0.2 | 0.0 - 0.4 x10E3/uL | — | HD |
| BASO (ABSOLUTE) | 0.0 | 0.0 - 0.2 x10E3/uL | — | HD |
| IMMATURE GRANULOCYTES | 2 | % | — | HD |
| IMMATURE GRANS (ABS) | 0.1 | 0.0 - 0.1 x10E3/uL | — | HD |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**CBC WITH DIFFERENTIAL/PLATELET (Abnormal)** Resulted: 04/26/17 0310, Result status: Final result

Order status: Completed
Collected by: TORAN, CHELSEE 04/25/17 1059
Filed by: Interface, Lab-In 04/26/17 0210
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:SRC:Blood, venous*Venipunc ture

LCA Source of Specimen:Blood, venous*Venipunc

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WHITE BLOOD CELL (WBC) COUNT | 7.1 | 3.4 - 10.8 x10E3/uL | — | HD |
| RED BLOOD CELL (RBC) COUNT | 6.35 | 4.14 - 5.80 x10E6/uL | **High** ^ | HD |
| HEMOGLOBIN | 17.5 | 12.6 - 17.7 g/dL | — | HD |

Printed on 8/10/21 12:39 PM Page 94



## 04/25/2017 - Office Visit in The Woodlands Endocrinology (continued)

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| HEMATOCRIT | 51.2 | 37.5 - 51.0 % | High ^ | HD |
| MCV | 81 | 79 - 97 fL | — | HD |
| MCH | 27.6 | 26.6 - 33.0 pg | — | HD |
| MCHC | 34.2 | 31.5 - 35.7 g/dL | — | HD |
| RDW | 15.5 | 12.3 - 15.4 % | High ^ | HD |
| PLATELETS | 186 | 150 - 379 x10E3/uL | — | HD |
| NEUTROPHILS | 63 | % | — | HD |
| LYMPHS | 25 | % | — | HD |
| MONOCYTES | 8 | % | — | HD |
| EOS | 2 | % | — | HD |
| BASOS | 0 | % | — | HD |
| IMMATURE CELLS | — | — | — | HD |
| NEUTROPHILS (ABSOLUTE) | 4.4 | 1.4 - 7.0 x10E3/uL | — | HD |
| LYMPHS (ABSOLUTE) | 1.8 | 0.7 - 3.1 x10E3/uL | — | HD |
| MONOCYTES(ABSOLUTE) | 0.6 | 0.1 - 0.9 x10E3/uL | — | HD |
| EOS (ABSOLUTE) | 0.2 | 0.0 - 0.4 x10E3/uL | — | HD |
| BASO (ABSOLUTE) | 0.0 | 0.0 - 0.2 x10E3/uL | — | HD |
| IMMATURE GRANULOCYTES | 2 | % | — | HD |
| IMMATURE GRANS (ABS) | 0.1 | 0.0 - 0.1 x10E3/uL | — | HD |
| NRBC | — | — | — | HD |
| HEMATOLOGY COMMENTS: | — | — | — | HD |

**Reviewed by**

McGee, Robin D, LVN on 04/28/17 1651
Ferrer, Dennis Roy M, MD on 04/28/17 1606

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**Indications**

Hypogonadotropic hypogonadism in male [E29.1 (ICD-10-CM)]

**All Reviewers List**

McGee, Robin D, LVN on 4/28/2017 4:51 PM
Ferrer, Dennis Roy M, MD on 4/28/2017 4:06 PM

## 04/25/2017 - Office Visit in The Woodlands Endocrinology
## Charges for This Encounter

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99213 | OFFICE/OUTPATIENT VISIT, EST | 4/25/2017 | Ferrer, Dennis Roy M, MD | | 1 |
| 84153 | ASSAY OF PSA, TOTAL | 4/25/2017 | Ferrer, Dennis Roy M, MD | 90 | 1 |
| 36415 | ROUTINE VENIPUNCTURE | 4/25/2017 | Ferrer, Dennis Roy M, MD | 90 | 1 |
| 85027 | COMPLETE CBC, AUTOMATED | 4/25/2017 | Ferrer, Dennis Roy M, MD | 90 | 1 |
| 84410 | TESTOSTERONE; BIOAVAILABLE, DIRECT MEASUREMENT | 4/25/2017 | Ferrer, Dennis Roy M, MD | | 1 |

 ## 07/12/2017 - Office Visit in The Woodlands Family Medicine
## Encounter Information

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 7/12/2017 9:45 AM | Bedi, Harjaneet S, MD | WL FAMILY MEDICINE<br>Arrive at: Third floor | 69825870 | WL |

## 07/12/2017 - Office Visit in The Woodlands Family Medicine (continued)

### Reason for Visit

**Chief Complaint** *[last edited by Najera, Itsela, LVN on 7/12/2017 0938]*

- Screen For Std's

**Visit Diagnoses** *[last edited by Bedi, Harjaneet S, MD on 7/12/2017 0957]*

- Screening for HIV (human immunodeficiency virus) [Z11.4]
- **Screening examination for venereal disease (primary) [Z11.3]**

### Medication List

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

Medications last reviewed by Najera, Itsela, LVN on 7/12/2017 0939

**Aspirin 81 MG oral Tab** *[patient reported]*

Instructions: Take 81 mg by mouth daily
Entered by: Durant, Leonard D, LVN
Entered on: 10/26/2016

**Testosterone Cypionate 200 MG/ML intramuscular Solution**

Discontinued by: Ferrer, Dennis Roy M, MD
Discontinued on: 11/17/2017
Reason for discontinuation: Reorder
Instructions: Inject 140 mg into the muscle once a week (0.7 ml every week)
Authorized by: Ferrer, Dennis Roy M, MD
Ordered on: 4/25/2017
Start date: 4/25/2017
Quantity: 4 mL
Refill: 6 refills by 10/22/2017

**Stopped in Visit**

None

### Clinical Notes

**Nursing Note**

**Najera, Itsela, LVN at 7/12/2017 0939**

Author: Najera, Itsela, LVN
Service: —
Author Type: LVN
Filed: 7/12/2017 9:42 AM
Encounter Date: 7/12/2017
Status: Signed
Editor: Najera, Itsela, LVN (LVN)

Itsela Najera, LVN[IN.1T]

Electronically signed by Najera, Itsela, LVN at 7/12/2017 9:42 AM

**07/12/2017 - Office Visit in The Woodlands Family Medicine (continued)**

**Clinical Notes (continued)**

**Attribution Key**

IN.1 - Najera, Itsela, LVN on 7/12/2017 9:39 AM
T - Template

**Progress Notes**

**Bedi, Harjaneet S, MD at 7/12/2017 0945**

Author: Bedi, Harjaneet S, MD
Filed: 7/18/2017 8:09 AM
Editor: Bedi, Harjaneet S, MD (Physician)
Service: —
Encounter Date: 7/12/2017
Author Type: Physician
Status: Signed

Your test results were essentially normal other than the HSV test.

There are two types of Herpes viruses that we are concerned about. HSV 1 is usually the kind that causes cold sores and oral lesions.
HSV 2 is the kind that is more associated with genital infections.

When testing, there are two types of blood tests. IgG tells me about having infections in the past. IgM talks about infections that are current. It takes time for the IgM to convert into IgG.

You did have a positive HSV IgM, but that can't differentiate right now whether you have recently been exposed to HSV 1 or HSV 2. Please let us know if you are having any symptoms. If you want, we can recheck the labs in 3-4 months to see what shows up.

Call if signs or symptoms worsen. MKO message sent.
[HB.1M]

Electronically signed by Bedi, Harjaneet S, MD at 7/18/2017 8:09 AM

**Attribution Key**

HB.1 - Bedi, Harjaneet S, MD on 7/18/2017 8:09 AM
M - Manual

**Bedi, Harjaneet S, MD at 7/12/2017 0951**

Author: Bedi, Harjaneet S, MD
Filed: 7/12/2017 10:00 AM
Editor: Bedi, Harjaneet S, MD (Physician)
Service: —
Encounter Date: 7/12/2017
Author Type: Physician
Status: Signed

**Std-male**[HB.1M]

The patient's primary symptoms include[HB.1T] genital lesions (occasional pimples)[HB.1M]. The patient's pertinent negatives include no[HB.1T] genital injury[HB.1M],[HB.1T] genital itching[HB.1M],[HB.1T] pelvic pain[HB.1M],[HB.1T] penile discharge[HB.1M],[HB.1T] penile pain[HB.1M],[HB.1T] priapism[HB.1M],[HB.1T] scrotal swelling[HB.1M] or[HB.1T] testicular pain[HB.1M]. This is a[HB.1T] recurrent[HB.1M] problem. The problem occurs[HB.1T] intermittently[HB.1M]. The problem has been[HB.1T] waxing and waning[HB.1M]. The patient is experiencing[HB.1T] no pain[HB.1M]. Pertinent negatives include no[HB.1T] abdominal pain[HB.1M],[HB.1T] anorexia[HB.1M],[HB.1T] chest pain[HB.1M],[HB.1T] chills[HB.1M],[HB.1T] constipation[HB.1M],[HB.1T] coughing[HB.1M],[HB.1T] diarrhea[HB.1M],[HB.1T] discolored urine[HB.1M],[HB.1T] dysuria[HB.1M],[HB.1T] fever[HB.1M],[HB.1T] flank pain[HB.1M],[HB.1T] frequency[HB.1M],[HB.1T] headaches[HB.1M],[HB.1T] hematuria[HB.1M],[HB.1T] hesitancy[HB.1M],[HB.1T] joint pain[HB.1M],[HB.1T] joint swelling[HB.1M],[HB.1T] nausea[HB.1M],[HB.1T] painful intercourse[HB.1M],[HB.1T] rash[HB.1M],[HB.1T] shortness of breath[HB.1M],[HB.1T] sore throat[HB.1M],[HB.1T] urgency[HB.1M],[HB.1T] urinary retention[HB.1M] or[HB.1T] vomiting[HB.1M].[HB.1T] Nothing[HB.1M] aggravates the symptoms. He has tried[HB.1T] nothing[HB.1M] for the symptoms. He is[HB.1T] not sexually

 MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 7/12/2017

**07/12/2017 - Office Visit in The Woodlands Family Medicine (continued)**

**Clinical Notes (continued)**

active (yet.)[HB.1M]. He[HB.1T] inconsistently[HB.1M] uses condoms.[HB.1T] No[HB.1M], his partner does not have an STD. There is no history of[HB.1T] chlamydia[HB.1M],[HB.1T] gonorrhea[HB.1M] or[HB.1T] herpes simplex[HB.1M].[HB.1T]
He will be starting a new relationship and wants to get fully tested.[HB.1M]

Review of Systems
Constitutional: Negative for[HB.1T] chills[HB.1M], diaphoresis, fatigue and[HB.1T] fever[HB.1M].
HENT: Negative for facial swelling, nosebleeds,[HB.1T] sore throat[HB.1M], tinnitus and trouble swallowing.
Eyes: Negative for visual disturbance.
Respiratory: Negative for[HB.1T] cough[HB.1M], chest tightness and[HB.1T] shortness of breath[HB.1M].
Cardiovascular: Negative for[HB.1T] chest pain[HB.1M], palpitations and leg swelling.
Gastrointestinal: Negative for[HB.1T] abdominal pain[HB.1M],[HB.1T] anorexia[HB.1M],[HB.1T] constipation[HB.1M],[HB.1T] diarrhea[HB.1M],[HB.1T] nausea[HB.1M] and[HB.1T] vomiting[HB.1M].
Genitourinary: Negative for[HB.1T] discharge[HB.1M],[HB.1T] dysuria[HB.1M],[HB.1T] flank pain[HB.1M],[HB.1T] frequency[HB.1M],[HB.1T] hesitancy[HB.1M],[HB.1T] pelvic pain[HB.1M],[HB.1T] penile pain[HB.1M],[HB.1T] scrotal swelling[HB.1M],[HB.1T] testicular pain[HB.1M] and[HB.1T] urgency[HB.1M].
Musculoskeletal: Negative for back pain and[HB.1T] joint pain[HB.1M].
Skin: Negative for pallor and[HB.1T] rash[HB.1M].
Neurological: Negative for dizziness, syncope, numbness and[HB.1T] headaches[HB.1M].
Psychiatric/Behavioral: Negative for agitation. The patient is not nervous/anxious.[HB.1T]

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Essential hypertension, benign<br>*lisinopril 20 mg* | 2011 |
| • Fracture lumbar vertebra-closed (HCC)<br>*L4- in high school* | Age 14 |
| • Fracture of thumb<br>*right* | Early 30s |
| • High triglycerides<br>*low HDL* | 12/30/14 |
| • Hypothalamic hypogonadism (HCC)<br>*MRI done* | 2008 |
| • Low testosterone | 2008 |
| • Morbid obesity (HCC) | |
| • OSA (obstructive sleep apnea)<br>*KSC Wt. 330 lbs. AHI 78.6 O2 58%.* | 4/2/15 |
| • Pericarditis<br>*150 ml - responded to naprosyn* | age 30-33 |
| • Prediabetes | 12/30/14 |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • THUMB SURGERY | | Age 33 |

**Social History**

| Substance Use Topics | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 0.20 |
| Years: | 14.00 |
| Types: | E-cigarettes, Cigarettes |

Printed on 8/10/21 12:40 PM Page 98


MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 7/12/2017

**07/12/2017 - Office Visit in The Woodlands Family Medicine (continued)**

**Clinical Notes (continued)**

Quit date: 3/12/2010

- Smokeless tobacco: Never Used
  *Comment: 1 pack every 1-2 weeks*
- Alcohol use Yes
  *Comment: Once a week. Beer.*

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension<br>*off med w gastric bypass* | Mother | |
| • Diabetes<br>*off med* | Mother | |
| • Hypertension | Father | |
| • Hypertension<br>*alive at 87* | Maternal Grandmother | |
| • Stroke | Paternal Grandfather | |
| • Other<br>*osa* | Sister | |
| • Other<br>*osa* | Brother | |

**Current Outpatient Prescriptions on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Aspirin 81 MG oral Tab | Take 81 mg by mouth daily | | |
| • Testosterone Cypionate 200 MG/ML intramuscular Solution | Inject 140 mg into the muscle once a week (0.7 ml every week) | 4 mL | 6 |

No current facility-administered medications on file prior to visit.

No Known Allergies

BP 136/90 (Side: Left Arm, Position: SITTING, Cuff Size: Large Adult) | Pulse 84 | Temp 98.2 °F (36.8 °C) (Oral) | Resp 20 | Ht 5' 10" (1.778 m) | Wt (!) 305 lb (138.3 kg) | BMI 43.76 kg/m$^2$[HB.2T]

The vital signs and the Nursing notes were reviewed.

Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He exhibits no tenderness.
Abdominal: Soft. Bowel sounds are normal. There is no tenderness.
Genitourinary:[HB.1T] Testes normal[HB.1M] and[HB.1T] penis normal[HB.1M]. Right testis shows[HB.1T] no mass[HB.1M]. Left

Printed on 8/10/21 12:40 PM Page 99

 **07/12/2017 - Office Visit in The Woodlands Family Medicine (continued)**

**Clinical Notes (continued)**

testis shows[HB.1T] no mass[HB.1M].[HB.1T] Circumcised[HB.1M]. No[HB.1T] phimosis[HB.1M],[HB.1T] paraphimosis[HB.1M],[HB.1T] hypospadias[HB.1M],[HB.1T] penile erythema[HB.1M] or[HB.1T] penile tenderness[HB.1M].[HB.1T] No discharge[HB.1M] found.
Musculoskeletal: Normal range of motion. He exhibits no edema or tenderness.
Neurological: He is alert and oriented to person, place, and time. He has normal reflexes.
Skin: Skin is warm and dry. He is not diaphoretic.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.[HB.1T]

Adam was seen today for screen for std's.

Diagnoses and all orders for this visit:

**Screening examination for venereal disease**
- CHLAMYDIA/GC AMPLIFICATION
- RPR, RFX QN RPR/CONFIRM TP-PA
- HSVIG+HSVIIG+HSVIGM
- HEPATITIS PANEL (4)

**Screening for HIV (human immunodeficiency virus)**
- PANEL 083935[HB.2T]

Safe sex is discussed with the patient.[HB.1M]

Return if symptoms worsen or fail to improve.[HB.2T]

The patient voices full understanding of the diagnosis and the treatment plan.[HB.1T]

Electronically signed by Bedi, Harjaneet S, MD at 7/12/2017 10:00 AM

**Attribution Key**

HB.1 - Bedi, Harjaneet S, MD on 7/12/2017 9:51 AM
HB.2 - Bedi, Harjaneet S, MD on 7/12/2017 9:59 AM
M - Manual, T - Template

**Flowsheets**

**Encounter Vitals**

| Row Name | 07/12/17 0939 |
| --- | --- |
| Enc Vitals | |
| BP | 136/90 -IN at 07/12/17 0942 |
| Pulse | 84 -IN at 07/12/17 0942 |
| Resp | 20 -IN at 07/12/17 0939 |
| Temp | 98.2 °F (36.8 °C) -IN at 07/12/17 0942 |
| Temp src | Oral -IN at 07/12/17 0942 |
| Weight | |

 MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 7/12/2017

07/12/2017 - Office Visit in The Woodlands Family Medicine (continued)

**Flowsheets (continued)**

| | |
|---|---|
| | **305 lb (138.3 kg)** ! -IN at 07/12/17 0942 |
| Height | 5' 10" (1.778 m) -IN at 07/12/17 0939 |
| Pain Score | No pain - 0/5 -NT (r) IN (t) at 10/24/19 1653 |

OTHER

| | |
|---|---|
| Position | SITTING -IN at 07/12/17 0942 |
| Side | Left Arm -IN at 07/12/17 0942 |
| Cuff Size | Large Adult -IN at 07/12/17 0942 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| IN | Najera, Itsela, LVN | — | — | — |
| NT | Thaera, Nick A | — | — | — |

**Labs**

**PANEL 083935 (Edited Result - FINAL)**

Electronically signed by: **Bedi, Harjaneet S, MD on 07/12/17 0957**
Status: **Completed**
Ordering user: Bedi, Harjaneet S, MD 07/12/17 0957
Authorized by: Bedi, Harjaneet S, MD
Ordering mode: Standard
Frequency: Routine 07/12/17 -
Class: Normal
Quantity: 1
Lab status: Edited Result - FINAL
Diagnoses
Screening for HIV (human immunodeficiency virus) [Z11.4]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 201719343210190 | Blood, venous | Venipuncture | THOMPSON, EVERNELL 07/12/17 1012 |

**PANEL 083935**

Resulted: 07/18/17 0110, Result status: Edited Result - FINAL

Order status: Completed
Filed by: Interface, Lab-In 07/18/17 0012
Collected by: THOMPSON, EVERNELL 07/12/17 1012
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by: Bedi, Harjaneet S, MD on 07/18/17 0807

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HIV SCREEN 4TH GENERATION WRFX | Non Reactive | Non Reactive | — | HD |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**PANEL 083935**

Resulted: 07/15/17 0110, Result status: Edited Result - FINAL

Printed on 8/10/21 12:40 PM Page 101

 ## 07/12/2017 - Office Visit in The Woodlands Family Medicine (continued)

### Labs (continued)

Order status: Completed
Collected by: THOMPSON, EVERNELL 07/12/17 1012
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by: Bedi, Harjaneet S, MD on 07/17/17 1201

Filed by: Interface, Lab-In 07/15/17 1720
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HIV SCREEN 4TH GENERATION WRFX | Non Reactive | Non Reactive | — | HD |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**PANEL 083935**

Resulted: 07/14/17 0717, Result status: Edited Result - FINAL

Order status: Completed
Collected by: THOMPSON, EVERNELL 07/12/17 1012
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by: Bedi, Harjaneet S, MD on 07/14/17 1025

Filed by: Interface, Lab-In 07/14/17 0618
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HIV SCREEN 4TH GENERATION WRFX | Non Reactive | Non Reactive | — | HD |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**PANEL 083935**

Resulted: 07/13/17 0618, Result status: Final result

Order status: Completed
Collected by: THOMPSON, EVERNELL 07/12/17 1012
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

Filed by: Interface, Lab-In 07/13/17 0519
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HIV SCREEN 4TH GENERATION WRFX | Non Reactive | Non Reactive | — | HD |

**Reviewed by**

Bedi, Harjaneet S, MD on 07/18/17 0809
Bedi, Harjaneet S, MD on 07/18/17 0808
Bedi, Harjaneet S, MD on 07/18/17 0808
Bedi, Harjaneet S, MD on 07/18/17 0807
Bedi, Harjaneet S, MD on 07/17/17 1201



MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 7/12/2017

07/12/2017 - Office Visit in The Woodlands Family Medicine (continued)

**Labs (continued)**

Bedi, Harjaneet S, MD on 07/14/17 1025

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**PANEL 083935**

Resulted: 07/13/17 0518, Result status: Preliminary result

Order status: Completed
Collected by: THOMPSON, EVERNELL 07/12/17 1012
Filed by: Interface, Lab-In 07/13/17 0420
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HIV SCREEN 4TH GENERATION WRFX | — | — | — | HD |

**Reviewed by**

Bedi, Harjaneet S, MD on 07/18/17 0809
Bedi, Harjaneet S, MD on 07/18/17 0808
Bedi, Harjaneet S, MD on 07/18/17 0808
Bedi, Harjaneet S, MD on 07/18/17 0807
Bedi, Harjaneet S, MD on 07/17/17 1201
Bedi, Harjaneet S, MD on 07/14/17 1025

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**Indications**

Screening for HIV (human immunodeficiency virus) [Z11.4 (ICD-10-CM)]

**All Reviewers List**

Bedi, Harjaneet S, MD on 7/18/2017 8:09 AM
Bedi, Harjaneet S, MD on 7/18/2017 8:08 AM
Bedi, Harjaneet S, MD on 7/18/2017 8:08 AM
Bedi, Harjaneet S, MD on 7/18/2017 8:07 AM
Bedi, Harjaneet S, MD on 7/17/2017 12:01 PM
Bedi, Harjaneet S, MD on 7/14/2017 10:25 AM

**RPR, RFX QN RPR/CONFIRM TP-PA (Edited Result - FINAL)**

Electronically signed by: **Bedi, Harjaneet S, MD on 07/12/17 0957**
Status: **Completed**
Ordering user: Bedi, Harjaneet S, MD 07/12/17 0957
Authorized by: Bedi, Harjaneet S, MD
Ordering mode: Standard
Frequency: Routine 07/12/17 -
Class: Normal
Quantity: 1
Lab status: Edited Result - FINAL
Diagnoses
Screening examination for venereal disease [Z11.3]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|

Printed on 8/10/21 12:40 PM Page 103


MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 7/12/2017

07/12/2017 - Office Visit in The Woodlands Family Medicine (continued)

**Labs (continued)**

| | | | |
|---|---|---|---|
| 20171934321019 0 | Blood, venous | Venipuncture | THOMPSON, EVERNELL 07/12/17 1012 |

Resulted: 07/18/17 0110, Result status: Edited Result - FINAL

**RPR w/ REFLEX**

Order status: Completed
Collected by: THOMPSON, EVERNELL 07/12/17 1012
Filed by: Interface, Lab-In 07/18/17 0012
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by: Bedi, Harjaneet S, MD on 07/18/17 0807

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RPR | Non Reactive | Non Reactive | — | HD |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

Resulted: 07/15/17 0110, Result status: Edited Result - FINAL

**RPR w/ REFLEX**

Order status: Completed
Collected by: THOMPSON, EVERNELL 07/12/17 1012
Filed by: Interface, Lab-In 07/15/17 1720
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by: Bedi, Harjaneet S, MD on 07/17/17 1201

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RPR | Non Reactive | Non Reactive | — | HD |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

Resulted: 07/14/17 0717, Result status: Edited Result - FINAL

**RPR w/ REFLEX**

Order status: Completed
Collected by: THOMPSON, EVERNELL 07/12/17 1012
Filed by: Interface, Lab-In 07/14/17 0618
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by: Bedi, Harjaneet S, MD on 07/14/17 1025

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RPR | Non Reactive | Non Reactive | — | HD |

Printed on 8/10/21 12:40 PM Page 104

 MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 7/12/2017

07/12/2017 - Office Visit in The Woodlands Family Medicine (continued)

**Labs (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**RPR w/ REFLEX**

Resulted: 07/13/17 0618, Result status: Edited Result - FINAL

Order status: Completed
Collected by: THOMPSON, EVERNELL 07/12/17 1012
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

Filed by: Interface, Lab-In 07/13/17 0519
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RPR | Non Reactive | Non Reactive | — | HD |

**Reviewed by**

Bedi, Harjaneet S, MD on 07/18/17 0809
Bedi, Harjaneet S, MD on 07/18/17 0808
Bedi, Harjaneet S, MD on 07/18/17 0808
Bedi, Harjaneet S, MD on 07/18/17 0807
Bedi, Harjaneet S, MD on 07/17/17 1201
Bedi, Harjaneet S, MD on 07/14/17 1025

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**RPR w/ REFLEX**

Resulted: 07/13/17 0518, Result status: Final result

Order status: Completed
Collected by: THOMPSON, EVERNELL 07/12/17 1012
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

Filed by: Interface, Lab-In 07/13/17 0420
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RPR | Non Reactive | Non Reactive | — | HD |

**Reviewed by**

Bedi, Harjaneet S, MD on 07/18/17 0809
Bedi, Harjaneet S, MD on 07/18/17 0808
Bedi, Harjaneet S, MD on 07/18/17 0808
Bedi, Harjaneet S, MD on 07/18/17 0807
Bedi, Harjaneet S, MD on 07/17/17 1201
Bedi, Harjaneet S, MD on 07/14/17 1025

**Testing Performed By**

Printed on 8/10/21 12:40 PM

Page 105

 ## 07/12/2017 - Office Visit in The Woodlands Family Medicine (continued)

**Labs (continued)**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**Indications**

Screening examination for venereal disease [Z11.3 (ICD-10-CM)]

**All Reviewers List**

Bedi, Harjaneet S, MD on 7/18/2017 8:09 AM
Bedi, Harjaneet S, MD on 7/18/2017 8:08 AM
Bedi, Harjaneet S, MD on 7/18/2017 8:08 AM
Bedi, Harjaneet S, MD on 7/18/2017 8:07 AM
Bedi, Harjaneet S, MD on 7/17/2017 12:01 PM
Bedi, Harjaneet S, MD on 7/14/2017 10:25 AM

**HSVIG+HSVIIG+HSVIGM (Final result)**

Electronically signed by: **Bedi, Harjaneet S, MD on 07/12/17 0957**
Status: **Completed**
Ordering user: Bedi, Harjaneet S, MD 07/12/17 0957
Authorized by: Bedi, Harjaneet S, MD
Ordering mode: Standard
Frequency: Routine 07/12/17 -
Class: Normal
Quantity: 1
Lab status: Final result
Diagnoses
Screening examination for venereal disease [Z11.3]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 20171934321019 0 | Blood, venous | Venipuncture | THOMPSON, EVERNELL 07/12/17 1012 |

**HSVIG+HSVIIG+HSVIGM (Abnormal)**
Resulted: 07/18/17 0110, Result status: Final result

Order status: Completed
Filed by: Interface, Lab-In 07/18/17 0012
Collected by: THOMPSON, EVERNELL 07/12/17 1012
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:SRC:Blood, venous*Venipunc ture

LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by: Bedi, Harjaneet S, MD on 07/18/17 0807

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HSV, IGM I/II COMBINATION | 1.08 | 0.00 - 0.90 Ratio | **High ^** | BN |
| Comment: Negative <0.91 Equivocal 0.91 - 1.09 Positive >1.09 | | | | |
| HSV 1 IGG, TYPE SPEC | <0.91 | 0.00 - 0.90 index | — | BN |
| Comment: Negative <0.91 Equivocal 0.91 - 1.09 Positive >1.09 Note: Negative indicates no antibodies detected to HSV-1. Equivocal may suggest early infection. If clinically appropriate, retest at later date. Positive indicates antibodies detected to HSV-1. | | | | |
| HSV 2 IGG, TYPE SPEC | <0.91 | 0.00 - 0.90 index | — | BN |
| Comment: Negative <0.91 | | | | |


MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 7/12/2017

07/12/2017 - Office Visit in The Woodlands Family Medicine (continued)

**Labs (continued)**

Equivocal 0.91 - 1.09
Positive >1.09
Note: Negative indicates no antibodies detected to HSV-2. Equivocal may suggest early infection. If clinically appropriate, retest at later date. Positive indicates antibodies detected to HSV-2.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |
| **1853 - BN** | | Frank Hancock | 1447 York Court Burlington NC 27215-2230 | 02/22/06 1058 - Present |

**HSVIG+HSVIIG+HSVIGM**

Resulted: 07/15/17 0110, Result status: Preliminary result

Order status: Completed
Collected by: THOMPSON, EVERNELL 07/12/17 1012
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:SRC:Blood, venous*Venipunc ture

LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by: Bedi, Harjaneet S, MD on 07/17/17 1201

Filed by: Interface, Lab-In 07/15/17 1720
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HSV, IGM I/II COMBINATION | — | 0.00 - 0.90 Ratio | — | BN |
| Comment: Result being verified. Final report to follow.<br>Negative <0.91<br>Equivocal 0.91 - 1.09<br>Positive >1.09 | | | | |
| HSV 1 IGG, TYPE SPEC | <0.91 | 0.00 - 0.90 index | — | BN |
| Comment:<br>Negative <0.91<br>Equivocal 0.91 - 1.09<br>Positive >1.09<br>Note: Negative indicates no antibodies detected to HSV-1. Equivocal may suggest early infection. If clinically appropriate, retest at later date. Positive indicates antibodies detected to HSV-1. | | | | |
| HSV 2 IGG, TYPE SPEC | <0.91 | 0.00 - 0.90 index | — | BN |
| Comment:<br>Negative <0.91<br>Equivocal 0.91 - 1.09<br>Positive >1.09<br>Note: Negative indicates no antibodies detected to HSV-2. Equivocal may suggest early infection. If clinically appropriate, retest at later date. Positive indicates antibodies detected to HSV-2. | | | | |

Printed on 8/10/21 12:40 PM Page 107


**07/12/2017 - Office Visit in The Woodlands Family Medicine (continued)**

**Labs (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |
| **1853 - BN** | | Frank Hancock | 1447 York Court Burlington NC 27215-2230 | 02/22/06 1058 - Present |

Resulted: 07/14/17 0717, Result status: Preliminary result

**HSVIG+HSVIIG+HSVIGM**

Order status: Completed
Collected by: THOMPSON, EVERNELL 07/12/17 1012
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:SRC:Blood, venous*Venipunc ture

LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by: Bedi, Harjaneet S, MD on 07/14/17 1025

Filed by: Interface, Lab-In 07/14/17 0618
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HSV, IGM I/II COMBINATION | — | — | — | BN |
| HSV 1 IGG, TYPE SPEC | <0.91 | 0.00 - 0.90 index | — | BN |
| Comment: Negative <0.91 Equivocal 0.91 - 1.09 Positive >1.09 Note: Negative indicates no antibodies detected to HSV-1. Equivocal may suggest early infection. If clinically appropriate, retest at later date. Positive indicates antibodies detected to HSV-1. | | | | |
| HSV 2 IGG, TYPE SPEC | <0.91 | 0.00 - 0.90 index | — | BN |
| Comment: Negative <0.91 Equivocal 0.91 - 1.09 Positive >1.09 Note: Negative indicates no antibodies detected to HSV-2. Equivocal may suggest early infection. If clinically appropriate, retest at later date. Positive indicates antibodies detected to HSV-2. | | | | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |
| **1853 - BN** | | Frank Hancock | 1447 York Court Burlington NC 27215-2230 | 02/22/06 1058 - Present |

Resulted: 07/13/17 0618, Result status: Preliminary result

**HSVIG+HSVIIG+HSVIGM**

Order status: Completed
Collected by: THOMPSON, EVERNELL 07/12/17 1012
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:SRC:Blood, venous*Venipunc ture

Filed by: Interface, Lab-In 07/13/17 0519
Resulting lab: LABCORP HOUSTON

 MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 7/12/2017

**07/12/2017 - Office Visit in The Woodlands Family Medicine (continued)**

**Labs (continued)**

LCA Source of Specimen:Blood, venous*Venipunc

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HSV, IGM I/II COMBINATION | — | — | — | BN |
| HSV 1 IGG, TYPE SPEC | — | — | — | BN |
| HSV 2 IGG, TYPE SPEC | — | — | — | BN |

**Reviewed by**

Bedi, Harjaneet S, MD on 07/18/17 0809
Bedi, Harjaneet S, MD on 07/18/17 0808
Bedi, Harjaneet S, MD on 07/18/17 0808
Bedi, Harjaneet S, MD on 07/18/17 0807
Bedi, Harjaneet S, MD on 07/17/17 1201
Bedi, Harjaneet S, MD on 07/14/17 1025

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |
| **1853 - BN** | | Frank Hancock | 1447 York Court Burlington NC 27215-2230 | 02/22/06 1058 - Present |

**HSVIG+HSVIIG+HSVIGM**

Resulted: 07/13/17 0518, Result status: Preliminary result

Order status: Completed
Collected by: THOMPSON, EVERNELL 07/12/17 1012
Filed by: Interface, Lab-In 07/13/17 0420
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:SRC:Blood, venous*Venipunc ture

LCA Source of Specimen:Blood, venous*Venipunc

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HSV, IGM I/II COMBINATION | — | — | — | BN |
| HSV 1 IGG, TYPE SPEC | — | — | — | BN |
| HSV 2 IGG, TYPE SPEC | — | — | — | BN |

**Reviewed by**

Bedi, Harjaneet S, MD on 07/18/17 0809
Bedi, Harjaneet S, MD on 07/18/17 0808
Bedi, Harjaneet S, MD on 07/18/17 0808
Bedi, Harjaneet S, MD on 07/18/17 0807
Bedi, Harjaneet S, MD on 07/17/17 1201
Bedi, Harjaneet S, MD on 07/14/17 1025

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |
| **1853 - BN** | | Frank Hancock | 1447 York Court Burlington NC 27215- | 02/22/06 1058 - Present |

Printed on 8/10/21 12:40 PM Page 109

MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 7/12/2017

07/12/2017 - Office Visit in The Woodlands Family Medicine (continued)

**Labs (continued)**

2230

**Indications**

Screening examination for venereal disease [Z11.3 (ICD-10-CM)]

**All Reviewers List**

Bedi, Harjaneet S, MD on 7/18/2017 8:09 AM
Bedi, Harjaneet S, MD on 7/18/2017 8:08 AM
Bedi, Harjaneet S, MD on 7/18/2017 8:08 AM
Bedi, Harjaneet S, MD on 7/18/2017 8:07 AM
Bedi, Harjaneet S, MD on 7/17/2017 12:01 PM
Bedi, Harjaneet S, MD on 7/14/2017 10:25 AM

**HEPATITIS PANEL (4) (Edited Result - FINAL)**

Electronically signed by: **Bedi, Harjaneet S, MD on 07/12/17 0957**
Status: **Completed**
Ordering user: Bedi, Harjaneet S, MD 07/12/17 0957
Authorized by: Bedi, Harjaneet S, MD
Ordering mode: Standard
Frequency: Routine 07/12/17 -
Class: Normal
Quantity: 1
Lab status: Edited Result - FINAL
Diagnoses
Screening examination for venereal disease [Z11.3]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 201719343210190 | Blood, venous | Venipuncture | THOMPSON, EVERNELL 07/12/17 1012 |

**ACUTE HEPATITIS PANEL**

Resulted: 07/18/17 0110, Result status: Edited Result - FINAL

Order status: Completed
Filed by: Interface, Lab-In 07/18/17 0012
Collected by: THOMPSON, EVERNELL 07/12/17 1012
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by: Bedi, Harjaneet S, MD on 07/18/17 0807

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HEP A AB, IGM | Negative | Negative | — | HD |
| HBSAG SCREEN | Negative | Negative | — | HD |
| HEP B CORE AB, IGM | Negative | Negative | — | HD |
| HEP C VIRUS AB | <0.1 | 0.0 - 0.9 s/co ratio | — | HD |

Comment:

Negative: < 0.8
Indeterminate: 0.8 - 0.9
Positive: > 0.9
.
The CDC recommends that a positive HCV antibody result be followed up with a HCV Nucleic Acid Amplification test (550713).

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

Printed on 8/10/21 12:40 PM
Page 110

 MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 7/12/2017

07/12/2017 - Office Visit in The Woodlands Family Medicine (continued)

Labs (continued)

Resulted: 07/15/17 0110, Result status: Edited Result - FINAL

**ACUTE HEPATITIS PANEL**

Order status: Completed
Collected by: THOMPSON, EVERNELL 07/12/17 1012
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by: Bedi, Harjaneet S, MD on 07/17/17 1201

Filed by: Interface, Lab-In 07/15/17 1720
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HEP A AB, IGM | Negative | Negative | — | HD |
| HBSAG SCREEN | Negative | Negative | — | HD |
| HEP B CORE AB, IGM | Negative | Negative | — | HD |
| HEP C VIRUS AB | <0.1 | 0.0 - 0.9 s/co ratio | — | HD |

Comment:

Negative: < 0.8
Indeterminate: 0.8 - 0.9
Positive: > 0.9
.
The CDC recommends that a positive HCV antibody result be followed up with a HCV Nucleic Acid Amplification test (550713).

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

Resulted: 07/14/17 0717, Result status: Edited Result - FINAL

**ACUTE HEPATITIS PANEL**

Order status: Completed
Collected by: THOMPSON, EVERNELL 07/12/17 1012
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by: Bedi, Harjaneet S, MD on 07/14/17 1025

Filed by: Interface, Lab-In 07/14/17 0618
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HEP A AB, IGM | Negative | Negative | — | HD |
| HBSAG SCREEN | Negative | Negative | — | HD |
| HEP B CORE AB, IGM | Negative | Negative | — | HD |
| HEP C VIRUS AB | <0.1 | 0.0 - 0.9 s/co ratio | — | HD |

Comment:

Negative: < 0.8
Indeterminate: 0.8 - 0.9
Positive: > 0.9
.
The CDC recommends that a positive HCV antibody result be followed up with a HCV Nucleic Acid Amplification test (550713).

Printed on 8/10/21 12:40 PM Page 111

 MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 7/12/2017

**07/12/2017 - Office Visit in The Woodlands Family Medicine (continued)**

**Labs (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**ACUTE HEPATITIS PANEL**

Resulted: 07/13/17 0618, Result status: Final result

Order status: Completed
Collected by: THOMPSON, EVERNELL 07/12/17 1012
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

Filed by: Interface, Lab-In 07/13/17 0519
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HEP A AB, IGM | Negative | Negative | — | HD |
| HBSAG SCREEN | Negative | Negative | — | HD |
| HEP B CORE AB, IGM | Negative | Negative | — | HD |
| HEP C VIRUS AB | <0.1 | 0.0 - 0.9 s/co ratio | — | HD |

Comment:

Negative: < 0.8
Indeterminate: 0.8 - 0.9
Positive: > 0.9
.
The CDC recommends that a positive HCV antibody result be followed up with a HCV Nucleic Acid Amplification test (550713).

**Reviewed by**

Bedi, Harjaneet S, MD on 07/18/17 0809
Bedi, Harjaneet S, MD on 07/18/17 0808
Bedi, Harjaneet S, MD on 07/18/17 0808
Bedi, Harjaneet S, MD on 07/18/17 0807
Bedi, Harjaneet S, MD on 07/17/17 1201
Bedi, Harjaneet S, MD on 07/14/17 1025

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**ACUTE HEPATITIS PANEL**

Resulted: 07/13/17 0518, Result status: Preliminary result

Order status: Completed
Collected by: THOMPSON, EVERNELL 07/12/17 1012
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

Filed by: Interface, Lab-In 07/13/17 0420
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HEP A AB, IGM | — | — | — | HD |
| HBSAG SCREEN | — | — | — | HD |

Printed on 8/10/21 12:40 PM

Page 112

 MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 7/12/2017

07/12/2017 - Office Visit in The Woodlands Family Medicine (continued)

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| HEP B CORE AB, IGM | — | — | — | HD |
| HEP C VIRUS AB | — | — | — | HD |

**Reviewed by**

Bedi, Harjaneet S, MD on 07/18/17 0809
Bedi, Harjaneet S, MD on 07/18/17 0808
Bedi, Harjaneet S, MD on 07/18/17 0808
Bedi, Harjaneet S, MD on 07/18/17 0807
Bedi, Harjaneet S, MD on 07/17/17 1201
Bedi, Harjaneet S, MD on 07/14/17 1025

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**Indications**

Screening examination for venereal disease [Z11.3 (ICD-10-CM)]

**All Reviewers List**

Bedi, Harjaneet S, MD on 7/18/2017 8:09 AM
Bedi, Harjaneet S, MD on 7/18/2017 8:08 AM
Bedi, Harjaneet S, MD on 7/18/2017 8:08 AM
Bedi, Harjaneet S, MD on 7/18/2017 8:07 AM
Bedi, Harjaneet S, MD on 7/17/2017 12:01 PM
Bedi, Harjaneet S, MD on 7/14/2017 10:25 AM

**CHLAMYDIA/GC AMPLIFICATION (Final result)**

Electronically signed by: **Bedi, Harjaneet S, MD on 07/12/17 0957**
Status: **Completed**
Ordering user: Bedi, Harjaneet S, MD 07/12/17 0957
Authorized by: Bedi, Harjaneet S, MD
Ordering mode: Standard
Frequency: Routine 07/12/17 -
Class: Normal
Quantity: 1
Lab status: Final result
Diagnoses
Screening examination for venereal disease [Z11.3]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 201719343205670 | Urine | — | VILLEGAS, JASON X 07/12/17 1033 |

**CHLAMYDIA/GC AMPLIFICATION - URINE (Normal)**
Resulted: 07/14/17 0846, Result status: Final result

Order status: Completed
Filed by: Interface, Lab-In 07/14/17 0748
Collected by: VILLEGAS, JASON X 07/12/17 1033
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:SRC:Urine
LCA Source of Specimen:Urine
Acknowledged by: Bedi, Harjaneet S, MD on 07/14/17 1025

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CHLAMYDIA, NUCLEIC ACID AMP | Negative | Negative | — | ST |
| GONOCOCCUS, NUCLEIC ACID AMP | Negative | Negative | — | ST |

Printed on 8/10/21 12:40 PM Page 113


## 07/12/2017 - Office Visit in The Woodlands Family Medicine (continued)

### Labs (continued)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |
| **2893 - ST** | LABCORP SAN ANTONIO | Thomas S. DeNapoli | 6603 First Park Ten Blvd San Antonio TX 78213-0000 | 04/27/12 0953 - Present |

**Indications**

Screening examination for venereal disease [Z11.3 (ICD-10-CM)]

**All Reviewers List**

Bedi, Harjaneet S, MD on 7/18/2017 8:09 AM
Bedi, Harjaneet S, MD on 7/18/2017 8:08 AM
Bedi, Harjaneet S, MD on 7/18/2017 8:08 AM
Bedi, Harjaneet S, MD on 7/18/2017 8:07 AM
Bedi, Harjaneet S, MD on 7/17/2017 12:01 PM
Bedi, Harjaneet S, MD on 7/14/2017 10:25 AM

## 07/12/2017 - Office Visit in The Woodlands Family Medicine
## Charges for This Encounter

### All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99212 | OFFICE/OUTPATIENT VISIT, EST | 7/12/2017 | Bedi, Harjaneet S, MD | | 1 |
| 86592 | BLOOD SEROLOGY, QUALITATIVE | 7/12/2017 | Bedi, Harjaneet S, MD | 90 | 1 |
| 80074 | ACUTE HEPATITIS PANEL | 7/12/2017 | Bedi, Harjaneet S, MD | 90 | 1 |
| 87389 | HIV-1 AG W/HIV-1 & HIV-2 AB | 7/12/2017 | Bedi, Harjaneet S, MD | 90 | 1 |
| 87491 | CHYLMD TRACH, DNA, AMP PROBE | 7/12/2017 | Bedi, Harjaneet S, MD | 90 | 1 |
| 87591 | N.GONORRHOEAE, DNA, AMP PROB | 7/12/2017 | Bedi, Harjaneet S, MD | 90 | 1 |
| 36415 | ROUTINE VENIPUNCTURE | 7/12/2017 | Bedi, Harjaneet S, MD | | 1 |
| 86694 | HERPES SIMPLEX TEST | 7/12/2017 | Bedi, Harjaneet S, MD | 90 | 1 |
| 86695 | HERPES SIMPLEX TEST | 7/12/2017 | Bedi, Harjaneet S, MD | 90 | 1 |
| 86696 | HERPES SIMPLEX TYPE 2 | 7/12/2017 | Bedi, Harjaneet S, MD | 90 | 1 |



## 11/17/2017 - Office Visit in The Woodlands Endocrinology
## Encounter Information

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 11/17/2017 9:45 AM | Ferrer, Dennis Roy M, MD | WL ENDOCRINOLOGY Arrive at: Second floor | 72026129 | WL |

## 11/17/2017 - Office Visit in The Woodlands Endocrinology (continued)

### Reason for Visit

**Chief Complaint** *[last edited by Medrano, Sara V, CMA II on 11/17/2017 1001]*

- Hormone Problem (6 mos FU )

**Visit Diagnosis** *[last edited by Ferrer, Dennis Roy M, MD on 11/17/2017 1315]*

- **Hypogonadotropic hypogonadism in male (HCC) (primary) [E29.1]**

### Medication List

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

Medications last reviewed by Medrano, Sara V, CMA II on 11/17/2017 1002

**Aspirin 81 MG oral Tab** *[patient reported]*

Instructions: Take 81 mg by mouth daily
Entered by: Durant, Leonard D, LVN    Entered on: 10/26/2016

**Testosterone Cypionate 200 MG/ML intramuscular Solution**

Discontinued by: Ferrer, Dennis Roy M, MD    Discontinued on: 6/26/2018
Reason for discontinuation: Reorder
Instructions: Inject 140 mg into the muscle once a week (0.7 ml every week)
Authorized by: Ferrer, Dennis Roy M, MD    Ordered on: 11/17/2017
Start date: 11/17/2017    Quantity: 4 mL
Refill: 6 refills by 5/16/2018

**Stopped in Visit**

None

### Clinical Notes

**Progress Notes**

**Ferrer, Dennis Roy M, MD at 11/17/2017 1017**

Author: Ferrer, Dennis Roy M, MD    Service: —    Author Type: Physician
Filed: 11/17/2017 1:16 PM    Encounter Date: 11/17/2017    Status: Signed
Editor: Ferrer, Dennis Roy M, MD (Physician)

HPI[DF.1M]

Adam is a(n) 42 year old male who presents for his[DF.1T] testosterone problem. Bit less fatigued. No new complaints. No chest pains, SOB. No breast/nipple pain. Urine flow good. He related having been getting phlebotomy done every 3 weeks lately. He believes most recent Hct ~42. Testosterone dosed every Friday.[DF.2M]


MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 11/17/2017

**11/17/2017 - Office Visit in The Woodlands Endocrinology (continued)**

**Clinical Notes (continued)**

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Aspirin 81 MG oral Tab | Take 81 mg by mouth daily | | |
| • Testosterone Cypionate 200 MG/ML intramuscular Solution | Inject 140 mg into the muscle once a week (0.7 ml every week) | 4 mL | 6 |

No current facility-administered medications for this visit.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Essential hypertension, benign<br>*lisinopril 20 mg* | 2011 |
| • Fracture lumbar vertebra-closed (HCC)<br>*L4- in high school* | Age 14 |
| • Fracture of thumb<br>*right* | Early 30s |
| • High triglycerides<br>*low HDL* | 12/30/14 |
| • Hypothalamic hypogonadism (HCC)<br>*MRI done* | 2008 |
| • Low testosterone | 2008 |
| • Morbid obesity (HCC) | |
| • OSA (obstructive sleep apnea)<br>*KSC Wt. 330 lbs. AHI 78.6 O2 58%.* | 4/2/15 |
| • Pericarditis<br>*150 ml - responded to naprosyn* | age 30-33 |
| • Prediabetes | 12/30/14 |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • THUMB SURGERY | | Age 33 |

**Social History**

| Substance Use Topics | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 0.20 |
| Years: | 14.00 |
| Types: | E-cigarettes, Cigarettes |
| Quit date: | 3/12/2010 |
| • Smokeless tobacco: | Never Used |
| *Comment: 1 pack every 1-2 weeks* | |
| • Alcohol use | Yes |
| *Comment: Once a week. Beer.* | |

Printed on 8/10/21 12:40 PM Page 116

 **11/17/2017 - Office Visit in The Woodlands Endocrinology (continued)**

**Clinical Notes (continued)**

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension<br>*off med w gastric bypass* | Mother | |
| • Diabetes<br>*off med* | Mother | |
| • Hypertension | Father | |
| • Hypertension<br>*alive at 87* | Maternal Grandmother | |
| • Stroke | Paternal Grandfather | |
| • Other<br>*osa* | Sister | |
| • Other<br>*osa*[DF.1T] | Brother | |

Review of Systems
Constitutional: Negative for[DF.2T] fever[DF.2C].
Respiratory: Negative for[DF.2T] shortness of breath[DF.2C].
Cardiovascular: Negative for[DF.2T] chest pain[DF.2C].
Endocrine: Negative for[DF.2T] polydipsia[DF.2C] and[DF.2T] polyuria[DF.2C].

Physical Exam
Constitutional: He is[DF.2T] oriented to person, place, and time[DF.2C].[DF.2T]
**Morbidly obese.**[DF.2C]
Neck:[DF.2T] No thyromegaly[DF.2C] present.
Cardiovascular:[DF.2T] Normal rate[DF.2C] and[DF.2T] regular rhythm[DF.2C].
Pulmonary/Chest:[DF.2T] Effort normal[DF.2C] and[DF.2T] breath sounds normal[DF.2C].
Neurological: He is[DF.2T] alert[DF.2C] and[DF.2T] oriented to person, place, and time[DF.2C].
Psychiatric: He has a[DF.2T] normal mood and affect[DF.2C].[DF.2T]
Vitals[DF.2C] reviewed.[DF.2T]

**1. Hypogonadotropic hypogonadism in male**

**CBC WITH DIFFERENTIAL/PLATELET**
**TESTOSTERONE, FREE+WEAKLY BOUND**
**Testosterone Cypionate 200 MG/ML intramuscular Solution**[DF.3T]

Check labs. Adjust testosterone dose as needed.[DF.2M]

Electronically signed by Ferrer, Dennis Roy M, MD at 11/17/2017 1:16 PM

**Attribution Key**

DF.1 - Ferrer, Dennis Roy M, MD on 11/17/2017 10:17 AM
DF.2 - Ferrer, Dennis Roy M, MD on 11/17/2017 1:13 PM
DF.3 - Ferrer, Dennis Roy M, MD on 11/17/2017 1:15 PM
C - Copied, M - Manual, T - Template

**Ferrer, Dennis Roy M, MD at 11/24/2017 1445**

Author: Ferrer, Dennis Roy M, MD    Service: —    Author Type: Physician

 ## 11/17/2017 - Office Visit in The Woodlands Endocrinology (continued)

### Clinical Notes (continued)

Filed: 11/24/2017 2:45 PM    Encounter Date: 11/17/2017    Status: Signed
Editor: Ferrer, Dennis Roy M, MD (Physician)

Testosterone within reference range. Hemoglobin and hematocrit normal. Continue current plan of care.[DF.1M]

Electronically signed by Ferrer, Dennis Roy M, MD at 11/24/2017 2:45 PM

**Attribution Key**

DF.1 - Ferrer, Dennis Roy M, MD on 11/24/2017 2:45 PM
M - Manual

### Flowsheets

**Encounter Vitals**

| Row Name | 11/17/17 1002 |
|---|---|
| **Enc Vitals** | |
| BP | **152/92** ! -SM at 11/17/17 1002 |
| Pulse | 84 -SM at 11/17/17 1002 |
| Resp | 20 -SM at 11/17/17 1002 |
| Temp | 99.1 °F (37.3 °C) -SM at 11/17/17 1002 |
| Temp src | Oral -SM at 11/17/17 1002 |
| Weight | **310 lb (140.6 kg)** ! -SM at 11/17/17 1002 |
| Height | 5' 10" (1.778 m) -SM at 11/17/17 1002 |
| **OTHER** | |
| Position | SITTING -SM at 11/17/17 1002 |
| Side | Left Arm -SM at 11/17/17 1002 |
| Cuff Size | Large Adult -SM at 11/17/17 1002 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| SM | Medrano, Sara V, CMA II | — | — | — |

### Labs

**CBC WITH DIFFERENTIAL/PLATELET (Edited Result - FINAL)**

Electronically signed by: **Ferrer, Dennis Roy M, MD on 11/17/17 1021**    Status: **Completed**
Ordering user: Ferrer, Dennis Roy M, MD 11/17/17 1021    Authorized by: Ferrer, Dennis Roy M, MD
Ordering mode: Standard
Frequency: Routine 11/17/17 -    Class: Normal
Quantity: 1    Lab status: Edited Result - FINAL
Diagnoses
Hypogonadotropic hypogonadism in male (HCC) [E29.1]

**Specimen Information**

 ## 11/17/2017 - Office Visit in The Woodlands Endocrinology (continued)

**Labs (continued)**

| ID | Type | Source | Collected By |
| --- | --- | --- | --- |
| 201732143206320 | Blood, venous | Venipuncture | ST. JOHN, TARA 11/17/17 1045 |

Resulted: 11/21/17 1118, Result status: Edited Result - FINAL

**CBC WITH DIFFERENTIAL/PLATELET (Abnormal)**

Order status: Completed
Collected by: ST. JOHN, TARA 11/17/17 1045
Filed by: Interface, Lab-In 11/21/17 1018
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:SRC:Blood, venous*Venipunc ture

LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by: Ferrer, Dennis Roy M, MD on 11/22/17 1624

**Components**

| Component | Value | Reference Range | Flag | Lab |
| --- | --- | --- | --- | --- |
| WHITE BLOOD CELL (WBC) COUNT | 7.8 | 3.4 - 10.8 x10E3/uL | — | HD |
| RED BLOOD CELL (RBC) COUNT | 5.77 | 4.14 - 5.80 x10E6/uL | — | HD |
| HEMOGLOBIN | 13.8 | 12.6 - 17.7 g/dL | — | HD |

Comment:
**Effective December 4, 2017 the reference interval**
for Hemoglobin MALES only will be changing to:
Males 13-15 years: 12.6 - 17.7
Males >15 years: 13.0 - 17.7

| Component | Value | Reference Range | Flag | Lab |
| --- | --- | --- | --- | --- |
| HEMATOCRIT | 41.8 | 37.5 - 51.0 % | — | HD |
| MCV | 72 | 79 - 97 fL | Low ˅ | HD |
| MCH | 23.9 | 26.6 - 33.0 pg | Low ˅ | HD |
| MCHC | 33.0 | 31.5 - 35.7 g/dL | — | HD |
| RDW | 17.8 | 12.3 - 15.4 % | High ^ | HD |
| PLATELETS | 251 | 150 - 379 x10E3/uL | — | HD |
| NEUTROPHILS | 59 | Not Estab. % | — | HD |
| LYMPHS | 25 | Not Estab. % | — | HD |
| MONOCYTES | 10 | Not Estab. % | — | HD |
| EOS | 3 | Not Estab. % | — | HD |
| BASOS | 0 | Not Estab. % | — | HD |
| NEUTROPHILS (ABSOLUTE) | 4.6 | 1.4 - 7.0 x10E3/uL | — | HD |
| LYMPHS (ABSOLUTE) | 2.0 | 0.7 - 3.1 x10E3/uL | — | HD |
| MONOCYTES(ABSOLUTE) | 0.8 | 0.1 - 0.9 x10E3/uL | — | HD |
| EOS (ABSOLUTE) | 0.2 | 0.0 - 0.4 x10E3/uL | — | HD |
| BASO (ABSOLUTE) | 0.0 | 0.0 - 0.2 x10E3/uL | — | HD |
| IMMATURE GRANULOCYTES | 3 | Not Estab. % | — | HD |
| IMMATURE GRANS (ABS) | 0.2 | 0.0 - 0.1 x10E3/uL | High ^ | HD |

Comment:
(An elevated percentage of Immature Granulocytes has not been found to be clinically significant as a sole clinical predictor of disease. Does NOT include bands or blast cells. Pregnancy associated physiological leukocytosis may also show increased immature granulocytes without clinical significance.)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
| --- | --- | --- | --- | --- |


## 11/17/2017 - Office Visit in The Woodlands Endocrinology (continued)

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**CBC WITH DIFFERENTIAL/PLATELET (Abnormal)**

Resulted: 11/20/17 1711, Result status: Edited Result - FINAL

Order status: Completed
Collected by: ST. JOHN, TARA 11/17/17 1045
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

Filed by: Interface, Lab-In 11/20/17 1611
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WHITE BLOOD CELL (WBC) COUNT | 7.8 | 3.4 - 10.8 x10E3/uL | — | HD |
| RED BLOOD CELL (RBC) COUNT | 5.77 | 4.14 - 5.80 x10E6/uL | — | HD |
| HEMOGLOBIN | 13.8 | 12.6 - 17.7 g/dL | — | HD |
| Comment: **Effective December 4, 2017 the reference interval** for Hemoglobin MALES only will be changing to: Males 13-15 years: 12.6 - 17.7 Males >15 years: 13.0 - 17.7 | | | | |
| HEMATOCRIT | 41.8 | 37.5 - 51.0 % | — | HD |
| MCV | 72 | 79 - 97 fL | **Low** | HD |
| MCH | 23.9 | 26.6 - 33.0 pg | **Low** | HD |
| MCHC | 33.0 | 31.5 - 35.7 g/dL | — | HD |
| RDW | 17.8 | 12.3 - 15.4 % | **High** | HD |
| PLATELETS | 251 | 150 - 379 x10E3/uL | — | HD |
| NEUTROPHILS | 59 | Not Estab. % | — | HD |
| LYMPHS | 25 | Not Estab. % | — | HD |
| MONOCYTES | 10 | Not Estab. % | — | HD |
| EOS | 3 | Not Estab. % | — | HD |
| BASOS | 0 | Not Estab. % | — | HD |
| NEUTROPHILS (ABSOLUTE) | 4.6 | 1.4 - 7.0 x10E3/uL | — | HD |
| LYMPHS (ABSOLUTE) | 2.0 | 0.7 - 3.1 x10E3/uL | — | HD |
| MONOCYTES(ABSOLUTE) | 0.8 | 0.1 - 0.9 x10E3/uL | — | HD |
| EOS (ABSOLUTE) | 0.2 | 0.0 - 0.4 x10E3/uL | — | HD |
| BASO (ABSOLUTE) | 0.0 | 0.0 - 0.2 x10E3/uL | — | HD |
| IMMATURE GRANULOCYTES | 3 | Not Estab. % | — | HD |
| IMMATURE GRANS (ABS) | 0.2 | 0.0 - 0.1 x10E3/uL | **High** | HD |
| Comment: (An elevated percentage of Immature Granulocytes has not been found to be clinically significant as a sole clinical predictor of disease. Does NOT include bands or blast cells. Pregnancy associated physiological leukocytosis may also show increased immature granulocytes without clinical significance.) | | | | |

**Reviewed by**

Ferrer, Dennis Roy M, MD on 11/24/17 1445

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|


## 11/17/2017 - Office Visit in The Woodlands Endocrinology (continued)

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**CBC WITH DIFFERENTIAL/PLATELET (Abnormal)** — Resulted: 11/18/17 0613, Result status: Edited Result - FINAL

Order status: Completed
Collected by: ST. JOHN, TARA 11/17/17 1045
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:SRC:Blood, venous*Venipunc ture

LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by: Ferrer, Dennis Roy M, MD on 11/19/17 0758

Filed by: Interface, Lab-In 11/18/17 0514
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WHITE BLOOD CELL (WBC) COUNT | 7.8 | 3.4 - 10.8 x10E3/uL | — | HD |
| RED BLOOD CELL (RBC) COUNT | 5.77 | 4.14 - 5.80 x10E6/uL | — | HD |
| HEMOGLOBIN | 13.8 | 12.6 - 17.7 g/dL | — | HD |
| HEMATOCRIT | 41.8 | 37.5 - 51.0 % | — | HD |
| MCV | 72 | 79 - 97 fL | **Low** | HD |
| MCH | 23.9 | 26.6 - 33.0 pg | **Low** | HD |
| MCHC | 33.0 | 31.5 - 35.7 g/dL | — | HD |
| RDW | 17.8 | 12.3 - 15.4 % | **High** | HD |
| PLATELETS | 251 | 150 - 379 x10E3/uL | — | HD |
| NEUTROPHILS | 59 | Not Estab. % | — | HD |
| LYMPHS | 25 | Not Estab. % | — | HD |
| MONOCYTES | 10 | Not Estab. % | — | HD |
| EOS | 3 | Not Estab. % | — | HD |
| BASOS | 0 | Not Estab. % | — | HD |
| NEUTROPHILS (ABSOLUTE) | 4.6 | 1.4 - 7.0 x10E3/uL | — | HD |
| LYMPHS (ABSOLUTE) | 2.0 | 0.7 - 3.1 x10E3/uL | — | HD |
| MONOCYTES(ABSOLUTE) | 0.8 | 0.1 - 0.9 x10E3/uL | — | HD |
| EOS (ABSOLUTE) | 0.2 | 0.0 - 0.4 x10E3/uL | — | HD |
| BASO (ABSOLUTE) | 0.0 | 0.0 - 0.2 x10E3/uL | — | HD |
| IMMATURE GRANULOCYTES | 3 | Not Estab. % | — | HD |
| IMMATURE GRANS (ABS) | 0.2 | 0.0 - 0.1 x10E3/uL | **High** | HD |

Comment:
(An elevated percentage of Immature Granulocytes has not been found to be clinically significant as a sole clinical predictor of disease. Does NOT include bands or blast cells. Pregnancy associated physiological leukocytosis may also show increased immature granulocytes without clinical significance.)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**CBC WITH DIFFERENTIAL/PLATELET (Abnormal)** — Resulted: 11/18/17 0310, Result status: Final result

Order status: Completed
Collected by: ST. JOHN, TARA 11/17/17 1045
Narrative:

Filed by: Interface, Lab-In 11/18/17 0211
Resulting lab: LABCORP HOUSTON


## 11/17/2017 - Office Visit in The Woodlands Endocrinology (continued)

**Labs (continued)**

LabCorp results reported in Eastern Time.
LCA Clinical Information:SRC:Blood, venous*Venipunc ture

LCA Source of Specimen:Blood, venous*Venipunc

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WHITE BLOOD CELL (WBC) COUNT | 7.8 | 3.4 - 10.8 x10E3/uL | — | HD |
| RED BLOOD CELL (RBC) COUNT | 5.77 | 4.14 - 5.80 x10E6/uL | — | HD |
| HEMOGLOBIN | 13.8 | 12.6 - 17.7 g/dL | — | HD |
| HEMATOCRIT | 41.8 | 37.5 - 51.0 % | — | HD |
| MCV | 72 | 79 - 97 fL | **Low** ˅ | HD |
| MCH | 23.9 | 26.6 - 33.0 pg | **Low** ˅ | HD |
| MCHC | 33.0 | 31.5 - 35.7 g/dL | — | HD |
| RDW | 17.8 | 12.3 - 15.4 % | **High** ^ | HD |
| PLATELETS | 251 | 150 - 379 x10E3/uL | — | HD |
| NEUTROPHILS | 59 | Not Estab. % | — | HD |
| LYMPHS | 25 | Not Estab. % | — | HD |
| MONOCYTES | 10 | Not Estab. % | — | HD |
| EOS | 3 | Not Estab. % | — | HD |
| BASOS | 0 | Not Estab. % | — | HD |
| IMMATURE CELLS | — | — | — | HD |
| NEUTROPHILS (ABSOLUTE) | 4.6 | 1.4 - 7.0 x10E3/uL | — | HD |
| LYMPHS (ABSOLUTE) | 2.0 | 0.7 - 3.1 x10E3/uL | — | HD |
| MONOCYTES(ABSOLUTE) | 0.8 | 0.1 - 0.9 x10E3/uL | — | HD |
| EOS (ABSOLUTE) | 0.2 | 0.0 - 0.4 x10E3/uL | — | HD |
| BASO (ABSOLUTE) | 0.0 | 0.0 - 0.2 x10E3/uL | — | HD |
| IMMATURE GRANULOCYTES | 3 | Not Estab. % | — | HD |
| IMMATURE GRANS (ABS) | 0.2 | 0.0 - 0.1 x10E3/uL | **High** ^ | HD |

Comment:
(An elevated percentage of Immature Granulocytes has not been found to be clinically significant as a sole clinical predictor of disease. Does NOT include bands or blast cells. Pregnancy associated physiological leukocytosis may also show increased immature granulocytes without clinical significance.)

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| NRBC | — | — | — | HD |
| HEMATOLOGY COMMENTS: | — | — | — | HD |

**Reviewed by**

Ferrer, Dennis Roy M, MD on 11/24/17 1445

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**Indications**

Hypogonadotropic hypogonadism in male [E29.1 (ICD-10-CM)]

**All Reviewers List**

Ferrer, Dennis Roy M, MD on 11/24/2017 2:45 PM


MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 11/17/2017

11/17/2017 - Office Visit in The Woodlands Endocrinology (continued)

**Labs (continued)**

**TESTOSTERONE, FREE+WEAKLY BOUND (Final result)**

Electronically signed by: **Ferrer, Dennis Roy M, MD on 11/17/17 1021**
Status: **Completed**
Ordering user: Ferrer, Dennis Roy M, MD 11/17/17 1021
Authorized by: Ferrer, Dennis Roy M, MD
Ordering mode: Standard
Frequency: Routine 11/17/17 -
Class: Normal
Quantity: 1
Lab status: Final result
Diagnoses
Hypogonadotropic hypogonadism in male (HCC) [E29.1]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 20173214320632 0 | Blood, venous | Venipuncture | ST. JOHN, TARA 11/17/17 1045 |

**TESTOSTERONE, FREE+WEAKLY BOUND**
Resulted: 11/21/17 1118, Result status: Final result

Order status: Completed
Filed by: Interface, Lab-In 11/21/17 1018
Collected by: ST. JOHN, TARA 11/17/17 1045
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by: Ferrer, Dennis Roy M, MD on 11/22/17 1624

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TESTOSTERONE, SERUM | 327 | 264 - 916 ng/dL | — | HD |
| Comment: Adult male reference interval is based on a population of healthy nonobese males (BMI <30) between 19 and 39 years old. Travison, et.al. JCEM 2017,102;1161-1173. PMID: 28324103. | | | | |
| TESTOST., % FREE+WEAKLY BOUND | LIP1 | % | — | BN |
| Comment: Test Not Performed. Specimen is lipemic. | | | | |
| TESTOST., F+W BOUND | UPTCAL | ng/dL | — | HD |
| Comment: Unable to calculate result since non-numeric result obtained for component test. | | | | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |
| **1853 - BN** | | Frank Hancock | 1447 York Court Burlington NC 27215-2230 | 02/22/06 1058 - Present |

**TESTOSTERONE, FREE+WEAKLY BOUND**
Resulted: 11/20/17 1711, Result status: Preliminary result

Order status: Completed
Filed by: Interface, Lab-In 11/20/17 1611
Collected by: ST. JOHN, TARA 11/17/17 1045
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

**Components**

Printed on 8/10/21 12:40 PM
Page 123


## 11/17/2017 - Office Visit in The Woodlands Endocrinology (continued)

**Labs (continued)**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TESTOSTERONE, SERUM | 327 | 264 - 916 ng/dL | — | HD |
| Comment: Adult male reference interval is based on a population of healthy nonobese males (BMI <30) between 19 and 39 years old. Travison, et.al. JCEM 2017,102;1161-1173. PMID: 28324103. | | | | |
| TESTOST., % FREE+WEAKLY BOUND | — | — | — | BN |
| TESTOST., F+W BOUND | — | — | — | HD |

**Reviewed by**

Ferrer, Dennis Roy M, MD on 11/24/17 1445

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |
| **1853 - BN** | | Frank Hancock | 1447 York Court Burlington NC 27215-2230 | 02/22/06 1058 - Present |

Resulted: 11/18/17 0613, Result status: Preliminary result

**TESTOSTERONE, FREE+WEAKLY BOUND**

Order status: Completed
Collected by: ST. JOHN, TARA 11/17/17 1045
Filed by: Interface, Lab-In 11/18/17 0514
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by: Ferrer, Dennis Roy M, MD on 11/19/17 0758

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TESTOSTERONE, SERUM | 327 | 264 - 916 ng/dL | — | HD |
| Comment: Adult male reference interval is based on a population of healthy nonobese males (BMI <30) between 19 and 39 years old. Travison, et.al. JCEM 2017,102;1161-1173. PMID: 28324103. | | | | |
| TESTOST., % FREE+WEAKLY BOUND | — | — | — | BN |
| TESTOST., F+W BOUND | — | — | — | HD |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |
| **1853 - BN** | | Frank Hancock | 1447 York Court Burlington NC 27215-2230 | 02/22/06 1058 - Present |

Resulted: 11/18/17 0310, Result status: Preliminary result

**TESTOSTERONE, FREE+WEAKLY BOUND**

Order status: Completed
Collected by: ST. JOHN, TARA 11/17/17 1045
Filed by: Interface, Lab-In 11/18/17 0211
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.

## 11/17/2017 - Office Visit in The Woodlands Endocrinology (continued)

**Labs (continued)**

LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TESTOSTERONE, SERUM | — | — | — | HD |
| TESTOST., % FREE+WEAKLY BOUND | — | — | — | BN |
| TESTOST., F+W BOUND | — | — | — | HD |

**Reviewed by**

Ferrer, Dennis Roy M, MD on 11/24/17 1445

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |
| **1853 - BN** | | Frank Hancock | 1447 York Court Burlington NC 27215-2230 | 02/22/06 1058 - Present |

**Indications**

Hypogonadotropic hypogonadism in male [E29.1 (ICD-10-CM)]

**All Reviewers List**

Ferrer, Dennis Roy M, MD on 11/24/2017 2:45 PM

**STATUS REPORT (Discontinued)**

Electronically signed by: **Interface, Lab-In on 11/17/17 0000**
Status: **Discontinued**
Ordering user: Interface, Lab-In 11/17/17 0000
Authorized by: Ferrer, Dennis Roy M, MD
Ordering mode: Standard
Frequency: 11/17/17 -
Class: Normal
Quantity: 1
Discontinued by: Interface, Lab-In 11/21/17 1018 [Details below, if available. (LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc)]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 201732143206320 | — | — | 11/17/17 1045 |

Resulted: 11/20/17 1711, Result status: Preliminary result

**STATUS REPORT**

Order status: Canceled
Discontinued by: Interface, Lab-In 11/21/17 1018 [Details below, if available. (LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc)]
Filed by: Interface, Lab-In 11/20/17 1611
Collected by: 11/17/17 1045
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:SRC:Blood, venous*Venipunc ture

LCA Source of Specimen:Blood, venous*Venipunc

**Components**

 ## 11/17/2017 - Office Visit in The Woodlands Endocrinology (continued)

**Labs (continued)**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| STATUS REPORT | — | — | — | BN |

**Reviewed by**

Ferrer, Dennis Roy M, MD on 11/24/17 1445

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |
| **1853 - BN** | | Frank Hancock | 1447 York Court Burlington NC 27215-2230 | 02/22/06 1058 - Present |

**All Reviewers List**

Ferrer, Dennis Roy M, MD on 11/24/2017 2:45 PM

**REQUEST PROBLEM (Final result)**

Electronically signed by: **Interface, Lab-In on 11/17/17 0000** Status: **Completed**
Ordering user: Interface, Lab-In 11/17/17 0000 Authorized by: Ferrer, Dennis Roy M, MD
Ordering mode: Standard
Frequency: 11/17/17 - Class: Normal
Quantity: 1 Lab status: Final result

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 201732143206320 | — | — | 11/17/17 1045 |

**REQUEST PROBLEM** Resulted: 11/21/17 1118, Result status: Final result

Order status: Completed Filed by: Interface, Lab-In 11/21/17 1018
Collected by: 11/17/17 1045 Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by: Ferrer, Dennis Roy M, MD on 11/22/17 1624

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| REQUEST PROBLEM | LIP1 | — | — | HD |

Comment:
Test Not Performed. Specimen is lipemic.
TEST: 143257 Testost., % Free+Weakly Bound Panel: 143255

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**All Reviewers List**

Ferrer, Dennis Roy M, MD on 11/24/2017 2:45 PM

 MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 11/17/2017

## 11/17/2017 - Office Visit in The Woodlands Endocrinology (continued)

**Labs (continued)**

## 11/17/2017 - Office Visit in The Woodlands Endocrinology
## Charges for This Encounter

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99212 | OFFICE/OUTPATIENT VISIT, EST | 11/17/2017 | Ferrer, Dennis Roy M, MD | | 1 |
| 85027 | COMPLETE CBC, AUTOMATED | 11/17/2017 | Ferrer, Dennis Roy M, MD | 90 | 1 |
| 36415 | ROUTINE VENIPUNCTURE | 11/17/2017 | Ferrer, Dennis Roy M, MD | | 1 |
| 84410 | TESTOSTERONE; BIOAVAILABLE, DIRECT MEASUREMENT | 11/17/2017 | Ferrer, Dennis Roy M, MD | | 1 |

Printed on 8/10/21 12:40 PM Page 127


## 06/26/2018 - Office Visit in The Woodlands Endocrinology
## Encounter Information

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 6/26/2018 11:30 AM | Ferrer, Dennis Roy M, MD | WL ENDOCRINOLOGY Arrive at: Second floor | 75858716 | WL |

## 06/26/2018 - Office Visit in The Woodlands Endocrinology (continued)

### Reason for Visit

**Chief Complaint** *[last edited by Medrano, Sara V, CMA II on 6/26/2018 1106]*

- Hormone Problem (last seen 11/2017)

**Visit Diagnoses** *[last edited by Ferrer, Dennis Roy M, MD on 6/26/2018 1133]*

- **Hypogonadotropic hypogonadism in male (HCC) (primary) [E23.0]**
- Hyperlipidemia, unspecified hyperlipidemia type [E78.5]
- Prostate cancer screening [Z12.5]
- Diabetes mellitus screening [Z13.1]

### Medication List

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

Medications last reviewed by Medrano, Sara V, CMA II on 6/26/2018 1114

**Aspirin 81 MG oral Tab** *[patient reported]*

Instructions: Take 81 mg by mouth daily
Entered by: Durant, Leonard D, LVN Entered on: 10/26/2016

**Cholecalciferol (VITAMIN D3 OR)** *[patient reported]*

Instructions: Take by mouth
Entered by: Medrano, Sara V, CMA II Entered on: 6/26/2018

**Cyanocobalamin (VITAMIN B-12 OR)** *[patient reported]*

Instructions: Take by mouth
Entered by: Medrano, Sara V, CMA II Entered on: 6/26/2018

**Testosterone Cypionate 200 MG/ML intramuscular Solution**

Discontinued by: Ferrer, Dennis Roy M, MD Discontinued on: 12/29/2018
Reason for discontinuation: Reorder
Instructions: Inject 140 (one hundred forty) mg into the muscle once a week (0.7 ml every week)
Authorized by: Ferrer, Dennis Roy M, MD Ordered on: 6/26/2018
Start date: 6/26/2018 Quantity: 4 mL
Refill: 6 refills by 12/23/2018

**Stopped in Visit**

None

### Clinical Notes

**Progress Notes**

 **06/26/2018 - Office Visit in The Woodlands Endocrinology (continued)**

**Clinical Notes (continued)**

**Ferrer, Dennis Roy M, MD at 6/26/2018 1125**

Author: Ferrer, Dennis Roy M, MD | Service: — | Author Type: Physician
Filed: 6/26/2018 9:30 PM | Encounter Date: 6/26/2018 | Status: Signed
Editor: Ferrer, Dennis Roy M, MD (Physician)

HPI[DF.1M]

Adam is a(n) 43 year old male who presents for his[DF.1T] low testosterone. He has no new complaints. He has ne CPAP for his OSA. Bit less fatigued. Need for phlebotomy less frequent.[DF.2M]

| | Ref. Range | 10/26/2016 16:03 | 4/25/2017 10:59 | 11/17/2017 10:45 |
|---|---|---|---|---|
| HEMOGLOBIN | Latest Ref Range: 12.6 - 17.7 g/dL | 16.4 | 17.5 | 13.8 |
| HEMATOCRIT | Latest Ref Range: 37.5 - 51.0 % | 48.4 | 51.2 (High) | 41.8 |
| TESTOSTERONE, SERUM | Latest Ref Range: 264 - 916 ng/dL | 715 | 468 | 327 |
| PROSTATE SPECIFIC AG, SERUM | Latest Ref Range: 0.0 - 4.0 ng/mL | 0.7 | 0.8[DF.2C] | |

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Aspirin 81 MG oral Tab | Take 81 mg by mouth daily | | |
| • Cholecalciferol (VITAMIN D3 OR) | Take by mouth | | |
| • Cyanocobalamin (VITAMIN B-12 OR) | Take by mouth | | |
| • Testosterone Cypionate 200 MG/ML intramuscular Solution | Inject 140 mg into the muscle once a week (0.7 ml every week) | 4 mL | 6 |

No current facility-administered medications for this visit.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Essential hypertension, benign<br>*lisinopril 20 mg* | 2011 |
| • Fracture lumbar vertebra-closed (HCC)<br>*L4- in high school* | Age 14 |
| • Fracture of thumb<br>*right* | Early 30s |
| • High triglycerides<br>*low HDL* | 12/30/14 |

 MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 6/26/2018

**06/26/2018 - Office Visit in The Woodlands Endocrinology (continued)**

**Clinical Notes (continued)**

- Hypothalamic hypogonadism (HCC) — 2008
  *MRI done*
- Low testosterone — 2008
- Morbid obesity (HCC)
- OSA (obstructive sleep apnea) — 4/2/15
  *KSC Wt. 330 lbs. AHI 78.6 O2 58%.*
- Pericarditis — age 30-33
  *150 ml - responded to naprosyn*
- Prediabetes — 12/30/14

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • THUMB SURGERY | | Age 33 |

**Social History**

Substance Use Topics

- Smoking status: Former Smoker
  - Packs/day: 0.20
  - Years: 14.00
  - Types: E-cigarettes, Cigarettes
  - Quit date: 3/12/2010
- Smokeless tobacco: Never Used
  *Comment: 1 pack every 1-2 weeks*
- Alcohol use: Yes
  *Comment: Once a week. Beer.*

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension<br>*off med w gastric bypass* | Mother | |
| • Diabetes<br>*off med* | Mother | |
| • Hypertension | Father | |
| • Hypertension<br>*alive at 87* | Maternal Grandmother | |
| • Stroke | Paternal Grandfather | |
| • Other<br>*osa* | Sister | |
| • Other<br>*osa*[DF.1T] | Brother | |

Review of Systems
Constitutional: Negative for[DF.2T] fever[DF.2C].
Respiratory: Negative for[DF.2T] shortness of breath[DF.2C].
Cardiovascular: Negative for[DF.2T] chest pain[DF.2C].
Endocrine: Negative for[DF.2T] polydipsia[DF.2C] and[DF.2T] polyuria[DF.2C].

Printed on 8/10/21 12:40 PM Page 130

 MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 6/26/2018

**06/26/2018 - Office Visit in The Woodlands Endocrinology (continued)**

**Clinical Notes (continued)**

Physical Exam
Constitutional: He is[DF.2T] oriented to person, place, and time[DF.2C].[DF.2T]
**Morbidly obese.**[DF.2C]
Neck:[DF.2T] No thyromegaly[DF.2C] present.
Cardiovascular:[DF.2T] Normal rate[DF.2C] and[DF.2T] regular rhythm[DF.2C].
Pulmonary/Chest:[DF.2T] Effort normal[DF.2C] and[DF.2T] breath sounds normal[DF.2C].
Neurological: He is[DF.2T] alert[DF.2C] and[DF.2T] oriented to person, place, and time[DF.2C].
Psychiatric: He has a[DF.2T] normal mood and affect[DF.2C].[DF.2T]
Vitals[DF.2C] reviewed.[DF.2T]

| | | |
|---|---|---|
| **1.** | **Hypogonadotropic hypogonadism in male**[DF.3T] | **Check labs. Adjust testosterone dose as needed.**[DF.2M]<br><br>**TESTOSTERONE, FREE+WEAKLY BOUND**<br>**CBC WITH DIFFERENTIAL/PLATELET**<br>**Testosterone Cypionate 200 MG/ML intramuscular Solution** |
| 2. | Hyperlipidemia, unspecified hyperlipidemia type | LIPID PANEL |
| 3. | Prostate cancer screening | PROSTATE-SPECIFIC AG, SERUM |
| 4. | Diabetes mellitus screening | GLUCOSE, PLASMA[DF.3T] |

Electronically signed by Ferrer, Dennis Roy M, MD at 6/26/2018 9:30 PM

**Attribution Key**

DF.1 - Ferrer, Dennis Roy M, MD on 6/26/2018 11:25 AM
DF.2 - Ferrer, Dennis Roy M, MD on 6/26/2018 9:25 PM
DF.3 - Ferrer, Dennis Roy M, MD on 6/26/2018 9:26 PM
C - Copied, M - Manual, T - Template

**Ferrer, Dennis Roy M, MD at 7/5/2018 0039**

Author: Ferrer, Dennis Roy M, MD Service: — Author Type: Physician
Filed: 7/5/2018 12:39 AM Encounter Date: 6/26/2018 Status: Signed
Editor: Ferrer, Dennis Roy M, MD (Physician)

Testosterone low. Consistent in taking testosterone shots weekly? Last dose a week prior to blood test?

Blood cell counts normal. PSA stable.

Cholesterol okay. Triglycerides slightly high. Just work towards lower-fat and lower-starch diet.

Glucose normal.[DF.1M]

Electronically signed by Ferrer, Dennis Roy M, MD at 7/5/2018 12:39 AM

Printed on 8/10/21 12:40 PM Page 131


MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 6/26/2018

06/26/2018 - Office Visit in The Woodlands Endocrinology (continued)

Clinical Notes (continued)

**Attribution Key**

DF.1 - Ferrer, Dennis Roy M, MD on 7/5/2018 12:39 AM
M - Manual

**McGee, Robin D, LVN at 7/5/2018 1145**

Author: McGee, Robin D, LVN | Service: — | Author Type: LVN
Filed: 7/5/2018 11:45 AM | Encounter Date: 6/26/2018 | Status: Signed
Editor: McGee, Robin D, LVN (LVN)

I have attempted to contact this patient by telephone, left message on voice mail to call back. I will continue to try later.[RM.1M]

Electronically signed by McGee, Robin D, LVN at 7/5/2018 11:45 AM

**Attribution Key**

RM.1 - McGee, Robin D, LVN on 7/5/2018 11:45 AM
M - Manual

**McGee, Robin D, LVN at 7/5/2018 1459**

Author: McGee, Robin D, LVN | Service: — | Author Type: LVN
Filed: 7/5/2018 2:59 PM | Encounter Date: 6/26/2018 | Status: Signed
Editor: McGee, Robin D, LVN (LVN)

Pt notified of test results and physician's instructions as noted below. Pt verbalizes understanding of instructions.Patient states that he was 3 days late on his Testosterone injection when he had the labs done. It had been 10 days since his last injection. Patient takes 0.7mg weekly. Please advise and thank you.[RM.1M]

Electronically signed by McGee, Robin D, LVN at 7/5/2018 2:59 PM

**Attribution Key**

RM.1 - McGee, Robin D, LVN on 7/5/2018 2:59 PM
M - Manual

**Ferrer, Dennis Roy M, MD at 7/5/2018 1638**

Author: Ferrer, Dennis Roy M, MD | Service: — | Author Type: Physician
Filed: 7/5/2018 4:38 PM | Encounter Date: 6/26/2018 | Status: Signed
Editor: Ferrer, Dennis Roy M, MD (Physician)

Noted. Just stay on current dose.[DF.1M]

Electronically signed by Ferrer, Dennis Roy M, MD at 7/5/2018 4:38 PM

**Attribution Key**

DF.1 - Ferrer, Dennis Roy M, MD on 7/5/2018 4:38 PM
M - Manual

**McGee, Robin D, LVN at 7/5/2018 1649**

Author: McGee, Robin D, LVN | Service: — | Author Type: LVN

Printed on 8/10/21 12:40 PM Page 132



## 06/26/2018 - Office Visit in The Woodlands Endocrinology (continued)

### Clinical Notes (continued)

Filed: 7/5/2018 4:49 PM | Encounter Date: 6/26/2018 | Status: Signed
Editor: McGee, Robin D, LVN (LVN)

Pt notified of physician's instructions as noted below. Pt verbalizes understanding of instructions.[RM.1M]

Electronically signed by McGee, Robin D, LVN at 7/5/2018 4:49 PM

**Attribution Key**

RM.1 - McGee, Robin D, LVN on 7/5/2018 4:49 PM
M - Manual

### Flowsheets

**Custom Formula Data**

| Row Name | 06/26/18 1114 |
|---|---|
| **Vitals** | |
| Pct Wt Change | 0 % -SM at 06/26/18 1114 |
| **OTHER** | |
| BMI | 43.76 KG/M2 -SM at 06/26/18 1114 |
| BSA | 4.73 M2 -SM at 06/26/18 1114 |
| BSA (Calculated - sq m) | 2.61 sq meters -SM at 06/26/18 1114 |
| BMI (Calculated) | 43.8 -SM at 06/26/18 1114 |
| BMI (Calculated) | 43.8 -SM at 06/26/18 1114 |
| BSA (Calculated - sq m) | 2.61 sq meters -SM at 06/26/18 1114 |
| BMI (Calculated) | 43.8 -SM at 06/26/18 1114 |
| BMI (Calculated) | 43.8 -SM at 06/26/18 1114 |
| BSA (Calculated - sq m) | 2.61 sq meters -SM at 06/26/18 1114 |

**Encounter Vitals**

| Row Name | 06/26/18 1114 |
|---|---|
| **Enc Vitals** | |
| BP | 132/84 -SM at 06/26/18 1114 |
| Pulse | 64 -SM at 06/26/18 1114 |
| Resp | 16 -SM at 06/26/18 1114 |
| Temp | 98.9 °F (37.2 °C) -SM at 06/26/18 1114 |
| Temp src | Oral -SM at 06/26/18 1114 |
| Weight | **305 lb (138.3 kg)** ! -SM at 06/26/18 1114 |
| Height | 5' 10" (1.778 m) -SM at 06/26/18 1114 |


## 06/26/2018 - Office Visit in The Woodlands Endocrinology (continued)

### Flowsheets (continued)

| OTHER | |
|---|---|
| Position | SITTING -SM at 06/26/18 1114 |
| Side | Right Arm -SM at 06/26/18 1114 |
| Cuff Size | Large Adult -SM at 06/26/18 1114 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| SM | Medrano, Sara V, CMA II | — | — | — |

### Labs

**TESTOSTERONE, FREE+WEAKLY BOUND (Final result)**

Electronically signed by: **Ferrer, Dennis Roy M, MD on 06/26/18 1134** Status: **Completed**
Ordering user: Ferrer, Dennis Roy M, MD 06/26/18 1134 Authorized by: Ferrer, Dennis Roy M, MD
Ordering mode: Standard
Frequency: Routine 06/26/18 - Class: Normal
Quantity: 1 Lab status: Final result
Diagnoses
Hypogonadotropic hypogonadism in male (HCC) [E23.0]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 201817743201770 | Blood, venous | Venipuncture | UDOSEN, GAIL Y 06/26/18 1158 |

**TESTOSTERONE, FREE+WEAKLY BOUND (Abnormal)** Resulted: 06/29/18 1453, Result status: Final result

Order status: Completed Filed by: Interface, Lab-In 06/29/18 1353
Collected by: UDOSEN, GAIL Y 06/26/18 1158 Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by
Ferrer, Dennis Roy M, MD on 06/29/18 1356
McGee, Robin D, LVN on 07/05/18 1033

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TESTOSTERONE, SERUM | 77 | 264 - 916 ng/dL | **Low** ˅ | HD |
| Comment: Adult male reference interval is based on a population of healthy nonobese males (BMI <30) between 19 and 39 years old. Travison, et.al. JCEM 2017,102;1161-1173. PMID: 28324103. | | | | |
| TESTOST., % FREE+WEAKLY BOUND | 24.9 | 9.0 - 46.0 % | — | BN |
| TESTOST., F+W BOUND | 19.2 | 40.0 - 250.0 ng/dL | **Low** ˅ | HD |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |
| **1853 - BN** | | Frank Hancock | 1447 York Court Burlington NC 27215-2230 | 02/22/06 1058 - Present |


MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 6/26/2018

06/26/2018 - Office Visit in The Woodlands Endocrinology (continued)

**Labs (continued)**

Resulted: 06/27/18 1032, Result status: Preliminary result

**TESTOSTERONE, FREE+WEAKLY BOUND (Abnormal)**

Order status: Completed
Collected by: UDOSEN, GAIL Y 06/26/18 1158
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by: Ferrer, Dennis Roy M, MD on 06/28/18 1235

Filed by: Interface, Lab-In 06/27/18 0932
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TESTOSTERONE, SERUM | 77 | 264 - 916 ng/dL | **Low** ˅ | HD |
| Comment: Adult male reference interval is based on a population of healthy nonobese males (BMI <30) between 19 and 39 years old. Travison, et.al. JCEM 2017,102;1161-1173. PMID: 28324103. | | | | |
| TESTOST., % FREE+WEAKLY BOUND | — | — | — | BN |
| TESTOST., F+W BOUND | — | — | — | HD |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |
| **1853 - BN** | | Frank Hancock | 1447 York Court Burlington NC 27215-2230 | 02/22/06 1058 - Present |

Resulted: 06/27/18 0614, Result status: Preliminary result

**TESTOSTERONE, FREE+WEAKLY BOUND (Abnormal)**

Order status: Completed
Collected by: UDOSEN, GAIL Y 06/26/18 1158
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by: Ferrer, Dennis Roy M, MD on 06/27/18 0645

Filed by: Interface, Lab-In 06/27/18 0515
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TESTOSTERONE, SERUM | 77 | 264 - 916 ng/dL | **Low** ˅ | HD |
| Comment: Adult male reference interval is based on a population of healthy nonobese males (BMI <30) between 19 and 39 years old. Travison, et.al. JCEM 2017,102;1161-1173. PMID: 28324103. | | | | |
| TESTOST., % FREE+WEAKLY BOUND | — | — | — | BN |
| TESTOST., F+W BOUND | — | — | — | HD |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

Printed on 8/10/21 12:40 PM Page 135


MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 6/26/2018

06/26/2018 - Office Visit in The Woodlands Endocrinology (continued)

**Labs (continued)**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1853 - BN** | | Frank Hancock | 1447 York Court Burlington NC 27215-2230 | 02/22/06 1058 - Present |

Resulted: 06/27/18 0514, Result status: Preliminary result

**TESTOSTERONE, FREE+WEAKLY BOUND**

Order status: Completed
Collected by: UDOSEN, GAIL Y 06/26/18 1158
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

Filed by: Interface, Lab-In 06/27/18 0414
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TESTOSTERONE, SERUM | — | — | — | HD |
| TESTOST., % FREE+WEAKLY BOUND | — | — | — | BN |
| TESTOST., F+W BOUND | — | — | — | HD |

**Reviewed by**

McGee, Robin D, LVN on 07/05/18 1649
Ferrer, Dennis Roy M, MD on 07/05/18 1638

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |
| **1853 - BN** | | Frank Hancock | 1447 York Court Burlington NC 27215-2230 | 02/22/06 1058 - Present |

Resulted: 06/27/18 0108, Result status: Preliminary result

**TESTOSTERONE, FREE+WEAKLY BOUND**

Order status: Completed
Collected by: UDOSEN, GAIL Y 06/26/18 1158
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

Filed by: Interface, Lab-In 06/27/18 0008
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TESTOSTERONE, SERUM | — | — | — | HD |
| TESTOST., % FREE+WEAKLY BOUND | — | — | — | BN |
| TESTOST., F+W BOUND | — | — | — | HD |

**Reviewed by**

McGee, Robin D, LVN on 07/05/18 1649
Ferrer, Dennis Roy M, MD on 07/05/18 1638

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

Printed on 8/10/21 12:40 PM Page 136

 ## 06/26/2018 - Office Visit in The Woodlands Endocrinology (continued)

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| **1853 - BN** | | Frank Hancock | 1447 York Court Burlington NC 27215-2230 | 02/22/06 1058 - Present |

Resulted: 06/26/18 2312, Result status: Preliminary result

**TESTOSTERONE, FREE+WEAKLY BOUND**

Order status: Completed
Collected by: UDOSEN, GAIL Y 06/26/18 1158
Filed by: Interface, Lab-In 06/26/18 2212
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TESTOSTERONE, SERUM | — | — | — | HD |
| TESTOST., % FREE+WEAKLY BOUND | — | — | — | BN |
| TESTOST., F+W BOUND | — | — | — | HD |

**Reviewed by**

McGee, Robin D, LVN on 07/05/18 1649
Ferrer, Dennis Roy M, MD on 07/05/18 1638

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |
| **1853 - BN** | | Frank Hancock | 1447 York Court Burlington NC 27215-2230 | 02/22/06 1058 - Present |

**Indications**

Hypogonadotropic hypogonadism in male (HCC) [E23.0 (ICD-10-CM)]

**All Reviewers List**

McGee, Robin D, LVN on 7/5/2018 4:49 PM
Ferrer, Dennis Roy M, MD on 7/5/2018 4:38 PM

**CBC WITH DIFFERENTIAL/PLATELET (Edited Result - FINAL)**

Electronically signed by: **Ferrer, Dennis Roy M, MD on 06/26/18 1134**
Status: **Completed**
Ordering user: Ferrer, Dennis Roy M, MD 06/26/18 1134
Authorized by: Ferrer, Dennis Roy M, MD
Ordering mode: Standard
Frequency: Routine 06/26/18 -
Class: Normal
Quantity: 1
Lab status: Edited Result - FINAL
Diagnoses
Hypogonadotropic hypogonadism in male (HCC) [E23.0]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 20181774320177 0 | Blood, venous | Venipuncture | UDOSEN, GAIL Y 06/26/18 1158 |

Resulted: 06/29/18 1453, Result status: Edited Result - FINAL

**CBC WITH DIFFERENTIAL/PLATELET**

Order status: Completed
Collected by: UDOSEN, GAIL Y 06/26/18 1158
Filed by: Interface, Lab-In 06/29/18 1353
Resulting lab: LABCORP HOUSTON


MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 6/26/2018

**06/26/2018 - Office Visit in The Woodlands Endocrinology (continued)**

**Labs (continued)**

Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:SRC:Blood, venous*Venipunc ture

LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by
Ferrer, Dennis Roy M, MD on 06/29/18 1356
McGee, Robin D, LVN on 07/05/18 1033

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WHITE BLOOD CELL (WBC) COUNT | 6.5 | 3.4 - 10.8 x10E3/uL | — | HD |
| RED BLOOD CELL (RBC) COUNT | 5.60 | 4.14 - 5.80 x10E6/uL | — | HD |
| HEMOGLOBIN | 15.0 | 13.0 - 17.7 g/dL | — | HD |
| HEMATOCRIT | 45.0 | 37.5 - 51.0 % | — | HD |
| MCV | 80 | 79 - 97 fL | — | HD |
| MCH | 26.8 | 26.6 - 33.0 pg | — | HD |
| MCHC | 33.3 | 31.5 - 35.7 g/dL | — | HD |
| RDW | 15.4 | 12.3 - 15.4 % | — | HD |
| PLATELETS | 219 | 150 - 379 x10E3/uL | — | HD |
| NEUTROPHILS | 64 | Not Estab. % | — | HD |
| LYMPHS | 23 | Not Estab. % | — | HD |
| MONOCYTES | 8 | Not Estab. % | — | HD |
| EOS | 4 | Not Estab. % | — | HD |
| BASOS | 0 | Not Estab. % | — | HD |
| NEUTROPHILS (ABSOLUTE) | 4.2 | 1.4 - 7.0 x10E3/uL | — | HD |
| LYMPHS (ABSOLUTE) | 1.5 | 0.7 - 3.1 x10E3/uL | — | HD |
| MONOCYTES(ABSOLUTE) | 0.5 | 0.1 - 0.9 x10E3/uL | — | HD |
| EOS (ABSOLUTE) | 0.2 | 0.0 - 0.4 x10E3/uL | — | HD |
| BASO (ABSOLUTE) | 0.0 | 0.0 - 0.2 x10E3/uL | — | HD |
| IMMATURE GRANULOCYTES | 1 | Not Estab. % | — | HD |
| IMMATURE GRANS (ABS) | 0.1 | 0.0 - 0.1 x10E3/uL | — | HD |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**CBC WITH DIFFERENTIAL/PLATELET**

Resulted: 06/27/18 1032, Result status: Edited Result - FINAL

Order status: Completed
Collected by: UDOSEN, GAIL Y 06/26/18 1158
Filed by: Interface, Lab-In 06/27/18 0932
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:SRC:Blood, venous*Venipunc ture

LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by: Ferrer, Dennis Roy M, MD on 06/28/18 1235

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WHITE BLOOD CELL (WBC) COUNT | 6.5 | 3.4 - 10.8 x10E3/uL | — | HD |
| RED BLOOD CELL (RBC) COUNT | 5.60 | 4.14 - 5.80 | — | HD |

Printed on 8/10/21 12:40 PM Page 138

 **06/26/2018 - Office Visit in The Woodlands Endocrinology (continued)**

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| | | x10E6/uL | | |
| HEMOGLOBIN | 15.0 | 13.0 - 17.7 g/dL | — | HD |
| HEMATOCRIT | 45.0 | 37.5 - 51.0 % | — | HD |
| MCV | 80 | 79 - 97 fL | — | HD |
| MCH | 26.8 | 26.6 - 33.0 pg | — | HD |
| MCHC | 33.3 | 31.5 - 35.7 g/dL | — | HD |
| RDW | 15.4 | 12.3 - 15.4 % | — | HD |
| PLATELETS | 219 | 150 - 379 x10E3/uL | — | HD |
| NEUTROPHILS | 64 | Not Estab. % | — | HD |
| LYMPHS | 23 | Not Estab. % | — | HD |
| MONOCYTES | 8 | Not Estab. % | — | HD |
| EOS | 4 | Not Estab. % | — | HD |
| BASOS | 0 | Not Estab. % | — | HD |
| NEUTROPHILS (ABSOLUTE) | 4.2 | 1.4 - 7.0 x10E3/uL | — | HD |
| LYMPHS (ABSOLUTE) | 1.5 | 0.7 - 3.1 x10E3/uL | — | HD |
| MONOCYTES(ABSOLUTE) | 0.5 | 0.1 - 0.9 x10E3/uL | — | HD |
| EOS (ABSOLUTE) | 0.2 | 0.0 - 0.4 x10E3/uL | — | HD |
| BASO (ABSOLUTE) | 0.0 | 0.0 - 0.2 x10E3/uL | — | HD |
| IMMATURE GRANULOCYTES | 1 | Not Estab. % | — | HD |
| IMMATURE GRANS (ABS) | 0.1 | 0.0 - 0.1 x10E3/uL | — | HD |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**CBC WITH DIFFERENTIAL/PLATELET**

Resulted: 06/27/18 0614, Result status: Edited Result - FINAL

Order status: Completed
Collected by: UDOSEN, GAIL Y 06/26/18 1158
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:SRC:Blood, venous*Venipunc ture

LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by: Ferrer, Dennis Roy M, MD on 06/27/18 0645

Filed by: Interface, Lab-In 06/27/18 0515
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WHITE BLOOD CELL (WBC) COUNT | 6.5 | 3.4 - 10.8 x10E3/uL | — | HD |
| RED BLOOD CELL (RBC) COUNT | 5.60 | 4.14 - 5.80 x10E6/uL | — | HD |
| HEMOGLOBIN | 15.0 | 13.0 - 17.7 g/dL | — | HD |
| HEMATOCRIT | 45.0 | 37.5 - 51.0 % | — | HD |
| MCV | 80 | 79 - 97 fL | — | HD |
| MCH | 26.8 | 26.6 - 33.0 pg | — | HD |
| MCHC | 33.3 | 31.5 - 35.7 g/dL | — | HD |
| RDW | 15.4 | 12.3 - 15.4 % | — | HD |
| PLATELETS | 219 | 150 - 379 x10E3/uL | — | HD |
| NEUTROPHILS | 64 | Not Estab. % | — | HD |
| LYMPHS | 23 | Not Estab. % | — | HD |
| MONOCYTES | 8 | Not Estab. % | — | HD |
| EOS | 4 | Not Estab. % | — | HD |
| BASOS | 0 | Not Estab. % | — | HD |

## 06/26/2018 - Office Visit in The Woodlands Endocrinology (continued)

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| NEUTROPHILS (ABSOLUTE) | 4.2 | 1.4 - 7.0 x10E3/uL | — | HD |
| LYMPHS (ABSOLUTE) | 1.5 | 0.7 - 3.1 x10E3/uL | — | HD |
| MONOCYTES(ABSOLUTE) | 0.5 | 0.1 - 0.9 x10E3/uL | — | HD |
| EOS (ABSOLUTE) | 0.2 | 0.0 - 0.4 x10E3/uL | — | HD |
| BASO (ABSOLUTE) | 0.0 | 0.0 - 0.2 x10E3/uL | — | HD |
| IMMATURE GRANULOCYTES | 1 | Not Estab. % | — | HD |
| IMMATURE GRANS (ABS) | 0.1 | 0.0 - 0.1 x10E3/uL | — | HD |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**CBC WITH DIFFERENTIAL/PLATELET**

Resulted: 06/27/18 0514, Result status: Edited Result - FINAL

Order status: Completed
Collected by: UDOSEN, GAIL Y 06/26/18 1158
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:SRC:Blood, venous*Venipunc ture

LCA Source of Specimen:Blood, venous*Venipunc

Filed by: Interface, Lab-In 06/27/18 0414
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WHITE BLOOD CELL (WBC) COUNT | 6.5 | 3.4 - 10.8 x10E3/uL | — | HD |
| RED BLOOD CELL (RBC) COUNT | 5.60 | 4.14 - 5.80 x10E6/uL | — | HD |
| HEMOGLOBIN | 15.0 | 13.0 - 17.7 g/dL | — | HD |
| HEMATOCRIT | 45.0 | 37.5 - 51.0 % | — | HD |
| MCV | 80 | 79 - 97 fL | — | HD |
| MCH | 26.8 | 26.6 - 33.0 pg | — | HD |
| MCHC | 33.3 | 31.5 - 35.7 g/dL | — | HD |
| RDW | 15.4 | 12.3 - 15.4 % | — | HD |
| PLATELETS | 219 | 150 - 379 x10E3/uL | — | HD |
| NEUTROPHILS | 64 | Not Estab. % | — | HD |
| LYMPHS | 23 | Not Estab. % | — | HD |
| MONOCYTES | 8 | Not Estab. % | — | HD |
| EOS | 4 | Not Estab. % | — | HD |
| BASOS | 0 | Not Estab. % | — | HD |
| NEUTROPHILS (ABSOLUTE) | 4.2 | 1.4 - 7.0 x10E3/uL | — | HD |
| LYMPHS (ABSOLUTE) | 1.5 | 0.7 - 3.1 x10E3/uL | — | HD |
| MONOCYTES(ABSOLUTE) | 0.5 | 0.1 - 0.9 x10E3/uL | — | HD |
| EOS (ABSOLUTE) | 0.2 | 0.0 - 0.4 x10E3/uL | — | HD |
| BASO (ABSOLUTE) | 0.0 | 0.0 - 0.2 x10E3/uL | — | HD |
| IMMATURE GRANULOCYTES | 1 | Not Estab. % | — | HD |
| IMMATURE GRANS (ABS) | 0.1 | 0.0 - 0.1 x10E3/uL | — | HD |

**Reviewed by**

McGee, Robin D, LVN on 07/05/18 1649
Ferrer, Dennis Roy M, MD on 07/05/18 1638



MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 6/26/2018

**06/26/2018 - Office Visit in The Woodlands Endocrinology (continued)**

**Labs (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**CBC WITH DIFFERENTIAL/PLATELET**

Resulted: 06/27/18 0108, Result status: Edited Result - FINAL

Order status: Completed
Collected by: UDOSEN, GAIL Y 06/26/18 1158
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:SRC:Blood, venous*Venipunc ture

LCA Source of Specimen:Blood, venous*Venipunc

Filed by: Interface, Lab-In 06/27/18 0008
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WHITE BLOOD CELL (WBC) COUNT | 6.5 | 3.4 - 10.8 x10E3/uL | — | HD |
| RED BLOOD CELL (RBC) COUNT | 5.60 | 4.14 - 5.80 x10E6/uL | — | HD |
| HEMOGLOBIN | 15.0 | 13.0 - 17.7 g/dL | — | HD |
| HEMATOCRIT | 45.0 | 37.5 - 51.0 % | — | HD |
| MCV | 80 | 79 - 97 fL | — | HD |
| MCH | 26.8 | 26.6 - 33.0 pg | — | HD |
| MCHC | 33.3 | 31.5 - 35.7 g/dL | — | HD |
| RDW | 15.4 | 12.3 - 15.4 % | — | HD |
| PLATELETS | 219 | 150 - 379 x10E3/uL | — | HD |
| NEUTROPHILS | 64 | Not Estab. % | — | HD |
| LYMPHS | 23 | Not Estab. % | — | HD |
| MONOCYTES | 8 | Not Estab. % | — | HD |
| EOS | 4 | Not Estab. % | — | HD |
| BASOS | 0 | Not Estab. % | — | HD |
| NEUTROPHILS (ABSOLUTE) | 4.2 | 1.4 - 7.0 x10E3/uL | — | HD |
| LYMPHS (ABSOLUTE) | 1.5 | 0.7 - 3.1 x10E3/uL | — | HD |
| MONOCYTES(ABSOLUTE) | 0.5 | 0.1 - 0.9 x10E3/uL | — | HD |
| EOS (ABSOLUTE) | 0.2 | 0.0 - 0.4 x10E3/uL | — | HD |
| BASO (ABSOLUTE) | 0.0 | 0.0 - 0.2 x10E3/uL | — | HD |
| IMMATURE GRANULOCYTES | 1 | Not Estab. % | — | HD |
| IMMATURE GRANS (ABS) | 0.1 | 0.0 - 0.1 x10E3/uL | — | HD |

**Reviewed by**

McGee, Robin D, LVN on 07/05/18 1649
Ferrer, Dennis Roy M, MD on 07/05/18 1638

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**CBC WITH DIFFERENTIAL/PLATELET**

Resulted: 06/26/18 2312, Result status: Final result

Order status: Completed
Collected by: UDOSEN, GAIL Y 06/26/18 1158
Narrative:
LabCorp results reported in Eastern Time.

Filed by: Interface, Lab-In 06/26/18 2212
Resulting lab: LABCORP HOUSTON

Printed on 8/10/21 12:40 PM

Page 141

 MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 6/26/2018

**06/26/2018 - Office Visit in The Woodlands Endocrinology (continued)**

**Labs (continued)**

LCA Clinical Information:SRC:Blood, venous*Venipunc ture

LCA Source of Specimen:Blood, venous*Venipunc

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WHITE BLOOD CELL (WBC) COUNT | 6.5 | 3.4 - 10.8 x10E3/uL | — | HD |
| RED BLOOD CELL (RBC) COUNT | 5.60 | 4.14 - 5.80 x10E6/uL | — | HD |
| HEMOGLOBIN | 15.0 | 13.0 - 17.7 g/dL | — | HD |
| HEMATOCRIT | 45.0 | 37.5 - 51.0 % | — | HD |
| MCV | 80 | 79 - 97 fL | — | HD |
| MCH | 26.8 | 26.6 - 33.0 pg | — | HD |
| MCHC | 33.3 | 31.5 - 35.7 g/dL | — | HD |
| RDW | 15.4 | 12.3 - 15.4 % | — | HD |
| PLATELETS | 219 | 150 - 379 x10E3/uL | — | HD |
| NEUTROPHILS | 64 | Not Estab. % | — | HD |
| LYMPHS | 23 | Not Estab. % | — | HD |
| MONOCYTES | 8 | Not Estab. % | — | HD |
| EOS | 4 | Not Estab. % | — | HD |
| BASOS | 0 | Not Estab. % | — | HD |
| NEUTROPHILS (ABSOLUTE) | 4.2 | 1.4 - 7.0 x10E3/uL | — | HD |
| LYMPHS (ABSOLUTE) | 1.5 | 0.7 - 3.1 x10E3/uL | — | HD |
| MONOCYTES(ABSOLUTE) | 0.5 | 0.1 - 0.9 x10E3/uL | — | HD |
| EOS (ABSOLUTE) | 0.2 | 0.0 - 0.4 x10E3/uL | — | HD |
| BASO (ABSOLUTE) | 0.0 | 0.0 - 0.2 x10E3/uL | — | HD |
| IMMATURE GRANULOCYTES | 1 | Not Estab. % | — | HD |
| IMMATURE GRANS (ABS) | 0.1 | 0.0 - 0.1 x10E3/uL | — | HD |

**Reviewed by**

McGee, Robin D, LVN on 07/05/18 1649
Ferrer, Dennis Roy M, MD on 07/05/18 1638

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**Indications**

Hypogonadotropic hypogonadism in male (HCC) [E23.0 (ICD-10-CM)]

**All Reviewers List**

McGee, Robin D, LVN on 7/5/2018 4:49 PM
Ferrer, Dennis Roy M, MD on 7/5/2018 4:38 PM

**PROSTATE-SPECIFIC AG, SERUM (Edited Result - FINAL)**

Electronically signed by: **Ferrer, Dennis Roy M, MD on 06/26/18 1134**
Status: **Completed**
Ordering user: Ferrer, Dennis Roy M, MD 06/26/18 1134
Authorized by: Ferrer, Dennis Roy M, MD
Ordering mode: Standard
Frequency: Routine 06/26/18 -
Class: Normal
Quantity: 1
Lab status: Edited Result - FINAL
Diagnoses
Prostate cancer screening [Z12.5]

Printed on 8/10/21 12:40 PM Page 142



## 06/26/2018 - Office Visit in The Woodlands Endocrinology (continued)

**Labs (continued)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 20181774320177 0 | Blood, venous | Venipuncture | UDOSEN, GAIL Y 06/26/18 1158 |

Resulted: 06/29/18 1453, Result status: Edited Result - FINAL

**PROSTATE-SPECIFIC AG, SERUM**

Order status: Completed
Collected by: UDOSEN, GAIL Y 06/26/18 1158
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by
Ferrer, Dennis Roy M, MD on 06/29/18 1356
McGee, Robin D, LVN on 07/05/18 1033

Filed by: Interface, Lab-In 06/29/18 1353
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| PROSTATE SPECIFIC AG, SERUM | 0.6 | 0.0 - 4.0 ng/mL | — | HD |

Comment:
Roche ECLIA methodology.

.

According to the American Urological Association, Serum PSA should decrease and remain at undetectable levels after radical prostatectomy. The AUA defines biochemical recurrence as an initial PSA value 0.2 ng/mL or greater followed by a subsequent confirmatory PSA value 0.2 ng/mL or greater.
Values obtained with different assay methods or kits cannot be used interchangeably. Results cannot be interpreted as absolute evidence of the presence or absence of malignant disease.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

Resulted: 06/27/18 1032, Result status: Edited Result - FINAL

**PROSTATE-SPECIFIC AG, SERUM**

Order status: Completed
Collected by: UDOSEN, GAIL Y 06/26/18 1158
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by: Ferrer, Dennis Roy M, MD on 06/28/18 1235

Filed by: Interface, Lab-In 06/27/18 0932
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| PROSTATE SPECIFIC AG, SERUM | 0.6 | 0.0 - 4.0 ng/mL | — | HD |

Comment:
Roche ECLIA methodology.

.

According to the American Urological Association, Serum PSA should decrease and remain at undetectable levels after radical prostatectomy. The AUA defines biochemical recurrence as an initial PSA value 0.2 ng/mL or greater followed by a subsequent confirmatory



## 06/26/2018 - Office Visit in The Woodlands Endocrinology (continued)

**Labs (continued)**

PSA value 0.2 ng/mL or greater.
Values obtained with different assay methods or kits cannot be used interchangeably. Results cannot be interpreted as absolute evidence of the presence or absence of malignant disease.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**PROSTATE-SPECIFIC AG, SERUM** Resulted: 06/27/18 0614, Result status: Edited Result - FINAL

Order status: Completed
Collected by: UDOSEN, GAIL Y 06/26/18 1158
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by: Ferrer, Dennis Roy M, MD on 06/27/18 0645

Filed by: Interface, Lab-In 06/27/18 0515
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| PROSTATE SPECIFIC AG, SERUM | 0.6 | 0.0 - 4.0 ng/mL | — | HD |

Comment:
Roche ECLIA methodology.
.
According to the American Urological Association, Serum PSA should decrease and remain at undetectable levels after radical prostatectomy. The AUA defines biochemical recurrence as an initial PSA value 0.2 ng/mL or greater followed by a subsequent confirmatory PSA value 0.2 ng/mL or greater.
Values obtained with different assay methods or kits cannot be used interchangeably. Results cannot be interpreted as absolute evidence of the presence or absence of malignant disease.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**PROSTATE-SPECIFIC AG, SERUM** Resulted: 06/27/18 0514, Result status: Final result

Order status: Completed
Collected by: UDOSEN, GAIL Y 06/26/18 1158
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

Filed by: Interface, Lab-In 06/27/18 0414
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| PROSTATE SPECIFIC AG, SERUM | 0.6 | 0.0 - 4.0 ng/mL | — | HD |

Comment:
Roche ECLIA methodology.
.


MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 6/26/2018

06/26/2018 - Office Visit in The Woodlands Endocrinology (continued)

**Labs (continued)**

According to the American Urological Association, Serum PSA should decrease and remain at undetectable levels after radical prostatectomy. The AUA defines biochemical recurrence as an initial PSA value 0.2 ng/mL or greater followed by a subsequent confirmatory PSA value 0.2 ng/mL or greater.
Values obtained with different assay methods or kits cannot be used interchangeably. Results cannot be interpreted as absolute evidence of the presence or absence of malignant disease.

**Reviewed by**

McGee, Robin D, LVN on 07/05/18 1649
Ferrer, Dennis Roy M, MD on 07/05/18 1638

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**PROSTATE-SPECIFIC AG, SERUM**

Resulted: 06/27/18 0108, Result status: Preliminary result

Order status: Completed
Collected by: UDOSEN, GAIL Y 06/26/18 1158
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

Filed by: Interface, Lab-In 06/27/18 0008
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| PROSTATE SPECIFIC AG, SERUM | — | — | — | HD |

**Reviewed by**

McGee, Robin D, LVN on 07/05/18 1649
Ferrer, Dennis Roy M, MD on 07/05/18 1638

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**PROSTATE-SPECIFIC AG, SERUM**

Resulted: 06/26/18 2312, Result status: Preliminary result

Order status: Completed
Collected by: UDOSEN, GAIL Y 06/26/18 1158
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

Filed by: Interface, Lab-In 06/26/18 2212
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| PROSTATE SPECIFIC AG, SERUM | — | — | — | HD |

Printed on 8/10/21 12:40 PM Page 145



## 06/26/2018 - Office Visit in The Woodlands Endocrinology (continued)

**Labs (continued)**

**Reviewed by**

McGee, Robin D, LVN on 07/05/18 1649
Ferrer, Dennis Roy M, MD on 07/05/18 1638

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**Indications**

Prostate cancer screening [Z12.5 (ICD-10-CM)]

**All Reviewers List**

McGee, Robin D, LVN on 7/5/2018 4:49 PM
Ferrer, Dennis Roy M, MD on 7/5/2018 4:38 PM

**LIPID PANEL (Edited Result - FINAL)**

Electronically signed by: **Ferrer, Dennis Roy M, MD on 06/26/18 1134** Status: **Completed**
Ordering user: Ferrer, Dennis Roy M, MD 06/26/18 1134 Authorized by: Ferrer, Dennis Roy M, MD
Ordering mode: Standard
Frequency: Routine 06/26/18 - Class: Normal
Quantity: 1 Lab status: Edited Result - FINAL
Diagnoses
Hyperlipidemia, unspecified hyperlipidemia type [E78.5]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 20181774320177 0 | Blood, venous | Venipuncture | UDOSEN, GAIL Y 06/26/18 1158 |

**LIPID PANEL (Abnormal)** Resulted: 06/29/18 1453, Result status: Edited Result - FINAL

Order status: Completed Filed by: Interface, Lab-In 06/29/18 1353
Collected by: UDOSEN, GAIL Y 06/26/18 1158 Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by
Ferrer, Dennis Roy M, MD on 06/29/18 1356
McGee, Robin D, LVN on 07/05/18 1033

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CHOLESTEROL, TOTAL | 147 | 100 - 199 mg/dL | — | HD |
| TRIGLYCERIDES | 178 | 0 - 149 mg/dL | **High** ^ | HD |
| HDL CHOLESTEROL | 36 | >39 mg/dL | **Low** v | HD |
| VLDL CHOLESTEROL CAL | 36 | 5 - 40 mg/dL | — | HD |
| LDL CHOLESTEROL CALC | 75 | 0 - 99 mg/dL | — | HD |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |


MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 6/26/2018

**06/26/2018 - Office Visit in The Woodlands Endocrinology (continued)**

**Labs (continued)**

Resulted: 06/27/18 1032, Result status: Edited Result - FINAL

**LIPID PANEL (Abnormal)**

Order status: Completed
Collected by: UDOSEN, GAIL Y 06/26/18 1158
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by: Ferrer, Dennis Roy M, MD on 06/28/18 1235

Filed by: Interface, Lab-In 06/27/18 0932
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CHOLESTEROL, TOTAL | 147 | 100 - 199 mg/dL | — | HD |
| TRIGLYCERIDES | 178 | 0 - 149 mg/dL | **High** ^ | HD |
| HDL CHOLESTEROL | 36 | >39 mg/dL | **Low** ˅ | HD |
| VLDL CHOLESTEROL CAL | 36 | 5 - 40 mg/dL | — | HD |
| LDL CHOLESTEROL CALC | 75 | 0 - 99 mg/dL | — | HD |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

Resulted: 06/27/18 0614, Result status: Edited Result - FINAL

**LIPID PANEL (Abnormal)**

Order status: Completed
Collected by: UDOSEN, GAIL Y 06/26/18 1158
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by: Ferrer, Dennis Roy M, MD on 06/27/18 0645

Filed by: Interface, Lab-In 06/27/18 0515
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CHOLESTEROL, TOTAL | 147 | 100 - 199 mg/dL | — | HD |
| TRIGLYCERIDES | 178 | 0 - 149 mg/dL | **High** ^ | HD |
| HDL CHOLESTEROL | 36 | >39 mg/dL | **Low** ˅ | HD |
| VLDL CHOLESTEROL CAL | 36 | 5 - 40 mg/dL | — | HD |
| LDL CHOLESTEROL CALC | 75 | 0 - 99 mg/dL | — | HD |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

Resulted: 06/27/18 0514, Result status: Edited Result - FINAL

**LIPID PANEL (Abnormal)**

Order status: Completed
Collected by: UDOSEN, GAIL Y 06/26/18 1158
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

Filed by: Interface, Lab-In 06/27/18 0414
Resulting lab: LABCORP HOUSTON

Printed on 8/10/21 12:40 PM Page 147


MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 6/26/2018

**06/26/2018 - Office Visit in The Woodlands Endocrinology (continued)**

**Labs (continued)**

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CHOLESTEROL, TOTAL | 147 | 100 - 199 mg/dL | — | HD |
| TRIGLYCERIDES | 178 | 0 - 149 mg/dL | **High ^** | HD |
| HDL CHOLESTEROL | 36 | >39 mg/dL | **Low v** | HD |
| VLDL CHOLESTEROL CAL | 36 | 5 - 40 mg/dL | — | HD |
| LDL CHOLESTEROL CALC | 75 | 0 - 99 mg/dL | — | HD |

**Reviewed by**

McGee, Robin D, LVN on 07/05/18 1649
Ferrer, Dennis Roy M, MD on 07/05/18 1638

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**LIPID PANEL (Abnormal)** Resulted: 06/27/18 0108, Result status: Final result

Order status: Completed
Collected by: UDOSEN, GAIL Y 06/26/18 1158
Filed by: Interface, Lab-In 06/27/18 0008
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CHOLESTEROL, TOTAL | 147 | 100 - 199 mg/dL | — | HD |
| TRIGLYCERIDES | 178 | 0 - 149 mg/dL | **High ^** | HD |
| HDL CHOLESTEROL | 36 | >39 mg/dL | **Low v** | HD |
| VLDL CHOLESTEROL CAL | 36 | 5 - 40 mg/dL | — | HD |
| LDL CHOLESTEROL CALC | 75 | 0 - 99 mg/dL | — | HD |

**Reviewed by**

McGee, Robin D, LVN on 07/05/18 1649
Ferrer, Dennis Roy M, MD on 07/05/18 1638

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**LIPID PANEL** Resulted: 06/26/18 2312, Result status: Preliminary result

Order status: Completed
Collected by: UDOSEN, GAIL Y 06/26/18 1158
Filed by: Interface, Lab-In 06/26/18 2212
Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|

Printed on 8/10/21 12:40 PM Page 148

MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 6/26/2018

06/26/2018 - Office Visit in The Woodlands Endocrinology (continued)

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| CHOLESTEROL, TOTAL | — | — | — | HD |
| TRIGLYCERIDES | — | — | — | HD |
| HDL CHOLESTEROL | — | — | — | HD |
| VLDL CHOLESTEROL CAL | — | — | — | HD |
| LDL CHOLESTEROL CALC | — | — | — | HD |
| COMMENT | — | — | — | HD |

**Reviewed by**

McGee, Robin D, LVN on 07/05/18 1649
Ferrer, Dennis Roy M, MD on 07/05/18 1638

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**Indications**

Hyperlipidemia, unspecified hyperlipidemia type [E78.5 (ICD-10-CM)]

**All Reviewers List**

McGee, Robin D, LVN on 7/5/2018 4:49 PM
Ferrer, Dennis Roy M, MD on 7/5/2018 4:38 PM

**GLUCOSE, PLASMA (Edited Result - FINAL)**

Electronically signed by: **Ferrer, Dennis Roy M, MD on 06/26/18 1134** Status: **Completed**
Ordering user: Ferrer, Dennis Roy M, MD 06/26/18 1134 Authorized by: Ferrer, Dennis Roy M, MD
Ordering mode: Standard
Frequency: Routine 06/26/18 - Class: Normal
Quantity: 1 Lab status: Edited Result - FINAL
Diagnoses
Diabetes mellitus screening [Z13.1]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 201817743201770 | Blood, venous | Venipuncture | UDOSEN, GAIL Y 06/26/18 1158 |

**GLUCOSE, PLASMA**

Resulted: 06/29/18 1453, Result status: Edited Result - FINAL

Order status: Completed Filed by: Interface, Lab-In 06/29/18 1353
Collected by: UDOSEN, GAIL Y 06/26/18 1158 Resulting lab: LABCORP HOUSTON
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by
Ferrer, Dennis Roy M, MD on 06/29/18 1356
McGee, Robin D, LVN on 07/05/18 1033

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| GLUCOSE, PLASMA | 93 | 65 - 99 mg/dL | — | HD |

**Testing Performed By**

Printed on 8/10/21 12:40 PM Page 149


## 06/26/2018 - Office Visit in The Woodlands Endocrinology (continued)

**Labs (continued)**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**GLUCOSE, PLASMA**

Resulted: 06/27/18 1032, Result status: Final result

Order status: Completed
Collected by: UDOSEN, GAIL Y 06/26/18 1158
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by: Ferrer, Dennis Roy M, MD on 06/28/18 1235

Filed by: Interface, Lab-In 06/27/18 0932
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| GLUCOSE, PLASMA | 93 | 65 - 99 mg/dL | — | HD |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**GLUCOSE, PLASMA**

Resulted: 06/27/18 0614, Result status: Preliminary result

Order status: Completed
Collected by: UDOSEN, GAIL Y 06/26/18 1158
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc
Acknowledged by: Ferrer, Dennis Roy M, MD on 06/27/18 0645

Filed by: Interface, Lab-In 06/27/18 0515
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| GLUCOSE, PLASMA | — | — | — | HD |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**GLUCOSE, PLASMA**

Resulted: 06/27/18 0514, Result status: Preliminary result

Order status: Completed
Collected by: UDOSEN, GAIL Y 06/26/18 1158
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

Filed by: Interface, Lab-In 06/27/18 0414
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| GLUCOSE, PLASMA | — | — | — | HD |



MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 6/26/2018

06/26/2018 - Office Visit in The Woodlands Endocrinology (continued)

Labs (continued)

**Reviewed by**

McGee, Robin D, LVN on 07/05/18 1649
Ferrer, Dennis Roy M, MD on 07/05/18 1638

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**GLUCOSE, PLASMA**

Resulted: 06/27/18 0108, Result status: Preliminary result

Order status: Completed
Collected by: UDOSEN, GAIL Y 06/26/18 1158
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

Filed by: Interface, Lab-In 06/27/18 0008
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| GLUCOSE, PLASMA | — | — | — | HD |

**Reviewed by**

McGee, Robin D, LVN on 07/05/18 1649
Ferrer, Dennis Roy M, MD on 07/05/18 1638

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

**GLUCOSE, PLASMA**

Resulted: 06/26/18 2312, Result status: Preliminary result

Order status: Completed
Collected by: UDOSEN, GAIL Y 06/26/18 1158
Narrative:
LabCorp results reported in Eastern Time.
LCA Clinical Information:
LCA Source of Specimen:Blood, venous*Venipunc

Filed by: Interface, Lab-In 06/26/18 2212
Resulting lab: LABCORP HOUSTON

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| GLUCOSE, PLASMA | — | — | — | HD |

**Reviewed by**

McGee, Robin D, LVN on 07/05/18 1649
Ferrer, Dennis Roy M, MD on 07/05/18 1638

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HD** | LABCORP HOUSTON | Pamela D. Holder | 7207 North Gessner Houston TX 77040 | 04/27/12 1334 - Present |

Printed on 8/10/21 12:40 PM Page 151

 ## 06/26/2018 - Office Visit in The Woodlands Endocrinology (continued)

**Labs (continued)**

**Indications**

Diabetes mellitus screening [Z13.1 (ICD-10-CM)]

**All Reviewers List**

McGee, Robin D, LVN on 7/5/2018 4:49 PM
Ferrer, Dennis Roy M, MD on 7/5/2018 4:38 PM

## 06/26/2018 - Office Visit in The Woodlands Endocrinology
## Charges for This Encounter

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99213 | OFFICE/OUTPATIENT VISIT, EST | 6/26/2018 | Ferrer, Dennis Roy M, MD | | 1 |
| 80061 | LIPID PANEL | 6/26/2018 | Ferrer, Dennis Roy M, MD | 90 | 1 |
| 84153 | ASSAY OF PSA, TOTAL | 6/26/2018 | Ferrer, Dennis Roy M, MD | 90 | 1 |
| 82947 | ASSAY, GLUCOSE, BLOOD QUANT | 6/26/2018 | Ferrer, Dennis Roy M, MD | 90 | 1 |
| 85027 | COMPLETE CBC, AUTOMATED | 6/26/2018 | Ferrer, Dennis Roy M, MD | 90 | 1 |
| 36415 | ROUTINE VENIPUNCTURE | 6/26/2018 | Ferrer, Dennis Roy M, MD | | 1 |
| 84410 | TESTOSTERONE; BIOAVAILABLE, DIRECT MEASUREMENT | 6/26/2018 | Ferrer, Dennis Roy M, MD | | 1 |

 ## 10/09/2019 - Office Visit in The Woodlands Endocrinology
## Encounter Information

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 10/9/2019 12:00 PM | Ferrer, Dennis Roy M, MD | WL ENDOCRINOLOGY Arrive at: Second floor | 84531330 | WL |

## 10/09/2019 - Office Visit in The Woodlands Endocrinology (continued)

### Reason for Visit

**Chief Complaint** *[last edited by Burns, Mitzi, CMA I on 10/9/2019 1209]*

- Hormone Problem (Pt would like to get back on testosterone shots.)

**Visit Diagnoses** *[last edited by McGee, Robin D, LVN on 10/9/2019 1217]*

- **Hypogonadotropic hypogonadism in male (HCC) (primary) [E23.0]**
- Prostate cancer screening [Z12.5]
- Pre-diabetes [R73.03]
- Encounter for immunization [Z23]

### Medication List

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

Medications last reviewed by Burns, Mitzi, CMA I on 10/9/2019 1215

**Aspirin 81 MG oral Tab** *[patient reported]*

Instructions: Take 81 mg by mouth daily
Entered by: Durant, Leonard D, LVN    Entered on: 10/26/2016

**Cholecalciferol (VITAMIN D3 OR)** *[patient reported]*

Instructions: Take by mouth
Entered by: Medrano, Sara V, CMA II    Entered on: 6/26/2018

**Cyanocobalamin (VITAMIN B-12 OR)** *[patient reported]*

Instructions: Take by mouth
Entered by: Medrano, Sara V, CMA II    Entered on: 6/26/2018

**Magnesium 100 MG oral Cap** *[patient reported]*

Instructions: Take by mouth
Entered by: Burns, Mitzi, CMA II    Entered on: 10/9/2019

**Testosterone Cypionate 200 MG/ML intramuscular Solution**

Instructions: INJECT 140 MG ( 0.7 ML ) INTO THE MUSCLE ONCE A WEEK
Authorized by: Ferrer, Dennis Roy M, MD    Ordered on: 10/9/2019
Start date: 10/9/2019    Quantity: 4 mL
Refill: 5 refills by 4/6/2020

**Stopped in Visit**

None

**Medication Comment**

 **10/09/2019 - Office Visit in The Woodlands Endocrinology (continued)**

**Medication List (continued)**

**Burns, Mitzi, CMA I on 10/9/2019 1210**

Mitzi Burns, CMA I

**Clinical Notes**

**Nursing Note**

**Burns, Mitzi, CMA I at 10/9/2019 1214**

Author: Burns, Mitzi, CMA I    Service: —    Author Type: Certified Medical Assistant I
Filed: 10/9/2019 12:19 PM    Encounter Date: 10/9/2019    Status: Signed
Editor: Burns, Mitzi, CMA I (Certified Medical Assistant II)

## Chief Complaint

Patient presents with

- Hormone Problem

  *Pt would like to get back on testosterone shots.*

Mitzi Burns, CMA I[MB.1T]

Electronically signed by Burns, Mitzi, CMA I at 10/9/2019 12:19 PM

**Attribution Key**

MB.1 - Burns, Mitzi, CMA I on 10/9/2019 12:14 PM
T - Template

**Progress Notes**

**Ferrer, Dennis Roy M, MD at 10/9/2019 1234**

Author: Ferrer, Dennis Roy M, MD    Service: —    Author Type: Physician
Filed: 10/9/2019 12:57 PM    Encounter Date: 10/9/2019    Status: Signed
Editor: Ferrer, Dennis Roy M, MD (Physician)

HPI[DF.1M]

Adam is a(n) 44 year old male who presents for his[DF.1T] low testosterone.[DF.1M].[DF.1T] Last took testosterone a month ago. He now feels more fatigued. He is using CPAP for OSA. No chest pains, SOB. Urine flow okay.[DF.1M]

## Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Aspirin 81 MG oral Tab | Take 81 mg by mouth daily | | |
| • Cholecalciferol (VITAMIN D3 OR) | Take by mouth | | |
| • Cyanocobalamin (VITAMIN B-12 OR) | Take by mouth | | |
| • Magnesium 100 MG oral Cap | Take by mouth | | |



MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 10/9/2019

**10/09/2019 - Office Visit in The Woodlands Endocrinology (continued)**

**Clinical Notes (continued)**

| | | | |
|---|---|---|---|
| • Testosterone Cypionate 200 MG/ML intramuscular Solution | INJECT 140 MG ( 0.7 ML ) INTO THE MUSCLE ONCE A WEEK | 4 mL | 5 |

No current facility-administered medications for this visit.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Essential hypertension, benign<br>*lisinopril 20 mg* | 2011 |
| • Fracture lumbar vertebra-closed (HCC)<br>*L4- in high school* | Age 14 |
| • Fracture of thumb<br>*right* | Early 30s |
| • High triglycerides<br>*low HDL* | 12/30/14 |
| • Hypothalamic hypogonadism (HCC)<br>*MRI done* | 2008 |
| • Low testosterone | 2008 |
| • Morbid obesity (HCC) | |
| • OSA (obstructive sleep apnea)<br>*KSC Wt. 330 lbs. AHI 78.6 O2 58%.* | 4/2/15 |
| • Pericarditis<br>*150 ml - responded to naprosyn* | age 30-33 |
| • Prediabetes | 12/30/14 |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • THUMB SURGERY | | Age 33 |

**Social History**

| Tobacco Use | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 0.20 |
| Years: | 14.00 |
| Pack years: | 2.80 |
| Types: | E-cigarettes, Cigarettes |
| Last attempt to quit: | 3/12/2010 |
| Years since quitting: | 9.5 |
| • Smokeless tobacco: | Never Used |
| • Tobacco comment: 1 pack every 1-2 weeks | |
| **Substance Use Topics** | |
| • Alcohol use: | Yes |
| *Comment: Once a week. Beer.* | |
| • Drug use: | No |

Printed on 8/10/21 12:40 PM Page 155

 MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 10/9/2019

**10/09/2019 - Office Visit in The Woodlands Endocrinology (continued)**

**Clinical Notes (continued)**

Family History

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| • Hypertension<br>*off med w gastric bypass* | Mother | | |
| • Diabetes<br>*off med* | Mother | | |
| • Hypertension | Father | | |
| • Hypertension<br>*alive at 87* | Maternal Grandmother | | |
| • Stroke | Paternal Grandfather | | |
| • Other<br>*osa* | Sister | | |
| • Other<br>*osa* | Brother | | |

Review of Systems
Constitutional: Negative for[DF.1T] fever[DF.1C].
Respiratory: Negative for[DF.1T] shortness of breath[DF.1C].
Cardiovascular: Negative for[DF.1T] chest pain[DF.1C].
Endocrine: Negative for[DF.1T] polydipsia[DF.1C] and[DF.1T] polyuria[DF.1C].

Physical Exam
Constitutional: He is[DF.1T] oriented to person, place, and time[DF.1C].[DF.1T]
**Morbidly obese.**[DF.1C]
Neck:[DF.1T] No thyromegaly[DF.1C] present.
Cardiovascular:[DF.1T] Normal rate[DF.1C] and[DF.1T] regular rhythm[DF.1C].
Pulmonary/Chest:[DF.1T] Effort normal[DF.1C] and[DF.1T] breath sounds normal[DF.1C].
Neurological: He is[DF.1T] alert[DF.1C] and[DF.1T] oriented to person, place, and time[DF.1C].
Psychiatric: He has a[DF.1T] normal mood and affect[DF.1C].[DF.1T]
Vitals[DF.1C] reviewed.[DF.1T]

| | Diagnosis | Orders |
|---|---|---|
| **1.** | **Hypogonadotropic hypogonadism in male (HCC)** | **CBC WITH DIFFERENTIAL/PLATELET**<br><br>**TESTOSTERONE, FREE+WEAKLY BOUND** |
| 2. | Prostate cancer screening | PROSTATE-SPECIFIC AG, SERUM |
| 3. | Pre-diabetes | HGB A1C WITH MBG ESTIMATION<br>COMP. METABOLIC PANEL (14) |
| 4. | Encounter for immunization | INFLUENZA VIRUS VACCINE, QUADRIVALENT,0.5 ML[DF.2T] |

**Restart testosterone 140 mg weekly. Check trough value in 6 weeks.**[DF.1M]

Electronically signed by Ferrer, Dennis Roy M, MD at 10/9/2019 12:57 PM

**Attribution Key**

DF.1 - Ferrer, Dennis Roy M, MD on 10/9/2019 12:34 PM
DF.2 - Ferrer, Dennis Roy M, MD on 10/9/2019 12:36 PM
C - Copied, M - Manual, T - Template

Printed on 8/10/21 12:40 PM Page 156



## 10/09/2019 - Office Visit in The Woodlands Endocrinology (continued)

### Clinical Notes (continued)

### Flowsheets

#### Custom Formula Data

| Row Name | 10/09/19 1209 |
|---|---|
| OTHER | |
| BMI | 46.78 KG/M2 -MB at 10/09/19 1210 |
| BSA | 4.9 M2 -MB at 10/09/19 1210 |
| BSA (Calculated - sq m) | 2.7 sq meters -MB at 10/09/19 1210 |
| BMI (Calculated) | 46.8 -MB at 10/09/19 1210 |
| BMI (Calculated) | 46.8 -MB at 10/09/19 1210 |
| BSA (Calculated - sq m) | 2.7 sq meters -MB at 10/09/19 1210 |
| BMI (Calculated) | 46.8 -MB at 10/09/19 1210 |
| BMI (Calculated) | 46.8 -MB at 10/09/19 1210 |
| BSA (Calculated - sq m) | 2.7 sq meters -MB at 10/09/19 1210 |

#### Encounter Vitals

| Row Name | 10/09/19 1209 |
|---|---|
| Enc Vitals | |
| BP | 144/90 -MB at 10/09/19 1209 |
| Pulse | 86 -MB at 10/09/19 1210 |
| Resp | 16 -MB at 10/09/19 1210 |
| Temp | 99.4 °F (37.4 °C) -MB at 10/09/19 1210 |
| Temp src | Oral -MB at 10/09/19 1210 |
| Weight | **326 lb (147.9 kg)** ! -MB at 10/09/19 1210 |
| Height | 5' 10" (1.778 m) -MB at 10/09/19 1210 |
| Pain Score | No pain - 0/5 -NT (r) MB (t) at 10/25/19 1032 |
| Pain Edu? | Yes -MB at 10/09/19 1210 |

#### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| MB | Burns, Mitzi, CMA I | — | — | — |
| NT | Thaera, Nick A | — | — | — |

### Labs

#### CBC WITH DIFFERENTIAL/PLATELET (Discontinued)

 MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096

Sanchez, Adam A
MRN: 91981217, DOB: 1/8/1975, Sex: M
Visit date: 10/9/2019

10/09/2019 - Office Visit in The Woodlands Endocrinology (continued)

**Labs (continued)**

Electronically signed by: **Ferrer, Dennis Roy M, MD on 10/09/19 1224** Status: **Discontinued**
Ordering user: Ferrer, Dennis Roy M, MD 10/09/19 1224 Authorized by: Ferrer, Dennis Roy M, MD
Ordering mode: Standard
Frequency: Routine 10/09/19 - Class: Normal
Quantity: 1 Discontinued by: Epic, Expired Order 08/19/20 2350 [Expired Order]

Diagnoses
Hypogonadotropic hypogonadism in male (HCC) [E23.0]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Blood, venous | — | — |

**Indications**

Hypogonadotropic hypogonadism in male (HCC) [E23.0 (ICD-10-CM)]

**TESTOSTERONE, FREE+WEAKLY BOUND (Discontinued)**

Electronically signed by: **Ferrer, Dennis Roy M, MD on 10/09/19 1224** Status: **Discontinued**
Ordering user: Ferrer, Dennis Roy M, MD 10/09/19 1224 Authorized by: Ferrer, Dennis Roy M, MD
Ordering mode: Standard
Frequency: Routine 10/09/19 - Class: Normal
Quantity: 1 Discontinued by: Epic, Expired Order 08/19/20 2350 [Expired Order]

Diagnoses
Hypogonadotropic hypogonadism in male (HCC) [E23.0]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Blood, venous | — | — |

**Indications**

Hypogonadotropic hypogonadism in male (HCC) [E23.0 (ICD-10-CM)]

**PROSTATE-SPECIFIC AG, SERUM (Discontinued)**

Electronically signed by: **Ferrer, Dennis Roy M, MD on 10/09/19 1224** Status: **Discontinued**
Ordering user: Ferrer, Dennis Roy M, MD 10/09/19 1224 Authorized by: Ferrer, Dennis Roy M, MD
Ordering mode: Standard
Frequency: Routine 10/09/19 - Class: Normal
Quantity: 1 Discontinued by: Epic, Expired Order 08/19/20 2350 [Expired Order]

Diagnoses
Prostate cancer screening [Z12.5]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Blood, venous | — | — |

**Indications**

Prostate cancer screening [Z12.5 (ICD-10-CM)]

**HGB A1C WITH MBG ESTIMATION (Discontinued)**

Electronically signed by: **Ferrer, Dennis Roy M, MD on 10/09/19 1224** Status: **Discontinued**
Ordering user: Ferrer, Dennis Roy M, MD 10/09/19 1224 Authorized by: Ferrer, Dennis Roy M, MD
Ordering mode: Standard
Frequency: Routine 10/09/19 - Class: Normal
Quantity: 1 Discontinued by: Epic, Expired Order 08/19/20 2350 [Expired Order]

Diagnoses

Printed on 8/10/21 12:40 PM Page 158



## 10/09/2019 - Office Visit in The Woodlands Endocrinology (continued)

**Labs (continued)**

Pre-diabetes [R73.03]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Blood, venous | — | — |

**Indications**

Pre-diabetes [R73.03 (ICD-10-CM)]

**COMP. METABOLIC PANEL (14) (Discontinued)**

Electronically signed by: **Ferrer, Dennis Roy M, MD on 10/09/19 1224**
Status: **Discontinued**
Ordering user: Ferrer, Dennis Roy M, MD 10/09/19 1224
Authorized by: Ferrer, Dennis Roy M, MD
Ordering mode: Standard
Frequency: Routine 10/09/19 -
Class: Normal
Quantity: 1
Discontinued by: Epic, Expired Order 08/19/20 2350 [Expired Order]

Diagnoses
Pre-diabetes [R73.03]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Blood, venous | — | — |

**Indications**

Pre-diabetes [R73.03 (ICD-10-CM)]

**Immunizations Given**

Immunizations last reviewed by Burns, Mitzi, CMA I on 10/9/2019 1238

**Influenza Virus Vaccine, age 6 months and up** *[last edited by Burns, Mitzi, CMA I on 10/9/2019 1238]*

Administered by: Burns, Mitzi, CMA I
Administered on: 10/9/2019 1237
Dose: 0.5 mL
Site: Left deltoid
Route: Intramuscular
NDC: 49281-0631-78
CVX code: 158
VIS date: 8/15/2019
Product: FLUZONE QUADRIVALENT
Manufacturer: Sanofi Pasteur
Lot number: UJ254AC
Expiration date: 6/30/2020
Comment: Pt tolerated shot very well.

**Questionnaire**

| Question | Answer |
|---|---|
| Patient screened and no contraindications found? | Yes |
| VIS Given to: | PATIENT |

## 10/09/2019 - Office Visit in The Woodlands Endocrinology
## Charges for This Encounter

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99212 | OFFICE/OUTPATIENT VISIT, EST | 10/9/2019 | Ferrer, Dennis Roy M, MD | 25 | 1 |
| 90688 | INFLUENZA VIRUS VACCINE, QUADRIVALENT,0.5 ML | 10/9/2019 | Ferrer, Dennis Roy M, MD | | 1 |
| 90471 | IMMUNIZATION ADMIN | 10/9/2019 | Ferrer, Dennis Roy M, MD | | 1 |



## 10/09/2019 - Office Visit in The Woodlands Endocrinology (continued)

### Documents

**Immunizations - Scan on 10/10/2019 2:44 PM**

Clinical date/time: 10/10/2019 1444 User: Ferrer, Dennis Roy M, MD
Description: VIS
Scan (below)

# Kelsey-Seybold Clinic

| | |
|---|---|
| MRN #: | 91981217 |
| Pt. Name: | Sanchez, Adam |
| DOB: | 1/8/1975 |
| Encounter #: | 84531330 |
| Provider: | FERRER, DENNIS ROY M |
| Provider #: | 2167 |
| Staff Name: | Robin D McGee |
| Date: | October 9, 2019 |

## VACCINE INFORMATION STATEMENT AND CONSENT

| Nurse Administering Immunization: [signature] | DOS: October 9, 2019 |
|---|---|

I have been given a copy of the Vaccine Information Sheet (VIS) for each vaccine I or my child are to receive, issued by the Centers for Disease Control (CDC). I have read, or have had explained to me, information about the diseases and the vaccines listed below. I have had the opportunity to ask questions and receive answers about the vaccines listed below. I understand the risks and benefits of the vaccines cited and ask that the vaccine(s) listed below be given to the person named above for whom I am authorized to consent to this request.

| | | | |
|---|---|---|---|
| ☐ | DT / DTaP | ☐ | HepA |
| ☐ | Pediarix(DTaP/IPV/HepB) | ☒ | Influenza inactivated (Quad) |
| ☐ | Td/Tdap | ☐ | Influenza Live Attentuated (LAIV) |
| ☐ | IPV | ☐ | |
| ☐ | Hep B | ☐ | Meningococcal Conjugate (MCV4) |
| ☐ | HIB | ☐ | Rotavirus |
| ☐ | | ☐ | Zostavax/ Shingrix |
| ☐ | HPV-9 | ☐ | Synagis |
| ☐ | ~~MMR/MMRV~~ | ☐ | ~~Typhim Vi Typhoid~~ |
| ☐ | Varicella | ☐ | Oral Typhoid |
| ☐ | Pneumoccoccal Conjugate (PCV13) | ☐ | Rabies |
| ☐ | Pneumoccoccal Polysaccharide (PPSV23) | ☐ | Yellow Fever |
| ☐ | | ☐ | Japanese Encephalitis |
| ☐ | Trumenba (Meningococcal B) | ☐ | Cholera |
| ☐ | Twinrix (HepB/HepA) | ☐ | Quadracel (DTaP/IPV) |
| ☐ | Pentacel(DTap/IPV/Hib) | ☐ | Other |

| Patient/Guardian Signature: X [signature] | Date: October 9, 2019 |
|---|---|

IMMUNIZATIONS

*VIS Revised: August 2018*